| | |
|---|---|
| | THE HONORABLE _____ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>          Plaintiff,<br><br>     v.<br><br>NAPHCARE, INC., an Alabama Corporation; PIERCE COUNTY, a political subdivision of the State of Washington; PAUL PASTOR, in his personal capacity; ROB MASKO, in his Personal Capacity; KAREN DANIELS, in her Personal Capacity; JIM MCLANE, in his Personal Capacity; SUSANNE MOORE, in her Personal Capacity; MARSHA BURGESS, in her Personal Capacity; AMBER H. SIMPLER, in her Personal Capacity; JEFFREY ALVAREZ, in his Personal Capacity; BRADFORD T. MCLANE, in his Personal Capacity; CORNELIUS HENDERSON, in his Personal Capacity; ELLIOT WADE, in his Personal Capacity; CAMERON CARRILLO, | No. 2:22-cv-1141<br><br>NOTICE OF REMOVAL |

Caption Continued on Next Page

NOTICE OF REMOVAL
(No. _____) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157902201.1

in his Personal Capacity; ELIZABETH WARREN, in her Personal Capacity; DEBRA RICCI in her Personal Capacity; RICK OELTJEN, in his Personal Capacity; DUANE PRATHER, in his Personal Capacity; DARREN NEALIS, in his Personal Capacity; JESUS PEREZ, in his Personal Capacity; MIGUEL BALDERRAMA, in his Personal Capacity; JOHN and JANE DOES 1-10, in their Personal Capacities,

Defendants.

TO:   THE CLERK, UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**PLEASE TAKE NOTICE** that Defendants NaphCare, Inc. ("NaphCare"), Jim McLane, Susanne Moore, Marsha Burgess, Jeffrey Alvarez, Amber H. Simpler, Bradford T. McLane, Cornelius Henderson, Gina Savage, Elliot Wade, Cameron Carrillo, Elizabeth Warren, and Debra Ricci ("Individual NaphCare Defendants") (together with NaphCare, "NaphCare Defendants") remove this action to this Court from the Superior Court of Washington in and for King County ("King County Superior Court") pursuant to 28 U.S.C. §§ 1441, and 1446. The other named defendants in this action—Pierce County, Paul Pastor, Rob Masko, Karen Daniels, Larry White, Rick Oeltjen, Duane Prather, Darren Nealis, Jesus Perez, and Miguel Balderrama (together, "County Defendants")—all consent to this prayer for removal.

In support of this Notice, the NaphCare Defendants respectfully state the following.

**I.   STATE COURT ACTION**

The NaphCare Defendants are parties in the above-entitled civil action commenced on March 31, 2021, and still pending in King County Superior Court, as Cause No. 21-2-04263-1.

NOTICE OF REMOVAL
(No. _____) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157902201.1

## II. GROUNDS FOR REMOVAL

This action is removable to this Court under 28 U.S.C. § 1441 because: (A) Plaintiff has alleged causes of action arising under the Constitution, laws or treaties of the United States over which this Court would have had original jurisdiction had Plaintiff elected to file the action initially in federal court; and (B) all properly joined and served defendants in this action consent to removal.

### A. Plaintiff Alleges Claims Arising Under Federal Law

On July 18, 2022, Plaintiff filed the Amended Complaint,[1] which raised for the first time the following federal claims:

i. Against all defendants, violation of Plaintiff's Fourteenth Amendment rights to receive humane conditions of confinement, in violation of 42 U.S.C. § 1983. *See* Not. of Removal, Ex. A, Am. Compl. ("Am. Compl."), ¶¶ 103-17.

ii. Against Pierce County, failure to provide plaintiff with reasonable disability accommodations in violation of 42 U.S.C. § 12132. Am. Compl. ¶¶ 118-33.

iii. Against Pierce County and NaphCare, failure to provide plaintiff with reasonable disability accommodations in violation of 29 U.S.C. § 701. Am. Compl. ¶¶ 134-36.

Plaintiff's Amended Complaint also re-alleged the following state law causes of action:

i. Against Pierce County, claims for negligence, gross negligence, and medical negligence based on Pierce County's alleged breach of the duty of care owed to Plaintiff. Am. Compl. ¶¶ 86-99.

ii. Against NaphCare, a claim for corporate negligence based on alleged breach of NaphCare's duty to hire and supervise its employees with reasonable care. Am. Compl. ¶¶ 100-02.

This Court has original and supplemental jurisdiction over the claims in this case. The Court has original jurisdiction over the subject matter of this action under 28 U.S.C. § 1331, as Plaintiff's newly-added federal claims arise under the Constitution, laws, or treaties of the United

---

[1] Pursuant to Western District of Washington Local Civil Rule 101(b)(1), a copy of the Amended Complaint is attached to this Notice as Exhibit A. For the Court's convenience, a copy of the original complaint is attached as Exhibit 1 to the Declaration of David A. Perez.

NOTICE OF REMOVAL
(No. _____ ) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157902201.1

States. The Court has supplemental jurisdiction over Plaintiff's state law claims because they are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. § 1367(a) ("[T]he district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."). A state law claim is part of the same case or controversy when it shares a "common nucleus of operative fact" with the federal claims and the state and federal claims would normally be tried together. *Trustees of the Constr. Indus. & Laborers Health & Welfare Tr. v. Desert Valley Landscape & Maint., Inc.*, 333 F.3d 923, 925 (9th Cir. 2003) (citations and internal quotation marks omitted). Here, all of Plaintiff's claims arise from a common nucleus of operative facts—the allegedly deficient care and conditions of confinement that Plaintiff received while incarcerated, which Plaintiff claims resulted in the loss of his foot and leg. *See* Am. Compl. ¶¶ 25-85. Thus, this Court also has supplemental jurisdiction over the re-pleaded state law claims under 28 U.S.C. § 1367(a). *See Yanez v. Cnty. of Los Angeles*, No. CV 17-2741-GW(JPRX), 2017 WL 2561090, at *5 (C.D. Cal. June 12, 2017) ("[D]istrict courts in the Ninth Circuit routinely exercise supplemental jurisdiction over state tort claims brought alongside Section 1983 actions even where the state claims are not constitutional in nature.") (collecting cases).

**B.     All Properly Served Defendants Consent to Removal**

The undersigned counsel for NaphCare Defendants contacted counsel for County Defendants on August 2, 2022 and confirmed that County Defendants consent to removal of this action. *See* Decl. of David A. Perez in Support of Notice of Removal ("Perez Decl."), ¶ 5. Thus, pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants consent to removal of this action.[2]

---

[2] Although the Amended Complaint adds a number of unnamed "Doe" Defendants, removal does not require consent of unknown Doe Defendants. *See Green v. Am. Online (AOL)*, 318 F.3d 465, 470 (3d Cir. 2003) ("[T]he general rule that all defendants must join in a notice of removal may be disregarded where, as here, the non-joining defendants are unknown."); *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 (9th Cir. 1988) (noting that "nominal,

NOTICE OF REMOVAL
(No. _____) – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157902201.1

### III. INTRA-DISTRICT ASSIGNMENT AND VENUE

This Court is the United States District Court for the district and division embracing the place where the state court action is pending, and is therefore the appropriate court for removal pursuant to 28 U.S.C. § 1441(a). This action is being removed to the Seattle Division because it is pending in King County Superior Court in Seattle. *See* W.D. LCR 3(e)(1).

### IV. REMOVAL IS TIMELY

NaphCare first received a copy of the Amended Complaint in this action by service on July 18, 2022. Perez Decl. ¶ 3. The Amended Complaint pleaded the federal claims for the first time, and none of the causes of action in Plaintiff's initial Complaint arose under the Constitution, laws, or treaties of the United States. *Compare* Am. Compl. ¶¶ 86-136 (pleading federal claims) *with* Perez Decl., Ex. 1 ¶¶ 4.1-4.13 (original complaint pleading only state law claims). Accordingly, this notice is filed within 30 days after receipt of papers from which it first was ascertainable that the action was removable as required by 28 U.S.C. § 1446(b)(3).

### V. NOTICE TO STATE COURT AND TRANSFER OF RELEVANT MATERIALS

Attached to this Notice as Exhibit A is a true copy of the operative Amended Complaint, which Plaintiff filed in the action pending in state court. Also attached as Exhibit B is a true copy of the Jury Demand filed by NaphCare. All other process, pleadings or orders served on defendant or filed in the state court in this action will be filed, together with the verification of Defendant's counsel, within 14 days of the filing of this Notice, as required by Local Rules W.D. Wash. LCR 101(c).

Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any NaphCare Defendant's right to assert any defense or affirmative matter, including without limitation any defense available under Fed. R. Civ. P. 12, or any other procedural or substantive defense available under state or federal law.

---

unknown or fraudulently joined parties" need not join a petition for removal); 28 U.S.C. § 1446(b)(2)(A) (requiring consent of "defendants who have been properly joined *and served*) (emphasis added).

NOTICE OF REMOVAL
(No. _____) – 5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157902201.1

1  The NaphCare Defendants reserve the right to amend or supplement this Notice of
2  Removal.

Dated: August 15, 2022

By: s/ *David A. Perez*
David A. Perez, WSBA No. 43959
DPerez@perkinscoie.com

*s/Ian D. Rogers*
Ian D. Rogers, WSBA No. 46584
IRogers@perkinscoie.com

*s/Dane A. Westermeyer*
Dane A. Westermeyer, WSBA 49934
DWestermeyer@perkinscoie.com

*s/Stephanie D. Olson*
Stephanie D. Olson, WSBA No 50100
SOlson@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

**Attorneys** for *Defendants NaphCare, Inc., Jim McLane, Susanne Moore, Marsha Burgess, Jeffrey Alvarez*, *Bradford T. McLane, Cornelius Henderson, Gina Savage, Elliot Wade, Amber Simpler, Cameron Carrillo, Elizabeth Warren, and Debra Ricci*

NOTICE OF REMOVAL
(No. _____ ) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157902201.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on August 15, 2022, I caused the following attorneys of record in the related state-court action to be served the foregoing NOTICE OF REMOVAL by the method(s) indicated:

| | |
|---|---|
| Counsel for Plaintiff<br>Ryan Dreveskracht<br>Corinne Sebren<br>Galanda Broadman, PLLC<br>8606 35th Avenue NE, Ste. L1<br>P. O. Box 15146<br>Seattle, WA 98115 | ____ Via the Clerk's eFiling Application<br>____ Via hand delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Delivery<br>____ Via Facsimile<br>__X__ Via Email |
| Mary E. Robnett<br>Kristal M. Cowger<br>Pierce County Prosecuting Attorney/Civil Division<br>955 Tacoma Avenue South, Suite 301<br>Tacoma, Washington 98402-2160 | ____ Via the Clerk's eFiling Application<br>____ Via hand delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Delivery<br>____ Via Facsimile<br>__X__ Via Email |

DATED this 15th day of August, 2022

By: s/ *David A. Perez*
David A. Perez, WSBA No. 43959
DPerez@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

CERTIFICATE OF SERVICE
(No. _____) 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157902201.1