|   |   |
|---|---|
| 1 | THE HONORABLE |
| 2 |   |

THE HONORABLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAVIER TAPIA,

           Plaintiff,

  v.

NAPHCARE, INC., an Alabama Corporation; PIERCE COUNTY, a political subdivision of the State of Washington; PAUL PASTOR, in his personal capacity; ROB MASKO, in his Personal Capacity; KAREN DANIELS, in her Personal Capacity; JIM MCLANE, in his Personal Capacity; SUSANNE MOORE, in her Personal Capacity; MARSHA BURGESS, in her Personal Capacity; AMBER H. SIMPLER, in her Personal Capacity; JEFFREY ALVAREZ, in his Personal Capacity; BRADFORD T. MCLANE, in his Personal Capacity; CORNELIUS HENDERSON, in his Personal Capacity; ELLIOT WADE, in his Personal Capacity; CAMERON CARRILLO,

No. 2:22-cv-1141

**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT BY 30 DAYS**

Caption Continued on Next Page

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 1

157915508.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | in his Personal Capacity; ELIZABETH WARREN, in her Personal Capacity; DEBRA RICCI in her Personal Capacity; RICK OELTJEN, in his Personal Capacity; DUANE PRATHER, in his Personal Capacity; DARREN NEALIS, in his Personal Capacity; JESUS PEREZ, in his Personal Capacity; MIGUEL BALDERRAMA, in his Personal Capacity; JOHN and JANE DOES 1-10, in their Personal Capacities, |
| | Defendants. |

Pursuant to Local Civil Rules 7(j) and 10(g), Plaintiff Javier Tapia ("Plaintiff") and all named Defendants in this action ("Defendants") hereby submit this stipulated motion to extend Defendants' time to move, plead, or otherwise respond to Plaintiff's Complaint by 30 days to September 21, 2022.

WHEREAS, Defendants Naphcare, Inc. ("NaphCare"), Jim McLane, Susanne Moore, Marsha Burgess, Jeffrey Alvarez, Bradford T. McLane, Cornelius Henderson, Gina Savage, Elliot Wade, Amber Simpler, Cameron Carrillo, Elizabeth Warren, and Debra Ricci (collectively, the "NaphCare Defendants") removed this case from King County Superior Court on August 15, 2022, and, pursuant to Fed. R. Civ P. 81(c)(2)(C), Defendants' current deadline to move, plead, or otherwise respond to the Complaint is August 22, 2022.

WHEREAS, good cause exists to extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint, by 30 days because the NaphCare Defendants recently retained new counsel in this matter, who is still familiarizing itself with the details of this case, and because the following twenty-one individuals were only recently named as defendants in this matter: Jim McLane, Susanne Moore, Marsha Burgess, Jeffrey Alvarez, Bradford T. McLane, Cornelius Henderson, Gina Savage, Elliot Wade, Amber Simpler, Cameron Carrillo, Elizabeth

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME – 2

157915508.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Warren, Debra Ricci, Paul Pastor, Rob Masko, Karen Daniels, Larry White, Rick Oeljten, Duane Prather, Darren Nealis, Jesus Perez, and Miguel Balderrama.

WHEREAS, this stipulated motion is filed in good faith and not for the purposes of delay, and will not alter any other dates or schedules previously set by this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Defendants and Plaintiff, subject to the Court's approval, that the deadline for Defendants to move, plead, or otherwise respond to Plaintiff's Complaint is extended by 30 days to September 21, 2022.

DATED: August 15, 2022

s/ David A. Perez, WSBA No. 43959
s/ Ian Rogers, WSBA No. 46584
s/ Dane Westermeyer, WSBA No. 49934
s/ Stephanie Olson, WSBA No. 50100
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: Dperez@perkinscoie.com
E-mail: Irogers@perkinscoie.com
Email: Dwestermeyer@perkinscoie.com
Email: SOlsonr@perkinscoie.com

*Attorneys for Defendants NaphCare, Inc., Jim McLane, Susanne Moore, Marsha Burgess, Jeffrey Alvarez, Bradford T. McLane, Cornelius Henderson, Gina Savage, Elliot Wade, Amber Simpler Cameron Carrillo, Elizabeth Warren, and Debra Ricci*

s/ Kristal M. Cowger, WSBA No. 43079
**Pierce County Prosecuting Attorney/Civil Division**
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Telephone: 253.798.7792
Facsimile: 253.798.6713
E-mail: kristal.cowger@piercecountywa.gov

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 3

157915508.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | s/ Ryan Dreveskracht, WSBA No. 42593 |
| 2 | s/ Corinne Sebren, WSBA No. |
|   | **Galanda Broadman, PLLC** |
| 3 | 8606 35th Avenue NE, Ste. L1 |
|   | P. O. Box 15146 |
| 4 | Seattle, WA 98115 |
|   | Telephone: 206.909.3842 |
| 5 | Facsimile: 206.299.7690 |
|   | E-mail: ryan@galandabroadman.com |
|   | E-mail: corinne@galandabroadman.com |

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 4

157915508.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# [PROPOSED] ORDER

**IT IS SO ORDERED**

Dated this day of _____, 2022

_____
THE HONORABLE _____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David A. Perez, WSBA No. 43959
s/ Ian Rogers, WSBA No. 46584
s/ Dane Westermeyer, WSBA No. 49934
s/ Stephanie Olson, WSBA No. 50100
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: Dperez@perkinscoie.com
E-mail: Irogers@perkinscoie.com
Email: Dwestermeyer@perkinscoie.com
Email: SOlsonr@perkinscoie.com

*Attorneys for Defendants NaphCare, Inc., Jim McLane, Susanne Moore, Marsha Burgess, Jeffrey Alvarez, Bradford T. McLane, Cornelius Henderson, Gina Savage, Elliot Wade, Amber Simpler Cameron Carrillo, Elizabeth Warren, and Debra Ricci*

s/ Kristal M. Cowger, WSBA No. 43079
**Pierce County Prosecuting Attorney/Civil Division**
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Telephone: 253.798.7792
Facsimile: 253.798.6713
E-mail: kristal.cowger@piercecountywa.gov

*Attorneys for Defendants Pierce County, Paul Pastor, Rob Masko, Karen Daniels, Larry White, Rick Oeltjen, Duane Prather, Darren Nealis, Jesus Perez, and Miguel Balderrama*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

157915508.2

1  s/ Ryan Dreveskracht, WSBA No. 42593
   s/ Corinne Sebren, WSBA No.
2  **Galanda Broadman, PLLC**
   8606 35th Avenue NE, Ste. L1
3  P. O. Box 15146
   Seattle, WA 98115
4  Telephone: 206.909.3842
   Facsimile: 206.299.7690
5  E-mail: ryan@galandabroadman.com
   E-mail: corinne@galandabroadman.com
6
7  *Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 6

157915508.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000