THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA, | CASE NO. C22-1141-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NAPHCARE, INC. and PIERCE COUNTY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant NaphCare, Inc.'s motion for partial reconsideration (Dkt. No. 35). Pursuant to LCR 7(h)(3), the Court INSTRUCTS Plaintiff to file a response to the motion no later than June 20, 2023. It should not exceed seven (7) pages and be limited to the issue(s) identified in NaphCare's motion. (*See id.* at 2–8.) NaphCare may file a reply of no more than three (3) pages by June 23, 2023.

DATED this 6th day of June 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
C22-1141-JCC
PAGE - 1