u

|   | |
|---|---|
| | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>  Plaintiff,<br><br> v.<br><br>NAPHCARE, INC., and PIERCE COUNTY,<br><br>  Defendants. | No. 2:22-cv-01141-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO TAPIA'S COMPLAINT AND PIERCE COUNTY'S CROSSCLAIM BY 14 DAYS** |

Pursuant to Local Civil Rules 7(j) and 10(g), Plaintiff Javier Tapia ("Plaintiff") and Defendants NaphCare, Inc. ("NaphCare") and Pierce County hereby submit this stipulated motion to extend NaphCare's time to move, plead, or otherwise respond to Plaintiff's Second Amended Complaint ("SAC") and Pierce County's Crossclaim by 14 days to July 11, 2023.

WHEREAS, on May 23, 2023, the Court issued its Order granting in part and denying in part NaphCare's Motion to Dismiss. *See* Dkt. No. 31.

WHEREAS, on June 5, 2023, NaphCare filed a Motion for Partial Reconsideration (the "Motion"). *See* Dkt. No. 35.

WHEREAS, on June 6, 2023, Pierce County filed an answer to the SAC and a Crossclaim against NaphCare. *See* Dkt. No. 37.

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME – 1

162636783.1

WHEREAS, pursuant to Local Civil Rule 12(a)(1), the deadline for NaphCare to respond to the SAC is June 27, 2023.

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), the deadline for NaphCare to respond to Pierce County's Crossclaim is June 27, 2023.

WHEREAS, good cause exists to extend Defendants' deadline to answer or otherwise respond to Plaintiff's SAC and Pierce County's Crossclaim by 14 days so that the parties and the Court can have additional time to resolve the Motion before filing additional pleadings.

WHEREAS, this stipulated motion is filed in good faith and not for the purposes of delay, and will not alter any other dates or schedules previously set by this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Defendants and Plaintiff, subject to the Court's approval, that the deadlines for NaphCare to move, plead, or otherwise respond to Plaintiff's SAC and Pierce County's Crossclaim are extended by 14 days to July 11, 2023.

DATED June 23, 2023

s/ *David A. Perez*, WSBA No. 43959
DPerez@perkinscoie.com
Dane A. Westermeyer, WSBA No. 49934
DWestermeyer@perkinscoie.com
Stephanie D. Olson, WSBA No. 50100
SOlson@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Jacob Dean *(Admitted Pro Hac Vice)*
**Perkins Coie LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone:  310.788.3365
Facsimile:   310.788.3365

*Attorneys* for *Defendant NaphCare, Inc.*

|   |   |
|---|---|
| 1 | s/ Ryan Dreveskracht, WSBA No. 42593 |
| 2 | Ryan D. Dreveskracht, WSBA # 42593<br>Corinne Sebren, WSBA # 58777 |
| 3 | **Galanda Broadman, PLLC**<br>8606 35th Avenue NE, Ste. L1 |
| 4 | P. O. Box 15146<br>Seattle, WA 98115 |
| 5 | Telephone:  206.909.3842<br>Facsimile:  206.299.7690 |
| 6 | E-mail:  ryan@galandabroadman.com<br>E-mail:  corinne@galandabroadman.com |
| 7 | *Attorneys for Plaintiff Javier Tapia* |

s/ Kristal M. Cowger, WSBA No. 43079
Kristal M. Cowger, WSBA # 43079
**Pierce County Prosecuting Attorney**
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2102
Telephone:  253.798.4265
Email:  kristal.cowger@piercecountywa.gov

*Attorneys for Defendant Pierce County*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO EXTEND TIME – 3

162636783.1

## [PROPOSED] ORDER

**IT IS SO ORDERED**

DATED this 23rd day of June 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *David A. Perez*, WSBA No. 43959
DPerez@perkinscoie.com
Dane A. Westermeyer, WSBA No. 49934
DWestermeyer@perkinscoie.com
Stephanie D. Olson, WSBA No. 50100
SOlson@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Jacob Dean *(Admitted Pro Hac Vice)*
**Perkins Coie LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.3365
Facsimile: 310.788.3365