THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

JAVIER TAPIA,

Plaintiff,

v.

NAPHCARE, INC., et al.

Defendants.

NO. 2:22-cv-01141-KKE

**DECLARATION OF RYAN D. DREVESKRACHT IN SUPPORT PLAINTIFF'S DISCOVERY MOTIONS**

I, RYAN D. DREVESKRACHT, state and declare as follows:

1. I am counsel for the Plaintiff in the above-captioned action. I am over the age of eighteen and make this declaration on personal knowledge.

2. Attached to this Declaration, as **Exhibit 1**, is a true and correct copy a Pierce County Corrections Inmate Behavior Log Printout for Plaintiff Javier Tapia.

3. Attached to this Declaration, as **Exhibit 2**, is a true and correct copy of highlighted excerpts of the deposition of Jesus Tono Perez, dated September 14, 2023.

4. Attached to this Declaration, as **Exhibit 3**, is a true and correct copy of highlighted excerpts of the deposition of Elliot Wade, dated September 28, 2023.

5. Attached to this Declaration, as **Exhibit 4**, is a true and correct copy of highlighted excerpts of the deposition of Debra Ricci, dated September 29, 2023.

DECLARATION OF RYAN D. DREVESKRACHT IN
SUPPORT PLAINTIFF'S DISCOVERY MOTIONS - 1
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

6. Attached to this Declaration, as **Exhibit 5**, is a true and correct copy of a highlighted KITE request regarding Javier Tapia, dated July 11, 2018.

7. Attached to this Declaration, as **Exhibit 6**, is a true and correct copy of a highlighted NaphCare, Inc. Sick Calls log for Javier Tapia, dated between January 2017 and April 2019.

8. Attached to this Declaration, as **Exhibit 7**, is a true and correct copy of highlighted excerpts of the deposition of Darren Nealis, dated September 15, 2023.

9. Attached to this Declaration, as **Exhibit 8** is a true and correct copy of NaphCare, Inc. Medical Records regarding Javier Tapia, dated between 2016 and 2018.

10. Attached to this Declaration, as **Exhibit 9**, is a true and correct copy of Selected Notes Report from Tacoma General Hospital made by Dr. Lucas Labine regarding Javier Tapia, dated October 2, 2018.

11. Attached to this Declaration, as **Exhibit 10**, is a true and correct copy of highlighted medical notes from Tacoma General Hospital regarding Javier Tapia, from October 2018.

12. Attached to this Declaration, as **Exhibit 11**, is a true and correct copy of highlighted excerpts of the 30(b)(6) deposition of NaphCare, Inc., represented by Jeffrey Alvarez, M.D., dated February 2, 2023.

13. Attached to this Declaration, as **Exhibit 12**, is a true and correct copy of a letter from Tiffany Garcia of Pierce County Risk Management to NaphCare, Inc. re: Claimant Javier Tapia, dated August 14, 2020.

14. Attached to this Declaration, as **Exhibit 13**, is a true and correct copy of a Pierce County Claims for Damages Form for Javier Tapia, dated June 2, 2023.

15. Attached to this Declaration, as **Exhibit 14**, is a true and correct copy of a letter from Bradley Cain of NaphCare, Inc. to Tiffany Garcia of Pierce County Risk Management regarding the Javier Tapia claim, dated August 17, 2020.

DECLARATION OF RYAN D. DREVESKRACHT IN SUPPORT PLAINTIFF'S DISCOVERY MOTIONS - 2
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

16. Attached to this Declaration, as **Exhibit 15**, is a true and correct copy of letter from Bradley Cain of NaphCare, Inc. to Tiffany Garcia of Pierce County Risk Management regarding the Javier Tapia claim, dated October 28, 2020.

17. Attached to this Declaration, as **Exhibit 16**, is a true and correct copy of a Complaint for Personal Injuries in the case *Javier Tapia v. Pierce County and NaphCare, Inc.* in the King County Superior Court, dated March 31, 2021.

18. Attached to this Declaration, as **Exhibit 17**, is a true and correct copy of Defendant NaphCare, Inc.'s Response to Plaintiff's Interrogatories and Requests for Production, in this case, dated August 16, 2023.

19. Attached to this Declaration, as **Exhibit 18**, is a true and correct copy of a webpage printout from CareerBliss.com of a NaphCare, Inc. Employee Review for the VP of Operations position in Birmingham, Alabama.

20. Attached to this Declaration, as **Exhibit 19**, is a true and correct copy of a webpage printout from BizJetJobs.com announcing that "NaphCare adds Cessna 550 to small Cessna Fleet," dated May 12, 2014.

21. Attached to this Declaration, as **Exhibit 20**, is a true and correct copy of a highlighted list of Insurance Companies by License Type from the Cayman Islands Monetary Authority, updated on March 31, 2019.

22. Attached to this Declaration, as **Exhibit 21**, is a true and correct copy of a State of Alabama Domestic Limited Liability Company Certificate of Formation for VIG, LLC., dated June 3, 2014.

23. Attached to this Declaration, as **Exhibit 22**, is a true and correct copy of a State of Alabama Domestic Limited Liability Company Certificate of Formation for NaphCare Pharmacy LLC., dated September 29, 2020.

DECLARATION OF RYAN D. DREVESKRACHT IN
SUPPORT PLAINTIFF'S DISCOVERY MOTIONS - 3
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

24. Attached to this Declaration, as **Exhibit 23**, is a true and correct copy of clinical photo scan of a photo of Javier Tapia's foot at Tacoma General Hospital, dated October 8, 2018.

25. Attached to this Declaration, as **Exhibit 24**, is a true and correct copy of an email from Juliana Bennington to all parties in this case regarding "Privilege Claw Back NCI 001050," dated September 28, 2023.

26. Attached to this Declaration, as **Exhibit 25** is a true and correct copy of an email thread between parties in this case regarding "NaphCare's Responses to Plaintiff's First Interrogatories and RFPs," dated September 21, 2023.

27. Attached to this Declaration, as **Exhibit 26**, is a true and correct copy of Defendant NaphCare, Inc.'s Responses to Plaintiff's Amended Interrogatories and Requests for Production, in this case, dated October 5, 2023.

28. Attached to this Declaration, as **Exhibit 27**, is a true and correct copy of Defendant NaphCare, Inc.'s First Supplemental Responses to Plaintiff's Interrogatories and Requests for Production, in this case, dated September 21, 2023.

29. Attached to this Declaration, as **Exhibit 28**, is a true and correct copy of highlighted excerpts of the deposition of Cameron Carrillo, dated October 10, 2023.

30. Attached to this Declaration, as **Exhibit 29**, is a true and correct copy of highlighted excerpts of the deposition of Duane Prather, dated October 13, 2023.

31. Attached to this Declaration, as **Exhibit 30**, is a true and correct copy of an email thread between Jonathon Slothower, RN of NaphCare, Inc., and Pierce County employees, dated June 16, 2023.

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 26th day of October, 2023.

DECLARATION OF RYAN D. DREVESKRACHT IN SUPPORT PLAINTIFF'S DISCOVERY MOTIONS - 4
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1

2

3

4

5

6

7

                                     *s/ Ryan D. Dreveskracht*
Ryan D. Dreveskracht, WSBA #42593
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: *ryan@galandabroadman.com*

Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 | DECLARATION OF RYAN D. DREVESKRACHT IN SUPPORT PLAINTIFF'S DISCOVERY MOTIONS - 5
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509