THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>              Plaintiff,<br><br>   v.<br><br>NAPHCARE, INC., and PIERCE COUNTY,<br><br>              Defendants. | No. 2:22-cv-01141<br><br>**STIPULATED MOTION AND ORDER TO AMEND THE CASE SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), all parties in this action jointly move the Court for entry of an order extending the remaining case deadlines. The parties believe that there is good cause to extend the trial date, and related pretrial deadlines, as the proposed schedule will ensure efficiency and conserve judicial resources.

"The decision to modify a scheduling order is within the broad discretion of the district court," and the Court may do so on a showing of good cause. *White v. Ethicon, Inc.*, No. 20-952 , 2022 WL 596407, at *1 (W.D. Wash. Feb. 28, 2022); Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6). The good cause standard "primarily considers the diligence of the party seeking amendment." *Ginzkey v. Nat'l Sec. Corp.*, No. 18-1773, 2022 WL 1110976, at *1 (W.D. Wash. Mar. 10, 2022) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.

STIPULATED MOTION AND ORDER TO AMEND
THE CASE SCHEDULE – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1992)). Good cause exists where the "schedule . . . cannot reasonably be met despite the diligence of the parties seeking the extension." *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)).  The rule is intended to "accomplish effective pretrial procedures and to avoid wasting the time of the parties, counsel, and the court." LCR 16(b)(4).

The Court's Scheduling Order does not explicitly set forth deadlines for expert discovery and *Daubert* motions.  Dkt. No. 50 at 1.  Good cause exists to extend the deadlines for dispositive motions and other pretrial deadlines as the parties' ability to prepare motions for summary judgment, necessarily depends on the parties' ability to develop a complete factual record and assess the adequacy of the expert testimony.  Accordingly, the extension will "accomplish effective pretrial procedures," and ensure the efficiency of trial, which will, in turn, "avoid wasting the time of the parties, counsel, and the court." LCR 16(b)(4).

Further, Defendants NaphCare and Pierce County believe good cause exists to sequence *Daubert* motions and motions for summary judgment so that the Court can determine what expert opinions are admissible before the parties submit dispositive motions, which will rely heavily on expert opinions.  Should the current schedule not provide the Court time to resolve the *Daubert* motions in advance of the deadline to file motions for summary judgment, Defendants reserve their right to request a further extension of the deadline to file motions for summary judgment. Plaintiff does not believe such sequencing is necessary or beneficial.

Good cause, therefore, exists to extend the deadlines for dispositive motions, and extend the remaining case deadlines as follows:

STIPULATED MOTION AND ORDER TO AMEND
THE CASE SCHEDULE – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

|  | **Current Date** | **Proposed New Date** |
|---|---|---|
| Deadline for Expert Disclosures and Reports |  | March 15, 2024 |
| Deadline for Rebuttal Expert Disclosures and Reports |  | April 15, 2024 |
| Discovery Cut-Off | March 15, 2024 | May 15, 2024 |
| Deadline to File *Daubert* Motions | April 15, 2024 | June 10, 2024 |
| Mediation to be Completed | April 1, 2024 | July 1, 2024 |
| Deadline to File Motions for Summary Judgment | April 15, 2024 | September 16, 2024 |
| Motions in Limine | July 5, 2024 | November 29, 2024 |
| Pretrial Order | July 5, 2024 | November 29, 2024 |
| Proposed Verdict Forms, Voir Dire, and Jury Instructions | July 8, 2024 | December 2, 2024 |
| Trial Briefs | July 11, 2024 | December 5, 2024 |
| Jury Trial | July 15, 2024 | December 9, 2024 |

STIPULATED MOTION AND ORDER TO AMEND
THE CASE SCHEDULE – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED October 25, 2023 | s/ *David. A. Perez*_____ |
| | | David A. Perez, WSBA No. 43959 |
| 3 | | Juliana Bennington, WSBA No. 60357 |
| | | Jedidiah K.R. Blake, WSBA No. 59610 |
| 4 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 5 | | Seattle, WA 98101-3099 |
| | | Telephone: 206.359.8000 |
| 6 | | Facsimile: 206.359.9000 |
| | | E-mail: Dperez@perkinscoie.com |
| 7 | | JBennington@perkinscoie.com |
| | | JBlake@perkinscoie.com |

Jacob Dean *(Admitted Pro Hac Vice)*
**Perkins Coie LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.3365
Facsimile: 310.788.3365
E-mail: JacobDean@perkinscoie.com

*Attorneys for Defendant NaphCare, Inc.*


s/ *Kristal M. Cowger*_____
Kristal M. Cowger, WSBA # 43079
**Pierce County Prosecuting Attorney**
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2102
Telephone: 253.798.4265
Email: kristal.cowger@piercecountywa.gov

*Attorney for Defendant Pierce County*


s/ *Ryan Dreveskracht*_____
Ryan Dreveskracht, WSBA No. 42593
Corinne Sebren, WSBA No. 58777
Galanda Broadman, PLLC
8606 35th Avenue NE, Ste. L1
P. O. Box 15146
Seattle, WA 98115
Telephone: 206.909.3842
Facsimile: 206.299.7690
E-mail: ryan@galandabroadman.com
E-mail: corinne@galandabroadman.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO AMEND
THE CASE SCHEDULE – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

**IT IS SO ORDERED.**

Dated this 26th day of October, 2023

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented by:

s/ *David. A. Perez*
David A. Perez, WSBA No. 43959
Juliana Bennington, WSBA No. 60357
Jedidiah K.R. Blake, WSBA No. 59610
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: Dperez@perkinscoie.com
        JBennington@perkinscoie.com
        JBlake@perkinscoie.com

Jacob Dean *(Admitted Pro Hac Vice)*
**Perkins Coie LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone:  310.788.3365
Facsimile:   310.788.3365
Email: JacobDean@perkinscoie.com

*Attorneys for Defendant NaphCare, Inc.*

s/ *Kristal M. Cowger*
Kristal M. Cowger, WSBA # 43079
**Pierce County Prosecuting Attorney**
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2102
Telephone:  253.798.4265
Email:  kristal.cowger@piercecountywa.gov

*Attorney for Defendant Pierce County*

STIPULATED MOTION AND ORDER TO AMEND
THE CASE SCHEDULE – 5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2   *s/ Ryan Dreveskracht*
Ryan Dreveskracht, WSBA No. 42593

3   Corinne Sebren, WSBA No. 58777
**Galanda Broadman, PLLC**

4   8606 35th Avenue NE, Ste. L1
P. O. Box 15146

5   Seattle, WA 98115
Telephone: 206.909.3842

6   Facsimile: 206.299.7690
E-mail: ryan@galandabroadman.com

7   E-mail: corinne@galandabroadman.com

8   *Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO AMEND
THE CASE SCHEDULE – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000