THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAVIER TAPIA,

Plaintiff,

v.

NAPHCARE, INC., et al.

Defendants.

NO. 2:22-cv-01141-KKE

STIPULATED MOTION TO MAINTAIN EXHIBIT 30 UNDER SEAL AND ORDER TO SEAL

## I. INTRODUCTION

The above-named Parties, by and through their respective counsel, jointly move this Court for an Order pursuant to Local Civil Rule 5(g) to maintain under seal Exhibit 30 (Dkt. 61-30, 62, 62-1), previously filed with the Declaration of Ryan D. Dreveskracht in Support of Plaintiff's Discovery Motion filed on October 26, 2023, (Dkt. 61).[1] The Parties hereby stipulate and agree as follows:

1. Exhibit 30 is a subject of Plaintiff's Motion to Overrule NaphCare Inc.'s Assertion of Privilege and Compel Deposition Testimony of Dr. Elliot Wade. (Dkt. 59).

---

[1] Plaintiff also filed Exhibit 14 under seal because it was designated by NaphCare, Inc. Confidential under the parties' protective order (Dkt. 43). Dkt. 61-14, 62. NaphCare, Inc. has agreed to withdraw the Confidentiality designation for Exhibit 14 and the parties agrees that the exhibit may be unsealed.

STIPULATED MOTION TO MAINTAIN EXHIBIT 30
UNDER SEAL AND ORDER TO SEAL - 1
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

2. Given the privilege claim dispute, the Parties therefore stipulate to maintaining under seal the above referenced exhibit until the Court has the opportunity to resolve the dispute.

## II.     LEGAL STANDARD

3. For non-dispositive motions, the public's right to access to records filed before a court yields if there is a "good cause." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

## III.    ARGUMENT

4. Federal Rule of Civil Procedure 26(b)(5)(B) provides that when a party notifies another party of the inadvertent production of information subject to privilege, the receiving party "may promptly present the information to the court under *seal* for a determination of the claim." Fed. R. Civ. P. 26(b)(5)(B) (emphasis added). Courts have found that documents subject to privilege disputes may properly be filed under sealed. *WatchGuard Techs., Inc. v. iValue Infosolutions Pvt. Ltd.*, No. C15-1697-BAT, 2017 WL 3581624, at *2 (W.D. Wash. Aug. 18, 2017) (collecting cases granting motions to seal documents subject to privilege claims under the higher "compelling reasons" standard); *Diamond X Ranch LLC v. Atl. Richfield Co.*, No. 13-00570, 2016 WL 3176577, at *4 (D. Nev. June 3, 2016).

5. Here, on September 28, 2023, NaphCare, Inc. notified Plaintiff and Defendant Pierce County that it was clawing back Exhibit 30 pursuant to Federal Rule of Civil Procedure 26(b)(5)(B). Dkt. 61-24. Plaintiff later submitted Exhibit 30 to the Court under seal as an exhibit to a motion to compel. The parties agree that Exhibit 30 is the subject of a privilege dispute and should be maintained under seal. *See* Fed. R. Civ. P. 26(b)(5)(B); *Diamond X Ranch LLC*, 2016 WL 3176577, at *4.

STIPULATED MOTION TO MAINTAIN EXHIBIT 30
UNDER SEAL AND ORDER TO SEAL - 2
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

### IV. Local Civil Rule 5(g) Certification

6. On November 6, 2023, counsel for NaphCare, Inc., Plaintiff, and Pierce County met and conferred via a telephonic conference. Ryan Dreveskracht appeared for Plaintiff, Kristal Cowger appeared for Pierce County, and Jacob Dean and Juliana Bennington appeared for NaphCare, Inc. The parties agreed it is proper and appropriate that Exhibit 30 be maintain under seal. The parties further agreed to move the Court to maintain the seal via a joint stipulated motion and proposed order.

### V. CONCLUSION

7. For the reasons above, the Court should grant the parties' joint stipulated motion to maintain under seal Exhibit 30 (Dkt. 61-30, 62-1), which was previously filed with Declaration of Ryan D. Dreveskracht in Support of Plaintiff's Discovery Motion filed on October 26, 2023. (Dkt. 61).

8. By so stipulating, neither Plaintiff nor Defendants consent to discovery above or beyond those permitted by the Federal Rules of Civil Procedure or this Court's Local Civil Rules.

DATED this 7th day of November, 2023.


*s/ Ryan D. Dreveskracht*
Ryan D. Dreveskracht, WSBA #42593
*s/ Corinne Sebren*
Corinne Sebren, WSBA #58777
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: ryan@galandabroadman.com
corinne@galandabroadman.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO MAINTAIN EXHIBIT 30
UNDER SEAL AND ORDER TO SEAL - 3
Case No. 2:22-cv-01141-KKE

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1  *s/ David A. Perez*
   David A. Perez, WSBA No. 43959
2  Juliana Bennington, WSBA No. 60357
   Jedidiah K.R. Blake, WSBA No. 59610
3  Perkins Coie LLP
   1201 Third Avenue, Suite 4900
4  Seattle, WA 98101-3099
   Telephone: 206.359.8000
5  Facsimile: 206.359.9000
   E-mail: Dperez@perkinscoie.com
6  E-mail: JBennington@perkinscoie.com
   E-mail: JBlake@perkinscoie.com
7
   Jacob Dean (*Admitted Pro Hac Vice*)
8  Perkins Coie LLP
   1888 Century Park East, Suite 1700
9  Los Angeles, CA 90067-1721
   Telephone: 310.788.3365
10 Facsimile: 310.788.3365
   E-mail: JacobDean@perkinscoie.com
11
   *Attorneys for Defendant NaphCare, Inc.*
12

13 */s Kristal M. Cowger*
   Kristal M. Cowger, WSBA # 43079
14 Pierce County Prosecuting Attorney
   930 Tacoma Avenue South, Suite 946
15 Tacoma, WA 98402-2102
   Telephone:  253.798.4265
16 Email:  kristal.cowger@piercecountywa.gov

17 *Attorney for Defendant Pierce County*

18

19

20

21

22

23

24

25
   STIPULATED MOTION TO MAINTAIN EXHIBIT 30
   UNDER SEAL AND ORDER TO SEAL - 4
   Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

# ORDER

Pursuant to the Stipulation above, the Court hereby ORDERS that Exhibit 30 (Dkt. 61-30, 62-1) filed with the Declaration of Ryan D. Dreveskracht in Support of Plaintiff's Discovery Motions be maintained under seal.

DATED this 8th day of November, 2023.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

Presented By:

s/ Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
s/ Corinne Sebren
Corinne Sebren, WSBA #58777
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: ryan@galandabroadman.com
corinne@galandabroadman.com

*Attorneys for Plaintiff*


s/ David A. Perez
David A. Perez, WSBA No. 43959
Juliana Bennington, WSBA No. 60357
Jedidiah K.R. Blake, WSBA No. 59610
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: Dperez@perkinscoie.com
E-mail: JBennington@perkinscoie.com
E-mail: JBlake@perkinscoie.com

Jacob Dean (*Admitted Pro Hac Vice*)

STIPULATED MOTION TO MAINTAIN EXHIBIT 30
UNDER SEAL AND ORDER TO SEAL - 5
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1  Perkins Coie LLP
   1888 Century Park East, Suite 1700
2  Los Angeles, CA 90067-1721
   Telephone: 310.788.3365
3  Facsimile: 310.788.3365
   E-mail: JacobDean@perkinscoie.com
4
   *Attorneys for Defendant NaphCare, Inc.*
5

6  /s Kristal M. Cowger
   Kristal M. Cowger, WSBA # 43079
7  Pierce County Prosecuting Attorney
   930 Tacoma Avenue South, Suite 946
8  Tacoma, WA 98402-2102
   Telephone:  253.798.4265
9  Email:  kristal.cowger@piercecountywa.gov

10 *Attorney for Defendant Pierce County*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
STIPULATED MOTION TO MAINTAIN EXHIBIT 30
UNDER SEAL AND ORDER TO SEAL - 6
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509