UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br>            Plaintiff,<br>   v.<br>NAPHCARE INC et al,<br>            Defendant(s). | CASE NO. C22-1141-KKE<br><br>ORDER ON MOTION FOR RECONSIDERATION |

Before the Court is NaphCare's Motion for Partial Clarification/Reconsideration of Order (Dkt. 86). Dkt. No. 88. Pursuant to Local Civil Rule 7(h)(3), Tapia is ORDERED to file a response to NaphCare's motion (Dkt. No. 88) no later than February 20, 2024. Tapia's response shall not exceed 2,100 words.

Dated this 7th day of February, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge