THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

JAVIER TAPIA,

Plaintiff,

v.

NAPHCARE, INC., et al.

Defendants.

NO. 2:22-cv-01141-KKE

**DECLARATION OF RYAN D. DREVESKRACHT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO NAPHCARE INC.'S MOTION FOR SUMMARY JUDGMENT**

I, RYAN D. DREVESKRACHT, state and declare as follows:

1. I am counsel for the Plaintiff in the above-captioned action. I am over the age of eighteen and make this declaration on personal knowledge.

2. Attached to this Declaration, as **Exhibit 1**, is a true and correct copy of the June 16, 2018 Pierce County Jail Booking Form of Javier Tapia.

3. Attached to this Declaration, as **Exhibit 2**, is a true and correct copy of the October 3, 2018 Tacoma General Hospital medical record for Javier Tapia.

4. Attached to this Declaration, as **Exhibit 3**, is a true and correct copy of the September 14, 2022 email from Stephanie Olson at Perkins Coie, LLP regarding the meet and confer that took place that same day.

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S RESPONSE
IN OPPOSITION TO NAPHCARE INC.'S
MOTION FOR SUMMARY JUDGMENT - 1 Case
No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

5. Attached to this Declaration, as **Exhibit 4,** is a true and correct copy of the October 7, 2022 email from Corinne Sebren in my office to Ian Rogers, counsel for NaphCare.

6. Attached to this Declaration, as **Exhibit 5,** is a true and correct copy of the March 13, 2024 Expert Report prepared by Daphne Glindmeyer, M.D.

7. Attached to this Declaration, as **Exhibit 6,** is a true and correct copy of excerpts from the September 13, 2023 transcript of the deposition of Jonathon Knight.

8. Attached to this Declaration, as **Exhibit 7,** is a true and correct copy of excerpts from the December 12, 2023 transcript of the deposition of Jonah Bradley.

9. Attached to this Declaration, as **Exhibit 8,** is a true and correct copy of the March 15, 2024 Expert Report prepared by Johnny E. Bates, M.D.

10. Attached to this Declaration, as **Exhibit 9,** is a true and correct copy of excerpts from the November 29, 2023 transcript of the deposition of Jonathon M. Slothower.

11. Attached to this Declaration, as **Exhibit 10,** is a true and correct copy of excerpts from the March 28, 2024 transcript of the deposition of Johnny E. Bates, M.D.

12. Attached to this Declaration, as **Exhibit 11,** is a true and correct copy of NaphCare Progress Notes for Javier Tapia.

13. Attached to this Declaration, as **Exhibit 12,** is a true and correct copy of NaphCare Vital Signs Records for Javier Tapia.

14. Attached to this Declaration, as **Exhibit 13,** is a true and correct copy of the Expert Report prepared by Denise Panosky, D.N.P., R.N., CNE, CCHP, FCNS

15. Attached to this Declaration, as **Exhibit 14,** is a true and correct copy of excerpts from the October 10, 2023 transcript of the deposition of Cameron Carrillo.

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S RESPONSE
IN OPPOSITON TO NAPHCARE INC.'S
MOTION FOR SUMMARY JUDGMENT - 2
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

16. Attached to this Declaration, as **Exhibit 15,** is a true and correct copy of excerpts from the February 1, 2024 transcript of the deposition of Javier Tapia.

17. Attached to this Declaration, as **Exhibit 16,** is a true and correct copy of the October 13, 2018 Tacoma General Hospital (Paige M. Cummings Johnson, D.O.) medical record for Javier Tapia.

18. Attached to this Declaration, as **Exhibit 17,** is a true and correct copy of the Expert Report prepared by Juan Carlos Jimenez, M.D.

19. Attached to this Declaration, as **Exhibit 18,** is a true and correct copy of excerpts from the January 19, 2024 transcript of the deposition of Nicholas D. Garcia, M.D.

20. Attached to this Declaration, as **Exhibit 19,** is a true and correct copy of the October 2, 2018 Tacoma General Hospital medical record (Nicholas D. Garcia, M.D.) for Javier Tapia.

21. Attached to this Declaration, as **Exhibit 20,** is a true and correct copy of the October 16, 2018 Tacoma General Hospital medical record (Cindy P. Ha, M.D.) for Javier Tapia.

22. Attached to this Declaration, as **Exhibit 21,** is a true and correct copy of excerpts from the November 2, 2023 transcript of the deposition of Elizabeth Warren.

23. Attached to this Declaration, as **Exhibit 22,** is a true and correct copy of the Occupational Employment and Wage Statistics from the U.S. Bureau of Labor Statistics related to Licensed Practical and Licensed Vocational Nurses.

24. Attached to this Declaration, as **Exhibit 23,** is a true and correct copy of the Occupational Employment and Wage Statistics from the U.S. Bureau of Labor Statistics related to Registered Nurses.

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S RESPONSE
IN OPPOSIONT TO NAPHCARE INC.'S
MOTION FOR SUMMARY JUDGMENT - 3
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

25. Attached to this Declaration, as **Exhibit 24,** is a true and correct copy of excerpts from the April 4, 2024 transcript of the deposition of Denise Panosky, D.N.P., R.N., CNE, CCHP, FCNS

26. Attached to this Declaration, as **Exhibit 25,** is a true and correct copy of the Expert Rebuttal Report prepared by Denise Panosky, D.N.P., R.N., CNE, CCHP, FCNS

27. Attached to this Declaration, as **Exhibit 26,** is a true and correct copy of the Expert Rebuttal Report prepared by Johnny E. Bates, M.D.

28. Attached to this Declaration, as **Exhibit 27,** is a true and correct copy of excerpts from the September 15, 2023 transcript of the deposition of Darren Nealis.

29. Attached to this Declaration, as **Exhibit 28,** is a true and correct copy of excerpts from the April 25, 2024 transcript of the deposition of Elliot Wade, M.D.

30. Attached to this Declaration, as **Exhibit 29,** is a true and correct copy of the Inmate Behavior Log Printout for Javier Tapia.

31. Attached to this Declaration, as **Exhibit 30,** is a true and correct copy of the Access Log for Javier Tapia's jail (NaphCare) medical chart.

32. Attached to this Declaration, as **Exhibit 31,** is a true and correct copy of excerpts from the April 16, 2024 transcript of the deposition of Daphne Glindmeyer, M.D.

33. Attached to this Declaration, as **Exhibit 32,** is a true and correct copy of the October 18, 2018, Tacoma General Hospital medical record (Arash Mirzaie Amirabadi, M.D.) for Javier Tapia.

34. Attached to this Declaration, as **Exhibit 33,** is a true and correct copy of the October 1, 2018, Tacoma General Hospital medical record (Nicolas Garcia, M.D.) for Javier Tapia.

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S RESPONSE
IN OPPOSIONT TO NAPHCARE INC.'S
MOTION FOR SUMMARY JUDGMENT - 4
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

| | |
|---|---|
| 1 | 35. Attached to this Declaration, as **Exhibit 34,** is a true and correct copy of the October 2, 2018, Tacoma General Hospital medical record (Lucas Labine, M.D.) for Javier Tapia. |

36. Attached to this Declaration, as **Exhibit 35,** is a true and correct copy of the October 2, 2018 and October 3, 2018, Tacoma General Hospital medical records (Lucas Labine, M.D.) for Javier Tapia.

37. Attached to this Declaration, as **Exhibit 36,** is a true and correct copy of the October 3, 2018, Tacoma General Hospital medical record (Nicolas Garcia, M.D.) for Javier Tapia.

38. Attached to this Declaration, as **Exhibit 37,** is a true and correct copy of excerpts from the May 8, 2024 transcript of the deposition of Alan Abrams, M.D.

39. Attached to this Declaration, as **Exhibit 38,** is a true and correct copy of excerpts from the September 28, 2023 transcript of the deposition of Elliot Wade, M.D.

40. Attached to this Declaration, as **Exhibit 39,** is a true and correct copy of the Expert Rebuttal Report prepared by Daphne Glindmeyer, M.D.

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 24th day of May, 2024.

s/ Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: ryan@galandabroadman.com

Attorney for Plaintiff

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S RESPONSE
IN OPPOSITON TO NAPHCARE INC.'S
MOTION FOR SUMMARY JUDGMENT - 5
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509