# EXHIBIT 17

UNIVERSITY OF CALIFORNIA, LOS ANGELES                                    UCLA



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

JUAN CARLOS JIMENEZ, M.D. MBA, F.A.C.S.                          DIVISION OF VASCULAR SURGERY
Clinical Professor                                                   DEPARTMENT OF SURGERY
David Geffen School of Medicine at UCLA                    DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA
Co-Medical Director, UCLA Hyperbarics
Director, UCLA Gonda Venous Center                          GONDA (GOLDSCHMIED) VASCULAR CENTER
Tel: 310-206-1786                                              200 UCLA MEDICAL PLAZA, STE. 526
Fax: (310) 267-0189                                         LOS ANGELES, CALIFORNIA 90095-6908
E-mail: jcjimenez@mednet.ucla.edu

## EXPERT REPORT OF JUAN CARLOS JIMENEZ, M.D.

All the opinions offered in this report are given to a reasonable degree of medical probability and/or certainty, and they are based on my education, training, knowledge, experience, prior medical literature review and conference attendance, peer-to-peer discussions, and/or materials that I have reviewed in connection with this litigation.  My curriculum vitae (CV), which details my education and experience, and includes a list of all publications authored by me in the past 10 years, is attached to this report.

I reserve the right to supplement this list, as well as to amend and supplement the opinions expressed in this report as additional materials become available for review.

## I.      BACKGROUND AND QUALIFICATIONS

I received my B.A. in Psychology from the University of California, Berkeley in 1994.  I then obtained my M.D. from the University of California, Irvine in 1999.  After graduating from medical school, I completed my resident training in General Surgery at the University of California, Irvine from 1999 to 2005.  From 2005 to 2007, I completed my fellowship training in Vascular Surgery at the University of California, Los Angeles ("UCLA").  I was selected for the sole position that year from a pool of greater than 80 applicants.  I also recently obtained a Master of Business Administration ("MBA") from the UCLA Anderson School of Management in 2019.  I am currently board certified in Vascular Surgery.  My last recertification was in 2023.

UNIVERSITY OF CALIFORNIA, LOS ANGELES                                    UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO        SANTA BARBARA • SANTA CRUZ



Following my fellowship training at UCLA, I began serving on the Attending Vascular

Surgery Staff at both the Ronald Reagan UCLA Medical Center and the UCLA Santa Monica

Medical Center and continue in these roles today.  In 2007, I became the Division Chief for

Vascular Surgery at Olive View-UCLA Medical Center, where I worked until 2015.  At that

time, I transitioned to a full time academic and clinical appointment at Ronald Reagan UCLA

Medical Center in Westwood, CA.  I am the current Director of the UCLA Gonda

(Goldschmied) Venous Center.  I regularly diagnose and manage patients with a wide spectrum

of both central and superficial venous disease, including deep venous thrombosis and its

complications.  I also have expertise in the treatment of vascular disorders of blood vessels for

the purpose of limb salvage and preservation.  I also have extensive experience treating patients

with deep venous thrombosis[1], compartment syndrome[2] and Phlegmasia Cerulea Dolens[3] and

have published book chapters and articles in high quality peer reviewed journals on these topics.

I have expertise in the management of complications related to venous disorders and limb

salvage over my 16 years as a vascular surgeon.  For the past 12 years, I have served as the

Co-Chair for the UCLA Vascular and Endovascular Surgery Board Review course attended by

vascular surgeons and trainees from around the globe.  I have also edited four internationally

published textbooks of Vascular Surgery (two additional texts are currently in press).  Both the

course and the texts cover the topic of management of complications related to deep venous

thrombosis

As detailed on my CV, I have held several academic appointments within the Department

of Surgery, Division of Vascular Surgery at the David Geffen School of Medicine at UCLA.  I

am the recipient of two "Excellence in Teaching" awards for medical students and residents from

UNIVERSITY OF CALIFORNIA, LOS ANGELES                    UCLA



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO    SANTA BARBARA • SANTA CRUZ

two different academic hospitals (UCLA and UC Irvine).  I have also been selected by my peers to the prestigious "Super Doctors" and "Top Doctors" lists in both the *Los Angeles Times* and *Los Angeles Magazine* for 14 years in a row.

**II.    MATERIALS REVIEWED:**

1.  Pierce County Jail records

2.  Medical Records

    **A.**  Washington Corrections

    **B.**  Pierce County

    **C.**  NaphCare

    **D.**  MultiCare Health System

    **E.**  Health Care Authority

    **F.**  Hanger Clinic

3.  Deposition Transcripts:

    **A.**  Darren Nealis and Exhibits

    **B.**  Jesus Tono Perez and Exhibits

    **C.**  Jane N Valley and Exhibits

    **D.**  Jonah Bradley and Exhibits

    **E.**  Nicholas Garcia

    **F.**  Cameron Carrillo and Exhibits

    **G.**  Jonathon Knight and Exhibits

    **H.**  Debra Ricci and Exhibits

    **I.**  Elliot Wade and Exhibits

UNIVERSITY OF CALIFORNIA, LOS ANGELES                                                    UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO        SANTA BARBARA • SANTA CRUZ



    **J.**  Lucas Labine and Exhibits

    **K.**  Javier Tapia and Exhibits

**4.**  Expert Reports:

    **A.**  Denise M. Panosky

**5.**  Civil Trial Scheduling Order


**III.**   **<u>CASE SUMMARY:</u>**

      Javier Tapia is a 42-year-old male (Date of birth: ▮▮▮▮▮) who was transferred to

Tacoma General Hospital from Pierce County Correctional Facility for evaluation of complaints

related to his left leg and foot on 10/1/2018.  Based on the Pierce County Corrections Inmate

Behavior Log, Mr. Tapia was noted repeatedly as having mental status changes, confusion, and

inability to respond to questions beginning in mid-September 2018.  On 10/1/2028, his foot was

observed to be a "purple/black color" and was subsequently transferred to the hospital.   In the

Emergency department, he was noted to have pain, swelling, redness and gangrene of his left

lower extremity.  On physical examination, the skin of his left lower extremity was noted to be

"cool" from below knee to the foot and his forefoot was noted to be "cold".  The clinical

documentation describes swelling of his "calf to foot with black gangrenous skin changes of

entire forefoot and all toes."  He was unable to move his toes and his left calf was swollen and

tender to the touch.  His white blood cell count (17.81- Normal range 4-12 K/uL), creatine kinase

(1,081- Normal range 0-200 IU/L)) and Blood Urea Nitrogen (110- Normal range 8-24 mg/dL)

levels were elevated.  He also had an elevated creatinine level (1.65- Normal range 0.7-1.5

mg/dl) indicative of likely rhabdomyolysis and renal failure.

UNIVERSITY OF CALIFORNIA, LOS ANGELES                                    UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

A venous duplex ultrasound of his left leg demonstrated extensive "subacute" deep venous thrombosis in every major vein within both the deep and superficial venous systems. These included: common femoral, femoral vein, popliteal vein, posterior tibial, peroneal, gastrocnemius, great saphenous and lesser saphenous veins.  Within the medical community, "subacute" refers to thrombus present 14 to 30 days.  Based on his clinical and radiographic findings, Mr. Tapia was diagnosed with Phlegmasia Cerulea Dolens (PCD), compartment syndrome and gangrene.  Systemic anticoagulation with heparin and intravenous antibiotics were initiated, and Vascular surgery was consulted.  Catheter directed thrombolysis was performed with partial restoration of venous patency in the left femoral and iliac veins.  Despite this therapy, the patient developed worsened gangrene of his left foot and erythema of his left leg. Due to the extent of his irreversible tissue loss upon his presentation to the hospital, the Mr. Tapia underwent a guillotine amputation of his left ankle on 10/10/2018.  He then underwent formal below knee amputation with closure on 10/16/2018.  He was subsequently transferred back to the Pierce County Correctional Facility on 10/24/2018.

Phlegmasia Cerulea Dolens (PCD) with resultant compartment syndrome is a severe limb and life-threatening condition.  With this condition, patients develop deep venous thrombosis which can result in extension of thrombus to multiple outflow veins of the upper and lower extremities. This can result in irreversible tissue gangrene due to severe venous outflow obstruction.  Severe swelling is a hallmark of PCD and can lead to increased pressure within extremity muscle compartments and permanent muscle damage.  Prompt diagnosis and treatment of PCD is critical to preserve limb salvage.  Treatment options for PCD include systemic anticoagulation, catheter directed thrombolysis, endovenous mechanical and surgical

UNIVERSITY OF CALIFORNIA, LOS ANGELES                    UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO      SANTA BARBARA • SANTA CRUZ



thrombectomy.  When deep venous thrombosis is not promptly diagnosed and leads to PCD,

amputation rates have been reported to be as high as 50% and mortality between 25-40%.[4]


### IV.    PROFESSIONAL OPINIONS:

1.   Based on the patient's advanced level of left foot necrosis and gangrene, his other related

     systemic complications (rhabdomyolysis, uremia, renal failure, compartment syndrome

     and infected gangrene) and the presence of extensive "subacute" appearing thrombus in

     his left leg superficial and deep veins above and below the knee, the initial deep venous

     thrombosis which led to the patient's PCD appears to have been present for

     approximately 2-4 weeks prior to the date of his transfer to the hospital on 10/1/2018.

     This delay in diagnosis was a significant contributing factor which led to Mr. Tapia's left

     lower leg amputation.  More likely than not, had the patient's acute deep venous

     thrombosis been diagnosed earlier and treated with systemic anticoagulation, progression

     to PCD and limb loss would have been avoided.


2.   More likely than not, to a reasonable degree of medical certainty, the patient's PCD and

     related systemic manifestations (rhabdomyolysis, uremia, renal failure, compartment

     syndrome and infected gangrene) were the cause of his acute mental status changes

     recorded in the weeks leading up to his admission to Tacoma General Hospital on

     10/1/2018.  In the clinical note by Dr. Labine dated 10/1/2018, he documents "consider

     systemic changes" as the cause of his personality changes.  A neurologic workup,

     including computed tomography of the head, was performed which was negative.  In the

UNIVERSITY OF CALIFORNIA, LOS ANGELES                    UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ



patient's discharge summary dated 10/22/2018, his mental status changes improved over the course of his medical treatment in the hospital.  Mr. Tapia's documented acute mental status changes on 9/18/2024 should have alerted medical personnel at Pierce County Correctional Facility to perform a more detailed physical evaluation.  More likely than not, this would have led to an earlier diagnosis of deep venous thrombosis prior to progression to PCD and the onset of gangrene and would have saved his leg.

3.  More likely than not, Mr. Tapia experienced profound pain and suffering during the onset of his deep venous thrombosis (2-4 weeks prior to his diagnosis),  through his hospitalization, and in the post-operative recovery period following his two amputation procedures.  The advanced soft tissue infection with blistering, edema and necrosis, as demonstrated in the clinical photos reviewed, are associated with high levels of pain and psychological distress in my experience treating similar patients.  Due to the severity of his condition, Mr. Tapia was forced to undergo an open guillotine leg amputation which could not be closed due to the high degree of infection.  This required another completion amputation six days later to close the tissue and skin.  More likely than not, the high physical and mental pain associated with these amputations could have been avoided if the patient's condition had been evaluated and treated in a timely fashion.

UNIVERSITY OF CALIFORNIA, LOS ANGELES                    UCLA



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO        SANTA BARBARA • SANTA CRUZ

Juan Carlos Jimenez MD, MBA, FACS
Clinical Professor of Surgery
Director, Gonda (Goldschmied) Venous Center
Division of Vascular Surgery
Department of Surgery
David Geffen School of Medicine at UCLA

---

[1] DeRubertis BG, Alktaifi A, Lawrence PF, Jimenez JC, Rigberg DA, Gelabert HG. Endovascular management of chronic nonmalignant iliocaval venous lesions. Ann Vasc Surg 2013;27:577-86. (PMID:29037346)

[2] Jimenez JC. Non-Infectious Complications in Vascular Surgery. Vascular and Endovascular Surgery, 9th Edition. Moore WS, Lawrence PF, Oderich G. (ed:) Elsevier (Saunders), 2017.

[3] Chun TT, Jimenez JC, Pantola JL, Moriarty JM, Freeman S. Phlegmasia cerulea dolens associated with acute Covid-19 pneumonia despite supratherapeutic warfarin anticoagulation. J Vasc Surg Cases Innov Tech. 2020;6:653-656. (PMID: 33102992)

[4] Abdul W, Hickey B, Wilson C. Lower extremity compartment syndrome in the setting of iliofemoral deep vein thrombosis, phlegmasia cerulea dolens and factor VII deficiency. BMJ Case Rep. 2016;2016:bcr2016215078. (PMID:27113791)

Updated: 3/2024

<u>CURRICULUM VITAE:</u>

Juan Carlos Jimenez, MD, MBA, FACS
Clinical Professor of Surgery
Gonda (Goldschmied) Vascular Center
Division of Vascular and Endovascular Surgery
David Geffen School of Medicine at UCLA

| | |
|---|---|
| Business Address: | Gonda (Goldschmied) Vascular Center at UCLA<br>200 Medical Plaza, Suite 526<br>Los Angeles, CA 90095<br>Office: (310) 206-1786<br>Fax: (310) 206-8382<br>jcjimenez@mednet.ucla.edu |
| Current Position: | Clinical Professor of Surgery<br>Vice Chair for Justice, Equity, Diversity and Inclusion<br>Director, UCLA Gonda (Goldschmied) Venous Center<br>Co-Director, UCLA Hyperbaric Center<br>Gonda (Goldschmied) Vascular Center<br>Department of Surgery<br>David Geffen School of Medicine at UCLA |

<u>EDUCATION:</u>

| | |
|---|---|
| Baccalaureate Degree | B.A., Psychology<br>University of California, Berkeley<br>1994 |
| Advanced Degrees | M.D., University of California, Irvine<br>1999 |
| Resident Training | General Surgery, University of California, Irvine,<br>1999-2005 |
| Fellowship Training | Vascular Surgery, University of California, Los<br>Angeles, 2005-2007 |
| Master of Business<br>Administration | University of California, Los Angeles Anderson School<br>of Management 2019 |

1

Updated: 3/2024

LICENSURE

California Medical License, A75166                             2001-present

Fluoroscopy Supervisor and Operator License                   2005-present

BOARD CERTIFICATION:

Surgery                  The American Board of Surgery
Board Certification      February 2006-2021
                         #050906

Vascular Surgery         The American Board of Surgery
Board Certification      May 2009-present
                         #101925

PROFESSIONAL EXPERIENCE:

Staff Appointments

Attending Vascular Surgery Staff                              2007-present
Ronald Reagan UCLA Medical Center
Los Angeles, California

Attending Vascular Surgery Staff                              2007-present
UCLA Santa Monica Hospital
Santa Monica, California

Chief, Vascular Surgery                                       2007-2015
Attending Vascular Surgery Staff
Olive View-UCLA Medical Center
Sylmar, California

ACADEMIC APPOINTMENTS

Health Sciences Clinical Professor, Step II                  2022-present
Department of Surgery
Division of Vascular Surgery
David Geffen School of Medicine at UCLA
Los Angeles, California

2

Updated: 3/2024

Health Sciences Clinical Professor, Step I                2019-2022
Department of Surgery
Division of Vascular Surgery
David Geffen School of Medicine at UCLA
Los Angeles, California

Health Sciences Associate Clinical Professor, Step III    2017-2019
Department of Surgery
Division of Vascular Surgery
David Geffen School of Medicine at UCLA
Los Angeles, California

Health Sciences Associate Clinical Professor, Step II     2015-2017
Department of Surgery
Division of Vascular Surgery
David Geffen School of Medicine at UCLA
Los Angeles, California

Health Sciences Associate Clinical Professor, Step I      2013-2015
Department of Surgery
Division of Vascular Surgery
David Geffen School of Medicine at UCLA
Los Angeles, California

Health Sciences Assistant Clinical Professor              2010-2013
Department of Surgery
Division of Vascular Surgery
David Geffen School of Medicine at UCLA
Los Angeles, California

Assistant Professor-in-Residence                          2007-2010
Department of Surgery
Division of Vascular Surgery
David Geffen School of Medicine at UCLA
Los Angeles, California


## RESEARCH GRANTS AND FELLOWSHIPS RECEIVED:


Investigator: Cooperative Studies

Positive Impact of EndoVascular Options for
Treating Aneurysms Early (PIVOTAL)

Updated: 3/2024

Medtronic
Clinical Trial
Co-Investigator
<u>UCLA Medical Center</u>                                              2007-2009


TAG 08-01Conformable GORE TAG
Thoracic Endoprosthesis Dissection Trial
Clinical Trial
Gore Medical
<u>Co-Investigator</u>
<u>UCLA Medical Center</u>                                              2010-2012

A Pivotal Clinical Study to Evaluate the Safety
and Effectiveness of the Trivascular AAA Stent Graft System
Protocol number 771-0006
Medtronic
Clinical Trial
<u>Co-Investigator</u>
<u>UCLA Medical Center</u>                                              2010-2013

A Non-Interventional Safety Study Providing 12 Months
Follow-Up from First Exposure to HP802-247
In Subjects with Venous Leg Ulcer
Smith and Nephew
Protocol number 802-247-09-030
<u>Olive View-UCLA Medical Center</u>
<u>Primary Investigator</u>
$48,375.00                                                       2012-2015

A Phase 3 Randomized, Double Blind, Vehicle Controlled
Study Investigating the Safety and Efficacy of
HP802-247 in the Treatment of Venous Leg Ulcers
Smith and Nephew
Protocol Number 802-247-09-029
<u>Olive View-UCLA Medical Center</u>
<u>Primary Investigator</u>
$193,300.00                                                      2012-2014

A Multicenter, Randomized, Double-Blind, Placebo-Controlled,
Parallel Group Study to Evaluate the Efficacy, Safety,
And Tolerability of Ixmyelocel-T in Subjects with
Critical Limb Ischemia and No Options for
Revascularization
Protocol Number 55-1009-1
<u>UCLA Medical Center</u>

Updated: 3/2024

Co-Investigator                                                        2012


A Phase 3 Randomized, Double Blind, Vehicle Controlled Study Investigating the Safety and Efficacy of HP802-247 in the Treatment of Venous Leg Ulcers > 12 cm$^2$  to $\leq$ 36 cm$^2$

Sponsor: Smith and Nephew
Protocol Number 802-247-09-031
Olive-View UCLA Medical Center
Primary Investigator
Ronald Reagan-UCLA Medical Center
Co-Investigator
$137,250.00                                                        2013

In Balance VLU: Inflammation, Bacteria, and Angiogenesis effects in Launching Venous Leg Ulcer Healing- A Prospective, Randomized, Controlled Multicenter Pilot Study of the Effects of MIST Therapy on Chronic Lower Extremity Venous Ulcer

Registration Number: NCT01549860
Sponsor: Celleration
Olive-View UCLA Medical Center
 Primary Investigator
$226, 336.00
Ronald Reagan-UCLA Medical Center
Co-Investigator
$226, 336.00                                                        2013

Clinical Outcomes Associated with Enzymatic Debridement of Diabetic Foot Ulcers for Up to 12 weeks with Clostridial Collagenase (Santyl Ointment)

Sponsor:  Smith and Nephew
Olive-View UCLA Medical Center
Primary Investigator
*Highest Enrolling Study Center Nationally
$130,488.75                                                        2014


A Phase-3 Prospective, Multicenter, Randomized, Double-Blind, Placebo Controlled Study to Evaluate the Safety, Tolerability and Efficacy of CureXcell ® as an Adjunct to Good Ulcer Care Measures in Treating Chronic Venous Leg Ulcers

Updated: 3/2024

Sponsor: Macrocure
<u>Olive-View UCLA Medical Center</u>
<u>Primary Investigator</u>
<u>$ 196,188.00</u>                                                              2014

A Prospective Multicenter, Non-Blinded, Non-Randomized Study of the RelayPro Thoracic Stent-Graft in Subjects with Traumatic Injury of the Descending Thoracic Aorta

<u>Sponsor: Bolton Medical</u>
<u>Ronald Reagan-UCLA Medical Center</u>
<u>Principal </u>Investigator                                              2018-2020

The Carotid Revascularization and Medical Management for Asymptomatic Carotid Stenosis Study- CREST-2

<u>National Institute of Health</u>
<u>Multicenter, Randomized Controlled Trial</u>
<u>Ronald Reagan-UCLA Medical Center</u>
<u>Co-Investigator</u>                                                         2023

<u>PROFESSIONAL ACTIVITIES:</u>

Professional Membership

      Longmire Surgical Society, 2006-present

      Connolly Surgery Society, 2006-present

      Society for Vascular Surgery
          -Candidate, 2006-2008
          -Fellow, 2008-present

      Los Angeles Surgical Society, 2007-2013

      American College of Surgeons, Southern California Chapter, 2007-present

      American College of Surgeons, Associate Fellow 2007-2009

      Vascular and Endovascular Surgery Society, 2008-present

      Southern California Vascular Surgery Society, 2008-present
          -Chairman-Local Arrangements Committee-Palos Verdes Ca. 2010

Updated: 3/2024

          -Program Chairman-Ojai, Ca. 2012
          -Program Chairman-Palm Springs, Ca. 2013
          -Secretary-Treasurer-2014
          -Secretary-Treasurer-2015
          -Secretary-Treasurer-2016
          -President- 2019-2020

American College of Surgeons, Fellow, 2009-present
Pacific Coast Surgical Association, 2010-present
        -Publications Committee-2021
        -Publications Committee-2024

Western Vascular Society, 2010
        -Local Arrangements Chair-Park City, Utah. 2012
        -Membership Committee - 2024

Society for Clinical Vascular Surgery,
        -Candidate 2007-2012
        -Active Member-2012-present

Society for University Surgeons, 2014-present

American Venous Forum 2020-present
        -Annual Program Committee-2021-2022
        -Membership Committee- 2023-2024
        -Membership Committee- 2024-2025

American Vein and Lymphatic Society, 2023


EDUCATIONAL ACTIVITIES:

Surgical Education Committee
Department of Surgery
David Geffen School of Medicine at UCLA          2007-2010

Faculty Instructor
Medical Student Suturing and Knot Tying Workshop
David Geffen School of Medicine at UCLA          2007-present


Faculty Instructor
MS III Vascular Physical Examination Module
David Geffen School of Medicine at UCLA          2007-present

Faculty Lecturer

Updated: 3/2024

Third Year Medical Student Clerkship
"Diseases in Vascular Surgery"
David Geffen School of Medicine at UCLA                    2007-present


Medical School Admissions Committee
David Geffen School of Medicine at UCLA                    2008-2018

Faculty Instructor
General Surgery Intern Skills Lab
Department of Surgery
David Geffen School of Medicine at UCLA                    2008-present

Faculty Mentor
Short Term Training Program (STTP)
UCLA Medical Student Research Program
David Geffen School of Medicine at UCLA                    2009-present

Associate Course Chair
30th Annual UCLA Vascular Symposium
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Hollywood, Ca.                                            2012


Faculty Supervisor
Vascular Surgery Residency
Olive View-UCLA Medical Center                            2012-2015


Associate Course Chair                                    2013
31st Annual UCLA Vascular Symposium
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. September 9-12, 2013.


Associate Course Chair                                    2014
32nd Annual UCLA Vascular Symposium
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. September 8-11, 2014.

Associate Course Chair                                    2015
33rd Annual UCLA Vascular Symposium

Updated: 3/2024

A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. August 31-September 3, 2015

Co-Chair                                                         2016
First Joint Annual UCLA-SVS Course
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. August 27-29, 2016.

Co-Chair                                                         2017
Second Joint Annual UCLA-SVS Course
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. August 26-28, 2017.

Co-Chair                                                         2018
Third Joint Annual UCLA-SVS Course
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. August 25-27, 2018.

Faculty Instructor                                               2018-present
DGSOM Vascular Surgery Interest Group
Center for Advanced Surgical and Interventional Technology (CASIT)
Medical Student Simulation Program

Co-Chair                                                         2019
Fourth Joint Annual UCLA-SVS Course
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. August 24-26, 2019.

Faculty Panel Discussant and Mock Interviewer                    2019
"Road to Residency"
David Geffen School of Medicine
Office of Equity and Diversity Inclusion
September 7th, 2019

Co-Chair                                                         2020
Fifth Joint Annual UCLA-SVS Course

Updated: 3/2024

A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery.  August 2020
Virtual Meeting

Faculty Panel Discussant
Diversity and Climate Faculty Discussion
Equity, Diversity and Inclusion Open House
David Geffen School of Medicine
January 17th, 2020                                                                    2020

Mock Interviewer
"Road to Residency"
David Geffen School of Medicine
Office of Equity and Diversity Inclusion
September 12th, 2020                                                               2020

EDI Champions Training Program
David Geffen School of Medicine
Office of Equity and Diversity Inclusion
January 15th and 19th, 2021                                                     2021

Diversity and Climate Faculty Panel
Graduate Medical Education Open House
David Geffen School of Medicine
January 15th, 2021                                                                    2021

UCLA Vascular Surgery Faculty Representative
Latino Medical Student Association
National Conference
March 13th, 2021                                                                       2021

Faculty Mentor
Urban Underserved College
Charles R. Drew/UCLA Medical Education Program
David Geffen School of Medicine at UCLA                              2021-present

Vice Chair for Justice, Equity, Diversity and Inclusion
Department of Surgery
David Geffen School of Medicine at UCLA                              2021-present

Mock Interviewer
"Road to Residency"

Updated: 3/2024

David Geffen School of Medicine
Office of Equity and Diversity Inclusion
September 11th, 2021                                    2021-Present

Co-Chair
Sixth Joint Annual UCLA-SVS Course
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. Oct 1-3, 2021                       2021

Faculty Mentor
Justice, Equity, Diversity and Inclusion
Academic Mentorship Program (JAM Council)
David Geffen School of Medicine at UCLA               2022-present

Faculty Member
Program Evaluation Committee
General Surgery Residency Training Program
UCLA Department of Surgery                            2022-present

Co-Chair
Seventh Joint Annual UCLA-SVS Course
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. Aug 25-28, 2022                    2022

Faculty Instructor
MS2 Intersessions
Clinical Surgery Rotation
David Geffen School of Medicine at UCLA               2022-present

Invited Faculty Panel Member and Discussant
7th Annual Graduate Medical Education
Open House for Justice, Equity, Diversity and Inclusion
David Geffen School of Medicine at UCLA
January 13, 2023                                       2023

Co-Chair
Eighth Joint Annual UCLA-SVS Course
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. Aug 23-26, 2022                    2023

11

Updated: 3/2024

Invited Panelist
National LatinX Physicians Day
Webinar
UCLA Health
David Geffen School of Medicine
October 5th, 2023                                               2023

Invited Panelist
8th Annual Graduate Medical Education
Open House for Equity, Diversity and Inclusion
David Geffen School of Medicine
January 12, 2024                                               2024

Co-Chair
Ninth Joint Annual UCLA-SVS Course
A Comprehensive Review and Update of What's
New in Vascular and Endovascular Surgery
Beverly Hills, Ca. Aug 21-24, 2024                            2024


ADMINISTRATIVE ROLES AND COMMITTEES

Pharmacy and Therapeutics Committee
Olive-View Medical Center                                      2011-2015

Graduate Medical Education Committee
Olive-View Medical Center                                      2012-2015

Surgical Chair's Advisory Committee on Diversity
David Geffen School of Medicine at UCLA
Ronald Reagan UCLA Medical Center                             2015-2016

Surgical Chair's Advisory Committee on "Funds Flow"           2019-present
David Geffen School of Medicine at UCLA
Ronald Reagan UCLA Medical Center

Equity, Diversity and Inclusion Committee
David Geffen School of Medicine at UCLA                       2019-present

12

Updated: 3/2024

| | |
|---|---|
| Graduate Medical Education EDI Committee<br>David Geffen School of Medicine at UCLA | 2019-present |
| Chair of JEDI Committee for Department of Surgery<br>Department of Surgery Diversity Officer<br>David Geffen School of Medicine at UCLA | 2020-present |
| Invited Committee Member<br>Search Committee for Associate Dean of Faculty Affairs<br>David Geffen School of Medicine at UCLA | 2020 |
| Extended Stakeholder Group<br>EDI and URG Task Force<br>UCLA Anderson School of Management | 2020 |
| Finance Committee<br>Education Subcommittee<br>Department of Surgery<br>David Geffen School of Medicine at UCLA | 2020 |
| Chair<br>Vascular Surgery Faculty Search Committee<br>David Geffen School of Medicine at UCLA | 2021 |
| Invited Member<br>Cultural North Star Steering Committee<br>Office of the Dean<br>David Geffen School of Medicine at UCLA | 2021-2022 |
| Medical Director<br>UCLA Gonda (Goldschmied) Venous Center | 2021-present |
| Medical Director<br>UCLA Gonda (Goldschmied) Ambulatory Procedure Unit | 2021-present |
| Invited Committee Member<br>Search Committee for Liver Transplant Faculty<br>David Geffen School of Medicine at UCLA | 2021 |
| Invited Admissions Interviewer<br>Medical School Admissions<br>David Geffen School of Medicine at UCLA | 2021-present |

Updated: 3/2024

Invited Committee Member
Search Committee for Vascular Surgery Chief
David Geffen School of Medicine at UCLA                    2022

Invited Committee Member
Search Committee for Chief of Family Medicine
David Geffen School of Medicine at UCLA                    2022

Invited Committee Member
Vascular Surgery
Interventional Directors Meeting
David Geffen School of Medicine at UCLA                    2022-present

Vascular Surgery Representative
Catheterization Lab Operations and Strategy Meeting
David Geffen School of Medicine at UCLA                    2022-present

Vice Chairs Executive Committee
Department of Surgery
David Geffen School of Medicine at UCLA                    2022-present

Co-Medical Director
UCLA Hyperbaric Center
David Geffen School of Medicine at UCLA                    2022-present

Invited Committee Member
Application Review Committee
Bruin Scholars Program
David Geffen School of Medicine at UCLA                    2023

Invited Committee Member
Pediatric Surgery Chief Search Committee
Department of Surgery
David Geffen School of Medicine at UCLA                    2023

Invited Committee Member
Aortic Vascular Surgeon Search Committee
Department of Surgery
David Geffen School of Medicine at UCLA                    2023

Invited Committee Member
Search Committee for Liver Transplant Faculty
David Geffen School of Medicine at UCLA                    2023

14

Updated: 3/2024

Invited Committee Member
Department Chairs Review Committee
Department of Computational Medicine
Department of Human Genetics
Dean's Office
David Geffen School of Medicine at UCLA                    2023

Invited Committee Member
Humacyte Inc
Study No. CLN-PRO-V005
Adjudication Committee                                      2023

Invited Committee Member
Department Chairs Review Committee
Dean's Office
David Geffen School of Medicine at UCLA                    2024

Invited Committee Member
Application Review Committee
Bruin Scholars Program
David Geffen School of Medicine at UCLA                    2024

Invited Committee Member
Search Committee for Academic Liver and Pancreas Faculty
David Geffen School of Medicine at UCLA                    2024

INVITED REVIEWER PEER-REVIEWED JOURNALS:

Journal of Endovascular Therapy

JAMA Surgery

Journal of Vascular Surgery

Journal of Vascular Surgery Venous and Lymphatic Disorders

Journal of Vascular Surgery Cases, Innovations and Techniques

Vascular and Endovascular Surgery

VASA

Updated: 3/2024

Annals of Vascular Surgery

Vascular

Journal of Cardiovascular Surgery


<u>VASCULAR SURGERY FELLOWS TRAINED:</u>

| | |
|---|---|
| Kristen L. Biggs MD | 2007-2008 |
| Jessica O'Connell MD | 2007-2009 |
| Ankur Chandra MD | 2008-2010 |
| Steven Farley MD | 2009-2011 |
| Wesley Lew  MD | 2010-2012 |
| Andrew Barleben MD | 2011-2013 |
| Sharon Kiang MD | 2012-2014 |
| Allan Tulloch MD | 2013-2015 |
| Adam Oskowitz MD, PhD | 2014-2016 |
| Warren Chow MD | 2015-2017 |
| Tamuir Saleem MD | 2016-2018 |
| Kevin Chang MD | 2017-2019 |
| Jesus Ulloa MD, MBA | 2018-2020 |
| Tristen Chun MD | 2019-2021 |
| Michael Cheng MD | 2020-2022 |
| Stephanie Talutis MD | 2021-2023 |
| Will Duong MD | 2022-present |
| Annie Mooser | 2023-present |

Updated: 3/2024

VASCULAR SURGERY RESIDENTS TRAINED:

| | |
|---|---|
| Johnathan Rollo MD | 2014-2017 |
| Mark Archie MD | 2013-2018 |
| Meena Archie MD | 2014-2019 |
| Rameen Moridzadeh MD | 2015-2020 |
| Rhusheet Patel MD | 2016-2021 |
| Joe Pantoja MD | 2018-2022 |
| Mark Ajalat MD | 2018-2023 |
| Marianna Pavlyha MD | 2019-present |
| Amanda Chin MD | 2020-present |
| Marvin Chau MD | 2021-present |
| Joanna Shaw MD | 2022-present |
| Mitali Doshi MD | 2023-present |

HONORS AND SPECIAL AWARDS:

| | |
|---|---|
| Letter of Commendation | University of California, Irvine Department of Surgery, 1998. |
| Excellence in Teaching Award | University of California, Irvine College of Medicine, May 5th, 2005. |
| Outstanding Student Teaching Award UCLA Department of Surgery | 2006-2007 |
| Faculty Mentor for Best Trainee Presentation "Is Heparin Reversal Required for Safe Performance of Percutaneous Endovascular Aneurysm Repair?" | 30th Annual Meeting of the Southern California Vascular Surgical Society, Ojai, Ca. 2012 |

17

Updated: 3/2024

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Magazine, 2012

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Magazine, 2013

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Magazine, 2014

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Magazine, 2015

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Magazine, 2016

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Magazine, 2017

Selected Los Angeles'
"Top Doctors"
(Peer Reviewed)                          Los Angeles Times, 2018

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Times, 2018

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Times, 2019

Selected Southern California
"Super Doctors"
(Peer Reviewed)                          Los Angeles Times, 2020

Selected Southern California
"Top Doctors"
(Peer Reviewed)                          Los Angeles Magazine, 2020

18

Updated: 3/2024

| | |
|---|---|
| Selected Southern California<br>"Super Doctors"<br>(Peer Reviewed) | Los Angeles Times, 2021 |
| Selected Southern California<br>"Top Doctors"<br>(Peer Reviewed) | Los Angeles Magazine, 2021 |
| Selected Southern California<br>"Top Doctors"<br>(Peer Reviewed) | Los Angeles Magazine, 2022 |
| Selected Southern California<br>"Super Doctors"<br>(Peer Reviewed) | Los Angeles Times, 2022 |
| Selected Southern California<br>"Super Doctors"<br>(Peer Reviewed) | Los Angeles Times, 2023 |
| Selected Southern California<br>"Super Doctors"<br>(Peer Reviewed) | Los Angeles Times, 2024 |

JEDI Trailblazer Award                              2022-2023
Recipient on behalf of Department of Surgery
Best Structural Elements Section-JEDI Plan
David Geffen School of Medicine at UCLA

PUBLICATIONS/BIBLIOGRAPHY:

RESEARCH PAPERS (PEER REVIEWED)

1.  Wilson SE, Jimenez JC.  Key management issues in intra-abdominal
    infections: A surgeon's perspective.  Infectious Diseases Today 2001;
    1(2):6-8.

Updated: 3/2024

2. Podnos YD, Jimenez JC, Wilson SE . Intra-abdominal sepsis in elderly persons, Clinical Infectious Diseases 2002 Jul 1;35 (1):62-8. (PMID:12060876)

3. Podnos YD, Jimenez JC, Zainabadi K, Jakowatz JG, Barr RJ.  Minimal deviation melanoma.  Cancer Treat Rev 2002 Oct;28:219-21.(PMID: 12435369)

4. Podnos YD, Williams RA, Jimenez JC, Stemmer EA, Gordon IL, Wilson SE.  Reducing the noneducational and nonclinical workload of the surgical resident: Defining the role of the health technician. Current Surgery 2003; 60(5):529-532. (PMID:14972219)

5. Podnos YD, Jimenez JC, Zainabadi K, Ji P, Cooke J, Bussuttil RW, Imagawa DK.  Carcinoid tumors of the common bile duct: A report of two cases. Surgery Today 2003; 33(7): 553-555. (PMID:14507005)

6. Podnos YD, Jimenez JC, Wilson SE , Stevens M, Nguyen NT, Complications of  laparoscopic gastric bypass: Review of 3464 cases, Archives of Surgery  2003;138:957-61. (PMID:14507005)

7. Jimenez JC, Wilson SE.  Prophylaxis of infection for elective colorectal surgery.  Surgical Infections; 4(3):241-248, 2003. (PMID:14588162)

8. Jimenez JC, Cosentino N, Hagstrom M, Kobayashi M, Evans GRD. Indirect upper extremity revascularization with the latissimus dorsi pedicle flap following traumatic amputation,  Journal of Trauma, Injury, Infection and Critical Care 2003; 55:566-567. (PMID:14501906)

9. Jimenez JC, Emil S, Podnos YD, Nguyen NX.  Annular pancreas in children:  a recent decade's experience.  Journal of Pediatric Surgery, 2004 Nov;39(11):1654-57. (PMID:15547829)

10. Jimenez JC, Tyson D, Dhar S, Nguyen TD, Hamake Y, Evans GRD. Human embryonic kidney cells (HEK-293): Characterization and dose response for modulated release of NGF for nerve regeneration.  Plastic and Reconstructive Surgery. 2004 Feb;113(2):605-10. (PMID:14758223)

11. Jimenez JC, Smith MM, Wilson SE.  Sexual function in men after open or endovascular repair of abdominal aortic aneurysms. Vascular 2004;12(3):1-6. (PMID:15586527)

12. Jimenez JC, Emil S, Steinmeitz B, Romansky S, Weller M.  Recurrent Gastrointestinal Bleeding Secondary to Jejunal Gastric Heterotopia, 2004. Journal of Pediatric Surgery 2005 Oct; 40(10): 1654-7. (PMID:16227002)

Updated: 3/2024

13. Wilson SE Gelfand DV,  Jimenez JC.  Comparison of the results of percutaneous transluminal angioplasty and stenting with medical treatment for claudicants who have superficial femoral artery occlusive disease. Vascular 2006;14:81-7.

14. Jimenez JC, Lawrence PF.  Minimally invasive distal limb bypasses. Techniques and results.  J Cardiovasc Surg 2006;47:415-23. (PMID:16953161)

15. Gelabert HG, Jimenez JC, Rigberg DA.  Comparison of retavase and urokinase for management of spontaneous subclavian vein thrombosis. Ann Vasc Surg,  2007; 21:149-54. (PMID:17349354)

16. Jimenez JC, Lawrence PF, Rigberg DA, Quinones-Baldrich WJ. Technical modifications in endoscopic vein harvest facilitate its use in lower extremity limb salvage procedures.  J Vasc Surg 2007;45:549-53. (PMID:17275245)

17. Jimenez JC , Moore WS, Quinones-Baldrich WJ.  Acute and chronic open conversion after endovascular aortic aneurysm repair: A 14-year review.  J Vasc Surg, 2007;46:642-7. (PMID:17764870)

18. Jimenez JC, Moore WS, Lawrence PF, Quinones-Baldrich WJ.  Technical strategies for recurrent carotid stenosis following angioplasty and stenting. Ann Vasc Surg, 2008;22:179-84. (PMID:18023558)

19. Jimenez JC, Lawrence PF, Reil TD.  Endovascular exclusion of superior mesenteric artery pseudoaneurysms: An alternative to open laparotomy in high-risk patients.  Vascular and Endovascular Surgery, 2008;42:184-6. (PMID:18421036)

20. Rigberg DA, Jimenez JC, Gelabert H, Lawrence PF.  Balloon control of the suprahepatic inferior vena cava:  A novel technique for renal cell carcinoma tumor thrombus.  Ann Vasc Surg, 2008; 22:200-2. (PMID:18346572)

21. Lawrence PF, Lund O, Jimenez JC, Muttalib R.  Substitution of smokeless tobacco for cigarettes in Buerger's disease does not prevent limb loss.  J Vasc Surg, 2008; 48:210-2. (PMID:18589234)

22. Jimenez JC, Moore WS.  A Staged Replacement of the Entire Aorta from the Ascending Arch to the Hypogastric Arteries using a Hybrid Approach. J Vasc Surg, 2008; 48:1593-6. (PMID:19118741)

Updated: 3/2024

23. Quinones-Baldrich WJ, Jimenez JC, DeRubertis B, Moore WS.  Combined endovascular and surgical approach (CESA) to thoracoabdominal aortic pathology: A 10-year experience.  J Vasc Surg 2009;49:1125-34. (PMID:19394542)

24. Rigberg DR, Jimenez JC, Lawrence PF, Gelabert HG.  A combined endovascular and open "Reverse Hybrid" technique for repair of complex juxtarenal inflammatory aortic aneurysms. Vascular and Endovascular Surgery 2009;43:494-6. (PMID: 19850595)

25. Chandra A, O'Connell J, Quinones-Baldrich WJ, Gelabert H, Rigberg D, Jimenez JC, Derubertis BG.  Aneurysmectomy with arterial reconstruction of renal artery aneurysms in the endovascular era: A safe and effective treatment for both aneurysm and associated hypertension.  Ann Vasc Surg 2010;24:503-10. (PMID:20036510)

26. Saltzman DJ, Chang JC, Jimenez JC, Carson JG, Abolhoda A, Newman RS, Milliken JC.  Postoperative Thrombotic Thrombocytopenic Purpura after open heart operations.  Ann Thoracic Surg 2010;89:119-23. (PMID:20103218)

27. Dickinson BP, Jimenez JC, Lawrence PF, DeRubertis, BG.  Functional limb salvage following muscle rigor in a pediatric patient.  Vasc Endovasc Surg 2010;44:315-8. (PMID:20403955)

28. Lawrence PF, Chandra, A, Wu, M,  Rigberg DA, DeRubertis, BG, Gelabert HG, Jimenez JC, Carter, V. Classification of proximal endovenous closure levels and treatment algorithm. J Vasc Surg 2010;52:388-93 (PMID20646894)

29. Tulloch A, Jimenez JC, Lawrence PF, Dutson EP, Moore WS, Rigberg DA, DeRubertis BG, Quinones-Baldrich WJ.  Laparoscopic vs. open celiac ganglionectomy in patients with median arcuate ligament syndrome.  J Vasc Surg 2010;52:1283-9. (PMID:20630683)

30.  Jimenez JC, Nassoura Z, Morris L, Hu D.  Late traumatic aneurysm of the superficial temporal artery. J Vasc Surg 2011;54:1174. (PMID:20875714)

31. Bath J, Lawrence P, Chandra A, O'Connell J, Uijtdehaage S, Jimenez JC, Davis G, Hiatt J. Standardization is superior to traditional methods of teaching open vascular simulation.  J Vasc Surg, 2011;53:229-235.e2. (PMID: 21115317)

32. Jimenez JC, Quinones-Baldrich WJ.  Technical Modifications for Endovascular Infrarenal AAA Repair for the angulated and dumbbell

Updated: 3/2024

shaped neck: The Pre-cuff Kilt Technique.  Ann Vasc Surg 2011;25:423-30. (PMID:21276708)

33. Jimenez JC, Rafidi F, Morris L.  True celiac artery aneurysm secondary to median arcuate ligament syndrome. Vasc Endovasc Surg 2011;45:288-9. (PMID:21478249)

34. Gelabert HA, Jimenez JC, Davis GR, Derubertis BG, Rigberg DA.  Early postoperative hemorrhage following first rib resection for vascular thoracic outlet syndrome.  Ann Vasc Surg 2011;25:624-9. (PMID:21724102)

35. Lawrence PF, Alktaifi A, Rigberg D, DeRubertis B, Gelabert H, Jimenez JC.  Endovenous ablation of incompetent perforating vein is effective treatment for recalcitrant venous ulcers.  J Vasc Surg 2011;54:737-42. (PMID:21658887)

36. Farley SM, Rigberg DA, Jimenez JC, Moore WS, Quinones-Baldrich WJ.  A retrospective review of Palmaz stenting of the aortic neck for endovascular aneurysm repair.  Ann Vasc Surg 2011;25:624-9. (PMID:21665423)

37. Jimenez JC, Delano F, Wilson JM, Kokubun BA, Bennion RS, Thompson JE, Schmid-Schonbein G, Saltzman DJ.  Analysis of exhaled volatile compounds following acute superior mesenteric artery occlusion in a pilot rat study.  Ann Vasc Surg 2011;25:1113-7. (PMID:21945333)

38. Gabriel V, Jimenez JC, Alktaifi A, Lawrence PF, O'Connell JB, Derubertis BG, Rigberg DA, Gelabert HG.  Success of endovenous saphenous and perforator ablation in patients with symptomatic venous insufficiency on chronic warfarin therapy.  Ann Vasc Surg, 2012;26:607-11 (PMID:22516240)

39. Harlander-Locke M, Lawrence PF, Jimenez JC, Rigberg DR, DeRubertis B, Gelabert HG.  Combined treatment with compression therapy and ablation of incompetent superficial and perforating veins reduces ulcer recurrence in patients with CEAP 5 venous disease.  J Vasc Surg 2012;55:446-50 (PMID:22104338)

40. Harlander-Locke M, Lawrence PF, Alktaifi A, Jimenez JC, Rigberg DA, Derubertis BG.  The impact of ablation of incompetent superficial and perforator veins on ulcer healing rates.  J Vasc Surg 2012;55:458-64. (PMID:22133452)

41. DeRubertis BG, Quinones-Baldrich WJ, Greenberg JI, Jimenez JC, Lee JT.  Results of a double-barrel technique with commercially available

Updated: 3/2024

devices for hypogastric preservation during aortoiliac endovascular abdominal aortic aneurysm repair.  J Vasc Surg 2012;56:1252-9. (PMID:22743017)

42. Jimenez JC, Harlander-Locke M, Dutson EP.  Open and laparoscopic treatment of median arcuate ligament syndrome.  Journal of Vascular Surgery 2012;56:869-73. (PMID:22743019)

43. Saltzman DJ, Kerger H, Jimenez JC, Farzan D, Wilson JM, Intaglietta M. Microvascular changes following four-hour single arteriole occlusion. Microsurgery 2012;33:207-15. (PMID: 23152084)

44. DeRubertis BG, Alktaifi A, Lawrence PF, Jimenez JC, Rigberg DA, Gelabert HG. Endovascular management of chronic nonmalignant iliocaval venous lesions. Ann Vasc Surg 2013;27:577-86. (PMID:29037346)

45. Harlander-Locke M, Jimenez JC, Lawrence PF, Derubertis BG, Rigberg DA, Gelabert HG.  Endovenous ablation with concomitant phlebectomy is a safe and effective method of treatment for symptomatic patients with axial reflux and large incompetent tributaries. J Vasc Surg 2013;58:166-172. (PMID:23571079)

46. Harlander-Locke M, Jimenez JC, Lawrence PF, Derubertis BG, Rigberg DA, Gelabert H, Farley A.  Management of endovenous heat-induced thrombus (EHIT) using a classification system and treatment algorithm following segmental thermal ablation of the small saphenous vein.  J Vasc Surg 2013;58:427-31. (PMID:23663871)

47. Jabori S, Jimenez JC, Gabriel V, Quinones-Baldrich WJ, Derubertis BG, Farley SM, Gelabert HG, and Rigberg DA.  Is Heparin Reversal Required for Safe Performance of Percutaneous Endovascular Aortic Aneurysm Repair?  Ann Vasc Surg 2013;27:1049-53. (PMID:24011808)

48. Jimenez JC and Bernstein J.  Inferior vena cava thrombosis following endovascular repair of acute aortocaval fistula: A word of caution.  Vasc Endovasc Surg 2013;47:467-9. (PMID:23709272)

49. Merz AE, Jimenez JC, Gelabert HA, Hame SL.  Cystic adventitial disease of the popliteal artery causing intermittent exertional claudication in a young male athlete: A case report. Am J Sports Med 2013;41:2573-6. (PMID:23989350)

50. Gelabert HA, Jabori S, Barleben A, Kiang S, O'Connell J, Jimenez JC, Derubertis B, Rigberg D.  Regrown first rib in patients with recurrent

Updated: 3/2024

thoracic outlet syndrome.  Ann Vasc Surg 2014;28:933-8. (PMID:24462650)

51. Yang JK, Jabori S, Jimenez JC.  Antiplatelet therapy before, during and after extremity revascularization.  J Vasc Surg 2014;60:1085-91. (PMID:25124360)

52. Harlander-Locke M, Jimenez JC, Lawrence PF, Gelabert HG, Derubertis BG, Rigberg DA, Farley SM.  Bovine Carotid Artery (Artegraft) for Use as a Hemodialysis Access Conduit in Patients Who are not Candidates for Native Arteriovenous Fistulae.  Vasc Endovasc Surg 2014;48(7-8);497-502. (PMID:25487247)

53. Jimenez JC, Jabori S, Gelabert HA, Moore WS, Quinones-Baldrich WJ, O'Connell JB. Recognition and surgical techniques for management of non-recurrent laryngeal nerve during carotid endarterectomy.  Ann Vasc Surg 2016;33:79-82. (PMID: 26965812) Role: Senior author, first author, analyzed data, assisted with manuscript, reviewed manuscript, edited manuscript, advisor.

54. Rollo JC, Farley SM, Jimenez JC, Woo K, Lawrence PF, Derubertis BG. Contemporary outcomes of elective iliocaval and infrainguinal venous interventions for post-thrombotic chronic venous occlusive disease.  J Vasc Surg Venous Lymphat Disord 2017; 5(6):789-799. (PMID:29037346) Role: Co-author, analyzed data, assisted with manuscript, reviewed manuscript, edited manuscript, advisor.

55. Jimenez JC, Agnew PS, Mayer P, Clements JR, Lange DL, Dickerson JE, Slade HB.  Enzymatic debridement of chronic non-ischemic diabetic foot ulcers: Results of a randomized controlled trial.  Wounds 2017;29:133-139. (PMID:28267678) Role: Senior author, first author, performed research, analyzed data, reviewed manuscript, edited manuscript.

56. Juo YY, Skancke M, Sanaiha Y, Mantha A, Jimenez JC, Benharash P. Efficacy of distal perfusion cannulae in preventing limb ischemia during extracorporeal membrane oxygenation: A systematic review and meta-analysis.  Artif Organs 2017; 41(11):E263-E273. (PMID:28762511) Role: Role: co-author, reviewed manuscript, edited manuscript, mentor, advisor, developed hypothesis, performed research

57. Gelabert HA, Rigberg DA, O'Connell JB, Jabori S, Jimenez JC, Farley S. Trans-axillary decompression of thoracic outlet syndrome patients presenting with cervical ribs.  J Vasc Surg 2018; S0741-5214:30415-4.

Updated: 3/2024

(PMID:29705086) <u>Role: Co-author, analyzed data, assisted with manuscript preparation, edited manuscript, performed research.</u>

58. Khrucharoen U, Juo YY, Sanaiha Y, Chen Y, Jimenez JC, Dutson EP. Robotic-assisted laparoscopic median arcuate ligament release: 7-year experience from a single tertiary care center.  Surg Endosc 2018;32:4029-4035 (PMID:29785455) Role: <u>Role: co-author, reviewed manuscript, edited manuscript, mentor, advisor, developed hypothesis.</u>

59. Jimenez JC. Invited Commentary on: Prevalence of signs of celiac axis compression by the median arcuate ligament on computed tomography angiography in asymptomatic patients.  J Vasc Surg 2018;68:1787-1788. (PMID:30470367) <u>Role: First author, responsible for publication, prepared manuscript, edited manuscript</u>

60. Khrucharoen U, Juo YY. Chen Y, Jimenez JC, Dutson EP.  Short and intermediate-term clinical outcome comparison between laparoscopic and robotic-assisted median arcuate ligament release.  J Robot Surg 2020;14:123-129. (PMID: 30900153) Role: <u>Role: co-author, reviewed manuscript, edited manuscript, mentor, advisor, developed hypothesis</u>

61. Khrucharoen U, Juo YY, Sanaiha Y, Finn JP, Jimenez JC, Dutson EP. Factors associated with symptomatology of celiac artery compression and outcomes following Median Arcuate Ligament Release.  Ann Vasc Surg 2020;62:248-257. (PMID:31449931) <u>Role: co-author, reviewed manuscript, edited manuscript, mentor, advisor, developed hypothesis</u>

62. Chun TT, Jimenez JC, Pantola JL, Moriarty JM, Freeman S.  Phlegmasia cerulea dolens associated with acute Covid-19 pneumonia despite supratherapeutic warfarin anticoagulation. J Vasc Surg Cases Innov Tech. 2020;6:653-656. (PMID: 33102992) <u>Role: Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

63. Jimenez JC, Lawrence PF, Woo K, Chun TT, Farley SM, Rigberg DA, Baril DT, Derubertis BG.  Adjunctive techniques to minimize thrombotic complications following microfoam sclerotherapy of saphenous trunks and tributaries.  J Vasc Surg Venous Lymphat Disord 2021;9:904-909. (PMID:33248297)  Role:<u>  Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

64. Ulloa JG, Jimenez JC, Pantoja JL, Farley SM, Gelabert HA, Rigberg DA, Danovitch GM.  Elective resection of symptomatic arteriovenous fistulae

Updated: 3/2024

and grafts in patients with functioning renal allografts at a high volume transplant hospital.  Ann Vasc Surg 2021; 24:S0890-5096(21)00352-6. (PMID:33905849)  <u>Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

65. Jimenez JC, Lawrence PF, Pavlyha M, Farley SM, Rigberg DA, DeRubertis BG, Woo K.  Endovenous microfoam ablation of below knee superficial truncal veins is safe and effective in patients with prior saphenous treatment across a wide range of CEAP Classes.  J Vasc Surg Venous Lymphat Disord 2021; 30:S2213-333x(21)00425-X (PMID:34474174).  <u>Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

66. Chun TT, O'Connell JB, Rigberg DA, Derubertis BG, Jimenez JC, Farley SM, Baril DT, Gelabert HA.  Preoperative thrombolysis is associated with improved vein patency and functional outcomes following first rib resection in acute Paget-Schroetter Syndrome (PSS).  J Vasc Surg. 2022 Sep;76:806-13.e1. (PMID:35643200)  <u>Reviewed manuscript, edited manuscript, mentor.</u>

67. Patel R, Moore WS, Jimenez JC.  Severe symptomatic nickel allergy following stent-graft implantation requiring excision and external iliac reconstruction. J Vasc Surg Cases Innov Tech.  2022;8:562-564. (PMID:36248398) <u>Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

68. Escobar G, Oderich GS, Farber M, de Souza L, Quinones-Baldrich WJ, Patel H, Eliason J, Upchurch, Jr. G, Timaran CH, Black J, Ellozy S, Woo E, Fillinger M, Singh M, Lee J, Jimenez JC, Lall P, Gloviczki P, Kalra M, Duncan A, Lyden S, and Tenorio E.  Results of the North American Complex Abdominal Aortic Debranching (NACAAD) Registry.  Circulation 2022.  Oct 11;146:1149-1158. (PMID:36148651) <u>Collected and analyzed data.  Reviewed and edited manuscript.</u>

69. Chin AL, Talutis SD, Lawrence PF, Jimenez JC.  A comparison of radiofrequency ablation and microfoam sclerotherapy of large diameter truncal veins results in excellent early closure rates and symptomatic relief.  J Vasc Surg Venous Lymphat Disord. 2023 Jul;11:716-722. (PMID: 37030444) <u>Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

70. Talutis SD, Woo K, Lawrence PF, Jimenez JC.  Comparison of outcomes following polidocanol microfoam sclerotherapy and radiofrequency ablation of incompetent thigh great and accessory saphenous veins.  J Vasc Surg Venous Lymphat Disord 2023. Sep;11:916-920. (PMID:

Updated: 3/2024

37030446) <u>Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

71. Chin AL, Talutis SD, Lawrence PF, Woo K, Farley SM, Duong W, Jimenez JC.  Increased body mass index and vein diameter are associated with incomplete target vein closure following microfoam ablation of incompetent saphenous veins.  J Vasc Surg Venous Lymphat Disord 2023;1:S2213-333X(23)00391-8. PMID: 37788744. <u>Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

72. Chin AL, Talutis SD, Lawrence PF, Woo K, Rigberg D, Rollo J, Jimenez JC.  Factors associated with ablation related thrombus extension (ARTE) following microfoam versus radiofrequency saphenous vein closure.  J Vasc Surg Venous Lymphat Disord. 2023.  In Press <u>Responsible for publication, senior author, reviewed manuscript, edited manuscript, mentor.</u>

73. Wang KM, Gelabert H, Jimenez JC, Rigberg D, Woo K.  Short-term mortality and revisions to promote maturation after arteriovenous fistula creation.  J Vasc Surg. 2023. In Press.  <u>Reviewed manuscript, edited manuscript, mentor.</u>

## <u>RESEARCH PAPERS (SUBMITTED)</u>

1. Wang KM, Gelabert H, Jimenez JC, Rigberg D, Woo K.  Association of frailty with post-operative survival and outcomes following hemodialysis vascular access creation.  Ann Vasc Surg. 2023 (In revision)

2.  Kabnick LS, Jimenez JC, Coogan SM, Gache L, Frame D, Gunarsson CL, Ozsvath K.  Comparative effectiveness of non-compounded polidocanol 1% endovenous microfoam (Varithena) ablation versus endovenous thermal ablation: A systematic review and network meta-analysis.  J Vasc Surg Venous Lymphat Disord. 2024. (In Revision)

## <u>TEXTBOOKS:</u>

1. A Handbook of Vascular Disease Management.  Moore WS and Jimenez JC (ed:) World Scientific Publishing, 2011.

Updated: 3/2024

2. Vascular Surgery: Principles and Practice. 4th Edition. Wilson SE, Jimenez JC, Veith FJ, Naylor AR, Buckels J (ed:) Taylor and Francis, 2017.

3. Fifty Landmark Papers Every Vascular and Endovascular Surgeon Should Know. 1st Edition. Jimenez JC, Wilson SE. (Ed:) Taylor and Francis, 2020.

4. Contemporary Management of Acute and Chronic Venous Disease. 1st Edition. Jimenez JC, Wilson SE. (Ed:) Taylor and Francis (CRC Press). 2024 In Press

5. Vascular and Endovascular Surgery: A Comprehensive Review. 10th Edition. Moore WS, Duncan A, Jimenez JC, Rigberg DA. (Ed:) Elsevier. 2024 In Press

BOOK CHAPTERS:

1. Jimenez JC, Evans GRD. Chest Wall Reconstruction with Omentum, In Evans GRD (ed:) Reconstructive Surgery of the Chest, Abdomen and Pelvis, 1st edition, Marcel Dekker, Inc. 2003.

2. Jimenez JC , Podnos YD, Wilson SE . Cholecystitis and Cholangitis, In Bartlett, Blacklow and Gorbach (eds): Infectious Diseases, 3rd edition, 2003.

3. Jimenez JC, Wilson SE: Aneurysmal Disease, In White RA, Hollier LH (eds): Vascular Surgery: Basic Science and Clinical Correlations, 2nd edition, Futura Publishing, 2003.

4. Jimenez JC, Lawrence PF: Gangrene of the Foot in Cameron JL (ed:) Current Surgical Therapy, 9th edition, Elsevier Mosby 2007.

5. Jimenez JC, Ahn SS: Peripheral arterial occlusive disease: Angioplasty, stenting, and endovascular graft treatment in Cameron JL (ed:) Current Surgical Therapy, 9th edition, Elsevier Mosby, 2007.

6. Jimenez JC, Quinones-Baldrich WJ. Mesenteric Artery Disease: General Considerations. Rutherford, 7th edition, Elsevier Mosby, 2009

7. Jimenez JC. Endoscopic Vein Harvesting. Moore WS & Ahn SS (ed:), Endovascular Therapy, 4th edition, Elsevier (Saunders), 2010.

Updated: 3/2024

8. Jimenez JC.  Complications Associated with Endovascular Management of Aortoiliac Arterial Occlusive  Disease. Moore WS & Ahn SS (eds:), Endovascular Therapy, 4th edition, Elsevier (Saunders), 2010.

9. Jimenez JC, Bennion RS.  Socioeconomic Implications of Vascular Access Surgery.  Wilson SE (ed:), Vascular Access: Principles and Practice, 5th edition, Lippincott Williams and Wilkins, 2010.

10. Jimenez JC, Lawrence PF.  Upper Extremity Arterial Occlusive Disease. Cameron JL (ed:) Current Surgical Therapy, 10th edition, Elsevier Mosby, 2010.

11. Gevorgyan A, Jimenez JC, Ahn SS.  Endovascular Treatment of Visceral Artery Aneurysms.  Moore WS and Ahn SS(eds:). Endovascular Therapy, 4th edition, Elsevier (Saunders), 2010.

12. Jimenez JC, Saltzman DJ. Management of Visceral and Renovascular Occlusive and Aneurysmal Disease.  Moore WS and Jimenez JC (eds:)  A Handbook of Vascular Disease Management, World Scientific Publishing. 2011.

13. Jimenez JC, Aktaifi A.  Management of Peripheral Artery Aneurysms. Moore WS and Jimenez JC (eds:)  A Handbook of Vascular Disease Management, World Scientific Publishing. 2011.

14. Jimenez JC.  Diagnostic Imaging of the Vascular System. Moore WS and Jimenez JC (eds:)  A Handbook of Vascular Disease Management, World Scientific Publishing. 2011.

15. Jimenez JC, Quinones-Baldrich WJ. Celiac Artery Compression Syndrome.  Haimovici's Vascular Surgery. Ascher E (ed:) Blackwell Publishing. 2013

16. Veith FJ, Jimenez JC.  Arterial Thoracic Outlet Syndrome.  Haimovici's Vascular Surgery. Ascher E (ed:) Blackwell Publishing. 2013.

17. Patel MS, Jimenez JC, Wilson SE.  Hemodialysis and Vascular Access. Vascular and Endovascular Surgery, 8th Edition.  Moore WS(ed:) Elsevier (Saunders), 2013.

18. Jimenez JC, Eisenring C.  Endoscopic Vein Harvest. Vascular and Endovascular Surgery, 8th Edition.  Moore WS(ed:) Elsevier (Saunders), 2013.

19. Jimenez JC.  Acute and Chronic Aortic Dissection: Medical Management, Surgical Management, Endovascular Management, and Results.

Updated: 3/2024

Vascular and Endovascular Surgery, 8th Edition.  Moore WS(ed:) Elsevier (Saunders), 2013.

20. Patel MS, Jimenez JC, Wilson SE.  Management of Chyloperitoneum and Chylothorax After Aortic Reconstruction.  Current Therapy in Vascular and Endovascular Surgery, 5th Edition.  Stanley J(ed:) Elsevier (Saunders),2013.

21. Jimenez JC, Patel MS, Wilson SE.  External Methods of Angioaccess. Current Therapy in Vascular and Endovascular Surgery, 5th Edition. Stanley J(ed:) Elsevier (Saunders), 2013.

22. Jimenez JC, Lawrence PF.  Indications for Treatment of Isolated Degenerative Femoral Aneurysms.  Current Vascular Surgery: 2015 (Editors: Eskandari MK, Pearce WH, Yao JST)

23. Jimenez JC, Dutson EP.  MALS-Results of Open and Laparoscopic Median Arcuate Ligament Release.  Mesenteric Vascular Disease: Current Therapy, 1st Edition, Oderich G (Ed:) (Springer), 2015

24. Jimenez JC.  Adventitial Cystic Disease and Entrapment Syndromes Involving the Popliteal Artery.  Vascular Surgery: Principles and Practice, 4th Edition. (Editors: Wilson SE, Veith FJ, Naylor AR, Jimenez JC and Buckels JAC).  2017

25. Gillespie JA, Wilson SE, Jimenez JC.  Extracranial Carotid Aneurysms. Vascular Surgery: Principles and Practice, 4th Edition. (Editors: Wilson SE, Veith FJ, Naylor AR, Jimenez JC and Buckels JAC).  2017

26. Wilson SE, Jimenez JC, Bennion RS,.  Principles of Vascular Access Surgery. Vascular Surgery: Principles and Practice, 4th Edition. (Editors: Wilson SE, Veith FJ, Naylor AR, Jimenez JC and Buckels JAC).  2017

27. Wilson SE, Jimenez JC.  Popliteal artery aneurysm.  Vascular Surgery: Principles and Practice, 4th Edition. (Editors: Wilson SE, Veith FJ, Naylor AR, Jimenez JC and Buckels JAC).  2017

28. Jimenez JC.  Endovenous and Surgical Management of Varicose Veins. . Vascular Surgery: Principles and Practice, 4th Edition. (Editors: Wilson SE, Veith FJ, Naylor AR, Jimenez JC and Buckels JAC). Taylor and Francis. 2017

29. Jimenez JC.  Non-Infectious Complications in Vascular Surgery. Vascular and Endovascular Surgery, 9th Edition.  Moore WS, Lawrence PF, Oderich G. (ed:) Elsevier (Saunders), 2017.

Updated: 3/2024

30. Jimenez JC.  Lower Extremity Amputation for End Stage Vascular Disease. Vascular and Endovascular Surgery, 9th Edition.  Moore WS, Lawrence PF, Oderich G. (ed:) Elsevier (Saunders), 2017.

31. Jimenez JC. Commentary on: Late Results following operative repair for celiac artery compression syndrome.  Fifty Landmark Papers Every Vascular and Endovascular Surgeon Should Know.  1st Edition.  Jimenez JC, Wilson SE. (Ed:) Taylor and Francis. 2020

32. Jimenez JC.  Commentary on: The VANISH-2 study.  A randomized, blinded, multicenter study to evaluate the efficacy and safety of polidocanol endovenous microfoam 0.5% and 1.0% compared with placebo for the treatment of saphenofemoral junction incompetence.  Fifty Landmark Papers Every Vascular and Endovascular Surgeon Should Know.  1st Edition.  Jimenez JC, Wilson SE. (Ed:) Taylor and Francis. 2020

33. Jimenez JC. Commentary on: Rosuvastatin to prevent vascular events in men and women with elevated C-reactive protein.  Fifty Landmark Papers Every Vascular and Endovascular Surgeon Should Know.  1st Edition. Jimenez JC, Wilson SE. (Ed:) Taylor and Francis. 2020

CHAPTERS (IN PRESS)

1. Jimenez JC.  Polidocanol Microfoam Ablation of Refluxing Superficial Veins- Techniques and Results.  In Contemporary Management of Acute and Chronic Venous Disease.  1st Edition.  Jimenez JC, Wilson SE. (Ed:)) Taylor and Francis (CRC Press).  In Press

2. Rollo JC, Jimenez JC. Thrombotic Complications Following Treatment of Peripheral Varicose Veins. In Contemporary Management of Acute and Chronic Venous Disease.  1st Edition.  Jimenez JC, Wilson SE. (Ed:)) Taylor and Francis (CRC Press).  In Press

3. Wilson, SE, Arnot SP, Jimenez JC. High Ligation and Stripping of the Saphenous Veins. In Contemporary Management of Acute and Chronic Venous Disease.  1st Edition.  Jimenez JC, Wilson SE. (Ed:)) Taylor and Francis (CRC Press).  In Press

4. Lawrence PF, Jimenez JC, and Brown KR.  Management of Thrombotic Complications of Endovenous Ablations.  Handbook of Venous and

Updated: 3/2024

Lymphatic Disorders: Guidelines of the American Venous Forum, 5th Edition.  Gloviczki P (Ed:) Taylor and Francis (CRC Press).  In Press

5.  Jimenez JC, Lawrence PF.  Endovenous Microfoam Sclerotherapy for Ablation of Superficial Truncal Veins and Varicose Tributaries.  Handbook of Venous and Lymphatic Disorders: Guidelines of the American Venous Forum, 5th Edition.  Gloviczki P (Ed:) Taylor and Francis (CRC Press).  In Press

6.  Jimenez JC.  Non-infectious Complications in Vascular and Endovascular Surgery. Vascular and Endovascular Surgery, 10th Edition.  Moore WS, Duncan A, Jimenez JC, Rigberg DA. (ed:) Elsevier (Saunders).  In Press

7.  Jimenez JC.  The Muscle Compartment Syndromes: Diagnosis and Management, Vascular and Endovascular Surgery, 10th Edition.  Moore WS, Duncan A, Jimenez JC, Rigberg DA. (ed:) Elsevier (Saunders).  In Press

8.  Jimenez JC.  Lower Extremity Amputation.  Vascular and Endovascular Surgery, 10th Edition.  Moore WS, Duncan A, Jimenez JC, Rigberg DA. (ed:) Elsevier (Saunders).  In Press

EDUCATIONAL MATERIALS:

1.  Invited Author, Vascular Education and Self-Assessment Program (VESAP 2), Mesenteric Disease, 2008.

2.  Invited Author, Vascular Education and Self-Assessment Program (VESAP 3), Vascular Medicine, 2013.

3.  Invited Author, Vascular Education and Self-Assessment Program (VESAP 5), Society for Vascular Surgery-Vascular Medicine, 2019.

4.  Invited Author, Vascular Education and Self-Assessment Program (VESAP 6), Society for Vascular Surgery-Vascular Medicine, 2023.

ADDITIONAL PUBLICATIONS:

1.  Jimenez JC, Wilson SE.  Complications of acute diverticulitis: Medical and surgical management.  Current Techniques in Surgical Profiles. 2002 ;1:1-12.

Updated: 3/2024

2. Jimenez JC, Kiang SC, Quinones-Baldrich WJ.  Endovascular Repair of a Traumatic Aortic Tear with the Conformable Gore Tag Device. Endovascular Today September 2012. Supplement: p.21-23.

3. Jimenez JC.  Strategies for Real-World Use of Varithena Microfoam for Safe and Effective Management of Symptomatic Varicose Veins. Endovascular Today September 2021.

4. Jimenez JC.  Ask the Experts:  In which clinical presentations do you prefer nonthermal options, and which are better suited to thermal ablation?  Endovascular Today.  March 2022.

ABSTRACTS:

ABSTRACTS AND PRESENTATIONS AT NATIONAL MEETINGS:

1. Daniel R. Reichner, Thomas Scholz, Juan Carlos Jimenez, Victoria Van Der Kam, Socorro Gutierrez, Earl Steward and Gregory R.D. Evans. Laser Flap Delay, Comparison of CO2 and Erbium and Optical Scanning of Flap   Perfusion.  Plastic Surgery Research Council 47th Annual Meeting, April 19th 2002. Boston Massachusetts.  Oral Presentation

2. Juan Carlos Jimenez, Darren Tyson, Sanjay Dhar, Ralph Bradshaw and Gregory R.D. Evans. Human Embryonic Kidney Cells (HEK-293): Modulated Release of NGF for Nerve Regeneration.  Plastic Surgery Research Council 47th Annual Meeting April 19th 2002. Boston, Massachusetts.  Oral Presentation

3. Juan Carlos Jimenez, Peter Henry Ashjian, Amir Elbarbary, Earl Steward, Mark H. Hedrick, Gregory R.D. Evans.  Growth and Survival of Rat Processed Lipoaspirate Cells Following Autologous Hindleg In Vivo Culture.  Annual Meeting of the American Society for Aesthetic Plastic Surgery, Las Vegas, Nevada. April 30th, 2002. Poster Presentation.

4. Juan Carlos Jimenez, Darren R. Tyson, Sanjay Dhar, Thang Nguyen, Gregory R.D. Evans. Human Embryonic Kidney Cells (HEK-293): Inducible Drug Delivery for Tissue Engineered Nerve Constructs. Annual Meeting: Pacific Coast Surgical Association, February 17, 2003.  Poster Presentation

Updated: 3/2024

5.  Yale D. Podnos, Juan Carlos Jimenez, Samuel E Wilson, Ninh T. Nguyen. Complications of Laparoscopic Gastric Bypass: A Review of 2818 Reported cases.
Annual Meeting: Pacific Coast Surgical Association, February 17, 2003. Poster Presentation

6.  Juan Carlos Jimenez, Sherif Emil, Yale Podnos, Nam Nguyen.  Annular Pancreas in Children: A Ten-Year Review.  36th Annual meeting of the Pacific Association of Pediatric Surgeons with the Australasian association of paediatric surgeons, Sydney, Australia, May, 2003. Poster Presentation

7.  Sherif Emil, Juan Carlos Jimenez, Barry Steinmetz.  Massive Gastrointestinal Bleeding Secondary to Jejunal Gastric Heterotopia. Canadian Association of Paediatric Surgeons, 35th Annual Meeting, Sept. 19-21, 2003, Niagra-On-The Lake (Ontario), Canada. Abstract

8.  Dimitri V. Gelfand, Juan Carlos Jimenez , Samuel Eric Wilson .  PTA and Stenting is Not Better than Medical Treatment for Superficial Femoral Artery Disease.  31st Annual Veith Symposium, November 18th, 2004, New York City, New York.

9.  Juan Carlos Jimenez, Peter F. Lawrence, David A. Rigberg, William J. Quinones-Baldrich.  Technical Modifications in Endoscopic Vein Harvest (EVH) Facilitate Its Use in Lower Extremity Limb Salvage Procedures. 21st Annual Meeting of the Western Vascular Society, La Jolla, California, September 18, 2006.

10. Juan Carlos Jimenez, Wesley S. Moore, William J. Quinones-Baldrich. Surgical conversion following endovascular aortic aneurysm repair:  A 14-year review.  Society for Clinical Vascular Surgery, 35th Annual Symposium, Orlando, Florida, March 21st, 2007.

11. William J. Quinones-Baldrich, Juan Carlos Jimenez, Brian DeRubertis, Wesley S. Moore.  Combined endovascular and surgical approach (CESA) to thoracoabdominal aortic pathology: A ten-year experience.  23rd Annual Meeting of the Western Vascular Society, Napa Valley, Ca. September 16, 2008

12. Peter F. Lawrence, Vicki Carter, Dennis Baker, David Rigberg, Hugh Gelabert, Juan Carlos Jimenez, Brian DeRubertis, MD. Classification of Endovenous Closure and Treatment Algorithm Reduces the Need for Post Procedure Anticoagulation. 24th Annual Meeting of the Western Vascular Society, Tucson, AZ. September 19th, 2009.

13. Allan W. Tulloch, Juan C. Jimenez, Peter F. Lawrence, Erik P. Dutson,

Updated: 3/2024

Wesley S. Moore, MD, David A. Rigberg, MD, Hugh A. Gelabert, MD, Brian G. Derubertis, MD, William J. Quinones-Baldrich. Laparoscopic vs. Open Celiac Ganglionectomy in Patients with Median Arcuate Ligament Syndrome- A Ten-Year Review. Society for Clinical Vascular Surgery 38th Annual Symposium on Vascular Surgery, Scottsdale AZ, April 9, 2010.

14. Bath J, O'Connell J, Hiatt J, Uijtdehaage S, Jimenez JC, Davis G, Lawrence PF. Standardization is Superior to Traditional Methods of Teaching Simulated Vascular Anastomoses.  Society for Vascular Surgery Annual Meeting, Boston, MA, June 13, 2010.

15. Derubertis BG, Alktaifi A, Lawrence PF, Jimenez JC, Rigberg DA, Gelabert HA.   Endovascular Management of Chronic Non-malignant Iliocaval Venous Occlusive Disease.  82nd Annual Meeting of the Pacific Coast Surgical Association, Scottsdale, AZ, Feb 18, 2010.

16. Kao KK, Jimenez JC, Stelzner MG, Thompson JE, Saltzman DJ.  Arteriole vasospasm, capillary flow and cell death in skeletal muscle ischemia-reperfusion. 6th Annual Academic Surgical Congress, Society of University Surgeons, February 01, 2011.

17. Harlander-Locke M, Lawrence PF, Jimenez JC, Rigberg DA, MD, DeRubertis BG, MD, Gelabert HA. Combined Treatment with Endovenous Ablation and Compression Therapy Reduces Ulcer Recurrence in Patients with CEAP 5 Venous Disease. Society for Clinical Vascular Surgery 38th Annual Symposium on Vascular Surgery, Orlando, Fla, March 17, 2011.

18. Oderich GS, Gloviczki P, Farber M, Quinones-Baldrich WJ, Greenberg R, Timaran C, Black J, Ellozy S, Woo E, Singh M, Fillinger M, Lee JT, Jimenez JC, Lall P, Duncan A, Kalra M, Clagett P for the NACAAD investigators.  Abdominal debranching with aortic stent grafts for complex aortic aneurysms: Preliminary results of the North American Complex Abdominal Aortic Debranching (NACAAD) Registry. Society for Vascular Surgery, Vascular Annual Meeting, Chicago, Illinois, June 18, 2011.

19. DeRubertis BG, Quinones-Baldrich WJ, Greenberg J, Jimenez JC, Lee JT. Results of a Double-Barrel Technique with Commercially Available Devices for Hypogastric Preservation during Aortoiliac EVAR.  26th Annual Meeting of the Western Vascular Society, Kauai, Hi., September 20th, 2011.

20. Jimenez JC, Harlander-Locke M, Lawrence PF, Derubertis BG, Rigberg DA, Gelabert HA.  A Shift in the Management of Symptomatic Chronic Venous Insufficiency: Clinical Outcomes following 1000 Consecutive Radiofrequency Saphenous Vein Ablations in the Ambulatory Setting. 83rd Annual Meeting of the Pacific Coast Surgical Association, Feb

Updated: 3/2024

19,2012 Napa Valley, Ca.

21. Harlander-Locke, Lawrence PF, Jimenez JC, Derubertis BG, Rigberg D, Gelabert HG, Farley S.  Segmental Thermal Ablation of the Small Saphenous Vein (SSV) Using an Endovenous Heat Induced Thrombus (EHIT) Classification System and Treatment Algorithm.  Western Vascular Society, 27th Annual Meeting, September 24th, 2012.

22. Derubertis BG, Lew W, Jabori S, Barleben A, Jimenez JC, Lawrence PF. Importance of Intravascular Ultrasound during Percutaneous Treatment of May-Thurner Syndrome.  Western Vascular Society, 27th Annual Meeting, September 23rd, 2012.

23. Jabori SO, Gelabert HA, Barleben A, Jimenez JC, Derubertis BG, Klausner J, Rigberg DA.  Trans-axillary Decompression of Thoracic Outlet Syndrome Patients Presenting with Cervical Ribs. Society for Clinical Vascular Surgery, 41st Annual Symposium on Vascular Surgery, Miami, Florida March 12, 2013.

24. Derubertis BG, Jabori S, Quinones-Baldrich WJ, Jimenez JC, Farley S, Rigberg D, Gelabert H, Lawrence PF.  Percutaneous Access for Endovascular Repair of Aortic Emergencies.  Pacific Coast Surgical Association, 84th Annual Meeting. Kauai, Hi, February 16, 2013.

25. Kiang SC, Gelabert HA, Derubertis BG, Rigberg DA, Farley SM, O'Connell JB, Jimenez JC, Lawrence PF.  Intravenous Ultrasound (IVUS) Identifies Stenosis in Venographically Normal Appearing Veins at the Thoracic Outlet.  Western Vascular Society, 28th Annual Meeting, Jasper Canada September 24th, 2013.

26. Kiang SC, Gelabert BG, Farley SM, Rigberg DA, Jimenez JC, Yang JK, O'Connell JB.  Use of Intravascular Ultrasound (IVUS) and Catheter Venography in the Evaluation of Patients with Venous Thoracic Outlet Syndrome.  Vascular and Endovascular Surgery Society. Spring Meeting SVS/VAM, Boston, MA. June 4th, 2014

27. Sabaiha Y, Ramos GR, Juo Y, Jimenez JC, Benharash PB.  Distal Perfusion Catheters Reduce Vascular Complications Associated With Veno-Arterial ECMO Therapy.  12th Annual Academic Surgical Congress. Las Vegas, NV. February 7th, 2017.

28. Jabori S, Gelabert H, O'Connell JB, Chan KN, Rigberg DA, Jimenez JC. Trans-axillary decompression of thoracic outlet syndrome patients presenting with cervical ribs. Society for Vascular Surgery, Annual Meeting. San Diego, Ca. June 3rd, 2017.

Updated: 3/2024

29. Chun TT, O'Connell JB, Rigberg DA, Derubertis BG, Jimenez JC, Farley SM, Baril DT, Gelabert HA. Preoperative thrombolysis affords significant benefit in patency and outcome following first rib resection in Acute Paget-Schroetter Syndrome (PSS). 35th Annual Meeting of the Western Vascular Society. Jackson Hole, Wy. September 28, 2020.

30. Pavlyha M, Jimenez JC, Woo K, Lawrence PF. Impact of new ultrasound classification system for EHIT of the great saphenous vein. 34th Annual Meeting of the American Venous Forum. Orlando, Fl. February 24, 2022.

31. Talutis SD, Woo K, Lawrence PF, Jimenez JC. Comparison of outcomes following polidocanol microfoam sclerotherapy and radiofrequency ablation of incompetent thigh great and accessory saphenous veins. 35th Annual Meeting og the American Venous Forum. San Antonio, Tx. Feb 23, 2023.

32. Chin AL, Talutis SD, Lawrence PF, Jimenez JC. A comparison of radiofrequency ablation and microfoam sclerotherapy of large diameter truncal veins results in excellent early closure rates and symptomatic relief. 50th Annual Symposium on Vascular Surgery- Society for Clinical Vascular Surgery. Miami, Fl. March 29, 2023.

33. Wang KM, Gelabert H, Jimenez JC, Rigberg DA, Woo K. Revisions to promote maturation and short term death after arteriovenous fistula creation. 38th Western Vascular Society Annual Meeting. Kauai, Hi. September 10th, 2023

34. Chin AL, Talutis SD, Lawrence PF, Woo K, Rollo J, Jimenez JC. Factors associated with ablation related thrombus extension (ARTE) following radiofrequency versus microfoam saphenous vein closure. 38th Western Vascular Society Annual Meeting. Kauai, Hi. September 12th, 2023

35. Sullins VF, Harari A, Tillou A, Gilyard S, Wagner JP, McIntosh DF, Hines OJ, Jimenez JC. Organizational change using a novel, structured plan for Justice, Equity, Diversity and Inclusion in an academic surgical department. 19th Annual Academic Surgical Congress. Washington DC. February 8th, 2024/

ABSTRACTS AND PRESENTATIONS AT REGIONAL MEETINGS:

1. Peter Ashjian, Juan Carlos Jimenez, Gregory R.D. Evans, Mark Hedrick. Neural Progenitors from Human Adipose Tissue. First Annual California Neural Regeneration/Spinal Cord Injury Consortium Meeting, Reeve-Irvine

Updated: 3/2024

Research Center, University of California, Irvine, March 20th, 2002.  Poster Presentation

2. Juan Carlos Jimenez, Sherif Emil.  A Teenager with Recurrent Pancreatitis.  1st Annual M. James Warden Visiting Professor.  January 23, 2003.  University of California, Irvine Medical Center.  Oral Presentation

3. Juan Carlos Jimenez , Sherif Emil.  Upper Gastrointestinal Bleeding in a Toddler with Malrotation.  14th Annual Conference of the Southern California Chapter of the American College of Surgeons. , Santa Barbara, California, January 25, 2003. Oral Presentation

4. Juan Carlos Jimenez, Todd Reil, Peter F. Lawrence, Samuel S. Ahn.  Endovascular Repair of a Superior Mesenteric Artery Aneurysm with a Covered Stent Graft.  17th Annual Conference of the Southern California Chapter of the American College of Surgeons, Santa Barbara, California, January 22nd, 2006.  Oral Presentation

5. Juan Carlos Jimenez, Todd Reil, Carlos Gracia, Sydney Guo, Peter F. Lawrence, Samuel S. Ahn.  Minimally Invasive Treatment of Median Arcuate Ligament Syndrome: Combined Laparoscopic and Endovascular Approach.  17th Annual Conference of the Southern California Chapter of the American College of Surgeons, Santa Barbara, California, January 22nd, 2006.  Oral Presentation

6. Hugh A. Gelabert, Juan Carlos Jimenez, David Rigberg.  Analysis of thrombolysis with urokinase or retavase in the surgical management of Paget-Schroetter syndrome.  24th Annual meeting of the Southern California Vascular Surgical Society, Temecula, California, May 6th, 2006.  Oral Presentation

7. Juan Carlos Jimenez.  Minimally Invasive Venous Surgery.  18th Annual Conference of the Southern California Chapter of the American College of Surgeons, Santa Barbara, California,  January 21st, 2007.  Oral Presentation

8. Juan Carlos Jimenez, Wesley S. Moore, William J. Quinones-Baldrich, Peter F. Lawrence.  Operative Strategies for Recurrent Carotid Stenosis Following Angioplasty and Stenting.  25th Annual Meeting of the Southern California Vascular Society, Coronado, California, May 5th, 2007

9. Juan Carlos Jimenez, Peter F. Lawrence, Erik Dutson, David Rigberg, William J. Quinones-Baldrich.  Minimally Invasive Treatment of Median Arcuate Ligament Syndrome: A 4-year review. 19th Annual Conference of

Updated: 3/2024

the Southern California Chapter of the American College of Surgeons, Santa Barbara, California, January 20st, 2008.

10. Juan Carlos Jimenez, Wesley S. Moore.  Replacement and Rerouting of the Complete Native Aorta and Common Iliac Arteries using a Five-Stage Hybrid Repair.  26th Annual meeting of the Southern California Vascular Surgical Society, Westlake Village, California, May 3rd, 2008.

11. David Rigberg MD, Juan Carlos Jimenez MD, Hugh Gelabert MD.  Hybrid Approach for Complex Juxta-Renal Inflammatory Aortic Aneurysm: A Novel Technique.  26th Annual meeting of the Southern California Vascular Surgical Society, Westlake Village, California, May 3rd, 2008

12. Rahgozar P, Thompson J, Jimenez JC, DeLano F, Schmid-Schoenbein F, Saltzman D.  Adrenergic innervation of skeletal muscle arterioles. . 20th Annual Conference of the Southern California Chapter of the American College of Surgeons, Santa Barbara, California, January 20st, 2008.

13. Ankur Chandra, Jessica Beth O'Connell, William J. Quinones-Baldrich MD, Peter F. Lawrence MD, Wesley S. Moore MD, Hugh A. Gelabert MD, Juan Carlos Jimenez MD, David A. Rigberg MD, Brian G. Derubertis MD. Open Surgical Repair of Renal Artery Aneurysms in the Endovascular Era: A Safe, Effective Treatment for Both Aneurysm and Associated Hypertension.  27th Annual Meeting of the Southern California Vascular Surgical Society, Dana Point, California, May 2nd, 2009.

14. Juan Carlos Jimenez MD, William J. Quinones-Baldrich MD.  Technical Modifications for Endovascular Infrarenal AAA Repair for the Tortuous and/or Short Conical Neck in High Risk Patients: The Use of the Pre-cuff Kilt Technique. 28th Annual Meeting of the Southern California Vascular Surgical Society, Carlsbad, California, May 2, 2010.

15. Gavin Davis, Juan Carlos Jimenez MD, Hugh Gelabert MD, David A. Rigberg MD, Brian G. Derubertis MD. Early Postoperative Hemorrhage Following First Rib Resection for Vascular Thoracic Outlet Syndrome. 28th Annual Meeting of the Southern California Vascular Surgical Society, Carlsbad, California, May 1, 2010

16. Nancy Pham, Steven Farley MD, Peter F. Lawrence MD, Juan Carlos Jimenez MD. Current Femoral Aneurysm Treatment May Be Too Aggressive for Its Natural History. 28th Annual Meeting of the Southern California Vascular Surgical Society, Carlsbad, California, May 2, 2010.

Updated: 3/2024

17. Brian G. Derubertis MD, Ali Alktaifi MD, Juan Carlos Jimenez MD, Wesley Lew MD, Peter F. Lawrence MD.  The Evolution of Splenic Artery Aneurysm Treatment:  Open Surgical, Laparoscopic, and Interventional Options.  29th Annual Meeting of the Southern California Vascular Surgical Society, Palos Verdes, Ca, May 14th, 2011.

18. Viktor Gabriel, Ali Alktaifi MD, Juan Carlos Jimenez MD, Peter F. Lawrence MD, David A. Rigberg MD, Hugh A. Gelabert MD, Brian G. Derubertis.  Success of Endovenous Ablation Procedures With Symptomatic Venous Insufficiency on Chronic Warfarin.  29th Annual Meeting of the Southern California Vascular Surgical Society, Palos Verdes, Ca, May 15th, 2011.

19. Allan Tulloch MD, Jessica B. O'Connell MD, David A. Rigberg MD, Juan Carlos Jimenez MD, Brian G. Derubertis MD, Hugh A. Gelabert MD.  Thoracic Outlet Syndrome in the Teenaged Athlete.  29th Annual Meeting of the Southern California Vascular Surgical Society, Palos Verdes, Ca, May 15th, 2011.

20. Michael Harlander-Locke MD, Juan Carlos Jimenez MD, Peter F. Lawrence MD, Hugh A. Gelabert MD, Brian Derubertis MD, David A. Rigberg MD, Steven M. Farley.  Bovine Carotid Artery (Artegraft) for Use as a Hemodialysis Access Conduit in Patients Who are not Candidates for Native Arteriovenous Fistulae.  30th Annual Meeting of the Southern California Vascular Surgical Society, Ojai, Ca, May 5th, 2012

21. Andrew Barleben MD MPH, Wesley Lew MD, Hugh A. Gelabert MD, Juan Carlos Jimenez MD, Peter F. Lawrence and Brian Derubertis MD.  Claudication in Young Patients: Uncommon Symptoms Suggest Uncommon Pathology. 30th Annual Meeting of the Southern California Vascular Surgical Society, Ojai, Ca, May 5th, 2012

22. Sinan Jabori, Juan Carlos Jimenez MD, Viktor Gabriel MD, William J. Quinones-Baldrich MD, Brian G. Derubertis MD, Steven M. Farley MD, Hugh A. Gelabert MD, and David A. Rigberg MD.  Is Heparin Reversal Required for Safe Performance of Percutaneous Endovascular Aortic Aneurysm Repair?  30th Annual Meeting of the Southern California Vascular Surgical Society, Ojai, Ca, May 5th, 2012

23. Sinan Jabori, Andrew Barleben MD, Hugh Gelabert MD, Sharon Kiang MD, Juan Carlos Jimenez MD, Brian Derubertis MD, David Rigberg MD.  Regrown First Rib in Patients with Recurrent Thoracic Outlet Syndrome. 31st Annual Meeting of the Southern California Vascular Surgical Society, Rancho Mirage, Ca, May 4th, 2013

Updated: 3/2024

24. Andrew Barleben MD, William J. Quinones-Baldrich MD, Juan Carlos Jimenez MD, Sinan Jabori, Elizabeth Levin MD, Brian Derubertis MD. Initial Experience with Off-Label Use of Commercial Devices in Patients Unfit for Open Repair of Perivisceral Aortic Aneurysms. 31st Annual Meeting of the Southern California Vascular Surgical Society, Rancho Mirage, Ca, May 5th, 2013

25. Sinan Jabori, Juan Carlos Jimenez MD, Brian G. Derubertis MD, Peter F. Lawrence MD, David Rigberg MD, Steven Farley MD, William J. Quinones-Baldrich MD, Viktor Gabriel MD.  Outcomes Following Peripheral Endovascular Interventions in Solid Organ Transplant Recipients. 31st Annual Meeting of the Southern California Vascular Surgical Society, Rancho Mirage, Ca, May 5th, 2013

26. Allan W. Tulloch, Sharon Kiang, Steven M. Farley, Juan Carlos Jimenez, Brian G. Derubertis, Hugh A. Gelabert, William J. Quinones-Baldrich, Peter F. Lawrence, David A. Rigberg.  Completion Cerebral Angiography after Carotid Endarterectomy:  How Often Does it Change Management? 32nd Annual Meeting of the Southern California Vascular Surgical Society, Carlsbad, Ca, May 4th, 2014.

27. Sharon C. Kiang, Mark Archie, Allan W. Tulloch, KF Kuchta, Brian G. Derubertis, David A. Rigberg, Hugh A. Gelabert, Juan Carlos Jimenez, Jessica B. O'Connell, Peter F. Lawrence, William J. Quinones-Baldrich, Steven M. Farley.  Arterial Injuries in Ultrasound Guided Catheter Placements: A New Pattern of Arterial Cannulation. 32nd Annual Meeting of the Southern California Vascular Surgical Society, Carlsbad, Ca, May 4th, 2014.

28. Allan W. Tulloch, Jane Yang, Steven M. Farley, Juan Carlos Jimenez, David A. Rigberg, Hugh A. Gelabert, William J. Quinones, Peter F. Lawrence and Brian G. Derubertis.  Vascular Access Complications with Extracorporeal Membranous Oxygenation.  33rd Annual Meeting of the Southern California Vascular Surgical Society, San Diego, Ca, May 3rd, 2015.

29. Sinan Jabori, Hugh A. Gelabert, Juan Carlos Jimenez, Wesley Moore, William J. Quinones-Baldrich and Jessica B. O'Connell.  Non-recurrent Laryngeal Nerve During Carotid Endarterectomy: Recognition and Surgical Management.  33rd Annual Meeting of the Southern California Vascular Surgical Society, San Diego, Ca, May 3rd, 2015.

30. Kaelan N. Chan, Juan C. Jimenez, Peter F. Lawrence, Karen Woo. Mechanochemical Ablation Is Associated with Higher Incidence Of  Deep Vein Thrombus Extension Than Thermal Techniques. 36th Annual

Updated: 3/2024

Meeting of the Southern California Vascular Surgical Society, Laguna Beach, Ca, May 6th, 2018.

31. Taimur Saleem, Mark Archie, Juan Carlos Jimenez. Novel Technique for Management of Ruptured Infrarenal Segment of Thoracoabdominal Aortic Aneurysm Using Ovation Endograft 36th Annual Meeting of the Southern California Vascular Surgical Society, Laguna Beach, Ca, May 6th, 2018.

32. Jesus Ulloa, Joe Pantoja, Juan Carlos Jimenez, Steven M. Farley, Hugh A. Gelabert, David A. Rigberg, Gabriel M. Danovitch. Elective Resection of Symptomatic Arteriovenous Access in Patients with Functioning Renal Allografts at a High Volume Transplant Center. 38th Annual Meeting of the Southern California Vascular Surgical Society, October 23rd, 2020.

33. Tristen Chun, Juan Carlos Jimenez, Peter F. Lawrence, Karen Woo, Steven Farley, David A. Rigberg, Donald Baril, Brian Derubertis. Technical Modifications During Endovenous Microfoam Ablation of Axial and Tributary Veins Result in Decreased Thrombotic Complications. . 38th Annual Meeting of the Southern California Vascular Surgical Society October 23rd, 2020.

34. Rhusheet Patel, Wesley Moore, Juan Carlos Jimenez. Severe Symptomatic Nickel Allergy Following Implanted Stent-Graft for External Iliac Artery Endofibrosis Requiring Excision and Arterial Reconstruction. 39th Annual Meeting of the Southern California Vascular Surgical Society, Ojai California, June 18, 2021

35. Maryanna Pavlyha, Juan Carlos Jimenez, Peter Lawrence, Steven Farley, David Rigberg, Brian Derubertis. Endovenous Microfoam Ablation of Symptomatic Below Knee Truncal and Associated Tributary Veins is a Safe and Effective Alternative to Avoid Thermal Nerve Injury. 39th Annual Meeting of the Southern California Vascular Surgical Society, Ojai California, June 18, 2021

36. Amanda Chin, Juan Carlos Jimenez, Peter Lawrence, Steve Farley, Brian Derubertis. Endovenous Microfoam Ablation of Truncal Veins with a Large Diameter Saphenofemoral and Saphenopopliteal Junction Results in Excellent Closure and Low Thrombotic Complication Rates. 39th Annual Meeting of the Southern California Vascular Surgical Society, Ojai California, June 18, 2021

37. Stephanie D Talutis, Amanda L. Chin, Peter F. Lawrence, Steven M. Farley, William Duong, Juan Carlos Jimenez. Increased Body Mass Index and Reflux Times are Associated with Incomplete Target Vein Closure following Microfoam Ablation of Incompetent Saphenous Veins. 41st

Updated: 3/2024

Annual Meeting of the Southern California Vascular Surgical Society, La Quinta, Ca, April 30, 2023.

38. Karissa M Wang, Hugh Gelabert, Juan Carlos Jimenez, David Rigberg, Karen Woo.  Post-operative Survival and Outcomes Following Hemodialysis Vascular Access Creation.   41st Annual Meeting of the Southern California Vascular Surgical Society, La Quinta, Ca, April 30, 2023.

<u>INVITED PRESENTATIONS:</u>

1. Juan Carlos Jimenez. Management of Traumatic and Non-Traumatic Chylothorax.  University of California, Davis Medical Center, Trauma/Critical Care Conference. November, 1998.

2. Juan Carlos Jimenez. Principles of ELISA: Enzyme Linked Immunosorbent Assay.  University of California, Irvine Department of Plastic Surgery and The Center for Biomedical Engineering, Research Conference. February 4, 2002.

3. Juan Carlos Jimenez. Tissue Engineering Research at The University of California, Irvine: A Work in Progress.  University of California, Irvine, Department of Plastic Surgery and The Center Biomedical Engineering, Research Conference. August, 2001.

4. Juan Carlos Jimenez.  Radiation Arteritis.  University of California, Irvine Department of Surgery Grand Rounds.  March 24, 2005.

5. Juan Carlos Jimenez.  Radiation-Induced Arterial Disease. Grand Rounds, Division of Vascular Surgery, David Geffen School of Medicine, University of California, Los Angeles, July 13th, 2006.

6. Juan Carlos Jimenez. Compartment Syndrome: Pathophysiology, Diagnosis and Indications for Treatment.  Department of Surgery Grand Rounds, David Geffen School of Medicine, University of California, Los Angeles.  May 30th, 2007

7. Juan Carlos Jimenez.  Diseases in Vascular Surgery.  David Geffen School of Medicine at UCLA. September, 5th, 2007.

8. Juan Carlos Jimenez.  Endoscopic Harvest of the Greater Saphenous Vein.  26th  Annual UCLA Symposium: A Comprehensive Review and Update: What's  New in Vascular and Endovascular Surgery, Beverly Hills, Ca. September 6th, 2008.

Updated: 3/2024

9. Juan Carlos Jimenez. Invited Session Moderator.  27th Annual UCLA Symposium: A Comprehensive Review and Update: What's New in Vascular and Endovascular Surgery, Hollywood, Ca. September 16th, 2009

10. Juan Carlos Jimenez.  The Role of Endoscopic Vein Harvest and Minimally Invasive Limb Bypass Surgery.  27th Annual UCLA Symposium: A Comprehensive Review and Update: What's New in Vascular and Endovascular Surgery, Hollywood, Ca. September 15th, 2009

11. Juan Carlos Jimenez.  Infrainguinal Occlusive Disease: Techniques and Results.  28th Annual UCLA Symposium: A Comprehensive Review and Update: What's New in Vascular and Endovascular Surgery, Hollywood, Ca. September 15th, 2010.

12. Juan Carlos Jimenez. Invited Session Moderator.  28th Annual UCLA Symposium: A Comprehensive Review and Update: What's New in Vascular and Endovascular Surgery, Hollywood, Ca. September 15th, 2010.

13. Juan Carlos Jimenez. Everything You Want to Know about Critical Limb Ischemia but were Afraid to Ask.  UCLA Department of Surgery Grand Rounds. David Geffen School of Medicine at UCLA. May 25, 2011. Los Angeles, Ca.

14. Juan Carlos Jimenez.  Advancements in the Treatment of Thoracoabdominal and Abdominal Aortic Aneurysms.  45th Annual John E. Connolly Surgical Society and Department of Surgery Symposium.  June 10th, 2011, University of California, Irvine Department of Surgery, Irvine, Ca.

15. Juan Carlos Jimenez. Invited Session Moderator.  29th Annual UCLA Symposium: A Comprehensive Review and Update: What's New in Vascular and Endovascular Surgery, Hollywood, Ca. September 14th, 2011.

16. Juan Carlos Jimenez. Invited Discussant.  Correlation of CEAP clinical class, Venous Clinical Severity Scores (VCSS), Vein Diameter, and Reflux Time in the Great Saphenous Vein (GSV) in Patients with Superficial Venous Insufficiency.  26th Annual Meeting of the Western Vascular Society, Kauai, Hi. September 20th, 2011.

17. Juan Carlos Jimenez. Invited Lecturer. Lymphedema: Principles and Treatment.  American Venous Forum:  2011 Fellows Course in Venous Disease, Los Angeles, Ca. December 4th, 2011.

45

Updated: 3/2024

18. Juan Carlos Jimenez.  Invited Lecturer.  Symposium on Venous Disease. Department of Surgery Grand Rounds.  David Geffen School of Medicine at UCLA , May 9th, 2012.

19. Juan Carlos Jimenez. Invited Session Moderator.  30th Annual UCLA Symposium: A Comprehensive Review and Update:  What's New in Vascular and Endovascular Surgery, Hollywood Ca. September 12th, 2012

20. Juan Carlos Jimenez.  Invited Lecturer.  Lower Extremity Amputation for End Stage Vascular Disease.  30th Annual UCLA Symposium: A Comprehensive Review and Update:  What's New in Vascular and Endovascular Surgery, David Geffen School of Medicine at UCLA. Hollywood, Ca. September 12th, 2012

21. Juan Carlos Jimenez.  Invited Discussant.  Endoscopic Vein Harvest for Infra-inguinal Arterial Bypass.  27th Annual Meeting of the Western Vascular Society. Park City, Utah. September 24th, 2012.

22. Juan Carlos Jimenez.  Invited Lecturer.  End-Stage Renal Disease in 2012:  Socio-economic Impact.  16th Annual Max Gaspar Symposium. University of Southern California, Keck School of Medicine. Los Angeles, Ca.  September 27th, 2012.

23. Juan Carlos Jimenez.  Invited Lecturer.  Update on AV Graft Options: PTFE, Bovine Carotid Artery, HERO Graft.  Advances and Debates in Dialysis Access.  Harbor-UCLA Medical Center, Torrance , Ca.  December 8th, 2012.

24. Juan Carlos Jimenez.  Invited Lecturer.  Vascular Surgery in the Diabetic Patient.  UCLA Combined Endocrinology Grand Rounds.  David Geffen School of Medicine at UCLA. Ronald Reagan UCLA Medical Center, Los Angeles, Ca. March 6th, 2012.

25. Juan Carlos Jimenez.  Invited Lecturer.  Lower Extremity Amputation for End Stage Vascular Disease.  31st Annual UCLA Symposium: A Comprehensive Review and Update:  What's New in Vascular and Endovascular Surgery, David Geffen School of Medicine at UCLA. Beverly Hills Ca. September , 2013

26. Juan Carlos Jimenez.  Invited Lecturer. Saphenous Vein Stripping and Stab Phlebectomy.   17th Annual Max Gaspar Sympsium.  University of Southern California, Keck School of Medicine. Los Angeles, Ca. September, 2013.

Updated: 3/2024

27. Juan Carlos Jimenez. Invited Lecturer. Lymphedema: Principles and Treatment.  American Venous Forum:  2013 Fellows Course in Venous Disease, Los Angeles, Ca. December 7th, 2013.

28. Juan Carlos Jimenez. Invited Lecturer. Lower Extremity Amputation for End Stage Vascular Disease.  31st Annual UCLA Symposium: A Comprehensive Review and Update:  What's New in Vascular and Endovascular Surgery, Beverly Hills Ca. September 11, 2014

29. Juan Carlos Jimenez. Symptomatic and Ruptured Abdominal Aortic Aneurysms: What to Do, When to Do it and What Not to Do.  UCLA Symposium on Aortic Disease:  Acute Aortic Syndromes.  David Geffen School of Medicine at UCLA, Los Angeles Ca. November 15, 2014.

30. Juan Carlos Jimenez. Invited Lecturer. Lower Extremity Amputation for End Stage Vascular Disease.  32nd Annual UCLA Symposium: A Comprehensive Review and Update:  What's New in Vascular and Endovascular Surgery, David Geffen School of Medicine at UCLA. Beverly Hills Ca. September 3, 2015

31. Juan Carlos Jimenez. Invited Lecturer. Non-Infectious Complications in Vascular Surgery.  32nd Annual UCLA Symposium: A Comprehensive Review and Update:  What's New in Vascular and Endovascular Surgery, David Geffen School of Medicine at UCLA. Beverly Hills Ca. August 30th, 2015

32. Juan Carlos Jimenez. Invited Lecturer. Lower Extremity Amputation for End Stage Vascular Disease.  Sharp Grossmont Hospital Heart and Vascular Conference.  San Diego, Ca. November 7th, 2015.

33. Juan Carlos Jimenez. Invited Lecturer. Vascular Surgical Techniques for Revascularizing the Ischemia Limb prior to HBOT.  Undersea Hyperbaric Medical Society Pacific Chapter Annual Meeting, Ventura Ca.  November 14th, 2015.

34. Juan Carlos Jimenez. Symptomatic and Ruptured Abdominal Aortic Aneurysms: What to Do, When to Do it and What Not to Do.  UCLA Symposium on Aortic Disease:  Endovascular Interventions for Acute and Chronic Aortic Pathology.  David Geffen School of Medicine at UCLA, Los Angeles Ca. November 14, 2015.

35. Juan Carlos Jimenez MD. Non-Infectious Complications in Vascular Surgery.  First Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, Beverly Hills, Ca. August 27th, 2016.

47

Updated: 3/2024

36. Juan Carlos Jimenez MD.  Salvage Techniques after Failed Endovascular Aneurysm Repair.  2016 UCLA Aortic Center Symposium: Advances in Treatment of Aortic Pathology.  David Geffen School of Medicine at UCLA.  Los Angeles, Ca.  November 5, 2016.

37. Juan Carlos Jimenez MD.  Non-Recurrent Laryngeal Nerve Encountered during Carotid Endarterectomy: Diagnosis and Operative Management. 12th Annual Academic Surgical Congress.  Las Vegas, NV. February 8th, 2017.

38. Juan Carlos Jimenez MD. Non-Infectious Complications in Vascular Surgery.  Second Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, Beverly Hills, Ca. August 26th, 2017.

39. Juan Carlos Jimenez MD. Invited Discussant. Arterial Eversion is a Safe Technique for Primary and Redo Carotid Endarterectomy.  American College of Surgeons: Clinical Congress 2017, San Diego, Ca. October 24th, 2017.

40. Juan Carlos Jimenez MD. Prevention of Spinal Cord Injury in Patients Having Complex Aortic Repair/Invited Session Moderator.  2017 UCLA Aortic Center Symposium: Advances in Treatment of Aortic Pathology. David Geffen School of Medicine at UCLA.  Los Angeles, Ca.  November 4, 2017.

41. Juan Carlos Jimenez MD.  Non-Infectious Complications in Vascular Surgery.  Third Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, Beverly Hills, Ca. August 25th, 2018.

42. Juan Carlos Jimenez MD.  Non-Infectious Complications in Vascular Surgery.  Fourth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, Beverly Hills, Ca. August 24th, 2019.

43. Juan Carlos Jimenez MD, MBA.  Abdominal Aortic Aneurysm: Etiology, Diagnosis and Management.  2019 UCLA Aortic Center Symposium: Advances in Treatment of Aortic Pathology.  David Geffen School of Medicine at UCLA.  Los Angeles, Ca.  November 5, 2019.

44. Juan Carlos Jimenez MD, MBA.  Invited Lecturer and Panelist. Medical Professionals' Panel. UCLA Anderson School of Management.  Los

Updated: 3/2024

Angeles, Ca. February 23rd, 2020.

45. Juan Carlos Jimenez MD, MBA. Thinking Fast and Slow: Recognition and Elimination of Unconscious Bias. Invited Lecturer. Department of Surgery Grand Rounds. June 24th, 2020.

46. Juan Carlos Jimenez MD, MBA. Non-Infectious Complications in Vascular Surgery. Fifth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, August 28th, 2020.

47. Juan Carlos Jimenez MD, MBA. Invited Discussant A Single Center's 15-Year Experience with Palliative Limb Care for Critical Limb Ischemia in Frail Patients. 35th Western Vascular Society Annual Meeting. September 29th, 2020.

48. Juan Carlos Jimenez MD, MBA. Invited Lecturer. Mesenteric Ischemia. Department of Surgery Grand Rounds. David Geffen School of Medicine at UCLA. October 14th, 2020.

49. Juan Carlos Jimenez MD, MBA. Invited Lecturer. Abdominal Aortic Aneurysm: Etiology, Diagnosis and Management. 7th Annual UCLA Symposium on Advances in Treatment of Aortic Pathology. November 7th, 2020.

50. Juan Carlos Jimenez MD, MBA. Invited Lecturer and Moderator: Combined Grand Rounds-Departments of Surgery and Medicine "Bias at the Bedside: A Conversation of Educators". David Geffen School of Medicine at UCLA. October 28th, 2020.

51. Juan Carlos Jimenez MD, MBA. Invited Lecturer and Panelist. "Embracing Diversity Conference." November 21, 2020. UCLA Anderson School of Management. Los Angeles, Ca.

52. Juan Carlos Jimenez MD, MBA. Invited Lecturer and Moderator. Racism – It Exists and Why Language Matters. Department of Surgery: Equity, Diversity and Inclusion Forum. David Geffen School of Medicine at UCLA. March 24th, 2021.

53. Juan Carlos Jimenez MD, MBA. Invited Lecturer. Fundamentals of Hyperbaric Oxygen Therapy in Surgical Patients. Department of Surgery Grand Rounds. David Geffen School of Medicine at UCLA. June 2nd, 2021.

Updated: 3/2024

54. Juan Carlos Jimenez MD, MBA.  Non-Infectious Complications in Vascular Surgery.  Sixth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, October 1st, 2021.

55. Juan Carlos Jimenez MD, MBA.  Session Moderator.  Sixth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, October 3rd, 2021.

56. Juan Carlos Jimenez MD, MBA.  Carotid Bifurcation Intervention-CEA Technique and Results.  Sixth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, October 3rd, 2021.

57. Juan Carlos Jimenez MD, MBA.  Invited Discussant. Vascular Trainee Perceptions of Diversity, Equity, and Inclusion Within United States Vascular Surgery Training Programs. 36th Western Vascular Society Annual Meeting, October 18th, 2021.  Jackson Hole, Wyoming.

58. Juan Carlos Jimenez MD, MBA.  Session Moderator. Carotid/Venous/Miscellaneous.  40th Annual Meeting of the Southern California Vascular Surgical Society, May 1, 2022.  Coronado, Ca.

59. Juan Carlos Jimenez MD, MBA. Moderator and Speaker: JEDI Town Hall Meeting: Three- and Five-Year Goals.  Department of Surgery Grand Rounds.  David Geffen School of Medicine at UCLA. June 8, 2022.

60. Juan Carlos Jimenez MD, MBA.  Session Moderator.  Sixth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, August 26, 2022.

61. Juan Carlos Jimenez MD, MBA.  Non-Infectious Complications in Vascular Surgery.  Sixth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, August 27, 2022.

62. Juan Carlos Jimenez MD, MBA.  Aortic Aneurysms: Etiology, Diagnosis, and Pathology.  UCLA 9th Annual Aortic Pathology Symposium.  David Geffen School of Medicine at UCLA.  November 5th, 2022

63. Juan Carlos Jimenez MD, MBA. Our Institutional Experience with Polidocanol Microfoam for Treatment of Symptomatic Chronic Venous Insufficiency.  Pharmameet 2023, Porto, Portugal, Feb 9th, 2023.

Updated: 3/2024

64. Juan Carlos Jimenez MD, MBA.  Invited Moderator. Karmody ePoster Competition-Education/Imaging/Misc.  Miami, Fl.  March 28. 2023.

65. Juan Carlos Jimenez MD, MBA.  Invited Judge. . Karmody ePoster Competition-Education/Imaging/Misc.  Miami, Fl.  March 28. 2023.

66. Juan Carlos Jimenez MD, MBA.  Invited Panelist.  Anti-Racism Roadmap, 2023 Update Series. (Virtual) Office of Justice, Equity, Diversity and Inclusion (JEDI).  David Geffen School of Medicine.  March 23, 2023.

67. Juan Carlos Jimenez MD, MBA.  Non-Infectious Complications in Vascular Surgery.  Sixth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, August 24, 2023.

68. Juan Carlos Jimenez MD, MBA.  Session Moderator.  Sixth Annual UCLA/Society for Vascular Surgery Symposium: What's New in Vascular and Endovascular Surgery. David Geffen School of Medicine at UCLA, August 25, 2023.

69. Juan Carlos Jimenez MD, MBA.  Treatment of Refractory Superficial Reflux and Advanced Venous Stasis with Varithena.  Veith Symposium Venous Workshop.  New York City, NY.  November 15, 2023.

70. Juan Carlos Jimenez MD, MBA.  Invited Panelist. Superficial Disease Real Life Case Challenge.  Veith Symposium Venous Workshop.  New York City, NY.  November 15, 2023.

71. Juan Carlos Jimenez MD, MBA.  Adjunctive Techniques to Minimize Thrombotic Complications Following Microfoam Ablation of Symptomatic Truncal and Tributary Veins.  50th Annual Veith Symposium.  New York City, NY.  November 16th, 2023.

72. Juan Carlos Jimenez MD, MBA.  Radiofrequency Ablation Versus Polidocanol Endovenous Microfoam Ablation of Large Diameter Saphenous and Tributary Veins. 50th Annual Veith Symposium.  New York City, NY.  November 16th, 2023.

73. Juan Carlos Jimenez MD, MBA.  Microfoam and Radiofrequency Ablation of Incompetent Thigh Saphenous Veins.  Advanced Phlebology Webinar. Egyptian African Venous and Lymphatic Association and American Venous Forum.  January 13, 2024. (Virtual)

74. Juan Carlos Jimenez MD, MBA.  What's New in Vascular Surgery. Annual Scientific Meeting of the Southern California Chapter of the

Updated: 3/2024

American College of Surgeons.  Santa Barbara, Ca. January 20, 2024.

75. Juan Carlos Jimenez MD, MBA. Invited Discussant.  Factors Associated with In-Hospital Major Amputation After Revascularization for Lower Extremity Trauma: A National Evaluation.  Pacific Coast Surgical Association, 95th Annual Meeting. Rancho Mirage, Ca. February 10, 2024

76. Juan Carlos Jimenez MD, MBA.  Invited Session Moderator.  Pacific Coast Surgical Association, 95th Annual Meeting. Rancho Mirage, Ca. February 10, 2024

77. Juan Carlos Jimenez MD, MBA.  Superficial Venous Reflux and Wounds: My Approach to Treating These Patients.  2024 Pacific Northwest Endovascular Conference (PNEC), Seattle, Wa. May 24th, 2024 (Upcoming)


VIDEOS/MEDIA

1. Endovascular Treatment of Ruptured Aortic Aneurysms- Before, During and After https://www.youtube.com/watch?v=Zml0Idckf-4

2. Drive Time: The UCLA Anderson FEMBA Podcast "Meet Two FEMBA MD's" Episode 38 : https://dylanucla.wordpress.com/podcasts/

3. The Reset: Superficial Vein Disease-Practical Points for Better Care. Venous Edge Podcast  May 2021-Vol 1 Issue 2. http://www.venousedge.com/current-issue.html

4. Strategies for Real-World Use of Varithena® Chemical Ablation for Safe and Effective Management of Symptomatic Varicose Veins. Endovascular Today Online, Sept. 2021.  https://evtoday.com/articles/2021-sept/strategies-for-real-world-use-of-varithena-chemical-ablation-for-safe-and-effective-management-of-symptomatic-varicose-veins

5. Ask the Experts: In Which Clinical Presentations Do You Prefer Nonthermal options, and Which Are Better Suited to Thermal Ablation? Endovascular Today Online, March 2022. https://evtoday.com/articles/2022-mar/ask-the-experts-in-which-clinical-presentations-do-you-prefer-nonthermal-options-and-which-are-better-suited-to-thermal-ablation

6. Invited Panelist:  National Latinx Physicians Day at UCLA Health.  David Geffen School of Medicine at UCLA.  October 5th, 2023. https://www.youtube.com/watch?v=-Q7shOSTp10

Updated: 3/2024

7.  JVS Author Spotlight- Chang, Talutis, Jimenez. Audible Bleeding Podcast. November 6. 2023.  https://www.audiblebleeding.com/2023/11/06/jvs-author-spotlight-chang-talutis-jimenez/

Juan Carlos Jimenez MD, MBA, FACS: Testimony – 2017-2023

2023- Hall vs. Rikers Island- Case No. 21-cv-2308 (Plaintiff)

2023- Kari Smith vs. Spokane Orthopedics, et al., State of Washington- Case No. 21-2-03315-32- Deposition Testimony (Plaintiff)

2022- Sargent vs. Adventist Health Sonora- County of Stanislaus, State of California- Case No. CV19003767-Deposition Testimony (Plaintiff)

2021-Loring Vs. Modern Vascular- Maricopa County Superior Court, State of Arizona – Case No. CV2020-052466-Deposition Testimony (Plaintiff)

2021- Chavira vs. Mendez- Los Angeles Superior Courts, Spring Street Courthouse, Los Angeles, CA – Case No. 19STCV36828- Deposition Testimony (Plaintiff)

2021- Roe vs. Mayeli-Los Angeles County Superior Court, State of California- Case No. MC027949 - Deposition Testimony (Plaintiff)

2020- Strickland vs. Providence Hospital- King County, State of Washington- Case No. 18-2-20970-6-Deposition testimony (Plaintiff)

2019- Henson vs. UC Regents- Los Angeles County Superior Court, State of California, Case No. BC573583 - Trial Testimony (Defense)

2019- Henson vs. UC Regents- Los Angeles County Superior Court, State of California, Case No. BC573583 - Deposition Testimony (Defense)

2019- Banasiak v. Holy Cross Hospital- Cook County Circuit Court, State of Chicago, Case No. 2016L012486 -Trial Testimony (Plaintiff)

2019-Banasiak vs. Holy Cross Hospital- Cook County Circuit Court, State of Chicago, Case No. 2016L012486 - Deposition Testimony (Plaintiff)

2019- Huffman vs. Mission Pharmacal Company- Harris County District Court, State of Texas- Case No. 2017-52458 - Deposition Testimony (Plaintiff)

2018- Zendler vs. University of Utah- Third District Court, Salt Lake Department, State of Utah, Case No. 160907183 - Deposition Testimony (Plaintiff)

Updated: 1/1/2022

**Juan Carlos Jimenez, MD, MBA, F.A.C.S.**
**Clinical Professor of Surgery**
**Division of Vascular Surgery**
**200 Peter Morton Medical Plaza, Suite 526**
**Los Angeles, CA  90095**
**(310) 206-1786 Office**
**(310) 206-2592 Cell**


## Medical Review and Court Fees

Retainer: $2500.00

$700.00 per hour-Record Review/Phone conferences/Preparation of reports/Attorney Meetings

$800.00 per hour-Deposition

$7500.00-Court Testimony (Half Day Minimum or full day)

$500.00 per hour-Travel time (car and air) plus mileage, airfare, meals and lodging as applicable


Please make all checks payable to:    **Juan C. Jimenez, MD**
                                       **200 UCLA Medical Plaza, Suite 526**
                                       **Los Angeles, CA  90095**
                                       **TIN: 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**