THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

JAVIER TAPIA,

Plaintiff,

v.

NAPHCARE, INC., and PIERCE COUNTY,

Defendants.

NO. 2:22-cv-01141-KKE

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION TO EXCLUDE TESTIMONY OF EXPERT WITNESSES IDENTIFIED BY NAPHCARE, INC.**

This matter came before the Court on Plaintiff's Motion for Leave to File Overlength Motion to Exclude Testimony of Expert Witnesses Identified by NaphCare, Inc. Having read and considered the Plaintiff's motion and the materials in support thereof and opposition thereto

//

//

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION TO EXCLUDE TESTIMONY OF EXPERT WITNESSES IDENTIFIED BY NAPHCARE, INC. (2:22-CV-01141-KKE) - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

(if any), and being fully advised of the premises, now, therefore, it is hereby: ORDERED that the Motion is GRANTED. Plaintiff's 6,299-word Motion to Exclude Expert Witnesses Identified by NaphCare, Inc. (Dkt. # 115) is accepted as filed and will be considered in full.

IT IS SO ORDERED.

DATED this 17th day of June 2024.

Kymberly K. Evanson
United States District Judge

Presented by:

GALANDA BROADMAN, PLLC
s/Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
s/Corinne Sebren
Corinne Sebren, WSBA #58777
Attorneys for Plaintiffs
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: ryan@galandabroadman.com
Email: corinne@galandabroadman.com

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE OVERLENGTH MOTION TO EXCLUDE TESTIMONY OF
EXPERT WITNESSES IDENTIFIED BY NAPHCARE, INC.
(2:22-CV-01141-KKE) - 2

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509