UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>              Plaintiff,<br><br>     v.<br><br>NAPHCARE INC., et al.,<br><br>              Defendant. | CASE NO. C22-1141-KKE<br><br>ORDER COMPELLING DISCOVERY |

The parties appeared before the Court on July 18, 2024 for the purpose of a discovery dispute conference. For the reasons stated on the record, the Court ORDERS that, no later than July 26, 2024:

1) NaphCare must provide a written response to Interrogatory No. 18 that identifies and describes the legal and tax relationships between NaphCare and the entities identified in the interrogatory: NaphCare DE US, LLC; Pharmacy, LLC; VIG, LLC; and Corporate Risk Insurance Company, Ltd. *See*, Dkt. No. 61-17 at 16.

//

//

ORDER COMPELLING DISCOVERY - 1

2) NaphCare must provide a written response to Interrogatory No. 19 that answers the interrogatory in full, including the amounts paid to the shareholders and corporate officers of each legal entity under common control with NaphCare.

Dated this 19th day of July, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER COMPELLING DISCOVERY - 2