UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>            Plaintiff,<br><br>    v.<br><br>NAPHCARE INC., et al.,<br><br>            Defendant. | CASE NO. C22-1141-KKE<br><br>ORDER EXTENDING CASE DEADLINES |

The trial date in this matter is fast approaching, and there are still several motions pending at this time. *See* Dkt. Nos. 109, 111, 113, 115, 116. In order to facilitate the efficient resolution of those motions, and in order to bring the case schedule for this matter in line with the Court's scheduling preferences (*see* Dkt. No. 79 at 3–4), the Court finds good cause under Local Rules W.D. Wash. LCR 16(b)(6) to continue the trial date and all non-expired case deadlines. Accordingly, the Court VACATES the current case schedule (Dkt. No. 63) and ORDERS that this matter proceed on the following schedule:

//

//

//

ORDER EXTENDING CASE DEADLINES - 1

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:30 a.m. on | **3/24/2025** |
| Length of trial | 10 days |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | 11/25/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 1/23/2025 |
| All motions in limine must be filed by | 2/18/2025 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 3/3/2025 |
| Trial briefs, proposed voir dire questions, and deposition designations due | 3/10/2025 |
| Pretrial conference scheduled | TBD |

Dated this 10th day of September, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER EXTENDING CASE DEADLINES - 2