UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>  Plaintiff,<br><br>v.<br><br>NAPHCARE INC., et al.,<br><br>  Defendant. | CASE NO. C22-1141-KKE<br><br>ORDER GRANTING NAPHCARE INC.'S UNOPPOSED MOTION TO SEAL |

Having considered Defendant NaphCare, Inc.'s, unopposed motion (Dkt. No. 165), the Court finds that there is good cause to allow (1) the proposed redactions to Plaintiff Javier Tapia's forthcoming discovery motion and (2) the proposed redactions or sealing of the exhibits supporting Plaintiff's motion.

Accordingly, the Court GRANTS the motion to seal (Dkt. No. 165). The Court ORDERS Plaintiff to file his motion and supporting exhibits in accordance with this Order. The Court further ORDERS that the unredacted version of the motion and exhibits shall be maintained under seal.

ORDER GRANTING NAPHCARE INC.'S UNOPPOSED MOTION TO SEAL - 1

Dated this 15th day of November, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge