THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAVIER TAPIA,

Plaintiff,

v.

NAPHCARE, INC., et al.

Defendants.

NO. 2:22-cv-01141-KKE

DECLARATION OF CORINNE SEBREN IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS AGAINST DEFENDANT NAPHCARE, INC.

I, CORINNE SEBREN, state and declare as follows:

1. I am counsel for the Plaintiff in the above-captioned action. I am over the age of eighteen and make this declaration on personal knowledge.

2. Attached to this Declaration, as **Exhibit 1**, is a true and correct copy of Defendant NaphCare Inc.'s Third Supplemental Responses to Plaintiff's Interrogatories and Requests For Production, dated April 4, 2024. Redactions were provided to counsel via email on November 11, 2024, by counsel for NaphCare and were granted by this Court's Order. (Dkt. # 167).

3. Attached to this Declaration, as **Exhibit 2**, is a true and correct copy of Defendant NaphCare Inc.'s Fourth Supplemental Responses to Plaintiff's Interrogatories and Requests For Production, dated July 26, 2024. Redactions were provided to counsel via email on November 11, 2024, by counsel for NaphCare and were granted by this Court's Order. (Dkt. # 167).

DECLARATION OF CORINNE SEBREN IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS AGAINST DEFENDANT NAPHCARE, INC. - 1
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1  4. Attached to this Declaration, as **Exhibit 3**, is a true and correct copy of email exchanges between NaphCare's Counsel and Plaintiff's Counsel regarding written responses to Interrogatories No. 18 and 19.

  5. Attached to this Declaration, as **Exhibit 4**, is a true and correct copy of the Executive Profile of: CEO of NaphCare talks growth, significant contracts article, published July 26, 2024 by the Birmingham Business Journal, https://www.naphcare.com/news/executive-profile-ceo-of-naphcare-talks-growth-significant-contracts.

  6. Attached to this Declaration, as **Exhibit 5**, is a true and correct copy of April 11, 2024 letter from Plaintiff to NaphCare's Counsel re supplemental disclosure deficiencies.

  7. Attached to this Declaration, as **Exhibit 6**, is a true and correct copy of the Business Entity Records of V.I.G. LLC from the Alabama Secretary of State's website.

  8. Attached to this Declaration, as **Exhibit 7**, is a true and correct copy of Business Entity Records of NaphCare Inc. from the Alabama Secretary of State's website.

  9. Attached to this Declaration, as **Exhibit 8**, is a true and correct copy of Business Entity Records of NaphCare U.S. Inc. from the Alabama Secretary of State's website.

  10. Attached to this Declaration, as **Exhibit 9**, is a true and correct copy of NCI 006718 CONFIDENTIAL, Business Entity Records of NaphCare Inc. from the Alabama Secretary of State. **FILED UNDER SEAL**

  11. Attached to this Declaration, as **Exhibit 10**, is a true and correct copy of NCI 006703 CONFIDENTIAL Business Entity Records of NaphCare U.S. Inc. from the Alabama Secretary of State. **FILED UNDER SEAL**

  12. Attached to this Declaration, as **Exhibit 11**, is a true and correct copy of the May 2, 2024 letter from NaphCare's Counsel to Plaintiff re supplemental production of Interrogatory

DECLARATION OF CORINNE SEBREN IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS AGAINST DEFENDANT NAPHCARE, INC. - 2
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

No. 18. Redactions were provided to counsel via email on November 11, 2024, by counsel for NaphCare and were granted by this Court's Order. (Dkt. # 167).

13. Attached to this Declaration, as **Exhibit 12**, are true and correct copies excerpted from the May 5, 2024 Supplemental Production by NaphCare. **FILED UNDER SEAL**

14. Attached to this Declaration, as **Exhibit 13,** is a true and correct copy of the November 1, 2024 Search Report of the Insurance Services business named Corporate Risk Insurance Company, Ltd through the General Registry Cayman Islands, identifying Directors of this entity as James S. McLane, Terry McLane, and Thomas Molton Williams.

15. Attached to this Declaration, as **Exhibit 14,** is a true and correct copy of the December 31, 2021 and 2020 Financial Statements and Supplementary Information. **FILED UNDER SEAL**

16. Attached to this Declaration, as **Exhibit 15,** is a true and correct copy of the August 12, 2024 email from Rachel Hand at Perkins Coie to our office.

17. Attached to this Declaration, as **Exhibit 16,** are a true and correct copies of excerpted from the May 5, 2024 Supplemental Production by NaphCare.

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 18th day of November, 2024 at Packwood, Washington.

*s/ Corinne Sebren*
Corinne Sebren, WSBA #57888
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: *corinne@galandabroadman.com*

Attorney for Plaintiff

DECLARATION OF CORINNE SEBREN IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS AGAINST DEFENDANT NAPHCARE, INC. - 3
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509