# EXHIBIT 4

 

# Executive Profile: CEO of NaphCare talks growth, significant contracts

June 26, 2024

Share:

Growing up, Brad McLane watched his father start NaphCare and build it into the hospital, correctional health care and software development company it is today. With offices and projects in 35 states around the country, and top-line revenue reaching nearly $1 billion, NaphCare has grown considerably since Jim McLane founded it in 1989.

Before Brad McLane took over his father's company, he started and led multiple nonprofit companies in public health and welfare. He also went on to earn a law degree from Georgetown University and was a public interest lawyer for the U.S. Department of Justice for nearly 10 years.

Since becoming CEO of NaphCare, McLane has helped increase the company's top-line revenue from $350 million to nearly $1 billion, which he believes they can surpass in 2024.

The BBJ sat down with McLane to learn more about him and his plans for the future of NaphCare.

**How does your experience as a litigator aid you in your role as CEO of NaphCare?**

Unfortunately, legal liability and risk is part of providing health care. Having a legal background helps with managing our legal department and defending litigation. But in a lot of ways, being a lawyer doesn't really help you be an entrepreneurial leader. I've had to kind of rethink things and reorient. As a lawyer, you're all about avoiding risk, and being in business is all about taking strategic risks.

**What are some of your goals for NaphCare in the next five to 10 years as you're looking to the future?**

We're taking over the Wyoming prison system July 1, (which will) put us in 35 states. We're doing a lot of work with artificial intelligence and building that into our system, so the latest development is if you come into a jail and you provide your health information, we're piloting an AI system that will suggest to the doctor 'provide these medications, these labs, these treatments,' and then the doctor can say 'Was that helpful? Yes or no.' And the system continues to learn. Ultimately, the decisions about patient care are made by people, but that system can help make sure that things don't fall through the cracks. We also have the NaphCare Charitable Foundation that we're expanding. We're looking at developing a chat bot for jails and prisons that will interact with our patients in terms of helping them with their mental health needs.

**How does it feel to now be leading the company that your father built almost 40 years ago?**

It feels great. We're doing really well and have an incredible team and a really important mission. We continue to grow and succeed in a space that is really very, very challenging. A lot of companies that we compete with are struggling. There's unprecedented demand for our services.

**What's an interesting fact about you?**

I'm an aspiring claw hammer banjo player. I'm a pretty lousy banjo player, but I kind of goof around. I love being out in nature; rivers, streams and forests, hiking, trail running, canoeing, fly fishing or anything outdoors. That is where I want to be if I'm not here.

**If you could give your 18-year-old self one piece of advice, what would it be?**

I don't know how much my 18-year-old self would listen, but the main thing I would say is just enjoy the time you have with friends and family and people you care about. They're not around as long as you might think they're going to be.

**What do you think Birmingham is doing right and what do you think Birmingham should improve upon?**

I think Birmingham's come a long way. So much good has happened to make this a really great city. One of the things I'm happiest about is just how much we've done with parks and trails. We really are a pretty green city, as far as places to get outside and canoe and hike and trail run, and we've just done better and better. The health care space has struggled, but the markets are getting better. As far as nurses and doctors and mental health professionals and the people we need for the health care system, we almost can't have too many of them. So just continuing to invest in those programs some; that I'd like to see for sure.

**Do you have a favorite Birmingham restaurant?**

I have a lot of restaurants I like and I rarely go to them because my wife and I are home bodies, but I would say Hot and Hot Fish Club is probably top of the list.

Read more: Birmingham Business Journal

← Previous                                                      Next →

2090 Columbiana Rd. Ste 4000
Birmingham, AL 35216
Toll Free: 800.834.2420
Phone: 205.536.8400



About Us
Careers
Newsroom
Contact
Privacy Policy

Our Services
Healthcare Services
Technology Solutions
Administrative Services

NaphCare Charitable Foundation
Employee Access
Claims
Provider Portal

Case 2:22-cv-01141-KKE    Document 169-4    Filed 11/18/24    Page 6 of 6