U.S. District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>                Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., an Alabama Corporation; PIERCE COUNTY, a political subdivision of the State of Washington,<br><br>                Defendants. | NO.  2:22-cv-01141-KKE<br><br>DECLARATION OF KRISTAL M. COWGER IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTED DATE FOR CONSIDERATION: MONDAY, DECEMBER 23, 2024<br><br>**ORAL ARGUMENT REQUESTED** |

      I, Kristal M. Cowger, declare that I am over the age of 18, have personal knowledge of the matters set forth below, and I am competent to testify to the matters stated herein.

      1.      I am the attorney of record in this matter on behalf of Pierce County Defendants.  I am personally aware of the communications and facts asserted in this declaration.

      2.      The above captioned matter is currently set for trial March 24, 2025.

      3.      Attached to this Declaration as **Exhibit 1** is a true and correct copy of excerpts from Plaintiff Javier Tapia's Deposition taken February 1, 2024.

      4.      Attached to this Declaration as **Exhibit 2** is a true and correct copy of excerpts from

DECLARATION OF KRISTAL M. COWGER IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT - 1
TAPIA - Declaration of Kristal Cowger ISO MSJ.docx
Cause No. 2:22-cv-01141-KKE

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1   Cameron Carrillo's Deposition taken October 9, 2023.

2       5.    Attached to this Declaration as **Exhibit 3** is a true and correct copy of excerpts from

3   Nicholas D. Garcia's Deposition taken January 19, 2024.

4       6.    Attached to this Declaration as **Exhibit 4** is a true and correct copy of excerpts from

5   Lucas P. Labine's Deposition taken January 9, 2024.

6       7.    Attached to this Declaration as **Exhibit 5** is a true and correct copy of excerpts from

7   Dr. Johnny Edward Bates' Deposition taken March 28, 2024.

8       8.    Attached to this Declaration as **Exhibit 6** is a true and correct copy of excerpts from

9   Daphne Glindmeyer's Deposition taken April 16, 2024.

10      9.    Attached to this Declaration as **Exhibit 7** is a true and correct copy of the NCCHC

11  2014 Standards for Health Services in Jails section MH-E-07.

12      10.    Attached to this Declaration as **Exhibit 8** is a true a correct copy of the NCCHC

13  2014 Standards for Health Services in Jails section MG-E-07.

14      11.    Attached to this Declaration as **Exhibit 9** is a true a correct copy of excerpts from

15  Juan Carlos Jimnez's Deposition taken April 15, 2024.

16      12.    Attached to this Declaration as **Exhibit 10** is a true and correct copy of excerpts

17  from the Department of Corrections Medical Records.

18      13.    Attached to this Declaration as **Exhibit 11** is a true a correct copy of excerpts from

19  Darren Nealis' Deposition taken September 15, 2023.

20      14.    Attached to this Declaration as **Exhibit 12** is a true and correct copy of excerpts

21  from Elizabeth Warren's Deposition taken November 2, 2023.

22      15.    Attached to this Declaration as **Exhibit 13** is a true and correct copy of excerpts

23  from Jesus Tono Perez's Deposition taken September 14, 2023.

24      16.    Attached to this Declaration as **Exhibit 14** is a true and correct copy of excerpts from

DECLARATION OF KRISTAL M. COWGER IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT - 2
TAPIA - Declaration of Kristal Cowger ISO MSJ.docx
Cause No. 2:22-cv-01141-KKE

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1   NaphCare's Medical Records regarding ER Referral.

2       17.    Attached to this Declaration as **Exhibit 15** is a true a correct copy of medical
3   records regarding Tapia's visit to Tacoma General Hospital.

4       18.    Attached to this Declaration as **Exhibit 16** is a true and correct copy of excerpts
5   from Denise Panosky's Deposition taken April 4, 2024.

6       19.    Attached to this Declaration as **Exhibit 17** is a true a correct copy of an Email
7   regarding Tapia's medical expenses.

8       20.    Attached to this Declaration as **Exhibit 18** is a true a correct copy of the Report
9   authored by Benjamin W. Starnes dated March 15, 2024.

10      21.    Attached to this Declaration as **Exhibit 19** is a true and correct copy of the
11  Amendment to Personal Services Agreement.

12      22.    Attached to this Declaration as **Exhibit 20** is a true and correct copy of Pierce
13  County's Monthly Hours Summary.

14      23.    Attached to this Declaration as **Exhibit 21** is a true a correct copy of excerpts from
15  Peter Brice Crum's Deposition taken May 13, 2024.

16      24.    Attached to this Declaration as **Exhibit 22** is a true a correct copy of the Personal
17  Services Agreement.

18      I declare under penalty of perjury of the laws of the State of Washington the foregoing to
19  be true and correct.

20      EXECUTED this 25th day of November, 2024, at Tacoma, Pierce County, Washington.

21      MARY E. ROBNETT
    Pierce County Prosecuting Attorney
22
    s/ KRISTAL M. COWGER
23      KRISTAL M. COWGER, WSBA # 43079
    Deputy Prosecuting Attorney / Civil
24      930 Tacoma Avenue South, Suite 946

DECLARATION OF KRISTAL M. COWGER IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT - 3
TAPIA - Declaration of Kristal Cowger ISO MSJ.docx
Cause No. 2:22-cv-01141-KKE

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

Tacoma, WA  98402-2102
Ph: 253-798-4265 / Fax: 253-798-6713
kristal.cowger@piercecountywa.gov

## CERTIFICATE OF SERVICE

On November 25, 2024, I hereby certify that I electronically filed the foregoing DECLARATION OF KRISTAL M. COWGER IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Juliana Lehua Bennington:**  jbennington@perkinscoie.com, DocketSEA@perkinscoie.com, jhernandez@perkinscoie.com

- **Jacob Dean:**  jacobdean@perkinscoie.com, DocketLA@perkinscoie.com, ldecosta@perkinscoie.com

- **Ryan David Dreveskracht:**  ryan@galandabroadman.com, anamaria@galandabroadman.com, colleen-broberg-8038@ecf.pacerpro.com, colleen@galandabroadman.com

- **Corinne Sebren:**  corinne@galandabroadman.com

- **Stephanie Olson:**  solson@perkinscoie.com, jstarr@perkinscoie.com

- **David A. Perez:**  dperez@perkinscoie.com, rhand@perkinscoie.com, DocketSEA@perkinscoie.com, jstarr@perkinscoie.com

s/ ELIZABETH BURLINGAME
ELIZABETH BURLINGAME
Legal Assistant
Pierce County Prosecutor's Office / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2102
Ph:  253-798-6082 / Fax:  253-798-6713
elizabeth.burlingame@piercecountywa.gov

DECLARATION OF KRISTAL M. COWGER IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT - 4
TAPIA - Declaration of Kristal Cowger ISO MSJ.docx
Cause No. 2:22-cv-01141-KKE

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713