# EXHIBIT 1

# Deposition of Javier Tapia

# Tapia v. Naphcare, Inc., et al.

# February 1, 2024



**206.287.9066 I 800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Case 2:22-cv-01141-KKE     Document 175-1     Filed 11/25/24     Page 3 of 26

Tapia v. Naphcare, Inc., et al.                                    Javier Tapia

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAVIER TAPIA,            )
                         )
        Plaintiff,       )
                         )
v.                       )  CASE NO. 2:22-CV-01141-KKE
                         )
NAPHCARE, INC., et al.,  )
                         )
        Defendant.       )

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION

OF

JAVIER TAPIA

Taken at 1201 Third Avenue, Suite 4900

Seattle, Washington

DATE TAKEN:  February 1, 2024

REPORTED BY:  KATHLEEN HAMILTON, RPR, CRR, CCR 1917
              California CSR 11595

## Page 2

1
2       A P P E A R A N C E S
3   FOR THE PLAINTIFF:
4       RYAN D. DREVESKRACHT
        Galanda Broadman, PLLC
        8606 35th Avenue NE
5       Suite L1
        Seattle, Washington 98115
6       206.557.7509
        ryan@galandabroadman.com
7
8
9   FOR THE DEFENDANT NAPHCARE, INC.:

        JACOB DEAN
10      Perkins Coie LLP
        1888 Century Park East
11      Suite 1700
        Los Angeles, California 90067
12      310.788.3289
        JacobDean@perkinscoie.com
13
14
    FOR THE DEFENDANT PIERCE COUNTY:
15
        KRISTAL M. COWGER
16      Pierce County Prosecutor's Office
        930 Tacoma Avenue South
17      Room 946
        Tacoma, Washington 98402
18      253.798.4265
        kristalcowger@piercecountywa.gov
19
20
21
22
23
24
25

## Page 3

1       A P P E A R A N C E S (CONTINUED)
2
    THE VIDEOGRAPHER:
3
        MICHAEL HEHENKAMP
4       Buell Realtime Reporting, LLC
        1325 Fourth Avenue
5       Suite 1840
        Seattle, Washington 98101
6       206.287.9066
7
8   ALSO PRESENT:
9       RACHEL HAND
10
11              *  *  *  *  *
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1           DEPOSITION OF JAVIER TAPIA
2               EXAMINATION INDEX
3   EXAMINATION BY                          PAGE
4   MR. DEAN.................................. 7
5   MR. DREVESKRACHT........................ 248
6   MR. DEAN................................ 251
7
8
9               EXHIBIT INDEX
10  EXHIBITS FOR IDENTIFICATION             PAGE

11  118 Letter to David Perez from Duachee Xiong,    21
        Assistant Records Officer, Employment Security
12      Department, dated October 23, 2023
    119 WATCH Web Search Transcript Washington State   67
13      Patrol Identification and Criminal History Section
14  120 NaphCare RECEIVING SCREENING Completed by:    100
        Lorraine Fisher RN on 10/4/2016
15  121 NaphCare MENTAL HEALTH SCREENING Completed by:  103
        Meghan Bailey RN on 7/29/2017
16  122 NaphCare Manual Urine Drug Screen Test Resulted:  108
        6/16/2018
17  123 Collection of medical records Bates-labeled    115
        SJMC_0001 through 0319 ** CONFIDENTIAL **
18  124 NaphCare RECEIVING SCREENING Completed by: Etsuko  129
        Yagi RN on 6/16/2018
19  125 Pierce County Corrections Inmate Behavior Log   159
        Printout ** CONFIDENTIAL **
20  126 Progress Notes - TAPIA JAVIER AMADO 1011290    172
        (2018167002) SOAP NOTE BY:  Christie Steele NP
21      POSTED ON 11/12/2018
    127 Request Report Printed:  8/17/2020             174
22  128 NaphCare MEDICATION REFUSAL Completed by:  Debra  187
        Ricci LPN on 10/1/2018
23  129 Hospital Admission Summary                     192
    130 MultiCare Selected Notes/Transcriptions        193
24  131 Progress & Ancillary Notes dated 10/02/2018    198
    132 Selected Notes/Transcriptions dated 10/02/18   205
25  133 Hanger Clinic Clinical Summary, Visit Date:    236
        01/11/2023

Tapia v. Naphcare, Inc., et al.                                      Javier Tapia

---

Page 157

1    yeah, I was confused.  It was a lot of confusion.  I
2    know that --
3        Q.   But you don't -- sitting here today, you don't
4    recall your foot hurting when you walked to press the
5    button at the door?
6        A.   It -- it may have, but I don't -- I don't
7    recall.
8        Q.   So it could; it could not have.
9             Sitting here today, you have no recollection of
10   whether your foot hurt when you walked to the door?
11       A.   Yes.
12       Q.   Okay.  Do you recall whether you were limping
13   when you walked to the door during this timeframe?
14       A.   I -- I don't recall.  It was just so much
15   confusion going out -- going on.
16       Q.   So you could have, you could not have, but,
17   sitting here today, you can't recall one way or the
18   other?
19       A.   I can't recall.
20       Q.   Do you recall ever wrapping your foot when you
21   were in your cell?
22       A.   I -- I don't remember.  I've read it on paper.
23   Like, a lot of this stuff I've read on paper, so I
24   picture it.  I have, like, the image in my head, but I
25   don't recall.

---

Page 158

1        Q.   Is the image in your head because you recall the
2    image or are you reading the words or you're just kind
3    of visualizing what that might look like?
4        A.   I'm kind of visualizing, like, what that would
5    look like, because I read paperwork in the past, and,
6    you know.  So I'm kind of recapping on what happened to
7    me from documentation.  Then I had the image in my head,
8    I'm, like, okay.
9        Q.   But you don't know whether that image actually
10   happened or whether you're thinking about you being in
11   that situation based on what you read; right?
12       A.   Yeah.  I'm -- I'm just reflecting on what I've
13   read in the past reports or the documentation.
14       Q.   Do you recall seeing your foot at any time while
15   you were in isolation and seeing that it was black or
16   purple?
17       A.   I don't recall that, no.
18       Q.   Okay.  So you don't know if your foot was black
19   and purple for a couple hours or for a couple weeks
20   prior to the guards taking you to the clinic on
21   October 1st; right?
22       A.   I -- I don't recall.  All I recall is I was in
23   regular population for X amount of days, almost three
24   months.  And then I ended up in isolation where, like,
25   mentally something was going on with me.  And, like... I

---

Page 159

1    slept.  Like, my body just wanted to sleep.
2        Q.   And you don't recall whether your foot had any
3    pustules or, you know, little pockets of pus coming out
4    during that time as well; right?
5        A.   I don't recall.
6             (Exhibit No. 125 marked.)
7    BY MR. DEAN:
8        Q.   Marked as Exhibit 125 is a Pierce County
9    Corrections inmate behavior log for inmate Javier Amado
10   Tapia.  It's Bates-labeled DEF PC 000041 through 59.
11            I want to walk through a couple of these
12   entrants -- entries with you, Mr. Tapia, just to get
13   a -- kind of an understanding of -- of the timeline
14   here, and also just find out a little bit more about
15   your stay; okay?
16            So if you go to the document that's DEF PC, and
17   it ends with 44.  So it's a couple pages down.
18       A.   Yes.
19       Q.   You see on September -- or on July 23rd, 2018,
20   there's a -- there is an entry there for
21   Contraband/Controlled Substance.  And if you go to, I
22   believe it's page 56 of this document, you'll see
23   there's a narrative there about this event.  And it
24   talks about there being a bin of two coffee bags full of
25   pruno that was discovered.

---

Page 160

1             Do you see that?
2        A.   On 56?
3        Q.   Yes.
4        A.   Okay.
5        Q.   You see it says:  Under a vacant bunk bed, there
6    was a bin of two coffee bags full of pruno?
7        A.   Okay.
8        Q.   Do you recall that?
9        A.   I don't.
10       Q.   Okay.  Did you ever make pruno while you were at
11   the jail?
12       A.   Absolutely not.
13       Q.   Did you ever drink pruno while you were at the
14   jail?
15       A.   No.
16       Q.   Did you ever drink any cleaners or any other
17   substances?
18       A.   No.
19       Q.   I think you testified earlier that you didn't
20   drink any alcohol or take any drugs while at Pierce
21   County Jail; correct?
22       A.   Yes.
23       Q.   Okay.
24            Going back to that page 44 where we were at
25   before.  There's another entry on September 6th, 2018,

---

Tapia v. Naphcare, Inc., et al.                                                                    Javier Tapia

---

Page 173

1    A. I remember them putting me... saying that they
2  gave me a prescription.
3    Q. Yeah. So backing up, my understanding is, when
4  you got to the jail, they -- essentially, NaphCare
5  looked at you with your drug history and kind of put you
6  on some protocols for withdrawals.
7      Do you recall that?
8    A. Yes.
9    Q. Okay. Do you recall those interactions with
10 NaphCare about putting different protocols in place
11 regarding your withdrawals?
12   A. Yes, those -- yes, they would -- well, while you
13 were in your unit, they'd come take your vitals and give
14 you Gatorade.
15   Q. So how -- how often would you see them?
16   A. Three times a day, I believe.
17   Q. Got it.
18     So NaphCare was concerned that you might have
19 withdrawals and they went and saw you about three times
20 a day?
21   A. I believe so.
22   Q. And they gave you Gatorade and other things to
23 kind of help you with withdrawals?
24   A. Yes.
25   Q. You had a pretty good experience with that, with

---

Page 174

1  NaphCare?
2    A. They do it for, I can't remember the timeline.
3  It's... I'm thinking a week or two.
4    Q. Yeah. My question was different.
5      Did you have a good experience with NaphCare
6  during those interactions? Was there anything that
7  stood out to you, good or bad?
8    A. Yeah, it was fine.
9    Q. No complaints?
10   A. No.
11   Q. Felt like they were attentive to you?
12   A. Yes.
13   Q. Okay.
14     You can keep that document. I just want to show
15 you something else to just make sure that we're all on
16 the -- on the same page.
17     MR. DEAN: This will be 127.
18     (Exhibit No. 127 marked.)
19 BY MR. DEAN:
20   Q. Okay. So marked as Exhibit 127 is a Request
21 Report Bates-labeled DEF PC 000060 through 64.
22     If you go to the second page here, 61, you'll
23 see down on September 13th you wrote, which I believe is
24 a kite, saying: Needs sleep medication, can't sleep,
25 having sleep issues.

---

Page 175

1      Do you see that?
2    A. What page are we on?
3    Q. The second page, which is 61. It's the
4  second-to-last entry. It says: Needs sleep medication,
5  can't sleep, having sleep issues.
6    A. Okay. I see it.
7    Q. Does that refresh your recollection that you
8  having the sleeping issues was around September 13th?
9    A. Yes, I guess.
10   Q. Yeah. Any reason to disbelieve that?
11   A. It's vague. It's vague. Like... but I do
12 remember having sleep issues, so I'd imagine I'd address
13 it.
14   Q. Do you recall how long the sleep issues were
15 going on before you addressed it on September 13th?
16   A. I -- I don't recall.
17   Q. Okay. Going back to Exhibit 126. If you go to
18 page 224, you'll see about three ways -- a quarter down,
19 there's a meeting with Cameron Carrillo on
20 September 19th at 6:22 p.m. Central Time.
21     Do you see that?
22   A. Yes.
23   Q. Okay. Do you recall meeting with a male nurse
24 from NaphCare?
25   A. (Reviews exhibit.)

---

Page 176

1      I don't recall that.
2    Q. It states here that -- or let me rephrase that.
3      It says here: States he does not have any
4  medical concern at this time, but is upset about being
5  in 3SC.
6      Do you see that?
7    A. Yes.
8    Q. Okay. Any reason to dispute, sitting here
9  today, that you verbally told Mr. Carrillo, on
10 September 19th, that you did not have any medical
11 concerns at this time, but you were upset about being in
12 3SC?
13   A. I don't recall that.
14   Q. And you testified earlier you were upset about
15 being in 3SC because you didn't get to see your
16 daughter; right?
17   A. Right.
18   Q. So that was consistent with what you stated
19 earlier; right?
20   A. Well, I'd say I'd imagine I would be upset for
21 being in 3SC, because there's no visitation. And when
22 they transferred me from -- I can't remember the unit,
23 the original unit I was in to the unit where I threw...
24 a tantrum, I'd say, that's when I -- because 3SC is the
25 isolation, and if I'm in isolation, of course I'm gonna

---

44 (Pages 173 to 176)

Tapia v. Naphcare, Inc., et al.                                    Javier Tapia

Page 177

1  be upset for not being -- because you don't have that
2  privilege.
3      Q.  Yeah.
4      A.  It's -- it's taken away.
5      Q.  Yeah.  So September 17th, that's when you threw
6  the tantrum with Deputy Knight because you were upset
7  you couldn't see your daughter; right?
8      A.  Yes.
9      Q.  And then Nurse Carrillo saw you two days later,
10 on September 19th, and he asked you how you're doing,
11 and you told him that you're upset about being in
12 isolation; right?
13         MR. DREVESKRACHT:  Object to form.
14 Misstates prior testimony.
15 BY MR. DEAN:
16     Q.  You can answer.
17     A.  I -- I don't recall, but I would imagine if he
18 did answer -- yes, I'm gonna be upset.
19     Q.  That's consistent with what you said with Dr. --
20 Deputy Knight; right?
21     A.  Yes.
22     Q.  It also states here that you had no suicidal --
23 let me rephrase that.
24         It says in the note, quote:  States no SI.  Will
25 continue to monitor.

Page 178

1         I'll represent to you "SI" means suicidal
2  ideations.
3         Any reason, sitting here today, to dispute that
4  you verbally told Mr. Carrillo, on September 19th, that
5  you did not have any suicidal ideations?
6      A.  I -- I don't recall just this whole scenario.
7      Q.  And other than what's identified in this note,
8  you have no independent recollection of this event with
9  Mr. Carrillo; correct?
10     A.  I -- I don't.
11     Q.  Okay.
12         And you don't recall Mr. -- telling Mr. Carrillo
13 that your -- your foot hurt on September 19th; right?
14     A.  I -- I don't recall.
15     Q.  You don't recall him -- you telling him that you
16 were limping on September 19th; right?
17     A.  I don't recall.
18     Q.  In fact, it states here that you stated you do
19 not have any medical concerns; right?
20     A.  It's stated there, but I don't recall.
21     Q.  Okay.  Going to the next page back or the prior
22 page, which is NAPHCARE 223.  Let me know when you're
23 there.
24     A.  Okay.
25     Q.  This is the event that you were talking about

Page 179

1  earlier with the Ensure.  Do you recall seeing -- seeing
2  Nurse Elizabeth Warren on September 29th, 2018?
3      A.  If it's the Ensure incident, vaguely, but I do
4  remember them having me drink Ensures.
5      Q.  Okay.  And I think you said earlier your only
6  independent recollection about this event is that you
7  were drinking the Ensure -- right? -- and vitals taken?
8      A.  First came the vitals.  And I'm not sure if they
9  came back that same day with the Ensures, because I fell
10 back asleep.
11     Q.  Got it.
12         Nurse Warren testified during her deposition
13 that, when she saw you, you got up from your bed and
14 moved yourself to the side of the bed and kind of sat up
15 on your own volition.
16         Do you recall doing that?
17         MR. DREVESKRACHT:  Object to form.
18 Misstates the testimony or...
19         THE WITNESS:  I imagine I would have to do
20 that to get up if I was sleeping.
21 BY MR. DEAN:
22     Q.  Sitting here today, any reason to dispute that
23 you got yourself up to move yourself to the side of the
24 bed?
25     A.  I remember sitting upright to drink the Ensures.

Page 180

1      Q.  Do you remember what you were wearing?
2      A.  I would imagine the County --
3      Q.  I don't want you to imagine or speculate.  I
4  want to know, do you recall what you were wearing?
5      A.  Jail-issue clothing, I would imagine.
6      Q.  Okay.  So you don't know one way or the other
7  what you were wearing at that time?
8      A.  No.
9      Q.  It says that you had a sheet wrapped around your
10 waist.
11         Do you recall that?
12     A.  No.
13     Q.  Okay.  States here that:  Makes eye contact when
14 spoken to.
15         Do you remember that?
16     A.  I don't recall.
17     Q.  Do you -- do you remember what Nurse Warren
18 looked like?  Like, can you picture that in your head?
19     A.  I -- I can't.  I don't recall.
20     Q.  It also states here that you were following
21 instructions.
22         Do you recall that?
23     A.  I may have been, but I do not recall.
24     Q.  Nurse Warren testified during her deposition
25 that she asked you if you wanted an Ensure and you

45 (Pages 177 to 180)

Tapia v. Naphcare, Inc., et al.                                      Javier Tapia

```
                                        Page 253
 1            C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF KING
 5
 6        I, Kathleen Hamilton, a Certified Shorthand
 7   Reporter and Notary Public in and for the State of
 8   Washington, do hereby certify that the foregoing
 9   transcript of the deposition of JAVIER TAPIA, having
10   been duly sworn, on FEBRUARY 1, 2024, is true and
11   accurate to the best of my knowledge, skill and ability.
12   Reading and signing was not requested pursuant to
13   FRCP Rule 30(e).
14        IN WITNESS WHEREOF, I have hereunto set my hand
15   and seal this 6TH day of FEBRUARY, 2024.
16
17
18   _____
19        KATHLEEN HAMILTON, RPR, CRR, CCR #1917
20
21
22
23
24
25
```

                                                   64 (Page 253)

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989



**EXHIBIT 125**

**Tapia**

Date: 2/1/2024
Buell Realtime Reporting
206 287 9066

# Pierce County Corrections

## Inmate Behavior Log Printout

Report Date: 08/17/20 13:35

**Booking ID:** 2018167002   **Inmate Name:**   TAPIA, JAVIER AMADO

| Cell Event Date | Type | Description | Report ☒ | Officer ID/ Log Date | Officer Name | |
|---|---|---|---|---|---|---|
| 4SB 1 11/23/2018 11:29 | INFO | Property picked up by Eduvijes Tapia | | 94-057 11/23/2018 11:29 | J. Larsen | IN |
| 4SB 1 11/10/2018 13:24 | MH | I/M was seen at about 12:30 per C/D report. I/M cooperated with MH interview. I/M was in stable behavioral emotional control. I/M was able to deny current risk of harm to self and others and agrees to no harm and notify. I/M is future oriented with family support. I/M has good insight and able to manage as he awaits transport to prison. Continue to clear per class. | | 15-018 11/10/2018 13:24 | J. Perez | MH |
| 4SB 1 11/09/2018 15:16 | SHOW | In clinic. | | 99-061 11/09/2018 15:16 | P. ANTON | SH |
| 4SB 1 11/08/2018 15:15 | SHOW | In clinic. | | 99-061 11/09/2018 15:15 | P. ANTON | SH |
| 4SB 1 11/07/2018 18:34 | SHOW | Currently in the clinic for shower. OK | | 84-008 11/07/2018 18:34 | R. YELLE | SH |
| 4SB 1 11/05/2018 18:35 | SHOW | In clinic | | 99-061 11/05/2018 18:35 | P. ANTON | SH |
| 4SB 1 11/05/2018 11:39 | HSR | UPDATED HSR: Low bunk, low tier, crutches, left leg brace, wheelchair for long distances, ok to use ADA shower in clinic. Pt had a left below knee amputation. All for duration of stay. | | 17-061 11/05/2018 11:39 | D. Seymour | HS |
| 4SB 1 11/03/2018 21:49 | SHOW | Showered in clinic | | 15-052 11/03/2018 21:49 | J. Peters | SH |
| 4SB 1 11/01/2018 18:30 | SHOW | Showered in clinic. | | 99-061 11/01/2018 22:22 | P. ANTON | SH |
| 4SB 1 11/01/2018 17:54 | INFO | Inmate showers in clinic at least every other day! | | 99-061 11/01/2018 17:54 | P. ANTON | IN |
| 4SB 1 10/28/2018 13:18 | OBSE | Communications / Verbal | ☒ | 05-010 10/28/2018 13:20 | J. HARRIS | OB |
| 4SB 1 10/23/2018 00:25 | | | | INT001 10/23/2018 07:40 | T. INTEGRATION | HS |
| 4SB 1 10/22/2018 23:24 | HSR5 | Bleeding or Coagulation Disorders | | INT001 10/23/2018 06:24 | T. INTEGRATION | HS |
| HSP 1 10/22/2018 14:17 | MH | I/M seen at about 1358 upon return from the hospital. I/M was calm and cooperative with the MH interview. I/M is processing his current circumstances, but presents stable, at this time. I/M denies any current risk of harm to self or others, and agrees to no harm and to notify. Clear per class, MH will f/u as needed. | | 16-016 10/22/2018 14:17 | K. Peebles | MH |
| HSP 1 10/20/2018 17:00 | VSP | 17:00 - 18:00  TAPIA, DANNY ROCHA   Social Visit while in Hospital | | 88-022 10/20/2018 16:48 | G. Tunnell | VS |
| HSP 1 | VSP | 17:00 - 18:00  TAPIA, EDUVIJES CEBALLOS   Social | | 88-022 | G. Tunnell | |

DEF PC 000041

Booking ID: 2018167002    Inmate Name:    TAPIA, JAVIER AMADO

| Cell Event Date | Type | Description | Report ⊠ | Officer ID/ Log Date | Officer Name |
|---|---|---|---|---|---|
| HSP 1 10/11/2018 17:56 | INCI | General Information / Information | ⊠ | 90-001 10/11/2018 17:59 | T. Braswell-Bouyer IN |
| 3SC16 10/01/2018 15:31 | INFO | Inmate was admitted to the hospital during day shift. | | 09-017 10/01/2018 15:31 | I. Lee IN |
| 3SC16 10/01/2018 13:44 | MH | Met with I/M at about 1045 for MH f/u in the clinic. He presented again today as confused and non-verbal, but was also calm and cooperating with medical staff. Recommend continued level 1 MH housing at this time for further assessment, MH will f/u. | | 15-005 10/01/2018 13:44 | D. Nealis MH |
| 3SC16 10/01/2018 12:49 | INCI | Clinic/Medical / Information | ⊠ | 00-009 10/01/2018 12:50 | L. WHITE IN |
| 3SC16 10/01/2018 09:51 | INFO | While serving lunch today, C/D Paukert observed inmate's foot to be a purple/black color. C/D immediately called the clinic. Per clinic assessment, inmate was transported to the clinic in a wheelchair. | | 94-059 10/01/2018 09:51 | P. WILSON IN |
| 3SC16 09/30/2018 11:10 | MH | I/M seen at about 1040 for assessment in response to C/D report. I/M was uncooperative with MH interview. I/M appeared to be sleeping and did not respond to MHP knocks on door or calling of name. I/M was observed moving and breathing in his bed. Recommend level 1 MH housing. MH to f/u. | | 18-013 09/30/2018 11:10 | I. Concepcion Poo MH |
| 3SC16 09/30/2018 04:45 | VRM | Breakfast | | 16-096 09/30/2018 04:45 | A. Rosenthal VR |
| 3SC16 09/29/2018 20:15 | INFO | I/M has been mostly nonresponsive to verbal interactions. However, he was seen moving around while appearing asleep and was seen at his cell window once tonight. | | 15-113 09/29/2018 20:15 | S. Delgado IN |
| 3SC16 09/29/2018 17:54 | VRM | Dinner. | | 15-113 09/29/2018 17:54 | S. Delgado VR |
| 3SC16 09/29/2018 13:38 | INFO | Nurse did an accessment on Tapia due to his odd behavior and lack of response to verbal interaction. | | 94-062 09/29/2018 13:38 | C. COOLEY IN |
| 3SC16 09/29/2018 11:00 | OBSE | Inmate Behavior / Disturbing Mannerisms | ⊠ | 01-073 09/29/2018 11:11 | R. OELTJEN OB |
| 3SC16 09/29/2018 09:40 | VRM | Refused lunch. | | 17-081 09/29/2018 09:40 | J. Houn VR |
| 3SC16 09/29/2018 05:12 | INFO | Refused breakfast | | 18-076 09/29/2018 05:12 | D. Powell IN |
| 3SC16 09/28/2018 12:49 | MH | I/M was seen at about 10:30 for MH f/u. I/M refused MH interview. I/M presents MH symptoms. I/M would not answer MH questions. I/M just looked at MHP and did not respond to basic questions. Continue current housing. MH will f/u. | | 15-018 09/28/2018 12:49 | J. Perez MH |
| 3SC16 09/28/2018 10:08 | VRM | lunch | | 97-015 09/28/2018 10:08 | H. HERNANDEZ VR |
| 3SC16 09/28/2018 04:41 | VRM | breakfast | | 16-061 09/28/2018 04:41 | J. Spieth VR |
| 3SC16 09/26/2018 16:20 | VRM | verbally refused dinner | | 07-026 09/26/2018 16:20 | P. BYRER VR |

DEF PC 000042

Booking ID: 2018167002    Inmate Name:    TAPIA, JAVIER AMADO

| Cell Event Date | Type | Description | Report ☒ | Officer ID/ Log Date | Officer Name | |
|---|---|---|---|---|---|---|
| | | here at PCJ since June, but appears to be decompensated at this time. Recommend continued level 1 MH housing at this time for further assessment, MH will f/u. | | | | |
| 3SC16 09/25/2018 16:38 | VRM | verbally refused dinner | | 97-016 09/25/2018 16:38 | D. VADALA | VR |
| 3SC16 09/25/2018 10:22 | VRM | lunch | | 18-018 09/25/2018 10:22 | A. Tucker | VR |
| 3SC16 09/24/2018 04:53 | VRM | verbally refused breakfast. | | 16-098 09/24/2018 04:53 | J. Bradley | VR |
| 3SC16 09/22/2018 16:31 | VRM | Verbally refused dinner | | 15-105 09/22/2018 16:31 | J. Cropp | VR |
| 3SC16 09/22/2018 09:47 | VRM | Verbally refused lunch | | 15-051 09/22/2018 09:47 | J. Paukert | VR |
| 3SC16 09/21/2018 16:38 | VRM | Verbally Refused Dinner. | | 17-064 09/21/2018 16:38 | T. Nellenbach | VR |
| 3SC16 09/20/2018 16:10 | MH | I/M seen about 1110 for MH f/u. I/M is awake but stays on his bunk. I/M does not respond in any way to MHP, he just stared. I/M would not even shake his head yes or no. I/M was seen by medical yesterday. Recommend level 1 MH housing for observation. MH to f/u. | | 17-033 09/20/2018 16:10 | D. Prather | MH |
| 3SC16 09/20/2018 05:03 | VRM | breakfast | | 15-153 09/20/2018 05:03 | M. Papp | VR |
| 3SC16 09/19/2018 14:10 | MH | Met with I/M at about 1045 for initial assessment in response to C/D report. He presented again today as confused. I/M was again unable to verbally respond to my questions. He has been here at PCJ since June, but appears to be decompensated at this time. Recommend continued level 1 MH housing at this time for further assessment, MH will f/u. Referred to medical department for assessment. | | 15-005 09/19/2018 14:10 | D. Nealis | MH |
| 3SC16 09/19/2018 06:21 | VRM | Breakfast. | | 18-017 09/19/2018 06:21 | D. Bartolo | VR |
| 3SC16 09/18/2018 17:03 | VRM | Verbally refused dinner meal. | | 97-016 09/18/2018 17:03 | D. VADALA | VR |
| 3SC16 09/18/2018 13:32 | MH | Met with I/M at about 1100 for initial assessment in response to C/D report. He came to the door and was cooperative during the interview, but appears to be confused and was unable to verbally respond to my questions. He has been here at PCJ since June, but appears to be decompensated at this time. Recommend continued level 1 MH housing at this time for further assessment, MH will f/u. | | 15-005 09/18/2018 13:32 | D. Nealis | MH |
| 2D40 09/17/2018 20:25 | OBSE | Inmate Behavior / Disturbing Mannerisms | ☒ | 16-011 09/17/2018 20:27 | J. Knight | OB |
| 3B82 09/16/2018 16:30 | INCI | Housing Moves / Peace and Harmony | ☒ | 93-003 09/16/2018 16:48 | L. DEFILIPPIS | IN |
| 3B82 | W | Warned not to cross yellow line by booking station. | | 18-011 | S. Owen | |

DEF IPC 000043

Booking ID: 2018167002      Inmate Name:    TAPIA, JAVIER AMADO

| Cell Event Date | Type | Description | Report ☒ | Officer ID/ Log Date | Officer Name |
|---|---|---|---|---|---|
| 3B82 09/10/2018 14:05 | INFO | Seems to have difficulty following simple rules such as 1400hrs lockdown. Placed between the Gates, will return to unit at 1445 | | 88-035 09/10/2018 14:34 | W. ALLEY IN |
| 3B82 09/09/2018 13:12 | W | Given verbal warning for having other inmates on his bunk. He is aware that next time he will be sanctioned. | | 18-062 09/09/2018 13:12 | K. LaLiberte W |
| 3B82 09/06/2018 15:10 | INCI | Contraband / Controlled Substance Alcohol | ☒ | 16-015 09/06/2018 15:32 | C. Rogers IN |
| 3B82 09/01/2018 18:00 | OBSE | Contraband / ShakeDown | ☒ | 17-063 09/01/2018 18:53 | G. Perry OB |
| 3B82 08/18/2018 13:55 | VCAN | Per I/M request a visit from Koecke, Tom on 8-18-18 @ 1700 has been cancelled. See entry below. | | 95-007 08/18/2018 13:55 | D. Alexander VC |
| 3B82 08/18/2018 13:10 | W | I/M requested cancelation of his 5:00pm visit today. Request made 4 hours prior. I/M has been warned that this is generally not acceptable to cancel a visit on such short notice. I/M has had the request granted, but has been advised this is the one and only time for a short notice visitation cancelation. | | 01-039 08/18/2018 13:10 | M. PETERSEN W |
| 3B82 07/23/2018 19:30 | INCI | Contraband / Controlled Substance Alcohol | ☒ | 17-025 07/23/2018 19:42 | M. Brooks IN |
| 3B82 07/11/2018 19:44 | VCAN | Visit for 7/12/18 # 1700 canceled per I/m Kiosk request. | | 94-061 07/11/2018 19:44 | P. SMITH VC |
| 3B82 06/30/2018 05:00 | INCI | General Information / Information | ☒ | 16-061 06/30/2018 05:57 | J. Spieth IN |
| 2B18 06/17/2018 09:53 | VRM | Lunch | | 96-010 06/17/2018 09:53 | J. NEWKIRK VR |
| 2B18 06/17/2018 00:57 | RCC | Verbally refused AM detox. | | 00-039 06/17/2018 00:57 | B. WADE RC |
| 2B18 06/16/2018 06:00 | HSR | low bunk/low tier x 3 days , ending 6/19/18, per detox | | 15-115 06/16/2018 06:00 | E. Yagi HS |
| 4SB 1 06/15/2018 20:05 | | | | INT001 07/18/2018 07:54 | T. INTEGRATION HS |

# Pierce County Detention and Corrections Center
## Observation Report

Title:            Communications / Verbal
Date/Time:        10/28/2018 13:18
Location:         Main Jail Reception
Report Number:    6545005

**2018167002    TAPIA, JAVIER AMADO**                          Location:   4SB 1

**Description:**  On the above date at about 1317 hours the visitor for I/M Tapia (#2018167002), Mr. Tom Koecke was being rude and belligerent because he was upset about being late.  I was explaining to him that he was late, but he could get rescheduled for next week.  He tried to tell me he'd been in line for 3 minutes, which is false.  He then got angry and started telling me he paid my job and to shut up.  I informed him if he continued, I would take his visiting for 60 days.  He again told me to shut up because he pays my salary!! Recommend Mr. Tom Koecke be banned from visiting our facility for 60 days.

| | | | | |
|---|---|---|---|---|
| 10/28/2018 13:21 | Submitted by: | **05-010  J. HARRIS** | | **To:**  SGT |

**Comments:** Recommend Tom Koecke not be allowed to visit for 60 days.

10/28/2018 13:42    Final Approval by:        **96-047  F. Ake**

**Comments:** Visit restrictions added for verbal abuse towards staff, end date of 12/27/2018.

10/28/2018 14:16    Classification Review by:   **01-061  S. BUCHANAN**

**Comments:** noted

## Pierce County Detention and Corrections Center
## Incident Report

Title:           General Information / Information
Date/Time:       10/11/2018 17:56
Location:        Tacoma General
Report Number:   6527616

**2018167002    TAPIA, JAVIER AMADO**                          Location:  **HSP 1**

**Description:**  On the above time and date Deputy Sapp was on hospital duty at Tacoma General hospital with inmate Tapia, Javier. Deputy Sapp called me(Booking Sergeant) and advised me that a pregnant woman by the name of Debra Angel showed up to the hospital room to visit inmate Tapia. I advised Deputy Sapp that she was not cleared to visit and to ask her to leave and to call the booking sergeant on 10/12/18 and request permission to visit inmate Tapia.

10/11/2018 17:59     Final Approval by:          **90-001  T. Braswell-Bouyer**

                     **Comments:**  Shift Commander Lt. White notified of incident
10/11/2018 18:18     Classification Review by:   **96-043  T. RAMOS**

                     **Comments:**  Noted/informational

# Pierce County Detention and Corrections Center
## Incident Report

Title:           Clinic/Medical / Information
Date/Time:       10/01/2018 12:49
Location:        Clinic
Report Number:   6516880

**2018167002    TAPIA, JAVIER AMADO**                    Location:  **3SC16**

**Description:**  Inmate Tapia was sent to Tacoma General Hospital for a swollen, black foot. Taken by C/D's Ferrell and M. Jackson.

| | | | |
|---|---|---|---|
| 10/01/2018 12:50 | Submitted by: | **00-009  L. WHITE** | **To:**  SGT |
| | **Comments:**  info | | |
| 10/01/2018 13:45 | Final Approval by: | null   J. FINLEY | |
| 10/01/2018 13:51 | Classification Review by: | **97-019  T. JACKSON** | |
| | **Comments:**  Noted. Clinic to follow up. | | |

# Pierce County Detention and Corrections Center
## Observation Report

Title:          Inmate Behavior / Disturbing Mannerisms
Date/Time:      09/29/2018 11:00
Location:       3SC16
Report Number:  6514755

**2018167002   TAPIA, JAVIER AMADO**                                        Location:  **3SC16**

**Description:** Inmate Tapia would not respond to me verbally when I asked him if he wanted lunch. He did look up at me but would not give me an answer. A search of his behavior log indicates he has been refusing meals periodically. I placed a sack meal in his cell and will monitor to see if he eats. Recommend MHP follow up.

| | | | | |
|---|---|---|---|---|
| 09/29/2018 11:12 | Submitted by: | | 01-073  R. OELTJEN | To:  SGT |
| | **Comments:** MHP follow up | | | |
| 09/29/2018 14:18 | Final Approval by: | 96-047  F. Ake | | |
| | **Comments:** Inmate assessed by Nurse Warren. Mental Health and clinic to follow up. Please log meal refusals. | | | |
| 09/30/2018 07:59 | Classification Review by:  97-019  T. JACKSON | | | |
| | **Comments:** Noted | | | |

# Pierce County Detention and Corrections Center
## Observation Report

Title:          Inmate Behavior / Disturbing Mannerisms
Date/Time:      09/17/2018 20:25
Location:       2D Lower tier
Report Number:  6502440

**2018167002   TAPIA, JAVIER AMADO**                    Location:  2D40

**Description:** On 9-17-18 at 2025, I observed Inmate Tapia, Javier[2D40] get off his bunk and throw his hands in the air and roll on to the floor near his bunk and begin to flail around and roll all around the floor. I called for an escort to step in due to his odd behavior and unknown mental state. As I approached him he was laying down in the fetal position and I told him to get up and he just stared at me. I gained control of his right arm and he started crying and mumbling unintelligibly. I then gained control of his other arm and assisted him up and applied wrist restraints without incident. On the way out of the Unit he mumbled a few unintelligible remarks and was tearful and was acting very strange. I escorted him out of the unit and he was placed in a timeout cell by responding deputies.

Inmate Tapia arrived to my unit as an OJC move and I observed him acting odd from the moment he walked in. He wouldn?t make eye contact and was looking all around. I explained to him the rules and told him where his bunk was located and he didn't acknowledge me verbally, he only shook his head and I kept an eye on him as I directed him to his bunk. The entire time he spent in 2D, he never made his bed and sat there looking around and intermittingly covering his ears which was very strange to me. I went to talk to him and asked him if he was alright and he just shook his head yes but would not make eye contact. Inmate may have taken an unknown substance or suffer from unknown mental health issues. Inmate will be moved to 3SC16. Classification Review and MHP Evaluation Requested.

| 09/17/2018 20:27 | Submitted by: | 16-011  J. Knight | To:  SGT |

**Comments:** MHP Eval Requested.
I/M Moved to 3SC

| 09/17/2018 21:41 | Final Approval by: | 07-042  A. WADE |

**Comments:** Tapia would not respond to any questions or make eye contact when I asked him what's going on. Due to his odd behavior and unpredictability, he will be assigned to 3S. MHP to evaluate for appropriate housing.

| 09/17/2018 22:05 | Classification Review by: | 96-043  T. RAMOS |

**Comments:** Pending MHP eval

# Pierce County Detention and Corrections Center
## Incident Report

Title:    Housing Moves / Peace and Harmony
Date/Time:  09/16/2018 16:30
Location:   3B
Report Number: 6501175

| | | | |
|---|---|---|---|
| 2018158015 | ████ Confidential ████ | Location: | 3B61 |
| 2018167002 | TAPIA, JAVIER AMADO | Location: | 3B82 |

**Description:** At the approximate time stated above, both inmates exited the upper tier with their possessions and informed me that they needed to move. When asked why, Tapia told me that the upper tier found out that he was a "snitch" and that he felt endangered remaining in the unit. ██Confidential██ told me he needed to move because he wasn't getting along with others and that he didn't want to fight with anyone in the unit. Both inmates didn't point to any individual inmates but, stated it was a general dislike for them among many on the upper tier and that a move to preserve peace and harmony as well as their safety was needed.

| | | | | |
|---|---|---|---|---|
| 09/16/2018 16:49 | Submitted by: | 93-003 L. DEFILIPPIS | To: | SGT |

**Comments:** P/H move to another new jail unit. Do not return to 3B for awhile.

| | | |
|---|---|---|
| 09/16/2018 17:04 | Final Approval by: | 09-017 I. Lee |

**Comments:** Inmate ██Confidential██ moved to 2C61.
Inmate Tapia moved to 2B6 due to lack of low bunks in other units.

| | | |
|---|---|---|
| 09/17/2018 07:00 | Classification Review by: | 97-016 D. VADALA |

**Comments:** Noted. Inmate Tapia placed on the move list. Should inmate continue to have issues consider reclass. He has had 3 warnings documenting his behavior within the past week.

# Pierce County Detention and Corrections Center
## Incident Report

Title:           Contraband / Controlled Substance Alcohol
Date/Time:       09/06/2018 15:10
Location:        3B43
Report Number:   6490541

| | | |
|---|---|---|
| 2018047015 |  | Location: 3B72 |
| 2018099026 | | Location: 3B79 |
| 2018102002 | | Location: 3B56 |
| 2018109037 | | Location: 3B51 |
| 2018122024 | | Location: 3B57 |
| 2018123001 | | Location: 3B71 |
| 2018133001 | | Location: 3B62 |
| 2018143001 | | Location: 3B73 |
| 2018158009 | | Location: 3B75 |
| 2018158015 | | Location: 3B61 |
| 2018164020 | | Location: 3B68 |
| 2018167002 | TAPIA, JAVIER AMADO | Location: 3B82 |
| 2018171061 |  | Location: 3B53 |
| 2018180014 | | Location: 3B84 |
| 2018183020 | | Location: 3B80 |
| 2018184049 | | Location: 3B69 |
| 2018187024 | | Location: 3B52 |
| 2018187042 | | Location: 3B81 |
| 2018192051 | | Location: 3B59 |
| 2018194040 | | Location: 3B58 |
| 2018198035 | | Location: 3B55 |
| 2018202048 | | Location: 3B65 |
| 2018206060 | | Location: 3B44 |
| 2018208027 | | Location: 3B46 |
| 2018210037 | | Location: 3B60 |
| 2018212011 | | Location: 3B66 |
| 2018213072 | | Location: 3B64 |
| 2018218023 | | Location: 3B47 |
| 2018219043 | | Location: 3B78 |
| 2018221031 | | Location: 3B77 |
| 2018225065 | | Location: 3B67 |



Confidential    Confidential    C 000051

| | | | |
|---|---|---|---|
| 2018226001 | **Confidential** | Location: | 3B74 |
| 2018233041 | | Location: | 3B83 |
| 2018239012 | | Location: | 3B70 |
| 2018240053 | | Location: | 3B 1 |
| 2018240073 | | Location: | 3B76 |
| 2018241025 | | Location: | 3B45 |
| 2018243017 | | Location: | 3B48 |

**Description:** On the date and approximate time above I did my first security and welfare check. On bunk 43 which isnt assigned to anyone I found 2 clear plastic tumblers hidden behind a folded mattress. Inside the tumblers was a mixture of fruit, bread and corn. All those ingredients commonly used to make "Pruno" or jailed made alcohol. The mixture had a strong smell of intoxicants. I asked I/M Confidential (2018206060) if the pruno was his and he denied it, I asked if he knew whos it was and he denied knowing. I recommend leaving the upper tier locked down until 1600

| | | | |
|---|---|---|---|
| 09/06/2018 15:32 | Submitted by: | 16-015  C. Rogers | To:  SGT |
| | **Comments:** leave upper tier locked down until 1600 | | |
| 09/06/2018 17:31 | Final Approval by: | 92-002  D. HERBISON | |
| | **Comments:** lockdown until unit is searched for more pruno. | | |
| 09/06/2018 18:34 | Classification Review by: | 96-043  T. RAMOS | |
| | **Comments:** Noted sanction/shakedown | | |

## Pierce County Detention and Corrections Center
## Observation Report

Title:            Contraband / ShakeDown
Date/Time:        09/01/2018 18:00
Location:         3B Upper Tier
Report Number:    6485114

| | | |
|---|---|---|
| 2018047015 | | Location:  3B72 |
| 2018099026 | | Location:  3B79 |
| 2018102002 | | Location:  3B56 |
| 2018109037 | | Location:  3B51 |
| 2018122024 | | Location:  3B57 |
| 2018123001 | | Location:  3B71 |
| 2018133001 | | Location:  3B62 |
| 2018143001 | | Location:  3B73 |
| 2018144052 | | Location:  3B81 |
| 2018158009 | | Location:  3B75 |
| 2018158015 | | Location:  3B61 |
| 2018164020 | | Location:  3B68 |
| 2018167002 | TAPIA, JAVIER AMADO | Location:  3B82 |
| 2018170010 | | Location:  3B49 |
| 2018171061 | | Location:  3B53 |
| 2018180014 | | Location:  3B84 |
| 2018183020 | | Location:  3B80 |
| 2018184049 | | Location:  3B69 |
| 2018187024 | | Location:  3B52 |
| 2018187042 | | Location:  3B54 |
| 2018192051 | | Location:  3B59 |
| 2018194040 | | Location:  3B58 |
| 2018198035 | | Location:  3B55 |
| 2018202035 | | Location:  3B50 |
| 2018202048 | | Location:  3B65 |
| 2018206060 | | Location:  3B44 |
| 2018208027 | | Location:  3B46 |
| 2018210037 | | Location:  3B60 |
| 2018212011 | | Location:  3B66 |
| 2018213072 | | Location:  3B64 |
| 2018214015 | | Location:  3B63 |





Confidential    QEF PC 000053

| | | |
|---|---|---|
| 2018221031 | Location: | 3B77 |
| 2018225065 | Location: | 3B67 |
| 2018226001 | Location: | 3B74 |
| 2018227057 | Location: | 3B45 |
| 2018231027 | Location: | 3B43 |
| 2018233041 | Location: | 3B83 |
| 2018238036 | Location: | 3B78 |
| 2018240073 | Location: | 3B76 |
| 2018241052 | Location: | 3B48 |

**Confidential**

**Description:** On the above date and approximate time the upper tier failed to have all inmates on their bunks and quiet at lockdown. They were told at the start of shift that it was imperative for lock down procedures to be followed on time so that I could complete formal counts swiftly and accurately. After formal count I directed the upper tier to dress in a full uniform, stand in front of their bunks and inform me if they had any contraband to dispose of prior to my shakedown. All inmates complied. Nuisance contraband was disposed of and extra clothing was retrieved.

| | | | | |
|---|---|---|---|---|
| 09/01/2018 18:55 | Submitted by: | **17-063  G. Perry** | | **To:  SGT** |
| | **Comments:** Information only. No sanctions at this time. | | | |
| 09/01/2018 20:05 | Final Approval by: | **09-017  I. Lee** | | |
| | **Comments:** Noted. No sanctions at this time. | | | |
| 09/02/2018 07:46 | Classification Review by: | **97-019  T. JACKSON** | | |
| | **Comments:** Noted. | | | |

# Pierce County Detention and Corrections Center
## Incident Report

Title:      Contraband / Controlled Substance Alcohol
Date/Time:      07/23/2018 19:30
Location:      3B Upper Tier
Report Number:      6441525

| | | |
|---|---|---|
| 2018037002 | | Location: 3B80 |
| 2018099026 | | Location: 3B79 |
| 2018102002 | | Location: 3B56 |
| 2018109037 | | Location: 3B51 |
| 2018122024 | | Location: 3B57 |
| 2018127033 | | Location: 3B45 |
| 2018140015 | | Location: 3B65 |
| 2018144052 | | Location: 3B81 |
| 2018147048 | | Location: 3B73 |
| 2018148028 | | Location: 3B78 |
| 2018151069 | | Location: 3B46 |
| 2018155003 | | Location: 3B52 |
| 2018157023 | | Location: 3B48 |
| 2018157053 | | Location: 3B43 |
| 2018158015 | | Location: 3B61 |
| 2018158016 | | Location: 3B49 |
| 2018162014 | | Location: 3B44 |
| 2018164020 | | Location: 3B68 |
| 2018167002 | TAPIA, JAVIER AMADO | Location: 3B82 |
| 2018171061 | | Location: 3B53 |
| 2018173052 | | Location: 3B74 |
| 2018175024 | | Location: 3B72 |
| 2018178056 | | Location: 3B69 |
| 2018179049 | | Location: 3B83 |
| 2018180014 | | Location: 3B84 |
| 2018181002 | | Location: 3B63 |
| 2018188012 | | Location: 3B59 |
| 2018188016 | | Location: 3B76 |
| 2018189034 | | Location: 3B60 |
| 2018190032 | | Location: 3B58 |
| 2018191023 | | Location: 3B71 |





Confidential      DEF PC 000055

| | | | |
|---|---|---|---|
| 2018193054 | **Confidential** | Location: | 3B75 |
| 2018197039 | | Location: | 3B64 |
| 2018198035 | | Location: | 3B55 |
| 2018199027 | | Location: | 3B54 |
| 2018201016 | | Location: | 3B70 |
| 2018202010 | | Location: | 3B66 |
| 2018202040 | | Location: | 3B67 |
| 2018203014 | | Location: | 3B50 |

**Description:**  On July 23rd 2018, I C/D Brooks was the Unit Deputy in 3B. At approximately 1930 hours I was conducting a welfare check along with random bunk/bin searches. Under a vacant bunk, there was a bin with two coffee bags full of pruno. The pruno was discarded and the upper tier is locked down at this time. The pruno creator is unknown at this time. No further issues to report//End of Report//

| | | | | |
|---|---|---|---|---|
| 07/23/2018 19:44 | Submitted by: | **17-025** M. Brooks | **To:** | SGT |
| 07/23/2018 19:53 | Final Approval by: | **99-030** T. PIHL | | |
| 07/23/2018 20:03 | Classification Review by: | **96-043** T. RAMOS | | |
| | **Comments:** Noted informational | | | |

Pierce County Detention and Corrections Center
Incident Report

Title:             General Information / Information
Date/Time:         06/30/2018 05:00
Location:          3B
Report Number:     6415083



| | | |
|---|---|---|
| 2017164015 | Location: | 3B40 |
| 2018007012 | Location: | 3B 7 |
| 2018009053 | Location: | 3B18 |
| 2018013024 | Location: | 3B42 |
| 2018029016 | Location: | 3B69 |
| 2018037002 | Location: | 3B80 |
| 2018047020 | Location: | 3B 3 |
| 2018052016 | Location: | 3B29 |
| 2018053028 | Location: | 3B24 |
| 2018069030 | Location: | 3B 9 |
| 2018073001 | Location: | 3B21 |
| 2018073007 | Location: | 3B33 |
| 2018074022 | Location: | 3B 4 |
| 2018085029 | Location: | 3B 6 |
| 2018087035 | Location: | 3B32 |
| 2018099026 | Location: | 3B79 |
| 2018102002 | Location: | 3B56 |
| 2018121049 | Location: | 3B20 |
| 2018122004 | Location: | 3B14 |
| 2018122024 | Location: | 3B57 |
| 2018127031 | Location: | 3B27 |
| 2018127033 | Location: | 3B45 |
| 2018128067 | Location: | 3B 8 |
| 2018129035 | Location: | 3B41 |
| 2018130023 | Location: | 3B72 |
| 2018130040 | Location: | 3B36 |
| 2018135034 | Location: | 3B47 |
| 2018138020 | Location: | 3B10 |
| 2018138043 | Location: | 3B23 |
| 2018139031 | Location: | 3B28 |
| 2018140015 | Location: | 3B64 |

DEF PC 000057

| | | |
|---|---|---|
| 2018142034 | Location: | 3B55 |
| 2018144052 | Location: | 3B81 |
| 2018145014 | Location: | 3B15 |
| 2018149030 | Location: | 3B77 |
| 2018152007 | Location: | 3B16 |
| 2018157053 | Location: | 3B43 |
| 2018160015 | Location: | 3B 5 |
| 2018163045 | Location: | 3B74 |
| 2018164020 | Location: | 3B68 |
| 2018164024 | Location: | 3B37 |
| 2018164027 | Location: | 3B50 |
| 2018165025 | Location: | 3B 2 |
| 2018165059 | Location: | 3B17 |
| 2018166013 | Location: | 3B66 |
| 2018166026 | Location: | 3B62 |
| 2018166034 | Location: | 3B38 |
| 2018166051 | Location: | 3B78 |
| 2018167002 | Location: | 3B82 |
| 2018168030 | Location: | 3B76 |
| 2018169027 | Location: | 3B30 |
| 2018170024 | Location: | 3B59 |
| 2018170052 | Location: | 3B51 |
| 2018171018 | Location: | 3B73 |
| 2018171061 | Location: | 3B53 |
| 2018173021 | Location: | 3B22 |
| 2018177014 | Location: | 3B44 |
| 2018177048 | Location: | 3B54 |
| 2018178026 | Location: | 3B12 |
| 2018178047 | Location: | 3B13 |
| 2018179016 | Location: | 3B52 |
| 2018179049 | Location: | 3B83 |
| 2018180009 | Location: | 3B71 |



TAPIA, JAVIER AMADO



**Description:** On 30 June 18, at about 0500 hours, I was working as a corrections deputy within Pierce County Jail in unit 3B and discovered that one spork was missing from the count for pickup. Sgt Duray was notified and a unit sweep was conducted with negative results. Several pieces of contraband (non-dangerous) was discovered and discarded.///End of Report///

| 06/30/2018 05:58 | Submitted by: | 16-061  J. Spieth | To:  SGT |
|---|---|---|---|

**Comments:** Missing spork

| 06/30/2018 06:12 | Final Approval by: | 99-043  J. DURAY |
|---|---|---|

**Comments:** All inmates were pat searched and both tiers were searched with negative results.

| 06/30/2018 08:25 | Classification Review by: | 97-019  T. JACKSON |
|---|---|---|

**Comments:** Noted