# EXHIBIT 2

# Deposition of Cameron Carrillo

# Tapia v. Naphcare, Inc., et al.

# October 9, 2023



206.287.9066 I 800.846.6989
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Case 2:22-cv-01141-KKE    Document 175-2    Filed 11/25/24    Page 3 of 26

Tapia v. Naphcare, Inc., et al.                                Cameron Carrillo

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAVIER TAPIA,                    |        |

    Plaintiff,           |        |

    v.                     |        | No. C22-1141-JCC

NAPHCARE, INC., et al,  |        |

    Defendants.          |        |

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF
CAMERON CARRILLO

[Witness Located in Seattle, Washington
with All Parties Appearing via Zoom.]

DATE TAKEN:  Tuesday October 10, 2023, 9:00 a.m.
REPORTED BY: Danielle Schemm CCR 3395

## Page 3

```
 1        E X A M I N A T I O N   I N D E X
 2   EXAMINATION BY:                    PAGE:
 3   MR. DREVESKRACHT                     5
 4   MS. BENNINGTON                      37
 5   MR. DREVESKRACHT                    40
 6         E X H I B I T   I N D E X
 7   EXHIBIT MARKED:   DESCRIPTION:          PAGE:
 8   Exhibit No. 1    Javier Tapia Progress   16
                      Notes
 9
     Exhibit No. 2    Javier Tapia Drug       30
10                    Administration
11   Exhibit No. 3    NaphCare Training       32
                      Records
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 2

```
 1           A P P E A R A N C E S
 2   APPEARING FOR PLAINTIFF TAPIA:
 3       RYAN DREVESKRACHT, ATTORNEY AT LAW
         Galanda Broadman, PLLC
 4       8606 35th Avenue Northeast, Apt Lw1
         Seattle, Washington 98115
 5       ryan@galandabroadman.com
         206.909.3842
 6
 7
 8   APPEARING FOR DEPONENT AND DEFENDANT NAPHCARE, INC.:

 9       JULIANA BENNINGTON, ATTORNEY AT LAW
         JACOB DEAN, ATTORNEY AT LAW
10       Perkins Coie LLP
         1201 3rd Avenue Suite 4900
11       Seattle, Washington 98101-3095
         jbennington@perkinscoie.com
12       jacobdean@perkinscoie.com
         206.359.3268
13       310.788.3289
14   APPEARING FOR DEFENDANT PIERCE COUNTY:
15       KRISTAL COWGER, ATTORNEY AT LAW
         Pierce County Prosecuting Attorney
16       930 Tacoma Avenue South, Rm 946
         Tacoma, Washington 98402
17       kristal.cowger@piercecountywa.gov
         253.798.4265
18
19
     ALSO PRESENT:   MIKE HEHENKAMP, VIDEOGRAPHER
20                   DANI SCHEMM, CERTIFIED COURT REPORTER
21
22
23
24
25
```

## Page 4

```
 1       VIDEOGRAPHER:  Good morning.  We are on the record.
 2   This is Media Unit No. 1, Volume 1 in the video-recorded
 3   virtual deposition of Cameron Carrillo in the matter of
 4   Tapia versus NaphCare, Cause No. C-22-1141-JCC, in the US
 5   District Court Western District of Washington at Seattle.
 6   Was noticed by Ryan Dreveskracht.
 7        The time now is 9:02 a.m. on this 10th day of
 8   October 2023.  My name is Michael Hehenkamp from Buell
 9   Realtime Reporting, LLC.  Beginning with the noticing
10   attorney, will counsel and all present identify themselves
11   for the record.
12       MR. DREVESKRACHT:  Good morning.  Ryan Dreveskracht
13   for the plaintiff.
14       MS. BENNINGTON:  Good morning.  Juliana Bennington for
15   the deponent, Cameron Carrillo, and for Defendant
16   NaphCare.
17       MS. COWGER:  Kristal Cowger for Defendant Pierce
18   County.
19       VIDEOGRAPHER:  Thank you.  Would the court reporter
20   please swear in the witness.
21            CAMERON CARRILLO, Witness,
22       having been first duly sworn by a certified court
23       reporter, appeared and testified as follows:
24       VIDEOGRAPHER:  Please proceed.
25
```

Tapia v. Naphcare, Inc., et al.                                          Cameron Carrillo

---

Page 13

1   providers, and the -- our head of medical really likes
2   educating nurses, and so I took advantage and learned
3   quite a bit from him.
4       Q   And who was your head of medical at the time?
5       A   Dr. Miguel Balderrama.  Do you want me to spell
6   the last name?
7       Q   No, I think I have that actually.
8           Well, actually the court reporter might appreciate
9   that.
10      A   Yeah.
11      MS. BENNINGTON:  The court reporter was nodding.
12      A   So it's B-a-l-d-e-r-r-a-m-a.
13      Q   [BY: MR. DREVESKRACHT]  Thank you.  And then do you
14  recall when you started working for NaphCare?
15      A   Yes, I was -- we started with NaphCare in 2015.
16      Q   And what was the transition like?  I mean, so you
17  get notice that Correct Care Solutions no longer has the
18  contract.  What was that transition like to NaphCare?
19      A   Things with Conmed and Correct Care Solutions were
20  very chaotic.  So learning a new system, doing all the
21  trainings NaphCare requires, it was pretty -- pretty much
22  status quo.  So we just -- all of us just kind of went
23  with the flow and learned what we needed to learn.
24      Q   Okay.  And were there any -- what was the hiring
25  process like for NaphCare?

---

Page 14

1       A   Because we were already staffing the jail, they
2   just wanted as many people who were currently working at
3   the jail to transfer over to NaphCare.  So I just filled
4   out the hire paperwork and, yeah, I filled out the hire
5   paperwork when they came in to do the transition.
6       Q   And did you interview with anyone?
7       A   No, I don't believe so.
8       Q   Did you speak with anyone from NaphCare before
9   joining them?
10      A   Yeah, I talked to the transition team when they
11  came in.  One of them was -- oh, I cannot remember his
12  name, but he was the acting HSA at the time.
13      Q   What's HSA?
14      A   Health Service Administrator.  And so I talked to
15  him about working for NaphCare, and he got me excited to
16  work for the company.
17      Q   Great.  And then when you started with NaphCare in
18  2015, what was your job title?
19      A   LPN.
20      Q   Okay.  And was that continuing until the fall of
21  2019?  You were -- your job title was LPN?
22      A   It's still my current job title.
23      Q   Okay.  So from 2015 until today, your job title is
24  LPN; is that correct?
25      A   Correct.

---

Page 15

1       Q   And what does that stand for?
2       A   Licensed Practical Nurse.
3       Q   And what does -- working at the jail specifically,
4   what duties did that job consist of?
5       A   Med passes and data collection.
6       Q   Med pass and what?
7       A   Data collection.
8       Q   Data collection?
9       A   Correct.
10      Q   What's med pass?
11      A   Medication pass, where I just give medication to
12  the patients on the floor I'm covering for that day.
13      Q   Okay.  So you come to work.  There's a list of
14  folks who need medications and then you walk throughout
15  the jail and give it to them; is that fair to say?
16      A   Essentially, yeah.
17      Q   Okay.  And then what about data collection; what
18  does that consist of?
19      A   Vitals, general patient condition, and I just take
20  that information and report it to someone with a higher
21  licensure.  It could be anything from assisting an RN with
22  an assessment to filling out the forms for detox which are
23  then reviewed by a provider.
24      Q   And it sounds like as a -- as an LPN, you can only
25  perform certain tasks under the direction of a physician

---

Page 16

1   or an RN; is that correct?
2       MS. BENNINGTON:  Objection.  Calls for legal
3   conclusion.
4       A   I can perform quite a few if -- I can perform
5   quite a few tasks as delegated by the RN or provider.
6       Q   Okay.  And you have to be under the supervision of
7   an RN or a physician; is that correct?
8       MS. BENNINGTON:  Objection.  Calls for legal
9   conclusions.
10      A   I collect the data and then I report back to the
11  RN or provider.
12      Q   [BY: MR. DREVESKRACHT]  Okay.  I'm going to show
13  you what's been previously marked as Exhibit 1.
14          (Deposition Exhibit No. 1 was marked for
15          identification.)
16      A   Okay.
17      MS. BENNINGTON:  And Brian, as with the other ones,
18  he's also opening it on his screen so that way he can make
19  it bigger.
20      Q   [BY: MR. DREVESKRACHT]  Okay.  So you should be
21  seeing now what's been premarked Exhibit 1; do you see
22  that?
23      A   The -- yeah, I have the same form up you do.
24      Q   Okay.  And this is -- are you familiar with this
25  document?

Tapia v. Naphcare, Inc., et al.                                        Cameron Carrillo

Page 21

1    Do you see that?
2    A  I do.
3    Q  And how did you become aware of that information
4  that Mr. Tapia was referred to medical?
5    A  Someone from mental health was talking to the
6  clinic RN about Mr. Tapia being nonresponsive.  I made
7  myself part of the conversation because I had just
8  finished my med pass, and the RN delegated to me to
9  collect the data for them.
10   Q  And what data did the RN specifically ask for?
11   A  To check on the patient due to him being
12  nonresponsive.
13   Q  Were you instructed to collect any specific data,
14  like conduct any specific tests?
15   A  I was not.
16   Q  So you were just told to check on the patient; is
17  that correct?
18   A  Is from what I can recall, yes.
19   Q  Okay.  And do you recall the mental health
20  provider that referred him?
21   A  I do --
22   MS. BENNINGTON:  Objection.
23   A  I do -- I do not recall.
24   Q  [BY:  MR. DREVESKRACHT] Okay.  But it's your
25  testimony that there was a mental health provider who

Page 22

1  contacted the RN that you were working with, and you three
2  had a conversation about Mr. Tapia; is that correct?
3    A  Correct.
4    Q  And can you tell me about the content of that
5  conversation, anything that you remember about it?
6    A  Other than what's in my note about mental health
7  being concerned because he was nonresponsive to them, I do
8  not recall what was said during the conversation.
9    Q  Okay.  It looks like about an hour earlier there's
10  an MHP named Darren Nealis that put a note in there,
11  right?
12   A  Yes, it looks like that.
13   Q  Would it have been Darren Nealis that you spoke
14  with?
15   MS. BENNINGTON:  Objection.  Calls for speculation.
16   A  You would have to ask Darren Nealis what he
17  remembers.
18   Q  [BY:  MR. DREVESKRACHT] I'm asking you.  Do you
19  remember whether or not it was Darren Nealis that you
20  spoke with?
21   A  I do not.
22   Q  Okay.  And it looks like, according to this note
23  entered by Darren Nealis about an hour earlier, he wrote,
24  "Referred to medical department for assessment," correct?
25   A  That's what it says.

Page 23

1    Q  And is this a note that you would have reviewed
2  prior to your interactions with Mr. Tapia?
3    A  It is not.
4    Q  Okay.  So you wouldn't have known -- you wouldn't
5  have known any of the information that's in this note that
6  Darren Nealis entered on September 19th at 5:36 Central
7  time; is that correct?
8    A  Yeah, I would not.
9    Q  Okay.  What would -- what information would you
10  have known prior to interacting with Mr. Tapia?
11   A  Like it says in my note, he was nonresponsive so
12  they wanted someone from medical to check on him.  But
13  when I saw him, he was responsive and he was talking to
14  me, and I collected blood pressure and reported back to
15  the clinic RN.
16   Q  Okay.  So the only information you would have had
17  about Mr. Tapia's -- Mr. Tapia's previous interactions
18  with mental health was that it was passed down to you the
19  fact that he was nonresponsive; is that correct?
20   MS. BENNINGTON:  Objection.  Misstates prior
21  testimony.
22   A  The information I received was that he was
23  nonresponsive, so and that's when I went down to -- to
24  check on him.
25   Q  [BY:  MR. DREVESKRACHT] Okay.  Did you receive any

Page 24

1  other information about Mr. Tapia's previous disposition?
2    A  I did not, other than him being nonresponsive.
3    Q  Okay.  Did you have any information about when the
4  -- whatever mental health issues he was dealing with
5  manifested?
6    MS. BENNINGTON:  Objection.  Assumes facts not in
7  evidence.
8    MS. COWGER:  Join.
9    THE WITNESS:  Sorry.  What was the question again?
10   Q  [BY:  MR. DREVESKRACHT] Yeah.  My question was:
11  Did you have any information about when Mr. Tapia started
12  expressing this apparent mental health issues?
13   MS. BENNINGTON:  Objection.  Assumes facts not in
14  evidence.
15   MS. COWGER:  Join.
16   A  I would not.
17   Q  [BY:  MR. DREVESKRACHT] Did you have any
18  information about how long Mr. Tapia had been
19  incarcerated?
20   A  I did not.
21   Q  And did you have any information about Mr. Tapia's
22  previous health issues?
23   MS. BENNINGTON:  Objection.  Assumes facts not in
24  evidence.
25   MS. COWGER:  Join.

6 (Pages 21 to 24)

Tapia v. Naphcare, Inc., et al.                                      Cameron Carrillo

---

Page 25

1    A  I did not, other than mental health saying he was
2  nonresponsive.
3    Q  [BY: MR. DREVESKRACHT] Okay.  And did you have any
4  information about Mr. Tapia's -- any -- any refusals to --
5  to eat?  Any -- any meal refusals?
6    A  I did not.
7    Q  And what was the purpose of your assessment?  Was
8  it to diagnose what was wrong with Mr. Tapia?
9    A  Under my license I'm not allowed to do -- I'm not
10  able to do assessments and I'm not able to diagnose.  So
11  my purpose of my visit was to collect the data and check
12  on a patient who was nonresponsive.
13    Q  And what were you looking for when you mean check
14  on -- check on the patient?
15    A  Just a general -- just a general appearance, vital
16  signs.  I ask -- generally ask them if they have any
17  medical or mental health concerns.  In this case, I --
18  since he was already being seen by mental health, I just
19  asked him if he had any medical concerns, and he stated
20  no.
21    Q  And just to be clear, did you have any direction
22  from a physician or RN regarding what your assessment was
23  supposed to consist of?
24    MS. BENNINGTON:  Objection.
25    A  The data collection was just a general "see how

---

Page 26

1  the patient's doing."  I collect the data and reported
2  back to the clinic RN.
3    Q  [BY: MR. DREVESKRACHT] So your instruction was to
4  just generally see how the patient was doing; is that
5  correct?
6    A  Correct, and because he was not -- they said he
7  was nonresponsive, which was not the case when I saw him.
8    Q  Uh-huh.  Now, according to Mr. Nealis' chart note
9  from an hour before you saw him, Mr. Tapia appeared to
10  be -- appeared to be decompensated; is that correct?
11    A  That's what it says in Mr. Nealis's note.
12    Q  And is that information that you would have known
13  prior to seeing Mr. Tapia?
14    MS. BENNINGTON:  Objection.  Asked and answered.
15    A  No, it is not.
16    Q  [BY: MR. DREVESKRACHT] Just so I'm clear, so you
17  didn't have information about Mr. Tapia being
18  decompensated.  Did you have notice that Mr. Tapia was
19  unable to verbally respond to Mr. Nealis's questions?
20    MS. BENNINGTON:  Objection.  Compound.
21    MS. COWGER:  Join.
22    A  You would have to -- you would have to ask
23  Mr. Nealis about his note.  All I know is I was told that
24  the patient was nonresponsive.  I went down, and the
25  patient I saw was very responsive and was talking to me.

---

Page 27

1    Q  [BY: MR. DREVESKRACHT] And you write here, to your
2  point, it says, "Does not appear to be in distress,"
3  correct?
4    A  Correct.
5    Q  And do you recall what Mr. Tapia was doing when
6  you interacted with him?  Was he sitting?  Standing?
7  Laying down?
8    A  I believe he was sitting on the ground with --
9  under a -- sitting on the ground with a blanket over him.
10  Not over his head but over his lap.
11    Q  And did you ask him to move around at all?  Stand
12  up?
13    A  I asked if I could get his vital signs, and I
14  typically go to the patient because those -- those cells
15  are not the most comfortable.  So if they're in a
16  comfortable position, I don't want to make them
17  uncomfortable.
18    Q  So while he was sitting on the floor with a
19  blanket over him, you took his vital signs; is that
20  correct?
21    A  Correct.
22    Q  And what were his -- what would that consist of?
23  What does taking vital signs mean?
24    A  I took -- I believe the note said I took a blood
25  pressure, and other than that he -- his appearance was

---

Page 28

1  good.  He was not diaphoretic.  He was not pale.  He was
2  not overly fidgety, not guarded, and he said he had no
3  medical concerns.
4    Q  And tell me about that.  You asked him if he had
5  medical concerns, correct?
6    A  Correct.
7    Q  And what was his response?
8    A  He does not have any medical concerns, like it
9  says in my note.
10    Q  He said to you, "I do not have any medical
11  concerns"?
12    A  I don't remember the verbiage he used, but it says
13  in my note, "He states he does not have any medical
14  concerns at this time."  So like I said, I don't remember
15  the exact verbiage, but he did tell me he did not have any
16  issues.
17    Q  Okay.  Did he just say no?  Did he shake his head?
18  Did he -- did he verbally say "No" or was it just a shake
19  of the head; do you know?
20    MS. BENNINGTON:  Objection.  Compound.
21    A  In my note it says, "He says he didn't have any
22  medical concerns."  So he verbally communicated to me he
23  had no issues.
24    Q  [BY: MR. DREVESKRACHT] Okay.  What else did he
25  verbally communicate to you, if anything?

---

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Case 2:22-cv-01141-KKE    Document 175-2    Filed 11/25/24    Page 7 of 26

Tapia v. Naphcare, Inc., et al.                                    Cameron Carrillo

Page 29

1    A   That he was just upset about being in the new
2  unit, and that it was okay for me to come get his blood
3  pressure. Oh and that he didn't have any suicidal
4  ideations.
5    Q   And were these -- was this information that was
6  offered by him or was it in response to your questions?
7    MS. BENNINGTON: Objection. Compound.
8    A   This was information offered by him.
9    Q   [BY: MR. DREVESKRACHT] Okay. So he told you, "I'm
10  not suicidal," and that wasn't in response to one of your
11  questions?
12    A   I don't recall the exact verbiage used, but he did
13  convey he had no suicidal ideations.
14    Q   Okay. And then you write here at the bottom,
15  "Continue to monitor," correct?
16    A   Correct.
17    Q   What does that mean?
18    A   In the unit he's in, he's being checked on -- I
19  believe it's every hour or half hour. And patients in
20  these cells are seen -- I think Pierce County Jail allows
21  either once or twice a week to be assessed for any medical
22  or mental health needs.
23    Q   Okay. So when you mean -- when you say here,
24  "Will continue to monitor," you mean monitoring --
25  monitoring being done by corrections officers; is that

Page 30

1  correct?
2    A   Correction officers or as needed by nursing staff.
3    Q   Okay. And but this wasn't like an order put in to
4  have medical monitoring Mr. Tapia; is that correct?
5    A   Under my licensure I'm not allowed to put in
6  orders.
7    Q   Okay. Do you know if there was an order put in by
8  anyone to do -- to continue to medically monitor
9  Mr. Tapia?
10    A   I don't recall.
11    Q   All right. You're seeing now what's been marked
12  Exhibit 2. Do you see that?
13    (Deposition Exhibit No. 2 was marked for
14    identification.)
15    A   Let me see if I got it. Yes.
16    Q   Are you familiar with this document?
17    A   It looks like an administration record of
18  medications.
19    Q   For Mr. Tapia?
20    A   Yes.
21    Q   If I go down to page 5, it looks like there's some
22  entries with your name next to them, right?
23    A   Uh-huh.
24    Q   What does that indicate?
25    A   It looks like I administered medications to

Page 31

1  Mr. Tapia.
2    Q   And that was on October 25th, 2018?
3    A   It appears so.
4    Q   And do you recall anything about your interaction
5  with Mr. Tapia here?
6    A   Not at all.
7    Q   Okay.
8    A   Only that I gave him medications.
9    Q   Okay. Do you remember anything -- well, you would
10  have known that when he came back on October 25th, 2018
11  that he had a limb missing, right?
12    MS. BENNINGTON: Objection.
13    A   I believe that would have been passed on in the
14  report.
15    Q   [BY: MR. DREVESKRACHT] Right. And do you recall
16  anything about Mr. Tapia, whether he was in distress,
17  depressed, whether he was still nonverbal, or had he
18  regained his ability to speak? Do you recall anything at
19  all?
20    MS. BENNINGTON: Objection. Compound.
21    A   I do not recall.
22    Q   [BY: MR. DREVESKRACHT] Okay. I'm showing you now
23  what's been premarked Exhibit No. 3.
24    (Deposition Exhibit No. 3 was marked for
25    identification.)

Page 32

1    A   All right.
2    Q   Just give me a sec here. Sorry. You think I
3  would have had this done. All right.
4    I'm showing you what's been premarked Exhibit 3,
5  and on -- starting at page 10, if can you see that, and I
6  don't know if you have a better copy of it. I'm showing
7  you what's been -- what's on the bottom marked NCI-163.
8  Are you looking at that page?
9    A   I -- 163?
10    Q   Yeah.
11    A   I think I got there.
12    Q   And this is a printout of training that was
13  provided to us in discovery by NaphCare. And my question
14  to you is whether -- it looks like there's 1, 2, 3, 4, 5,
15  6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 trainings there.
16  And my question to you is whether this is a true and
17  accurate description of your trainings provided by
18  NaphCare as of September 2018?
19    A   It looks like it's the training from 2018, but
20  there was other -- a lot more trainings. NaphCare
21  requires yearly trainings as well as refresher courses on
22  certain information.
23    Q   Okay. So this would have been just your trainings
24  from 2018; is that correct?
25    A   Provided by NaphCare, I believe that's what it

Tapia v. Naphcare, Inc., et al.                                           Cameron Carrillo

Page 37

1  what you independently recall from back in 2020.
2       THE WITNESS:  Okay.
3       Q  [BY: MR. DREVESKRACHT]  Right.  I don't want to
4  know about conversations you had with your attorney.
5       A  Gotcha.  Sorry about that.
6          No, I do not recall.
7       MR. DREVESKRACHT:  Okay.  I don't have any other
8  questions.  Thanks so much for your time.
9       MS. BENNINGTON:  I'd like to just take a 5-minute
10  break real quick.
11       MR. DREVESKRACHT:  Sure.
12       MS. BENNINGTON:  Thank you.
13       VIDEOGRAPHER:  We are going off the record at
14  9:48 a.m.
15              [Off record at 9:48 a.m.]
16              [On record at 9:52 a.m.]
17       VIDEOGRAPHER:  This is Media Unit No. 2.  We are back
18  on the record at 9:52 a.m.
19       MS. BENNINGTON:  Thank you.
20              EXAMINATION
21  BY MS. BENNINGTON:
22       Q  I just have a couple questions for you.  First,
23  Ryan asked you a couple questions about, you know, the
24  various providers that you worked at while you've been at
25  Pierce County Jail, and you mentioned that the company

Page 38

1  prior to NaphCare, CSS, was a little bit chaotic.  How
2  would you compare your experience under CSS to your
3  experience with NaphCare?
4       A  The patient care is much better.  The education is
5  much better.  Overall my patients are receiving much
6  better treatments and better care overall.
7       Q  And you had said earlier that it was -- having
8  NaphCare come on was the status quo.  Did you mean that
9  the chaos continued or did you mean something else?
10       A  The chaos ended up stopping with NaphCare.  It
11  became a lot more orderly.  Just the initial learning the
12  new system was a little hard for some people, but like I
13  said, overall the -- the -- as soon as we all got used to
14  the computer system, all the stress and chaos seemed to
15  stop.  And like I said, the patients were provided much
16  better care.
17       Q  Okay.  And then you talked a little bit -- Ryan
18  asked you a little bit about how you got kind of hired on
19  to NaphCare, and you said that you just filled out a form.
20  Do you know if NaphCare did anything else to kind of vet
21  you or check your application?
22       A  Well, I filled out my application.  I did a
23  background check.  NaphCare employees did follow me
24  around -- they followed everyone around for four or
25  five days.  Make sure we were good employees.  Make sure

Page 39

1  we knew how to use the NaphCare system and to educate us
2  on NaphCare's policies.
3       Q  And did you have any additional training in
4  those -- on the onboarding time?
5       A  It was all training.  Learning the new policies
6  and procedures, learning the new computer system, and so
7  there was a lot of training initially.
8       Q  Okay.  And then moving forward back to Mr. Tapia,
9  so Ryan had showed you Exhibit No. 1, which I will attempt
10  to share my screen.  So can you all see my screen?  There
11  we go.  So he had showed you this, and he had asked you
12  how you communicated, with the clinic nurse, your data
13  collection findings, and you said that you verbally
14  communicated these.  Would your progress notes have also
15  served as communication to that nurse?
16       A  They would have, as well as any doctors or
17  providers who would review the chart.
18       Q  Okay.  So in addition to just verbally telling the
19  nurse, you also charted this information to ensure that
20  everyone had access to your data collection and your
21  experience with Mr. Tapia?
22       A  Correct.
23       Q  Okay.  And just to clarify, your -- what your note
24  says and your recollection is that Mr. Tapia was verbal,
25  was answering questions, and was answering those questions

Page 40

1  appropriately?
2       A  Correct.
3       MS. BENNINGTON:  Okay.  That's all for me.
4              EXAMINATION
5  BY MR. DREVESKRACHT:
6       Q  Let me -- I have just a little bit of follow up.
7  Let me pull up the progress notes again.  The note that's
8  in there prior -- I'm sorry if this is a little bit
9  smaller.  I'm not sure why.  But the note that was in
10  there prior, entered by Darren Nealis, says, "Referred to
11  medical department for assessment."
12          Do you see that?
13       A  I do.
14       Q  Was an assessment ever completed for Mr. Tapia
15  that you're aware of?
16       A  I --
17       MS. BENNINGTON:  Objection.  Calls for speculation.
18       A  I collected --
19       MS. COWGER:  Join.
20       A  I collected the data and reported the data back to
21  the clinic RN.
22       Q  [BY: MR. DREVESKRACHT]  Right.  So my question was:
23  Do you know whether or not there was an assessment
24  completed -- a medical assessment completed for Mr. Tapia?
25       MS. BENNINGTON:  Objection.  Calls for speculation.

                                            10 (Pages 37 to 40)

Tapia v. Naphcare, Inc., et al.                                                    Cameron Carrillo

Page 41

1    MS. COWGER:  Join.
2    A  All I know is I collected the data and reported it
3    back to the clinic RN.
4        Q  [BY: MR. DREVESKRACHT] Right.  So would that be
5    considered an assessment then?  What -- what you did?
6    MS. BENNINGTON:  Objection.  Misstates prior
7    testimony.
8    A  When I reported the data back to the RN, it would
9    be up to the clinic RN to either follow up with data
10   collection or be okay with the patient's condition.
11       Q  [BY: MR. DREVESKRACHT] Okay.  So my question was a
12   little bit different than that.  My question is whether or
13   not, to your knowledge, Mr. Tapia was ever medically
14   assessed?
15   MS. BENNINGTON:  Objection.  Asked and answered.
16   Calls for speculation.
17   MS. COWGER:  Join.
18   A  Again, I just know the data I collected and then I
19   reported it to the clinic RN.
20       Q  [BY: MR. DREVESKRACHT] Okay.  So sitting here
21   today, you don't know whether or not Mr. Tapia was
22   medically assessed; is that correct?
23   MS. BENNINGTON:  Objection.  Misstates prior
24   testimony.
25   MS. COWGER:  Join.

Page 42

1    A  I collected the -- I collected the data and
2    reported it to the clinic RN.
3        Q  [BY: MR. DREVESKRACHT] Yeah, I understand what you
4    did.  My question was whether or not you're aware of any
5    medical assessment being completed for Mr. Tapia?
6    MS. BENNINGTON:  Objection.  Asked and answered.
7    Misstates prior testimony.
8    A  I reported the data back to the clinic RN, and it
9    would be up to the RN to follow up from there.
10       Q  [BY: MR. DREVESKRACHT] And I understand that.  And
11   I think that we're sort of -- you've obviously been
12   instructed to keep on saying the same thing over and over
13   again.  So this is sort of going nowhere, so I'm going to
14   move on.  You write here that, "Patient BP hypertensive
15   skin PWD," correct?
16   A  Correct.
17       Q  And what does that mean?
18   A  When I got the blood pressure, it was on the
19   higher end.  I can't tell you exactly what it is without
20   looking at the vitals page, and his skin was pink, warm,
21   and dry.
22       Q  Okay.  And did you take his -- a complete set of
23   vitals for Mr. Tapia?
24   A  I at least took a blood pressure.  I'd have to see
25   the vitals from that day in order to answer that.

Page 43

1        Q  Okay.  Is there any reason you would not have?
2    A  If the -- if it was not necessary for the data
3    collection.
4        Q  And who would have determined whether or not it's
5    necessary for data collection?
6    MS. BENNINGTON:  Objection.  Calls for speculation.
7    A  When I reported -- if I reported it back to the RN
8    and the RN wanted me to get more vitals, I would have to
9    go back and get more vitals.
10       Q  [BY: MR. DREVESKRACHT] Okay.  And the RN was okay
11   with whatever vitals you collected on September 19th,
12   2018; is that correct?
13   MS. BENNINGTON:  Objection.  Calls for speculation.
14   A  It looks that way, based on the prog note.
15   MR. DREVESKRACHT:  Okay.  I don't have any other
16   questions.
17   MS. BENNINGTON:  I don't either.
18   MS. COWGER:  I don't have any questions.
19   VIDEOGRAPHER:  And here marks the end of Media Unit
20   No. 2 and concludes the deposition of Cameron Carrillo.
21   We're going off the record at 10:00 a.m.  Thank you.
22       [Reading and Signing was requested
23            pursuant to FRCP Rule 30(e).]
24       [Deposition concluded at 10:00 a.m.]
25

Page 44

1
2    STATE OF WASHINGTON          )
3                     ) SS: C E R T I F I C A T E
4    COUNTY OF WHATCOM             )
5        I, DANIELLE SCHEMM, a Certified Court
6    Reporter within and for the State of Washington do hereby
7    certify;
8        That the witness, Cameron Carrillo,
9    whose testimony appears in the foregoing interview was
10   taken by me to the best of my ability and thereafter
11   reduced to typewriting under my direction and is contained
12   in Pages 1 through 45;
13       That I am neither counsel for, related
14   to, nor employed by any of the parties to the action in
15   which this interview was taken;
16       And further that I am not a relative or
17   employee of any attorney or counsel employed by the
18   parties thereto, nor financially or otherwise interested
19   in the outcome of the action;
20       This transcript and invoice have been
21   prepared and submitted for final production and delivery
22   in accordance with all Washington State laws, rules and
23   regulations, including WAC-308-14-130, WAC-308-14-135, RCW
24   18-145, and applicable court rules regulating formatting
25   and equal terms requirements;

11 (Pages 41 to 44)

Tapia v. Naphcare, Inc., et al.                                    Cameron Carrillo

Page 45

1              Alterations, changes, fees or charges
2    that violate of these provisions are not authorized by me
3    no interest in the outcome of said litigation;
4              This certification does not apply to
5    reproduction of this transcript by any means not under my
6    direct supervision and control.
7              Signed and dated this 17th day of
8    October 2023.
9
10
11
12
13
14    DANIELLE SCHEMM
15    CERTIFIED COURT REPORTER
      IN AND FOR THE STATE OF
16    WASHINGTON, RESIDING AT
      BELLINGHAM.  LICENSE EXPIRES
17    JULY 16, 2024
18
19
20
21
22
23
24
25

10.10.2023
Carrillo

**1**

Buell Realtime Reporting

SOAP NOTE BY: Christie Steele NP POSTED ON 11/12/2018 1:39:42 PM CST                                    Type: NP NOTE

## Subjective

36 year old male with history or right BKA and anticoagulation presents to clinic today for follow up on anticoagulation. INR was out of therapeutic range at 3.5 on last check. Warfarin was held. Has not had for 4 days. Was taking 5mg Mon-Fri & 2.5mg on Sat & Sun. Denies bleeding, bruising. Denies lower extremity pain, shortness of breath, chest pain, confusion, HA.

## Objective

| BP: 138/91 | Temp: 98.7 | Pulse: 70 | Resp: 16 | Wt: | Sa02: 97 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Gen: NAD
HEENT: Normocephalic.
Neck: Supple
Resp: Normal respiratory
Musc: Right below knee amputation.
Integ: No rashes.
Neuro: CN II-XII grossly intact.
Psych: Cooperative. Appropriate speech, mood and affect. Orientation x3. Appropriate judgement.

## Assessment

Right below knee amputation
Anticoagulation

## Plan

Will restart previous dosing and check INR on Thurs.

## Education

Dicsussed that warfarin is impacted by food and other factors.



Elizabeth Warren RN POSTED ON 11/10/2018 9:45:44 PM CST                                    Type: NURSE

INR 2.6 . Notified to Ellen Sundstrom who ordered to continue to Hold Coumadin. Repeat INR on Monday 11/12/18. Notify provider of those results.

Jesus Perez MHP POSTED ON 11/10/2018 6:43:24 PM CST                                    Type: SOCIAL WORKER

TAPIA, JAVIER AMADO 1011290 (2018167002)

NAPHCARE 000219

Assessment

I/M was seen at about 12:30 per C/D report. I/M cooperated with MH interview he was oriented x 3. I/M was in stable behavioral emotional control. I/M was able to deny current risk of harm to self and others and agrees to no harm and notify. I/M is future oriented with family support. I/M has good insight and able to manage as he awaits transport to prison. I/M discussed PTSD symptoms associated with losing his leg and reviewed coping skills he can use while at PCJ. I/M expects to go to prison this week and will follow up with providers there. I/M has family support he reported his faith will help him make sense of his current challenges.

Plan:

S/P: Continue to clear per class.

R/P: Independent.

---

Angela Valencia DON POSTED ON 11/5/2018 1:20:39 PM CST                                    Type: NURSE

INR 2.5

---

SOAP NOTE BY: Miguel Balderrama Medical Director POSTED ON 10/30/2018 12:40:34 PM CDT          Type: MEDICAL ACP

### Subjective

pt here for evaluation of episode of phlegmasia cerulea dolens that resulted on BKA of his left lower ext pt had very elevated INR last week ( 8 ) and coumadin dose was reduced to 2.5 mg qhs now his last INR was 1.4 on today's visit pt is not reporting new symptoms

### Objective

| BP: 111/78 | Temp: 97.9 | Pulse: 83 | Resp: 16 | Wt: | Sa02: 99 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

NAD oriented neck supple chest clear heart RRR wound check on site of amputation left lower ext with staples and sutures in place surgical wound is clear with no evidence of infection skin is intact with normal color

### Assessment

hx of phlegmasia cerulea dolens that affected his left lower ext and resulted on BKA

### Plan

will adjust coumadin dose today and recheck pt ini 48 hrs
has f/u appt with vascular surgeon

### Education

extensive given at the time fo this visit

TAPIA, JAVIER AMADO 1011290 (2018167002)

NAPHCARE 000220

Angela Valencia LDN POSTED ON 10/29/2018 11:12:52 AM CDT | Type: NURSE

INR 1.5

---

Elizabeth Warren RN POSTED ON 10/27/2018 11:55:13 AM CDT | Type: NURSE

addendum to MAR ,Inmate did not refuse dressing change, Dressing Change is scheduled QOD and he had a dressing change on 10/26/18.

---

Elizabeth Warren RN POSTED ON 10/27/2018 11:52:41 AM CDT | Type: NURSE

INR 1.6 today, Spoke with Casey at STAT CARE who reviewed the record, and said the Coumadin 2.5 mg PO to start tonight is OK and that the next INR scheduled for 10/31/18 is ok and Dr Balderrama will review that INR.

---

Irina Hughes NP POSTED ON 10/25/2018 3:39:14 PM CDT | Type: NP NOTE

INR 10/25/18 8.0
Stop Lovenox
Hold Warfarin
Recheck tomorrow INR

---

Dimita Smith RN POSTED ON 10/25/2018 3:14:57 PM CDT | Type: NURSE

Late entry 10/24/18: Wound care completed as ordered after patient showered in medical clinic. Patient verbalized to nurse that he had fallen and hit his amputation BKA stump when up to use the bathroom earlier in the morning. "I guess I was still mostly asleep when I got up to the bathroom and I forgot to lock the wheelchair." Upon visual inspection of surgical incision of left amputation stump noted incisional wound still approximated with scant amount of serosang drainage. Staples and sutures still intact. No acute erythema or inflammation. No s/sx other obvious injuries.

---

Dimita Smith RN POSTED ON 10/25/2018 12:57:52 PM CDT | Type: NURSE

INR=8.0 Irina Hughes DNP notified. Verbal order received to hold warfarin today 10/25/18, recheck INR 10/26/18, and discontinue levonox injections.

---

Ashley Valencia Chalk RN POSTED ON 10/23/2018 11:48:23 AM CDT | Type: NURSE

Lovenox SQ injection administered in clinic.

---

Miguel Balderrama Medical Director POSTED ON 10/22/2018 9:01:08 PM CDT | Type: MEDICAL ACP

case management pt arrived today from hospital management had left BKA due to vascular complications pain meds as well as abx ( keflex) and anticoagulation management meds re started will have INR this week will continue to monitor pt will need f/u with hematology as well as with vascular surgeon per hospital documentation

---

Kirsten Peebles MHP POSTED ON 10/22/2018 7:28:51 PM CDT | Type: SOCIAL WORKER

I/M seen at about 1330 upon return from the hospital. I/M was calm and cooperative with the MH interview. I/M is processing his current circumstances, but presents stable, at this time. While at the hospital, I/M left leg, below the knee, was amputated, due to a medical condition. I/M reports he remembers this writer, from the day he was oriented x1 and sent to the ER. I/M reports he does not remember how his condition started, other than feeling really tired. I/M is now oriented x3, alert, and organized. I/M presents with a flat affect and is beginning to process his loss. When asked how he feels about his current situation, he replied "it is what it is". I/M was offered resources on grief and loss, but he declined. I/M was encouraged to contact MH if he changes his mind or if he is struggling emotionally. I/M was future oriented, when discussing his family and his eventual release, in about 5 years. I/M reports that his family is supportive and will assist him with his special needs. I/M denies any current risk of harm to self or others, and agrees to no harm and to notify.

S/P: Clear per class, MH will f/u as needed.
R/P: ILOF. I/M will be transported to DOC.

---

Jaime Simpson RN POSTED ON 10/17/2018 5:25:32 PM CDT                    Type: RECONCILIATION

Case manger Iwona called from TG. Pt had a formal BKA done yesterday. Pt is stable and doing well. Pt may be discharged Saturday if no inpatient therapy is ordered. Iwona sates she will call with more information after PT evaluation.

---

Danielle Seymour Charge RN POSTED ON 10/10/2018 12:57:50 PM CDT                    Type: NURSE

10/9/18 Per RN at TG
Scheduled for a BKA of the L leg 10/10/18 unsure of what time.

---

Danielle Seymour Charge RN POSTED ON 10/5/2018 1:39:57 PM CDT                    Type: NURSE

Pt in Room 703 Phillips Pavillion
Spoke with Kayla RN at TG.
Pt is alert & oriented x 3, spiked fever this AM but is now controlled.
Still receiving Heparin drip.
MD's and Vascular are still collecting imaging data, scheduled for CT this afternoon.
Blood cultures are pending.
No discharge plan or surgical plan as of today. (pt did not receive the fasciotomy that was previously scheduled).

---

Danielle Seymour Charge RN POSTED ON 10/2/2018 3:41:54 PM CDT                    Type: NURSE

Pt in room 650 in Rainier Pavillion
Admitting diagnosis: Phlegmasia Cerulea Dolens
Currently receiving Heparin drip and is scheduled for a fasciotomy tomorrow. No current antibiotics. Will be NPO for surgery tomorrow. No discharge plan currently.

---

Ashley Valencia Chalk RN POSTED ON 10/1/2018 5:33:35 PM CDT                    Type: NURSE

Per Isaac, RN at Tacoma General ED, inmate will be admitted for gangrene.

---

Darren Nealis MHP POSTED ON 10/1/2018 5:05:52 PM CDT                    Type: SOCIAL WORKER

Assessment
Met with I/M at about 1045 for MH f/u in the clinic. He presented again today as confused and non-verbal, but was also calm and cooperating with medical staff.


Plan:
S/P: Will be sent to ER for further assessment. Recommend continued level 1 MH housing at this time for further assessment, MH will f/u.
R/P: Deferred.

---

Miguel Balderrama Medical Director POSTED ON 10/1/2018 12:35:23 PM CDT                    Type: MEDICAL ACP

pt seen with nursing staff has evidence of poss vascular deficits on left foot with edema needs ER evaluation for poss emergent surgical management

---

Ashley Valencia Chalk RN POSTED ON 10/1/2018 12:32:57 PM CDT                    Type: NURSE

Asked to see inmate by unit officer for c/o "toes turning black". Upon visual inspection, left foot slightly swollen and severely discolored. Inmate brought to clinic via wheelchair. Vitals: BP 111/80 T 97.9 P 105 SpO2 94% RA. Inmate is non-verbal and does not answer questions. Spoken to by MHP and reported having pain, but does not recall what happened or when. Per provider, M. Balderrama and I. Hughes, Inmate referred to Tacoma General ED.

---

Ismael Concepcion Poo MHP POSTED ON 9/30/2018 1:52:57 PM CDT                    Type: SOCIAL WORKER

I/M seen at about 1040 for assessment in response to C/D report. I/M was uncooperative with MH interview. I/M appeared to be sleeping and did not respond to MHP knocks on door or calling of name. I/M was observed moving and breathing in his bed. I/M cell was observed as messy and disorganized.


S/P: Recommend level 1 MH housing. MH to f/u.


R/P: I/M has stability hold.

---

Elizabeth Warren RN POSTED ON 9/29/2018 3:07:04 PM CDT                    Type: NURSE

12:10 pm Saw inmate in his cell as requested by Sergeant.
Cell smells of urine. Sheet wrapped around waist. Alert, sitting up, on the side of his bunk, under his on power. Makes eye contact when he is spoken to. Inmate will not verbally respond. Inmate will follow instructions with calm encouragement. Allowed assessment.
96.9 , Apical pulse 100 , S1S2, slow, even respirations , rate 14-16 , B/P 127/77 .Tongue wet, skin does not tent. No acute distress noted.
Not sure if inmate is eating every meal . Offered a chocolate ensure and he drank approx 1/2 the container. Officer prepared his sandwich for him ,handed it to him and he took the sandwich. Spoke with Sgt Finley and ask if inmate could be put on a meal log and he agreed to start "Meal Log" Schedule daily monitoring of VS x 3 days and scheduled Provider visit for evaluation.

Jesus Perez MHP POSTED ON 9/28/2018 6:38:05 PM CDT                                    Type: SOCIAL WORKER

Assessment:

I/M was seen at about 10:30 for MH f/u. I/M refused MH interview. I/M presents MH symptoms. I/M would not answer MH questions. I/M just looked at MHP and did not respond to basic questions.

Plan:

S/P: Continue current housing. MH will f/u.


R/P: HOLD stability.

---

Darren Nealis MHP POSTED ON 9/26/2018 5:41:40 PM CDT                                  Type: SOCIAL WORKER

Assessment:

Attempted to meet with I/M at about 1100 for initial assessment in response to C/D report. He presented again today as confused and non-verbal. He has been here at PCJ since June, but appears to be decompensated at this time.


Plan:

S/P: Recommend continued level 1 MH housing at this time for further assessment, MH will f/u.

R/P: Deferred.

---

Duane Prather MHP POSTED ON 9/20/2018 9:08:43 PM CDT                                  Type: SOCIAL WORKER

I/M seen about 1110 for MH f/u. I/M is awake but stays on his bunk. I/M does not respond in any way to MHP, he just stared. I/M would not even shake his head yes or no. I/M was seen by medical yesterday.

S/P: Recommend level 1 MH housing for observation. MH to f/u.

R/P: deferred

---

Cameron Carrillo LPN POSTED ON 9/19/2018 6:23:31 PM CDT                               Type: NURSE

pt referred to medical due to being nonresponsive, pt BP hypertensive skin PWD, does not appear in distress, states he does not have any medical concern at this time but is upset of being in 3SC, states no SI will continue to monitor

---

Darren Nealis MHP POSTED ON 9/19/2018 5:36:46 PM CDT                                  Type: SOCIAL WORKER

Assessment:

Met with I/M at about 1045 for initial assessment in response to C/D report. He presented again today as confused. I/M was again unable to verbally respond to my questions. He has been here at PCJ since June, but appears to be decompensated at this time. Officers report that he appears to be "way off his baseline," and he was nonverbal in court today as well. He could have an unknown medical condition.

S/P: Referred to medical for assessment. Recommend continued level 1 MH housing at this time for further assessment, MH will f/u. Referred to medical department for assessment.

R/P: Deferred.

---

Darren Nealis MHP POSTED ON 9/18/2018 4:48:10 PM CDT                                  Type: SOCIAL WORKER

TAPIA, JAVIER AMADO 1011290 (2018167002)

Assessment

Met with I/M at about 1100 for initial assessment in response to C/D report. He came to the door and was cooperative during the interview, but appears to be confused and was unable to verbally respond to my questions. He has been here at PCJ since June, but appears to be decompensated at this time. His UA was positive for Methamphetamins when he booked in on 6/16/18.

Plan:
S/P: Recommend continued level 1 MH housing at this time for further assessment, MH will f/u.
R/P: Deferred.

---

Irina Hughes NP POSTED ON 6/20/2018 11:52:49 AM CDT                    Type: NP NOTE

UDA 6/16/18 + MET AMP ECT

---

Cameron Carrillo LPN POSTED ON 6/19/2018 8:19:39 AM CDT                    Type: NURSE

OPIATE discontinued, REASON: per Dr.Balderrama ok to dc

---

Jeff Kendig LPN POSTED ON 6/18/2018 7:24:52 PM CDT                    Type: OPIATE

Patient Back From Court

---

Jeff Kendig LPN POSTED ON 6/18/2018 4:21:18 PM CDT                    Type: OPIATE

Patient Currently At Court

---

SOAP NOTE BY: Etsuko Yagi RN POSTED ON 6/16/2018 5:06:42 AM CDT                    Type: NURSE

### Subjective

Patient with history of recent and/or significant opiate use.
>5days/week taking percoset. Withdtrawal: Achy, restless leg. Last taken was last night. No symptom at the time of booking.

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |

UDS performed and results documented in TechCare.

### Assessment

Opiate withdrawal.

### Plan

-Initiate COWS assessments with initiation of buprenorphine taper (different order template) once scores 12 or greater or per provider orders.

TAPIA, JAVIER AMADO 1011290 (2018167002)

NAPHCARE 000225

-Comfort measures ordered below.
-Encourage po fluid intake.
-Bottom bunk for safety.

## Education

Deferred until withdrawal complete.

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | three times per day | 6/16/2018 12:00:00 AM CDT | 6/22/2018 11:59:59 PM CDT |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Ondansetron HCl Oral | 4 MG | 1 | 6/16/2018 12:00:00 AM | 6/22/2018 11:59:59 PM | Take 4 mg by mouth twice per day for 7 day(s). Dispense 14 tablet. 0 Refill(s) PRN Nausea or vomiting |
| Aluminum-Magnesium-Simethicone Oral | 200-200-20 MG/5ML | 3 | 6/16/2018 12:00:00 AM | 6/22/2018 11:59:59 PM | Take 600-600-60 mg/15ml by mouth twice per day for 7 day(s). Dispense 42 suspension. 0 Refill(s). *15mL. PRN GI upset |
| Dicyclomine HCl Oral | 20 MG | 1 | 6/16/2018 12:00:00 AM | 6/22/2018 11:59:59 PM | Take 20 mg by mouth three times per day for 7 day(s). Dispense 21 tablet. 0 Refill(s) PRN Abdominal cramps |
| Ibuprofen Oral | 600 MG | 1 | 6/16/2018 12:00:00 AM | 6/22/2018 11:59:59 PM | Take 600 mg by mouth twice per day for 7 day(s). Dispense 14 tablet. 0 Refill(s) PRN Body aches or pain |
| Loperamide HCl Oral | 2 MG | 1 | 6/16/2018 12:00:00 AM | 6/22/2018 11:59:59 PM | Take 2 mg by mouth twice per day for 7 day(s). Dispense 14 capsule. 0 Refill(s) PRN diarrhea |

Etsuko Yagi RN POSTED ON 6/16/2018 4:55:24 AM CDT

Type: NURSE

Abnormal Vitals / Weight Change: Healthy way weight change. No distress.

Weight Change (%): 10.00 %

---

Ashley Valencia Chalk RN POSTED ON 8/7/2017 10:22:55 PM CDT

Type: NURSE

Cleared for trustee

---

Raylene Young LPN POSTED ON 8/3/2017 5:13:20 PM CDT

Type: NURSE

addendum to previous note: pt does not have HTN medications. VSS. NAD. Eating food and drinking fluids.

---

Raylene Young LPN POSTED ON 8/3/2017 5:12:13 PM CDT

Type: NURSE

OPIATE discontinued, REASON: Scores trending low. NAD. on HTN medicaitons and monitoring. Ok to d/c per Irina Hughes.

---

Franklin Park LPN POSTED ON 8/1/2017 2:57:37 AM CDT

Type: NURSE

Abnormal Vital Signs: comfort meds per detox protocol

Blood Pressure Diastolic: 100

---

Debra Ricci LPN POSTED ON 7/31/2017 5:46:08 PM CDT

Type: CIWA

Patient Back From Court

---

Debra Ricci LPN POSTED ON 7/31/2017 11:59:16 AM CDT

Type: CIWA

Patient Currently At Court

---

Raylene Young LPN POSTED ON 7/29/2017 2:57:20 PM CDT

Type: NURSE

Abnormal Vitals / Weight Change: fluids and detox meds

Blood Pressure Diastolic: 100

---

SOAP NOTE BY: Meghan Bailey RN POSTED ON 7/29/2017 7:10:20 AM CDT

Type: NURSE

## Subjective

Pt smokes percocet in varying amounts daily for the past 15 years. Pt experiences n/v/d, muscle aches, chills when he stops

TAPIA, JAVIER AMADO 1011290 (2018167002)

NAPHCARE 000227

using. Pt last experienced withdrawal appx 4 days ago. Last used percocet about 6 hours ago. Pt last attended treatment in 2003 at Olalla.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

No active s/s of withdrawal at this time.

## Assessment

Opiate abuse

## Plan

COWS protocol enacted per verbal/telephone order by Dr. Balderrama.

## Education

Plenty of fluids
Alert staff for any acute symptoms
May give Tylenol or IBU nursing protocol (allergy verification)
Clonidine PRN per COWS assessment

| Treatment Name | Order Sig | Start | Stop |
|----------------|-----------|-------|------|
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | three times per day | 7/29/2017 12:00:00 AM CDT | 8/2/2017 11:59:59 PM CDT |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Loperamide HCl Oral | 2 MG | 1 | 7/29/2017 12:00:00 AM | 8/2/2017 11:59:59 PM | Take 2 mg by mouth three times per day for 5 day(s). Dispense 15 capsule. 0 Refill(s) PRN diarrhea VORB |
| Promethazine HCl Oral | 25 MG | 1 | 7/29/2017 12:00:00 AM | 8/2/2017 11:59:59 PM | Take 25 mg by mouth three times per day for 5 day(s). Dispense 15 tablet. 0 Refill(s) PRN nausea VORB |

TAPIA, JAVIER AMADO 1011290 (2018167002)

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Dicyclomine HCl Oral | 20 MG | 1 | 7/29/2017 12:00:00 AM | 8/2/2017 11:59:59 PM | Take 20 mg by mouth three times per day for 5 day(s). Dispense 15 tablet. 0 Refill(s) PRN stomach cramps VORB |
| Methocarbamol Oral | 500 MG | 1 | 7/29/2017 12:00:00 AM | 8/2/2017 11:59:59 PM | Take 500 mg by mouth twice per day for 5 day(s). Dispense 10 tablet. 0 Refill(s) PRN body aches/muscle pain VORB |

---

Ashley Valencia Chalk RN POSTED ON 7/4/2017 10:02:11 PM CDT                Type: NURSE

cleared for trustee

---

Constance Burden LPN POSTED ON 6/27/2017 7:02:52 PM CDT                Type: NURSE

OPIATE discontinued, REASON: ok to d/c per Dr. Balderrama. Patient is stable.

---

Franklin Park LPN POSTED ON 6/26/2017 3:38:01 AM CDT                Type: NURSE

Abnormal Vital Signs: comfort meds per detox protocol

Blood Pressure Diastolic: 101

---

Crystal Sabo LPN POSTED ON 6/25/2017 3:18:44 AM CDT                Type: CHRONIC CARE

IM verbally refused detox to unit officer and nurse. No signs of acute distress.

---

Veronica Reed LPN POSTED ON 6/22/2017 1:26:43 PM CDT                Type: NURSE

Abnormal Vitals / Weight Change: Patient medicated with clonidine 0.1mg due to score on cows..will continue to montior.

Blood Pressure Diastolic: 100

---

SOAP NOTE BY: sabrina.bual POSTED ON 6/21/2017 4:47:01 AM CDT                Type: NURSE

**Subjective**

TAPIA, JAVIER AMADO 1011290 (2018167002)                        NAPHCARE 000229

Patient reports hx of taking percocets, purchases off the streets, takes up to 2-5 pills daily, no current complaints, denies any hx of seizures

## Objective

BP: /      Temp:      Pulse:      Resp:      Wt:      Sa02:      BS:      Pain:

Anxiety/Agitiation: none noted
Gooseflesh or Rhinorrhea: none noted
N/V/D: none noted
Abdominal pain or cramps: none noted
Muscle aches: none noted
Skin Abscesses: none noted

## Assessment

Opiate abuse

## Plan

COWS protocol enacted per verbal/telephone order by Dr. Balderrama

## Education

Plenty of fluids
Alert staff for any acute symptoms
May give Tylenol or IBU nursing protocol (allergy verification)
Clonidine PRN per COWS assessment

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Promethazine HCl Oral | 25 MG | 1 | 6/21/2017 12:00:00 AM | 6/25/2017 11:59:59 PM | Take 25 mg by mouth three times per day for 5 day(s). Dispense 15 tablet. 0 Refill(s) PRN N/V |
| Loperamide HCl Oral | 2 MG | 1 | 6/21/2017 12:00:00 AM | 6/23/2017 11:59:59 PM | Take 2 mg by mouth three times per day for 3 day(s). Dispense 9 capsule. 0 Refill(s) PRN diarrhea |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Methocarbamol Oral | 500 MG | 1 | 6/21/2017 12:00:00 AM | 6/25/2017 11:59:59 PM | Take 500 mg by mouth twice per day for 5 day(s). Dispense 10 tablet. 0 Refill(s) PRN muscle pain/spasms |
| Dicyclomine HCl Oral | 20 MG | 1 | 6/21/2017 12:00:00 AM | 6/25/2017 11:59:59 PM | Take 20 mg by mouth twice per day for 5 day(s). Dispense 10 tablet. 0 Refill(s) PRN abdominal cramps |

---

Gurpreet Minhas RN POSTED ON 1/15/2017 4:13:13 PM CST                              Type: CHRONIC CARE

Pt seen during nurse sick call at 1425 (attempted earlier and pt was at work) for kite in regards to head cold/fever/ and head cold. Pt states that he now longer has symptoms for 2 days and temp was 98.0 F and states that he "feels better, you guys are late and I don't need any meds now." All questions answered and no other needs identified.

---

Elizabeth Warren RN POSTED ON 12/13/2016 1:37:56 AM CST                              Type: NURSE

Cleared for Trustee.

---

Irina Hughes NP POSTED ON 11/30/2016 3:44:57 PM CST                              Type: NP NOTE

Record review from Auburm Medical Center.
Pt was seen 11/8/16 due to rash to his Lt shoulder. Diagnosed with Unspecified skin infection. Treated with Lidocaine patches.
Diagnosed with shingles. Cellulites.
Urine + for Meth. Morph/codeine

---

Moses Leon LPN POSTED ON 11/27/2016 3:33:16 AM CST                              Type: NURSE

OPIATE discontinued, REASON: I/M removed from detox for LOW scores, stable VS, and resolving symptoms. I/M denies being ill or in acute distress. I/M states he has been refusing detox assessments because he is no longer ill. I/M does not appear ill or in distress. I/M does not smell of emesis or diarrhea.

---

SOAP NOTE BY: Megan Eliasson RN POSTED ON 11/23/2016 3:24:30 PM CST                              Type: NURSE

### Subjective

Pt reports taking 2-3 of Percocet 30mg daily off and on for the last 2 years. Last use 11/23/16 am. Pt states he has had sx of body aches, restless legs, and anxiety with past withdrawal. Pt also has smoked heroin (unknown amount) daily in the past but

last use was 2 days ago. Denies hx of seizures. Denies withdrawals at this time.

## Objective

| BP: 130/93 | Temp: 97 | Pulse: 93 | Resp: 16 | Wt: 168 | Sa02: 98 | BS: NA | Pain: NA |

Denies all sx at this time.

## Assessment

Opiate abuse

## Plan

COWS protocol enacted per verbal/telephone order by Dr. Balderamma.

## Education

Plenty of fluids
Alert staff for any acute symptoms
May give Tylenol or IBU nursing protocol (allergy verification)
Clonidine PRN per COWS assessment

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Promethazine HCl Oral | 25 MG | 1 | 11/23/2016 12:00:00 AM | 11/27/2016 11:59:00 PM | Take 25 mg by mouth three times per day for 5 day(s). Dispense 15 tablet. 0 Refill(s) PRN N/V |
| Loperamide HCl Oral | 2 MG | 1 | 11/23/2016 12:00:00 AM | 11/25/2016 11:59:00 PM | Take 2 mg by mouth three times per day for 3 day(s). Dispense 9 capsule. 0 Refill(s) PRN diarrhea |
| Methocarbamol Oral | 500 MG | 1 | 11/23/2016 12:00:00 AM | 11/27/2016 11:59:00 PM | Take 500 mg by mouth twice per day for 5 day(s). Dispense 10 tablet. 0 Refill(s) PRN muscle pain/spasms |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Dicyclomine HCl Oral | 20 MG | 1 | 11/23/2016 12:00:00 AM | 11/27/2016 11:59:00 PM | Take 20 mg by mouth twice per day for 5 day(s). Dispense 10 tablet. 0 Refill(s) PRN abdominal cramps |

---

Megan Eliasson RN POSTED ON 11/23/2016 3:18:55 PM CST                      Type: NURSE

Pt seen at Tacoma General for shingles on L shoulder on 11/4/16 and 11/9/16 (ER for pain). Pt reports 6/10, constant burning pain. Strip of vesicles wrapping over L shoulder onto anterior L upper chest, 4 small vesicles scattered on L upper chest. All vesicles are crusted over. No swelling, redness, or drainage noted. Per provider, Irina Hughes, NP no acyclovir needed for crusted lesions. Cover vesicles with dressing to protect. Affected areas covered with nonadherent dressing and omnifix tape. Pt instructed to leave covered to protect vesicles.
ROI faxed to Tacoma General for records related to shingles.

---

Moses Leon LPN POSTED ON 10/9/2016 3:36:13 AM CDT                         Type: NURSE

OPIATE discontinued, REASON: I/M has stable VS, low scores and denies symptoms. I/M states he is feeling better, does not appear to be ill. I/M states he has been resting all day.

---

Veronica Reed LPN POSTED ON 10/7/2016 4:42:37 PM CDT                      Type: NURSE

Abnormal Vitals / Weight Change: clonidine 1mg admin , will continue to monitor.

Blood Pressure Diastolic: 103

---

SOAP NOTE BY: Lorraine Fisher RN POSTED ON 10/4/2016 11:24:00 AM CDT       Type: NURSE

### Subjective

Patient reports hx of (heroin, 1 gram daily for the past 4 months) (percocet, 2-3 tablets, every other day, for the past 6 months)
Last use was (today for heroin, yesterday for percocet ). No Patient complains
No seizure history

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Anxiety/Agitiation, NO
Gooseflesh or Rhinorrhea, NO
N/V/D, NO
Abdominal pain or cramps, NO

TAPIA, JAVIER AMADO 1011290 (2018167002)

Muscle aches and

Skin Abscesses, LEFT HIP

## Assessment

Opiate abuse

## Plan

COWS protocol enacted per verbal/telephone order by Dr. Balderrama

## Education

Plenty of fluids

Alert staff for any acute symptoms

May give Tylenol or IBU nursing protocol (allergy verification)

Clonidine PRN per COWS assessment

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Promethazine HCl Oral | 25 MG | 1 | 10/4/2016 12:00:00 AM | 10/8/2016 11:59:00 PM | Take 25 mg by mouth three times per day for 5 day(s). Dispense 15 tablet. 0 Refill(s) PRN N/V |
| Loperamide HCl Oral | 2 MG | 1 | 10/4/2016 12:00:00 AM | 10/6/2016 11:59:00 PM | Take 2 mg by mouth three times per day for 3 day(s). Dispense 9 capsule. 0 Refill(s) PRN diarrhea |
| Methocarbamol Oral | 500 MG | 1 | 10/4/2016 12:00:00 AM | 10/8/2016 11:59:00 PM | Take 500 mg by mouth twice per day for 5 day(s). Dispense 10 tablet. 0 Refill(s) PRN muscle pain/spasms |
| Dicyclomine HCl Oral | 20 MG | 1 | 10/4/2016 12:00:00 AM | 10/8/2016 11:59:00 PM | Take 20 mg by mouth twice per day for 5 day(s). Dispense 10 tablet. 0 Refill(s) PRN abdominal cramps |