# EXHIBIT 3

# Deposition of Nicholas D. Garcia, M.D.

# Tapia v. Naphcare, Inc., et al.

# January 19, 2024



**206.287.9066 | 800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Case 2:22-cv-01141-KKE   Document 175-3   Filed 11/25/24   Page 3 of 8

Tapia v. Naphcare, Inc., et al.                                    Nicholas D. Garcia, M.D.

## Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
_____

JAVIER TAPIA,            )
                         )
        Plaintiff,       )
                         )
    vs.                  )  No. 2-22-cv-01141
                         )
NAPHCARE, INC. And PIERCE)
COUNTY,                  )
                         )
        Defendants.      )
_____

VIDEOTAPED, IN-PERSON AND VIDEOCONFERENCE DEPOSITION
UPON ORAL EXAMINATION
OF
NICHOLAS D. GARCIA, M.D.
_____

Taken Via in-Person and Zoom
At 1201 Third Avenue, Suite 4900
Seattle, Washington

DATE TAKEN: JANUARY 19, 2024
REPORTED BY: KIM DORE-HACKBARTH, RPR, CCR 2072

## Page 2

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:  CORINNE SEBREN
                         Galanda Broadman
 3                       8606 35th Avenue NE
                         Suite L1
 4                       Seattle, WA 98115-3677
                         Corinne@galandabroadman.com
 5                       (206) 638-7506
 6   FOR THE DEFENDANTS:
     COUNSEL FOR DEFENDANT NAPHCARE, INC.:
 7                       JULIANA LEHUA BENNINGTON
                         Perkins Coie LLP
 8                       1201 3rd Ave
                         Suite 4900
 9                       Seattle, WA 98101-3095
                         Jbennington@perkinscoie.com
10                       (206) 359-3268
11   (APPEARING VIA ZOOM) JACOB DEAN
                         Perkins Coie
12                       1888 Century Park East
                         Suite 1700
13                       Los Angeles, CA 90067-1721
                         (310) 788-3365
14                       JacobDean@Perkinscoie.com
15   COUNSEL FOR PIERCE COUNTY:
                         KRISTAL MCCOLLUM COWGER
16                       Pierce County Prosecuting Attorney
                         930 Tacoma Avenue South
17                       Room 946
                         Tacoma, WA 98402-2171
18                       Kristal.cowger@piercecountywa.gov
                         (253) 798-4265
19
     VIDEOGRAPHER:    ED BURKE
20                   Buell Realtime Reporting
                     Seattle, Washington
21                   (206) 287-9066
22   ALSO PRESENT:    RACHEL HAND
23              * * * * *
24
25
```

## Page 3

```
 1   VIDEOTAPED, IN-PERSON AND VIDEOCONFERENCE
     DEPOSITION OF NICHOLAS D. GARCIA, M.D.
 2
            EXAMINATION INDEX
 3
     EXAMINATION BY:              PAGE NO.
 4
     MS. BENNINGTON................   5
 5
             EXHIBIT INDEX
 6
     EXHIBITS FOR IDENTIFICATION      PAGE NO.
 7
     115    Curriculum Vitae..........   8
 8
     116    MultiCare Consult Notes by
 9          Dr. Garcia, 1/1/18
            DEF PC 000089.............  12
10
     117    Pulse Heart Institute, Progress &
11          Ancillary Notes, 10/3/18
            DEF PC 100654.............  20
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

     SEATTLE, WASHINGTON; JANUARY 19, 2024
              10:00 A.M.
               -o0o-
     VIDEOGRAPHER:  We are going on record.  This is Volume I in the deposition of Nicholas Garcia, M.D. in the matter of Javier Tapia plaintiff vs. NaphCare Incorporated and Pierce County defendant.  Cause No. 2:22-cv-01141 in the U.S. District Court, Western District of Washington at Seattle and was noticed by Juliana Bennington.
     The time now is 10:19 a.m. on this 19th day of January, 2024, and we are convening at 1201 Third Avenue, Suite 4900, Seattle, Washington.  My name is Ed Burke from Buell Realtime Reporting LLC located at 1325 Fourth Avenue, Suite 140, Seattle, Washington 98101.
     And if counsel and all present can please identify themselves for the record, after which the court reporter will swear in the witness.
     MS. BENNINGTON:  Juliana Bennington for defendant NaphCare.  I am also joined via teleconference by my colleague Jacob Dean.
     MS. COWGER:  Kristal Cowger for defendant Pierce County.
     MS. SEBREN:  Corinne Sebren for Javier Tapia.

Case 2:22-cv-01141-KKE   Document 175-3   Filed 11/25/24   Page 4 of 8

Tapia v. Naphcare, Inc., et al.                                    Nicholas D. Garcia, M.D.

Page 9

1  questions. So can you walk me through your education
2  starting with post high school.
3       A.  Post high school I went to college at UC Santa
4  Barbara in Santa Barbara and I graduated in 1991, and a
5  bachelor's of biology.
6          I then went to Cornell University Medical
7  College, New York City, and I graduated in 1995 with a
8  degree in M.D.
9          I then did a general surgery residency at the
10 New York Hospital Cornell Medical Center in Manhattan
11 from 1995 to 2000, and finished a general surgery
12 residency.
13         I then did a vascular surgery fellowship in
14 Chicago at Northwestern University, Chicago, Illinois,
15 and I graduated 2002.
16      Q.  Thank you.
17         And so it's fair to say you are a vascular
18 surgeon?
19      A.  Correct.
20      Q.  And your specialty is, therefore, vascular
21 surgery?
22      A.  Yes.
23      Q.  Can you walk me through your work history after
24 medical school.
25      A.  Yes, after medical school I went to work in

Page 10

1  New Hampshire, Exeter, New Hampshire for CORE
2  Physicians. And I worked for CORE Physicians from 2002
3  to 20-, I am not sure about the exact date, but about
4  2013, 2014.
5          And then, I then worked for Exeter Health
6  Resources, which was the parent company of CORE
7  Physicians, as chief physician executive for Exeter
8  Health Resources from 2014 to 2016.
9          And then I came here to Tacoma for MultiCare,
10 working at MultiCare, from June of 2016 to the present
11 as a vascular surgeon.
12      Q.  Go to the second page, it says your locations
13 are the Pulse Heart Institute Vascular Services, one in
14 Tacoma and one in Puyallup. Is that where you currently
15 practice?
16      A.  Yes.
17      Q.  And -- go ahead.
18      A.  Those are the two locations. Our practice has,
19 Pulse has multiple locations, but these are the two
20 hospitals that I practice out of, yes. I also have
21 privileges at Auburn Medical Center but we just use that
22 for coverage, I don't do any procedures there.
23      Q.  So you do most of your procedures either at
24 Tacoma General or this Puyallup location?
25      A.  At Good Samaritan hospital, yes.

Page 11

1       Q.  Okay, thank you.
2          And you currently hold a valid medical license
3  in Washington, correct?
4       A.  Yes.
5       Q.  Okay.
6          Do you have any recollection of Mr. Tapia?
7       A.  I have no -- I don't remember Mr. Tapia. I did
8  look at his record two days ago, though.
9       Q.  Okay.
10         But other than what you read in the records, you
11 have no independent recollection of your encounters with
12 Mr. Tapia?
13      A.  None.
14      Q.  Okay.
15         And so would it be fair to say that you have no
16 knowledge regarding Mr. Tapia's incarceration?
17      A.  None.
18      Q.  And you have had no interaction, and you have no
19 knowledge of Mr. Tapia's interactions with NaphCare
20 while at Pierce County jail?
21      A.  None.
22      Q.  And you have no knowledge regarding Mr. Tapia's
23 mental status while at Pierce County jail?
24      A.  So I read in the record, one of the providers in
25 the record had mentioned there may have been a history

Page 12

1  of, I think it was schizophrenia, I think I saw in the
2  record, but nothing -- I have no primary knowledge of
3  anything that was regarding his mental status at the,
4  when he was in jail, no.
5       Q.  Okay.
6          And you have no knowledge of whether Mr. Tapia
7  could speak and talk while at Pierce County jail?
8       A.  No, no knowledge, no primary knowledge, no.
9       Q.  Okay.
10         So you have no knowledge of whether Mr. Tapia
11 was able to communicate well at the jail?
12      A.  No knowledge.
13      Q.  Okay.
14         And all you know is what you personally observed
15 with Mr. Tapia when, after he arrived at Tacoma General
16 Hospital on October 1st, 2018?
17      A.  Correct.
18      Q.  Okay.
19         So I am going to hand you another exhibit.
20             (Exhibit No. 116 was marked.)
21 BY MS. BENNINGTON:
22      Q.  I am going to hand you another exhibit and this
23 will be No. 116, and this is a consult note by
24 Dr. Garcia on October 1, 2018 at 17:26. And it's Bates
25 stamped DEF PC 000089 to 91.

3 (Pages 9 to 12)

Case 2:22-cv-01141-KKE   Document 175-3   Filed 11/25/24   Page 5 of 8

Tapia v. Naphcare, Inc., et al.                                    Nicholas D. Garcia, M.D.

```
                                            Page 25
 1              C E R T I F I C A T E
 2
     STATE OF WASHINGTON  )
 3                        ) ss.
     COUNTY OF KING       )
 4
 5       I, KIM M. DORE-HACKBARTH, a Certified Shorthand
 6   Reporter in and for the State of Washington, do hereby
 7   certify that the foregoing transcript is true and
 8   accurate to the best of my knowledge, skill and ability.
 9       IN WITNESS WHEREOF, I have hereunto set my hand
10   and seal this 29th day of January, 2024.
11
12
13
14   _____
15   KIM M. DORE-HACKBARTH, RPR, CCR
     Certified Court Reporter No. 2072
16   (Certification expires 5/27/24.)
17
18
19
20
21
22
23
24
25
```

TAPIA, Javier (MR # 858586)

## Selected Notes/Transcriptions (continued)

## Selected Notes/Transcriptions

### Consults by Nicholas D Garcia, MD at 10/01/18 1726

| | | |
|---|---|---|
| Author: Nicholas D Garcia, MD | Service: (none) | Author Type: Physician |
| Filed: 10/01/18 1754 | Date of Service: 10/01/18 1726 | Status: Signed |
| Editor: Nicholas D Garcia, MD (Physician) | | |

**Chief Complaint**
Patient presents with

- Foot Problem
  *left gangrenous foot, cool to touch, unable to palpate pedal pulses. Pt escorted by officers from jail.*

HPI: Javier TAPIA is a 36 year old male with a history of IVDU and currently incarcerated. He has poor memory and unable to provide accurate time line of issues with left foot. But has had at least 2 weeks, possibly up to 1 mos of left leg pain and inability to walk on leg. He also has left leg paralysis of unclear duration but likely over a week per his limited history.

He has had arterial study noting normal arterial circulation left leg. His digit ppg note flattening of two digits. He has extensive DVT of left leg of all named vessels of left leg. His study notes dilated veins but clot appears subacute and indeterminate age of clot.

He told guards today that left foot pain and showed guards left foot discolored blue/black and brought to ER for evaluation.

Guards that are with patient today state patient had change last month and became more confused and need to be transferred to "old jail" which involves living alone and more supervision and these individuals unable to be in general population.

His creatine 1.6, bun 110, and CK 1000

ROS:
11 point ros notable for left leg dysfunction and pain

PshX: negative
PMHx: history of IVDU

No current facility-administered medications on file prior to encounter.

No current outpatient prescriptions on file prior to encounter.

No family history on file.
Family history has been reviewed

Social History

Social History

TACOMA GENERAL HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: ███   Sex: M

Page 8
Printed by 45286 at 10/4/18 1:31 PM
TAPIA, JAVIER AMADO 1011290 (2018167002)
DEF PC 000089

TAPIA, Javier (MR # 858586)

## Selected Notes/Transcriptions (continued)

### Consults by Nicholas D Garcia, MD at 10/01/18 1726 (continued)

- Marital status:            Single
   - Spouse name:            N/A
- Number of children:        N/A
- Years of education:        N/A

### Occupational History
- Not on file.

### Social History Main Topics
- Smoking status:            Never Smoker
- Smokeless tobacco:         Not on file
- Alcohol use                No
- Drug use:                  No
- Sexual activity:           Not on file

### Other Topics                                    Concern
- Not on file

### Social History Narrative
- No narrative on file


Patients documented allergies
No Known Allergies

BP 118/89 | Pulse 83 | Temp (Src) 98.4 (Oral) | Resp 16 | Ht 5' 7" (1.702 m) | Wt 168 lb (76.204 kg) | SaO2 98%

Exam:
BP 118/89 | Pulse 83 | Temp (Src) 98.4 (Oral) | Resp 16 | Ht 5' 7" (1.702 m) | Wt 168 lb (76.204 kg) | SaO2 98%
Exam:
General: discheveled appearance
Affect: flat
Vitals: No distress
Eyes: conjunctiva clear
Ears, Nose, Mouth, throat: Mallampatti score = 2
Cardiovascular: RRR, No murmur

|          | Right   | Left    |
|----------|---------|---------|
| Carotid  | - bruit | - bruit |
| Femoral  | +       | +       |
| Popliteal| +       | +       |
| DP       | +       | +       |

Ext: Left calf and foot swollen
Left forefoot bluish/black discoloration, no myalgia of left calf
Neuro: Left foot paralyzed, no dorsiflexion, no plantar flexion. Left leg hypoesthetic knee down
Right foot is normal

TACOMA GENERAL HOSPITAL        TAPIA, Javier
315 MLK JR WAY                  MRN: 858586, DOB:            Sex: M
TACOMA WA 98405-4234
EMR SN v7.1
Page 9                                          Printed by 45286 at 10/4/18 1:31 PM
TAPIA, JAVIER AMADO 1011290 (2018167002)        DEF PC 000090

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Consults by Nicholas D Garcia, MD at 10/01/18 1726 (continued)**

Respiratory: clear
GI: no hepatomegaly, no masses normal
Musculoskeletal: normal left thigh
Skin: venous gangrene of left foot

Gait: Not observed, unable to walk for multiple weaks

Amount complexity of Data
I have independently visualized images of ABI/ppg noting normal arterial circulation
Left venous flow occluded femoral veins->ankle

Assessment/Plan

1. Phlegmasia cerulea dolens with venous gangrene, venous compartment sydnrome, left leg paralysis of unclear duration.

Start IV heparin.
Symptoms of unclear duration but likely weeks per patient limited history.
Continue serial Ck's

If this presentation was less than 24-36 hours and potential salvage of limb/digits/function were still present then fasciotomy and consideration of catheter directed thrombolysis would be necessary.

However, fasciotomy with this degree of venous occlusion and associated venous hypertension would likely be associated with significant bleeding and unreasonable to proceed with this given current information.

If CK's after hydration continue to escalate then fasciotomy or leg amputation would need to be considered to prevent complication of rhabdomyolysis. Given chronicity of symptoms and appearance and dysfunction of left foot, I suspect CK may be trending down at this point and next 24 hours of CK while on heparin will be necessary information for additional treatment recommendations.

Regarding catheter directed thrombolysis usually only helpful for acute clot <14 days, history of left leg dysfunction which may or may not be accurate suggest longer duration of venous thrombosis and also risk of catheter directed thrombolysis likely unreasonable at this point given information and current paralyzed limb of unclear duration with venous gangrene and paralyzed limb.

Nicholas D. Garcia, MD, FACS
Multcare Vascular Surgery
Pager: 253-280-3163

---

**END OF SELECTED NOTES REPORT**

---

TACOMA GENERAL HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: [redacted] Sex: M