EXHIBIT 4

# Deposition of Lucas P. Labine, M.D.

# Tapia v. Naphcare, Inc., et al.

# January 9, 2024



**206.287.9066 I 800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Tapia v. Naphcare, Inc., et al.                                           Lucas P. Labine, M.D.

---

**Page 1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

)
JAVIER TAPIA,                )
)
        Plaintiff,      )
)
    v.             ) No. 2:22-cv-01141-KKE
)
NAPHCARE, INC., and PIERCE COUNTY, )
)
        Defendants.      )
_____

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION
OF
LUCAS P. LABINE, M.D.

_____

Taken at 60 South Sixth Street
Minneapolis, Minnesota

DATE TAKEN:  January 9, 2024
REPORTED BY:  Ryan Ziegler, RPR, CRR, WA CCR #20107870

---

**Page 3**

1    VIDEO-RECORDED DEPOSITION OF LUCAS P. LABINE, M.D.
2              EXAMINATION INDEX
3    EXAMINATION BY                    PAGE
4    MR. DEAN  . . . . . . . . . . . . . . . . . . . .   5
5    MR. DREVESKRACHT  . . . . . . . . . . . . . . .   83
6    MR. DEAN  . . . . . . . . . . . . . . . . . . . .   91
7
8              * * * * *
9
10             EXHIBIT INDEX
11   EXHIBITS FOR IDENTIFICATION              PAGE
12   107  LinkedIn Profile: Lucas Labine          10
13   108  Medical Record, NAPHCARE 000028 - 000035    12
14   109  Medical Record, DEF PC 100641 - 100650    35
15   110  Medical Record, NAPHCARE 000047 - 000056    49
16   111  Medical Record, NAPHCARE 000061 - 000062    60
17   112  Medical Record, DEF PC 100677 - 100678    63
18   113  Medical Record, DEF PC 100679 - 100687    65
19   114  Medical Record, DEF PC 100710 - 100718    74
20
21             * * * * *
22
23
24
25

---

**Page 2**

1           A P P E A R A N C E S
2
3    FOR PLAINTIFF TAPIA:
4        Ryan Dreveskracht
         GALANDA BROADMAN, PLLC
5        8606 35th Avenue Northeast, Suite L1
         Seattle, Washington  98115
6        206.909.3842
         Ryan@GalandaBroadman.com
7
8    FOR DEFENDANT NAPHCARE, INCORPORATED:
9        Jacob Dean
         PERKINS COIE LLP
10       1888 Century Park East, Suite 1700
         Los Angeles, California  90067
11       310.788.3365
         JacobDean@PerkinsCoie.com
12
13   FOR DEFENDANT PIERCE COUNTY:
14       Kristal Cowger
         PIERCE COUNTY ATTORNEY'S OFFICE
15       930 Tacoma Avenue South, Room 946
         Tacoma, Washington  98402
16       253.798.4265
         Kristal.Cowger@PierceCountyWA.gov
17
18   FOR DEPONENT LUCAS P. LABINE, M.D.:
19       Matthew McCauley (via Zoom)
         LARSON HEALTH ADVOCATES, PLLC
20       1700 Seventh Avenue, Suite 2100
         Seattle, Washington  98101
21       206.658.4690
         Matthew@LHAFirm.com
22
23   ALSO PRESENT:  Rachel Hand (via Zoom)
24       Adam Wallin, Videographer
25             * * * * *

---

**Page 4**

1        MINNEAPOLIS, MINNESOTA; JANUARY 9, 2024
2              9:28 A.M.
3              --o0o--
4        VIDEOGRAPHER:  We are on the record.  This is
5    the video-recorded deposition of Lucas P. Labine, M.D., in
6    the matter of Javier Tapia versus NaphCare, Incorporated,
7    in Pierce County, Cause Number 2:22-cv-01141 in the United
8    States District Court, Western District of Washington at
9    Seattle.
10       This deposition was noticed by Perkins Coie,
11   LLP.  The time now is approximately 9:29 a.m. on this 9th
12   day of January, 2024.  We are convening at Norton Rose
13   Fulbright in Minneapolis, Minnesota.  My name's Adam Wallin
14   from Buell Realtime Reporting, LLC, located at 1325 Fourth
15   Avenue, Suite 1840, in Seattle, Washington 98101.
16       Will counsel please identify themselves for
17   the record?
18       MR. DEAN:  Jake Dean from Perkins Coie for
19   NaphCare.
20       MS. COWGER:  Kristal Cowger from Pierce
21   County.
22       MR. MCCAULEY:  Matthew McCauley for the
23   witness.
24       MR. DREVESKRACHT:  Ryan Dreveskracht for the
25   plaintiff.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Tapia v. Naphcare, Inc., et al.                                          Lucas P. Labine, M.D.

Page 49

1       A.  Correct.
2       Q.  And, again, that's similar to how he presented on
3   October 1st, 2018?
4       A.  As what I wrote down, yes.
5       Q.  Got it.
6          And, again, his judgment is seemingly clear?
7       A.  Correct.
8       Q.  And that's the same --
9       A.  That's what I wrote.
10      Q.  -- with how Mr. Tapia presented on October 1st,
11  2018?
12      A.  That is what I wrote.  Yes.
13      Q.  Mr. Tapia's speech is clear.  Correct?
14      A.  Clear to -- yes.
15      Q.  And that's, again, how he presented on
16  October 1st, 2018?
17      A.  If that's the same, yes.
18          (Exhibit No. 110 marked.)
19          COURT REPORTER:  And, Doctor, to the extent
20  you can keep your voice up, it would help me.
21          THE WITNESS:  Oh.  Got it.
22          COURT REPORTER:  Thank you.
23          THE WITNESS:  Thank you.
24          MR. DEAN:  And I think we're also talking
25  over a little bit, so let's both try to stop that.  I'll do

Page 50

1   my best.
2   BY MR. DEAN:
3       Q.  All right.  Marked as Exhibit 110 is a progress
4   note Bates-labeled NAPHCARE 00047 through 56.  Dr. Labine,
5   can you take a look at this document really quick and let
6   me know if you know what this document is?
7       A.  Okay.  It's another progress note.
8       Q.  Got it.
9          And was this document created by you?
10      A.  Again, some of this was, and then some of this was
11  through my attending.
12      Q.  And what -- where is it in this note that you
13  start to type?
14      A.  That would be, if I -- I believe this is at the
15  NAPHCARE 49 --
16      Q.  49.
17      A.  -- in the middle of the page.
18      Q.  Got it.
19          And this document was made by you near or at the
20  time that you saw Mr. Tapia?
21      A.  Yes.
22      Q.  Got it.
23          And, again, like the other documents, you either
24  manually typed this out or used talk-to-text?
25      A.  Mm-hmm.  Yes.

Page 51

1       Q.  Okay.  And this document is kept in the ordinary
2   course of business?
3       A.  Yes.
4       Q.  And to the best of your recollection, this
5   document is trustworthy?
6       A.  Yes.
7       Q.  And the statements provided to you by Mr. Tapia
8   were either for diagnosis or for him to describe his
9   symptoms.  Correct?
10      A.  Yes.
11      Q.  Okay.  So I want to draw your attention to the
12  first part, which, I believe, is Dr. Landy, and I
13  understand that you -- you didn't draft this, but I want to
14  see if you have any recollection regarding this note.  So
15  if you go to, I believe, the third paragraph, where it
16  starts, "Today patient," do you see that?
17      A.  On 48?
18      Q.  Correct.
19      A.  Yes.
20      Q.  It says, "Today sta- -- today patient states he is
21  still having significant pain in his leg."  Do you see
22  that?
23      A.  I do see that.
24      Q.  Do you recall, on October 3rd, 2018, Mr. Tapia
25  stating that he had significant pain in his leg?

Page 52

1       A.  From the best that I can recall from the notes,
2   yes.
3       Q.  So even though the statement -- even though this
4   is Dr. Landy's note, you would have been present for the --
5   the interview or the communications with Mr. Tapia.
6   Correct?
7       A.  Not necessarily always during Dr. Landy's visit.
8   I -- I think from my -- later on in the note --
9       Q.  Okay.
10      A.  -- I --
11      Q.  No --
12      A.  -- that he was still having pain.
13      Q.  No problem.
14          It goes on to say, "He is concerned that the
15  medical team is being cursory and not treating humanely due
16  to his being incarcerated and history with drug use."  Do
17  you see that?
18      A.  That's what that says.  Yes.
19      Q.  Do you recall that happening with Mr. Tapia?
20          MR. DREVESKRACHT:  Object to the form.
21  Document speaks for itself.
22      A.  Do I recall him being cursory?
23  BY MR. DEAN:
24      Q.  Yeah.  I'll rephrase that.
25          Do you recall Mr. Tapia, while he was at the

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Tapia v. Naphcare, Inc., et al.                                    Lucas P. Labine, M.D.

Page 97

```
 1              C E R T I F I C A T E
 2
 3   STATE OF MINNESOTA
 4   COUNTY OF DAKOTA
 5
 6         I, Ryan Ziegler, a Certified Court Reporter for
 7   the State of Washington, do hereby certify that the
 8   foregoing transcript of the video-recorded deposition of
 9   Lucas P. Labine, M.D., having been duly sworn, on
10   January 9, 2024, is true and accurate to the best of my
11   knowledge, skill, and ability.
12         I do further certify that I am a disinterested
13   person in this cause of action and that I am not a relative
14   of the attorneys for any of the parties.
15         Reading and signing was requested pursuant to
16   FRCP Rule 30(e).
17         IN WITNESS WHEREOF, I have hereunto set my hand
18   and seal this January 16, 2024.
19
20
21         _____
22         RYAN ZIEGLER, RPR, CRR
           WA CCR #20107870
23
24
25
```

25  (Page  97)

MultiCare          10/4/2018 1:32:03 PM    PAGE    11/050    Fax Server

Exhibit____108____
Witness  LABINE, L.
Date____1·9·2024
Buell Realtime Reporting
(206) 287-9066

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Selected Notes/Transcriptions**

**H&P by Lucas P Labine, MD at 10/01/18 1829**

| | | |
|---|---|---|
| Author: Lucas P Labine, MD | Service: (none) | Author Type: Resident |
| Filed: 10/01/18 1933 | Date of Service: 10/01/18 1829 | Status: Attested |
| Editor: Lucas P Labine, MD (Resident) | | Cosigner: Viral S Shah, MD at 10/01/18 2016 |

Attestation signed by Viral S Shah, MD at 10/01/18 2016

I performed a history and physical examination of this patient and discussed the management with the resident - Dr. Labine. I reviewed the resident physician's note and agree with the documented findings and plan of care, as above.

Viral Shah, MD
Hospitalist, MultiCare Inpatient Specialists

ABIM Board Certified in Internal Medicine
ABIM Board Certified in Hospice and Palliative Medicine
ABAM Board Certified in Addiction Medicine
Clinical Assistant Professor, University of Washington School of Medicine
Clinical Assistant Professor, Pacific Northwest University College of Osteopathic Medicine

Tigertext pager: 1-253-204-3775
Office: 253-403-1291
Fax: 253-403-1374

**RESIDENT PHYSICIAN ADMISSION HISTORY & PHYSICAL**

10/1/2018 6:30 PM
Patient Name: Javier TAPIA
MRN: 858586
DOB: ▉▉▉▉▉
Admit Date: 10/1/2018
History Obtained From: Patient

**PRIMARY CARE PHYSICIAN:** Selected No PCP

**ATTENDING PHYSICIAN:** Viral S Shah, MD

**RESIDENT PHYSICIAN:** Lucas P Labine, MD

**CHIEF COMPLAINT:**
Chief Complaint
Patient presents with
• **Foot Problem**

TACOMA GENERAL          TAPIA, Javier
HOSPITAL               MRN: 858586, DOB ▉▉▉▉▉, Sex: M
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

Printed by 45286 at 10/4/18  1:31 PM

NAPHCARE 000028

TAPIA, Javier (MR # 858586)

## Selected Notes/Transcriptions (continued)

### H&P by Lucas P Labine, MD at 10/01/18 1829 (continued)

*left gangrenous foot, cool to touch, unable to palpate pedal pulses. Pt escorted by officers from jail.*

**HPI**: Javier TAPIA is a 36 year old incarcerated male who is a poor historian, with a past medical history significant for distant IVDU, presenting to the ED today c/o swelling, pain, and redness of his left foot and leg, which started approximately 1-2 weeks ago. He is unclear of the exact timeline, but states that he has had pain for "a while" and that he has had to limp around for a while. He notes no trauma to the leg that he remembers. He states that the pain is predominately in his foot, achy in quality, 8-9/10 in severity. He has not tried any medications, but has noted that wrapping it makes it feel better. He notes no recent drug or alcohol use. He has never had anything like this happen before and has no incite or thoughts as to what caused it.

Further history from jail guards includes: patient has been incarcerated since June 2018, and that he was a model prisoner, including being designated "trustee" prisoner. A couple of weeks ago he had a dramatic change in personality, rumors among prisoners were that he drank some kind of cleaner, which he denies. Regardless he has recently had poor memory which is a dramatic change for him.

**ED COURSE**: The patient was evaluated in the ED and a CBC, CMP, U/A, CK, lactate, troponin, and Vascular duplex of the left lower extremity, ABI, and foot xrays were completed. The patient was found to have extensive clot burden of his left lower extremity venous distribution, with concerns for gangrene. He was given IV fluids and placed on a heparin gtt, with vascular surgery consult recommending anticoagulation for now and possible intervention in the am pending trends in his CK/clinical status.

### REVIEW OF SYSTEMS:

General: Negative for: fever, chills, night sweats and positive for weight loss over the last two months.
Skin: Positive for black discoloration of the toes of the left foot with surrounding erythema to mid foot. and Negative for itching, hair changes and sores.
Eyes: Positive for vision blurring. and Negative for double vision, eye pain and light sensitivity.
ENT: Negative
Resp: Negative for cough, sputum, hemoptysis, pleurisy, asthma, wheezing, DOE., Negative for cough, SOB, or wheezing., Negative
CV:Positive for palpitations. and Negative for claudication, orthopnea and hypertension.
GI: Positive for nausea, vomiting and constipation as well as anorexia. and Negative for diarrhea, abdominal pain, melena, dysphagia, hematemesis and hematochezia.
GU: Negative for dysuria, urgency, frequency, hesitancy and incontinence, Negative
Endo: Negative for thyroid disease, hot/cold intolerance, diabetes or polyuria. and negative
Heme: Negative for anemia, bleeding disorder and bruises easily. and Positive for HIV risk factors.
CV extremities: Negative, Positive for: calf pain and edema of left lower extremity and calf pain
Musculoskeletal: Positive for: pain, warmth, muscular weakness in left lower extremity
Psych: memory loss

### CODE STATUS: Full

### PMHx:
Cellulitis of shoulder and cheek

### PSHx:

TACOMA GENERAL
HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: ▇▇▇▇ Sex: M

TAPIA, JAVIER AMADO 1011290 (2018167002)

Printed by 45286 at 10/4/18 1:31 PM

NAPHCARE 000029

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**H&P by Lucas P Labine, MD at 10/01/18 1829 (continued)**
No past surgical history on file.

**FHx:**
Parents alive and well to his knowledge
Siblings alive and well to his knowledge

**SHx:**
Has been incarcerated since June 2018. Prior to that was sleeping on friend's couches. Used to work with rebar/construction.
reports that he has never smoked. He does not have any smokeless tobacco history on file. He reports that he does not drink alcohol or use drugs.
Tobacco smoke- reports never
ETOH use-distant use
Illicit/ street drug use-states distant IVDU, unsure which drugs

**MEDICATION LIST:**
None

**Current Facility-Administered Medications**
Medication
• 0.9 % NaCl (NS) infusion soln
• acetaminophen (TYLENOL) tablet 650 mg
  Or
• acetaminophen (TYLENOL) suppository 650 mg
• heparin 1000 units/mL inj 3,050 Units
• heparin 1000 units/mL inj 6,100 Units
• heparin infusion 50 units/mL in 1/2 NS - DVT/PE Weight Based
• morphine (pf) (DURAMORPH) 1 mg/mL inj 2-4 mg
• morphine inj 2-4 mg
• ondansetron (ZOFRAN ODT) tablet dispersible 4 mg
• saline flush (NS) 0.9% NaCl inj 5-80 mL
• warfarin (COUMADIN) tablet 5 mg

No current outpatient prescriptions on file.

**ALLERGIES:**
Patients documented allergies
No Known Allergies

There is no immunization history on file for this patient.

**PHYSICAL EXAMINATION:**
BP 118/89 | Pulse 83 | Temp (Src) 98.4 (Oral) | Resp 16 | Ht 5' 7" (1.702 m) | Wt 168 lb (76.204 kg) | SaO2 98%, Temp (24hrs), Avg:98.4 °F (36.9 °C), Min:98.4 °F (36.9 °C), Max:98.4 °F (36.9 °C)

TACOMA GENERAL          TAPIA, Javier
HOSPITAL                MRN: 858586, DOB:        Sex: M
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**H&P by Lucas P Labine, MD at 10/01/18 1829 (continued)**

Intake/Output Summary (Last 24 hours) at 10/01/18 1830
Last data filed at 10/01/18 1303

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 0 ml              |
| Output | 10 ml             |
| Net    | -10 ml            |

Body mass index is 26.31 kg/m².
In: -
Out: 10 [Blood:10]

PHYSICAL EXAM

GENERAL APPEARANCE: Thin, tremulous tired appearing male

HEAD: NC/AT.

EYES: PERRLA, EOMI. No conjunctival injection, no discharge, no scleral icterus.

ENT: Oropharynx non-erythematous, no exudates or discharge. Dental fillings present on lower teeth but otherwise good dentition.

NECK: No cervical adenopathy, supple, non-tender

CHEST: Lungs: CTA ant and post bilat. No wheezes, rales, or ronchi.

CV: RRR, no murmur, rubs, or gallops. Peripheral pitting edema of the left leg with tense anterior compartments, no edema of the right leg, extremities warm to touch, left foot cold to touch. Radial and right pedal pulses present, left pedal pulses absent.

ABDOMEN: Soft, nontender, nondistended, no obvious hepatomegaly, splenomegaly, or masses appreciated. Normoactive BS.

BACK: Negative CVAT. No spinal or paraspinal tenderness.

SKIN: Warm, dry, and absent of obvious rashes and lesions other than his left lower extremity.  Fingers had spooning of the fingernails.

EXTREMITIES: Clubbing of the fingernails. Peripheral pulses palpable and equal.

NEURO: Alert to self, location, year, not to date. Tremulous, remembered 1/3 items on memory testing, 2/3 with prompting, serial 7s x1, was able to spell "world" forwards but not backwards. Able to lift lower extremity against gravity at knee, unable to flex or move at ankle. Hyperalgesia to left foot, sensation decreased on dorsum of left foot, CN 2-12 grossly intact. Grip strength 5/5, left arm handcuffed to bed, unable to complete upper extremity strength. Strength 5/5 in LE, 2/4 in left leg. Unable to satisfactorily test DTR state of patient. PSYCHIATRIC: Oriented to person, place, year; Mood - alert, nervous and Affect - normal. No visual or auditory hallucinations. No tangential or circumferential thought processes. Judgement clear and intact. Speech clear.

LABS:

Labs in the last 24 hours

O CBC WITH DIFF

Collection Time: 10/01/18 1:00 PM

| Result | Value | Ref Range |
|--------|-------|-----------|
| WBC | 17.81 (H) | 4.00 - 12.00 K/uL |
| RBC | 5.35 | 4.50 - 6.00 mil/uL |
| Hgb | 15.8 | 14.0 - 18.0 g/dL |
| Hct | 45.6 | 40 - 54 % |

TACOMA GENERAL          TAPIA, Javier
HOSPITAL                MRN: 858586, DOB: [  ] Sex: M
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier (MR # 858586)

## Selected Notes/Transcriptions (continued)

### H&P by Lucas P Labine, MD at 10/01/18 1829 (continued)

| | | |
|---|---|---|
| MCV | 85.2 | 80 - 98 fL |
| MCH | 29.5 | 27 - 33 pg |
| MCHC | 34.6 | 32 - 37 g/dL |
| RDW | 12.7 | 11.5 - 15.0 % |
| Plt | 113 (L) | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 14.59 (H) | 1.80 - 7.80 K/uL |
| Abs immature grans | 0.31 (H) | 0.00 - 0.05 K/uL |
| Abs lymphs | 1.47 | 0.80 - 3.30 K/uL |
| Abs monos | 1.38 (H) | 0.10 - 1.00 K/uL |
| Abs eos | 0.02 | 0.00 - 0.40 K/uL |
| Abs basos | 0.04 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 82.0 | % |
| Immature grans | 1.7 (H) | 0.0 - 0.6 % |
| Lymphs | 8.3 | % |
| Monos | 7.7 | % |
| Eos | 0.1 | % |
| Basos | 0.2 | % |
| NRBC | 0.0 | 0.0 /100 WBC |

O LACTATE

Collection Time: 10/01/18 1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| Lactate | 2.1 (H) | 0.7 - 2.0 mmol/L |

O COMPREHENSIVE METABOLIC PANEL

Collection Time: 10/01/18 1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| Na | 135 | 135 - 145 mmol/L |
| K | 4.4 | 3.6 - 5.3 mmol/L |
| Cl | 98 | 98 - 109 mmol/L |
| CO2 | 26 | 21 - 28 mmol/L |
| Anion gap w/o K | 11 | 7 - 15 |
| BUN | 110 (H) | 8 - 24 mg/dL |
| Creatinine | 1.65 (H) | 0.7 - 1.5 mg/dL |
| GFR non African Amer | 47 (L) | >59 mL/min |
| GFR African American | 57 (L) | >59 mL/min |
| Glucose | 133 (H) | 65 - 120 mg/dL |
| SGOT/AST | 48 (H) | 5 - 40 IU/L |
| Alk Phos | 87 | 38 - 126 IU/L |
| SGPT/ALT | 57 | 6 - 60 IU/L |
| Bilirubin total | 1.8 (H) | 0.2 - 1.4 mg/dL |
| Protein | 7.9 | 6.2 - 8.0 g/dL |
| Albumin | 4.0 | 3.2 - 5.0 g/dL |
| Globulin (calc) | 3.9 | 2.0 - 4.5 g/dL |
| A:G Ratio | 1.0 (L) | >1.0 |
| Calcium | 9.1 | 8.5 - 10.5 mg/dL |

O HOLD FOR ADDITIONAL ORDERS

TACOMA GENERAL
HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: ▮▮▮▮▮ Sex: M

TAPIA, JAVIER AMADO 1011290 (2018167002)

Printed by 45286 at 10/4/18 1:31 PM

NAPHCARE 000032

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**H&P by Lucas P Labine, MD at 10/01/18 1829 (continued)**

Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| Tubes received | GL,B | |
| Hold for orders | Specimen(s) held | |

O CK

Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| CK | 1,081 (H) | 0 - 200 IU/L |

O PTT

Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| PTT | 29.9 | 23.6 - 36.0 sec |

O PROTHROMBIN (PT)

Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| Protime | 16.5 (H) | 11.3 - 15.2 sec |
| INR | 1.30 | 0.0 - 3.5 |

**RADIOLOGY:**

O Vas Duplex Venous Ivc/iliac, Result Date: 10/1/2018
PRELIMINARY TECHNOLOGIST FINDINGS:
The IVC and right iliac veins appear patent where seen by 2D grayscale and color doppler. The left external
iliac vein where seen has silent doppler and absent color fill. Unable to see proximal endpoint of material in the
left iliac veins due to overlying bowel gas (consistent with prior findings). Phi-Hung Nguyen, RVT

O Vas Duplex Venous Lwr Ext Left, Result Date: 10/1/2018
IMPRESSION:
Subacute DVT of left common femoral vein, femoral vein, popliteal vein, posterior tibial vein, peroneal vein, left
gastrocnemius vein with acute DVT. Left Greater saphenous vein and left lesser saphenous vein occluded with
subacute superficial thrombophlebitis. Right common femoral vein is patent. Thank you for this referral.
Nicholas D Garcia, MD, FACS Pulse Heart Institute - Vascular Surgery Services Pager: (253) 280-3163

O Vas Ankle-brachial Index W/ Ppg, Result Date: 10/1/2018
IMPRESSION:
Resting right ABI 1.0 which indicates normal arterial perfusion. Resting left ABI 0.93 which indicates normal
arterial perfusion. Triphasic waveform at ankles bilaterally. Right digit pressures pulsatile bilaterally Left 1st toe
digit is pulsatile, 3rd, 5th toes are pulsatile. Left 2nd digit with flattened , left 4th digit is flattened flow. Thank
you for this referral. Nicholas D Garcia, MD, FACS Pulse Heart Institute - Vascular Surgery Services Pager:
(253) 280-3163

O Xr Foot 3+ View Complete Left, Result Date: 10/1/2018
IMPRESSION:
1. Moderate diffuse soft tissue swelling of the forefoot and lesser degree the midfoot region. No radiopaque
foreign bodies are detected.
2. No acute fracture or dislocation left foot identified.

---

TACOMA GENERAL          TAPIA, Javier
HOSPITAL                MRN: 858586, DOB:▮▮▮▮▮ Sex: M
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, JAVIER AMADO 1011290 (2018167002)

Printed by 45286 at 10/4/18  1:31 PM
NAPHCARE 000033

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**H&P by Lucas P Labine, MD at 10/01/18 1829 (continued)**

**ASSESSMENT/PLAN:**
Javier TAPIA is a 36 year old incarcerated male who is a poor historian, with a past medical history significant for distant IVDU, presenting to the ED today c/o swelling, pain, and redness of his left foot and leg. After evaluation in the ED he was admitted for phlegmasia cerulea dolens of his left lower extremity, with management assistance per vascular surgery.

*Major plan/changes today (see below for specifics)*
- *Heparin gtt*
- *Vascular to reassess tomorrow*

**#Phlegmasia cerulea dolens of Left LE**
Vascular US showing extensive clot burden, with ABI and Xrays unremarkable, no current infectious process suspected. Etiology still unknown, with minimal history per interview. Given unknown timeline, difficult to assess whether surgical/catheter intervention is necessary now vs am, and to what extent his limb is salvageable. Hepatitis panel negative.
- Vascular consult, appreciate recommendations. Will see and reassess in am
- Heparin gtt, will plan to bridge to warfarin per pharmacy
- Pending labs: ANA, ANCA, APA, smear; consider further imaging for occult cancer
- Morphine, tylenol PRN for pain
- FU blood cultures

**#AKI**
Likely secondary to rhabdomyolysis vs prerenal (BUN/Cr). However, could consider rare etiology like vasculitis, nephrotic syndrome, etc if this fails to improve w/ fluids.
- IV fluids, trend Cr
- UA/UC pending

**#Rhabdomyolysis**
Secondary from soft tissue injury as above. Unclear if trending upward (more acute) or downward (subacute timeline). Likely related to elevated AST, lactate, and WBC.
- Recheck CK levels Q6H
- IV fluids as above

**#Personality changes**
Per guards, pt had been "trustee," very easy to hold a conversation with, just a few months ago. Apparently reported ingestion of toxic material (cleaner of some kind?) but unconfirmed. Consider systemic process (rheum/vasculitis), metabolic, vascular (hypercoagulabe right now).
- Consider MRI brain later in admission, further workup after LE addressed

**Chronic conditions:**
Hx IVDU - no recent use as patient has been incarcerated

**#FEN-**
Diet orders - Full diet, no need to be NPO for now

<table>
<tr><td>TACOMA GENERAL<br>HOSPITAL<br>315 MLK JR WAY<br>TACOMA WA 98405-4234<br>EMR SN v7.1</td><td>TAPIA, Javier<br>MRN: 858586, DOB: ███████ Sex: M</td></tr>
</table>

TAPIA, JAVIER AMADO 1011290 (2018167002)

Printed by 45286 at 10/4/18 1:31 PM

NAPHCARE 000034

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**H&P by Lucas P Labine, MD at 10/01/18 1829 (continued)**
IVF - NS @ 100 ml/hr

**Admission status-** Inpatient, PCU
**Code status-** FULL
**Consults-** ACSS, vascular surgery

**Other:**
- Access: PIV
- Activity: assistance, currently incarcerated requiring police
- DVT ppx - on heparin gtt
- PUD ppx - None

**Dispo:** Pending further evaluation and medical management.

My exam findings, assessment and plan of care, including in-patient status, were discussed with the attending, Dr. Shah, and orders placed in EPIC. Please refer to the attending's note for further details.

Lucas P Labine, MD
Tacoma Family Medicine, PGY-1
Tiger text: 253.252.5288 

*For questions regarding this patient, please Tiger Text the **primary team** (253.252.5288) M-F between the hours of **6am and 6pm**. For questions at night, between the hours of **6pm and 6am**, or **weekends**, please page the **TFM on-call resident (TFM R1 Cross-cover Call on TigerText) pager at 253-204-3755**. Thank you.*

## END OF SELECTED NOTES REPORT

**Selected Notes/Transcriptions**

**Progress Notes by Chrystal Buchanan, PA-C at 10/02/18 1020**

Author: Chrystal Buchanan, PA-C | Service: (none) | Author Type: Physician Assistant
Filed: 10/02/18 1031 | Date of Service: 10/02/18 1020 | Status: Cosign Needed
Editor: Chrystal Buchanan, PA-C (Physician Assistant) | | Cosign Required: Yes

Multicare Vascular Progress Note:

10/2/2018 10:20 AM
Javier TAPIA is a 36 year old male
Chief Complaint: DVT, lower leg swelling
Admission Date: 10/1/2018
Consulting Surgeon: Dr Garcia

Interval Events:

TACOMA GENERAL HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: ▮▮▮, Sex: M

Exhibit ___11 O___
Witness L A B I N E, L .
Date ___1 · 9 · 2 0 2 4___

Buell Realtime Reporting
(206) 287-9066

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/02/18 1224 (continued)**

| Result | Value | Ref Range |
|---|---|---|
| Heparin unfraction | 0.47 | 0.30 - 0.70 IU/mL |

O TYPE AND SCREEN
Collection Time: 10/02/18 11:35 AM

| Result | Value | Ref Range |
|---|---|---|
| Expiration date | 10/05/2018 | |

IMAGING:
O Vas Duplex Venous Ivc/iliac, Result Date: 10/1/2018
PRELIMINARY TECHNOLOGIST FINDINGS:
The IVC and right iliac veins appear patent where seen by 2D grayscale and color doppler. The left external iliac vein where seen has silent doppler and absent color fill. Unable to see proximal endpoint of material in the left iliac veins due to overlying bowel gas (consistent with prior findings). Phi-Hung Nguyen, RVT

O Vas Duplex Venous Lwr Ext Left, Result Date: 10/1/2018
IMPRESSION:
Subacute DVT of left common femoral vein, femoral vein, popliteal vein, posterior tibial vein, peroneal vein, left gastrocnemius vein with acute DVT. Left Greater saphenous vein and left lesser saphenous vein occluded with subacute superficial thrombophlebitis. Right common femoral vein is patent. Thank you for this referral. Nicholas D Garcia, MD, FACS Pulse Heart Institute - Vascular Surgery Services Pager: (253) 280-3163

O Vas Ankle-brachial Index W/ Ppg, Result Date: 10/1/2018
IMPRESSION:
Resting right ABI 1.0 which indicates normal arterial perfusion. Resting left ABI 0.93 which indicates normal arterial perfusion. Triphasic waveform at ankles bilaterally. Right digit pressures pulsatile bilaterally Left 1st toe digit is pulsatile, 3rd, 5th toes are pulsatile. Left 2nd digit with flattened , left 4th digit is flattened flow. Thank you for this referral. Nicholas D Garcia, MD, FACS Pulse Heart Institute - Vascular Surgery Services Pager: (253) 280-3163

O Xr Foot 3+ View Complete Left, Result Date: 10/1/2018
IMPRESSION:
1. Moderate diffuse soft tissue swelling of the forefoot and lesser degree the midfoot region. No radiopaque foreign bodies are detected.
2. No acute fracture or dislocation left foot identified.

## END OF SELECTED NOTES REPORT

**Selected Notes/Transcriptions**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645**

TACOMA GENERAL
HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: ███████, Sex: M

Printed by 45286 at 10/4/18 1:31 PM

NAPHCARE 000047

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**

| Author: Lucas P Labine, MD | Service: (none) | Author Type: Resident |
|---|---|---|
| Filed: 10/03/18 1402 | Date of Service: 10/03/18 0645 | Status: Attested |
| Editor: Lucas P Labine, MD (Resident) | | Cosigner: Katherine S Landy, MD at 10/04/18 0717 |

Attestation signed by Katherine S Landy, MD at 10/04/18 0717 (Updated)

TFM Attending Note

I have interviewed and examined this patient independently, and reviewed his case with resident Lucas Labine, MD. I confirm his note.

Patient admitted 10/1/18 from jail (currently incarcerated) for painful and swollen left leg with blackened foot. History is unclear, but it sounds like this process may have been going on for weeks. Per correctional officers, patient has also had a relatively sudden change in behavior about 2 weeks prior to admission, as well as an approximately 20lb weight loss over a relatively short period of time. Patient has history of IVDU, does not report any recent use. No known fevers. No known family history of clotting disorder, and patient is not a smoker. Reported history of schizophrenia which apparently has not been treated for years.

Today pt states he is still having significant pain in his leg, despite starting the PCA yesterday. He is "not sleeping" due to the pain. He is concerned that the medical team is being cursory and not treating humanely due to his being incarcerated and his history with drug use.

BP 134/85 | Pulse 95 | Temp (Src) 99 (Oral) | Resp 16 | Ht 5' 7" (1.702 m) | Wt 147 lb 14.4 oz (67.087 kg) | SaO2 98%

GEN: Lying in bed, cooperative, distress due to pain
CV: RRR, no murmur.
PULM: Clear to ascultation, no accessory use.
ABD: NABS, soft, no masses or HSM.
EXT: L leg circumferentially swollen and erythematous, tender, all toes on L foot blackened with worsening blistering and slightly warmer to touch than yesterday, this extends to midfoot
PSYCH: Able to express his thoughts an ideas but in a roundabout manner, not always making immediate sense

Per SW evaluation, patient has capacity for medical decision making

I agree with the diagnosis and treatment plan of:
1. Phlegmasia cerulea dolens of LLE: Very significant clot burden likely causing venous outflow obstruction and swelling, which has probably caused compartment syndrome, rhabdomyolysis, and lack of arterial flow to the distal extremity. Now with gangrenous changes to L foot. Agree with continuing heparin gtt, appreciate vascular surgery recommendations. Spoke with Dr. Garcia today, who would like to buy time to medically revascularize as much as possible in order to do the least amount of amputation possible. Agree with coagulopathy workup, will also likely need oncologic workup when more stable. Agree with adding basal morphine dose to PCA, and stopping other narcotics. Assured pt that we are doing all we can to salvage what we can of his limb, and that the medical team is well aware of what a drastic and life-changing step an amputation will be for him. Per Dr. Garcia, will try catheter directed thrombolysis in an attempt to revascularize thigh area, in hope of minimizing the limb amputation (BKA rather than AKA).

| TACOMA GENERAL HOSPITAL 315 MLK JR WAY TACOMA WA 98405-4234 EMR SN v7.1 | TAPIA, Javier MRN: 858586, DOB: ▮▮▮▮ Sex: M |
|---|---|

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**

2. AKI:  Likely due to rhabdomyolysis, improving with IV fluids.  Cr improving, continue to follow.

3. Rhabdomyolysis:  As above, continue fluids and trend CK levels.

4. Mental status changes:  Unclear etiology, could be due to azotemia / uremia, opiate pain meds, vs other metabolic or vasculitis process, vs neoplasm.  Agree that pt will likely need brain imaging, as well as chest/abdomen/pelvix CT to evaluate for possible neoplasm, when more stable.

5. History IV drug use:  No known recent use, though being incarcerated does not rule it out.  No fever or heart murmur.  Urine drug screen not done in ED.

6. Reported history of paranoid schizophrenia in distant past, unclear if this is an active diagnosis.  Continue to monitor behavior and thought content.  No clear indication for psychiatric intervention at this time.

7. Severe malnutrition - see dietician note.  Will benefit from oral nutritional supplementation when able to eat

Appreciate excellent care of vascular surgery team

Katherine Landy MD
10/3/2018

## INPATIENT PROGRESS NOTE 10/3/2018

### ASSESSMENT/PLAN:

Javier TAPIA is a 36 year old incarcerated male who is a poor historian, with a past medical history significant for distant IVDU, presenting to the ED today c/o swelling, pain, and redness of his left foot and leg. After evaluation in the ED he was admitted for phlegmasia cerulea dolens of his left lower extremity, with management assistance per vascular surgery.

*Major plan/changes today (see below for specifics)*
- *Vascular plans to proceed with catheter directed thrombolysis*
- *PCA for pain control*

### #Phlegmasia cerulea dolens of Left LE

Vascular US showing extensive clot burden, with ABI and Xrays unremarkable, no current infectious process suspected. Etiology still unknown. Given unknown timeline, difficult to assess to what extent his limb is salvageable. Hepatitis panel, TSH negative, ANA and cardiolipin ab negative. Low plts, w/ leukocytosis, possibly related to systemic process. Vascular surgery had extensive discussion about catheter directed thrombolytics vs. Amputation vs. Fasciotomy. Patient would like to try thrombolytics first and vascular has agreed to try this. Do not expect complete resolution of clot, but hopeful to reduce level at which amputation will occur.
- Vascular consult, appreciate recommendations and care
- Heparin gtt, long term plan for warfarin therapy but holding for possible intervention
- Protection of left heel w/ betadine coating on toes
- Pending labs: ANCA, smear; consider further imaging for occult cancer once AKI resolved
- PCA for pain control, Interval 10 min w/ adding basal rate of 1mg /hr

---

| TACOMA GENERAL | TAPIA, Javier |
| HOSPITAL | MRN: 858586, DOB:▮▮▮▮ Sex: M |
| 315 MLK JR WAY | |
| TACOMA WA 98405-4234 | |
| EMR SN v7.1 | |

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**
- FU blood cultures - no growth x2 days

**#AKI** - improved
Cr to 1.65, baseline appears to be ~0.8, which Cr returned to 10/3 (0.86) Likely secondary to rhabdomyolysis vs prerenal (BUN/Cr). Fluid responsive. However, could consider rare etiology like vasculitis, nephrotic syndrome, etc if this fails to improve w/ fluids. Normal UA.
- Trend Cr

**#Rhabdomyolysis**
Secondary from soft tissue injury as above. Trending downwards, likely indicating subacute process. Likely related to elevated AST, lactate, and WBC.
- With improved Cr, discontinued fluids

**#Personality changes**
Per guards, pt had been "trustee," very easy to hold a conversation with, just a few months ago. Apparently reported ingestion of toxic material (cleaner of some kind?) but unconfirmed. History of paranoid schizophrenia at age 18, briefly on zyprexa, but has not been on any antipsychotics since then. Consider systemic process (rheum/vasculitis), metabolic, vascular (hypercoagulabe right now).
- Consider MRI brain later in admission, further workup after LE addressed

**#FEN-**
Diet orders - likely full diet after thrombolysis
Discontinued fluids, received IVF - NS @ 100 ml/hr for 2 days

**Admission status-** Inpatient, PCU
**Code status-** FULL
**Consults-** ACSS, vascular surgery

**Other:**
- Access: PIV
- Activity: assistance, currently incarcerated requiring police supervision
- DVT ppx - on heparin gtt
- PUD ppx - None
- Bowel - senna and miralax

**Dispo:** Pending further evaluation and medical management.

My exam findings, assessment and plan of care, including in-patient status, were discussed with the attending, Dr. Landy, and orders placed in EPIC. Please refer to the attending's note for further details.

Lucas P Labine, MD
Tacoma Family Medicine, PGY-1
Tiger text: 253.252.5288

*For questions regarding this patient, please Tiger Text the **primary team** (253.252.5288) M-F between the hours of **6am and 6pm**. For questions at night, between the hours of **6pm and 6am**, or weekends, please*

TACOMA GENERAL          TAPIA, Javier
HOSPITAL                MRN: 858586, DOB:        Sex: M
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

Page 33                                  Printed by 45286 at 10/4/18  1:31 PM
TAPIA, JAVIER AMADO 1011290 (2018167002)            NAPHCARE 000050

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**

*page the **TFM on-call resident (TFM R1 Cross-cover Call on TigerText) pager at 253-204-3755**. Thank you.*
---------

**SUBJECTIVE**:

<u>Overnight events</u>:  Patient presents more frustrated and in pain this morning, is annoyed at having to talk with so many people, feels that he is being treated differently than other patients given his incarcerated status, distant hx of IV drug use. He continues to have severe pain and feels that we are not doing everything we can to save leg
<u>Nursing Notes</u>: Reviewed .
<u>Consult Notes</u>: Reviewed .
<u>Procedure Note(s)</u>: None yet.

<u>MEDICATIONS</u>:
Scheduled:

| | | |
|---|---|---|
| senna-docusate | 1 Tab | daily |
| oxycodone | 5-10 mg | q6h |
| heparin | 40 Units/kg | per protocol |
| heparin | 80 Units/kg | per protocol |
| saline flush (NS) 0.9% NaCl | 5-80 mL | q8h |

IV:

| | |
|---|---|
| dextrose 5% and 0.45% NaCl with KCL 20 mEq/L solution | Last Rate: 125 mL/hr at 10/03/18 0202 |
| morphine 1 mg/mL (adult opiate naive) PCA | |
| heparin 50 units/mL in 0.45% NaCl (1/2 NS) | Last Rate: 1,200 Units/hr (10/02/18 1924) |

PRN:

| | | |
|---|---|---|
| morphine | 2 mg | q5min PRN |
| naloxone | 0.1 mg | PRN |
| polyethylene glycol | 1 Packet | daily PRN |
| acetaminophen | 650 mg | q6h PRN |
| Or | | |
| acetaminophen | 650 mg | q6h PRN |
| ondansetron | 4 mg | q6h PRN |

**OBJECTIVE**:

TACOMA GENERAL          TAPIA, Javier
HOSPITAL               MRN: 858586, DOB: ▓▓▓▓ Sex: M
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**

VITALS: BP 130/76 | Pulse 96 | Temp (Src) 99 (Oral) | Resp 18 | Ht 5' 7" (1.702 m) | Wt 147 lb 14.4 oz (67.087 kg) | SaO2 98%, Temp (24hrs), Avg:98.6 °F (37 °C), Min:98.1 °F (36.7 °C), Max:99 °F (37.2 °C)

Intake/Output Summary (Last 24 hours) at 10/03/18 0645
Last data filed at 10/02/18 2200

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 960 ml            |
| Output | 1075 ml           |
| Net    | -115 ml           |

Wt Readings from Last 1 Encounters:
10/01/18      147 lb 14.4 oz (67.1 kg)


GENERAL APPEARANCE: Thin, tired appearing male, less tremulous than yesterday
HEAD: NC/AT. Temporal muscle wasting noted
EYES: PERRLA, EOMI. No conjunctival injection, no discharge, no scleral icterus.
ENT: Dental fillings present on lower teeth but otherwise good dentition.
CHEST: Lungs: CTA ant and post bilat. No wheezes, rales, or ronchi.
CV: RRR, no murmur, rubs, or gallops. Peripheral pitting edema of the left leg with tense anterior compartments, no edema of the right leg, other extremities warm to touch, left foot cold to touch. Radial and right pedal pulses present, left pedal pulses absent.
ABDOMEN: Soft, nontender, nondistended, no obvious hepatomegaly, splenomegaly, or masses appreciated. Normoactive BS.
SKIN: Warm, dry, and absent of obvious rashes and lesions other than his left lower extremity. **Toes were black, with expanding bullae around great toe, and rest of foot was streaked with erythema.** Fingers had spooning of the fingernails.
EXTREMITIES: Clubbing of the fingernails. Peripheral UE pulses palpable and equal, no palpable pulse in left LE.
NEURO: Alert, more talkative than prior. Memory intact. Able to lift lower extremity against gravity at knee, Unable to move left LE at ankle or toes due to pain. Hyperalgesia to left foot, sensation decreased on dorsum of left foot, CN 2-12 grossly intact. Grip strength 5/5. Strength 5/5 in LE, 2/5 in left leg.
PSYCHIATRIC: Mood - alert, frustrated and Affect - distant. No visual or auditory hallucinations. No tangential or circumferential thought processes. Judgement seemingly clear. Speech clear


TACOMA GENERAL
HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB:⬛⬛⬛ Sex: M

Page 35
TAPIA, JAVIER AMADO 1011290 (2018167002)

Printed by 45286 at 10/4/18  1:31 PM
NAPHCARE 000052

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**



Picture taken 10/3/18

TACOMA GENERAL
HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: ███████, Sex: M

TAPIA, JAVIER AMADO 1011290 (2018167002)

Printed by 45286 at 10/4/18  1:31 PM

NAPHCARE 000053

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**

LABS:

Labs in the last 24 hours
O CK ISOENZYMES
   Collection Time: 10/02/18  9:45 AM

| Result | Value | Ref Range |
|---|---|---|
| CK | 653 (H) | 0 - 200 IU/L |
| CK-MB | 4.2 | 0.0 - 5.1 ng/mL |
| Interpretation | Normal CK-MB Fraction | |

O HEPARIN UNFRACTIONATED
   Collection Time: 10/02/18  9:45 AM

| Result | Value | Ref Range |
|---|---|---|
| Heparin unfraction | 0.47 | 0.30 - 0.70 IU/mL |

O CROSSMATCH RBC ADDL UNIT
   Collection Time: 10/02/18 11:35 AM

| Result | Value | Ref Range |
|---|---|---|
| Units ordered | 2 | |
| Expiration date | 10/05/2018 | |
| Unit number | W127818104273 | |
| Blood component type | Leukoreduced red cells | |
| Unit division | 0 | |
| Status of unit | Allocated | |
| Transfusion status | Testing complete | |
| Crossmatch result | Compatible | |
| Unit number | W127818503058 | |
| Blood component type | Leukoreduced red cells | |
| Unit division | 0 | |
| Status of unit | Allocated | |
| Transfusion status | Testing complete | |
| Crossmatch result | Compatible | |

O TYPE AND SCREEN
   Collection Time: 10/02/18 11:35 AM

| Result | Value | Ref Range |
|---|---|---|
| ABO/Rh(D) | A Positive | |
| Antibody screen | Negative | |
| Expiration date | 10/05/2018 | |

O HEPARIN UNFRACTIONATED
   Collection Time: 10/03/18  2:18 AM

| Result | Value | Ref Range |
|---|---|---|
| Heparin unfraction | 0.34 | 0.30 - 0.70 IU/mL |

O PROTHROMBIN (PT)
   Collection Time: 10/03/18  2:18 AM

| Result | Value | Ref Range |
|---|---|---|
| Protime | 20.2 (H) | 11.3 - 15.2 sec |
| INR | 1.67 | 0.0 - 3.5 |
| Therapeutic range | 2.0-3.0 | |

TACOMA GENERAL
HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: ▓▓▓▓▓2, Sex: M

TAPIA, Javier (MR # 858586)

## Selected Notes/Transcriptions (continued)

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**

|  | |  |
|---|---|---|
| Intensive range | 2.5-3.5 | |

O BASIC METABOLIC PANEL
Collection Time: 10/03/18  2:18 AM

| Result | Value | Ref Range |
|---|---|---|
| Na | 132 (L) | 135 - 145 mmol/L |
| K | 4.2 | 3.6 - 5.3 mmol/L |
| Cl | 103 | 98 - 109 mmol/L |
| CO2 | 21 | 21 - 28 mmol/L |
| Anion gap w/o K | 8 | 7 - 15 |
| BUN | 31 (H) | 8 - 24 mg/dL |
| Creatinine | 0.89 | 0.7 - 1.5 mg/dL |
| GFR non African Amer | 97 | >59 mL/min |
| GFR African American | 117 | >59 mL/min |
| Glucose | 106 | 65 - 120 mg/dL |
| Calcium | 7.8 (L) | 8.5 - 10.5 mg/dL |

O CBC WITH DIFF
Collection Time: 10/03/18  2:18 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 18.27 (H) | 4.00 - 12.00 K/uL |
| RBC | 4.11 (L) | 4.50 - 6.00 mil/uL |
| Hgb | 12.0 (L) | 14.0 - 18.0 g/dL |
| Hct | 35.6 (L) | 40 - 54 % |
| MCV | 86.6 | 80 - 98 fL |
| MCH | 29.2 | 27 - 33 pg |
| MCHC | 33.7 | 32 - 37 g/dL |
| RDW | 12.7 | 11.5 - 15.0 % |
| Plt | 157 | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 13.21 (H) | 1.80 - 7.80 K/uL |
| Abs immature grans | 0.86 (H) | 0.00 - 0.05 K/uL |
| Abs lymphs | 1.90 | 0.80 - 3.30 K/uL |
| Abs monos | 2.08 (H) | 0.10 - 1.00 K/uL |
| Abs eos | 0.15 | 0.00 - 0.40 K/uL |
| Abs basos | 0.07 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 72.3 | % |
| Immature grans | 4.7 (H) | 0.0 - 0.6 % |
| Lymphs | 10.4 | % |
| Monos | 11.4 | % |
| Eos | 0.8 | % |
| Basos | 0.4 | % |
| NRBC | 0.0 | 0.0 /100 WBC |
| Plt estimate | Adequate | |
| RBC morphology | Normal | |

## IMAGING:

TACOMA GENERAL
HOSPITAL
315 MLK JR WAY
TACOMA WA 98405-4234
EMR SN v7.1

TAPIA, Javier
MRN: 858586, DOB: ▮▮▮ Sex: M

TAPIA, JAVIER AMADO 1011290 (2018167002)

NAPHCARE 000055

TAPIA, Javier (MR # 858586)

**Selected Notes/Transcriptions (continued)**

**Progress Notes by Lucas P Labine, MD at 10/03/18 0645 (continued)**

O Vas Duplex Venous Ivc/iliac, Result Date: 10/1/2018
PRELIMINARY TECHNOLOGIST FINDINGS:
The IVC and right iliac veins appear patent where seen by 2D grayscale and color doppler. The left external
iliac vein where seen has silent doppler and absent color fill. Unable to see proximal endpoint of material in the
left iliac veins due to overlying bowel gas (consistent with prior findings). Phi-Hung Nguyen, RVT

O Vas Duplex Venous Lwr Ext Left, Result Date: 10/1/2018
IMPRESSION:
Subacute DVT of left common femoral vein, femoral vein, popliteal vein, posterior tibial vein, peroneal vein, left
gastrocnemius vein with acute DVT. Left Greater saphenous vein and left lesser saphenous vein occluded with
subacute superficial thrombophlebitis. Right common femoral vein is patent. Thank you for this referral.
Nicholas D Garcia, MD, FACS Pulse Heart Institute - Vascular Surgery Services Pager: (253) 280-3163

O Vas Ankle-brachial Index W/ Ppg, Result Date: 10/1/2018
IMPRESSION:
Resting right ABI 1.0 which indicates normal arterial perfusion. Resting left ABI 0.93 which indicates normal
arterial perfusion. Triphasic waveform at ankles bilaterally. Right digit pressures pulsatile bilaterally Left 1st toe
digit is pulsatile, 3rd, 5th toes are pulsatile. Left 2nd digit with flattened , left 4th digit is flattened flow. Thank
you for this referral. Nicholas D Garcia, MD, FACS Pulse Heart Institute - Vascular Surgery Services Pager:
(253) 280-3163

O Xr Foot 3+ View Complete Left, Result Date: 10/1/2018
IMPRESSION:
1. Moderate diffuse soft tissue swelling of the forefoot and lesser degree the midfoot region. No radiopaque
foreign bodies are detected.
2. No acute fracture or dislocation left foot identified.

Noncontrast enhanced CT left foot, 10/1/2018 5:45 PM.
IMPRESSION:
Soft tissue swelling, with otherwise no evidence for osteomyelitis or
other acute bony abnormality at this time.

## END OF SELECTED NOTES REPORT

**Selected Notes/Transcriptions**

**Progress Notes by Nicholas D Garcia, MD at 10/03/18 0811**

Author: Nicholas D Garcia, MD        Service: (none)                      Author Type: Physician
Filed: 10/03/18 0836                 Date of Service: 10/03/18 0811       Status: Signed
Editor: Nicholas D Garcia, MD (Physician)

**Multicare Vascular Progress Note:**

10/3/2018 8:11 AM
Javier TAPIA is a 36 year old male

                                    TACOMA GENERAL          TAPIA, Javier
                                    HOSPITAL                MRN: 858586, DOB: ███████, Sex: M
                                    315 MLK JR WAY
                                    TACOMA WA 98405-4234
                                    EMR SN v7.1

TAPIA, JAVIER AMADO 1011290 (2018167002)                         NAPHCARE 000056