# EXHIBIT 7

National Commission on Correctional Health Care

**MH-E-07**  **SEGREGATED INMATES**
*essential*

### Standard

The mental health of *segregated* inmates is monitored regularly.

### Compliance Indicators

1. On notification that an inmate is placed in segregation, mental health staff reviews the inmate's mental health record to determine whether existing mental health needs contraindicate the placement or require accommodation. Such review is documented in the clinical record.
2. For inmates housed in segregation, qualified mental health professionals provide mental health services according to established treatment plans and respond in a timely manner to referrals.
3. Monitoring of a segregated inmate is based on the degree of isolation:
   a. Inmates under *extreme isolation* with little or no contact with other individuals are monitored daily by medical staff and at least once a week by qualified mental health professionals.
   b. Inmates who are segregated and have limited contact with staff or other inmates are monitored 3 days a week by medical or qualified mental health professionals.
   c. Inmates who are allowed periods of recreation or other routine social contact among themselves while being segregated from the general population are checked weekly by a medical or qualified mental health professional.
4. Documentation of segregation rounds is made on an individual log or cell card, or in an inmate's mental health record, and includes:
   a. The date and time of the contact
   b. The signature or initials of the mental health staff member making the rounds
5. Significant mental health findings are documented in the inmate's mental health record.
6. Mental health staff promptly identify and inform custody officials of inmates who are physically or psychologically deteriorating and those exhibiting other signs or symptoms of failing mental health.
7. Mental health staff inform custody officials of the latest scientific information concerning any health effects of segregation.
8. All aspects of the standard are addressed by written policy and defined procedures.

86

## Definitions

*Segregated* inmates are those isolated from the general population and who receive services and activities apart from other inmates. Facilities may refer to such conditions as administrative segregation, protective custody, disciplinary segregation, or a supermax tier. Some facilities, such as supermax or lockdown, have all inmates in a segregated status. For the purposes of this standard, the living and confinement conditions define the segregated status, not the reason an inmate was placed in segregation.

*Extreme isolation* refers to situations in which inmates encounter staff or other inmates fewer than three times per day.

## Discussion

The intent of this standard is that mental health staff monitor segregated inmates for signs of mental or physical decompensation. Persons in segregated environments are vulnerable to mental illness and often experience irritability, anxiety, or depression.

Segregation policies can be most effective if developed jointly by custody, medical, and mental health staff. It is important to coordinate procedures to ensure that segregated inmates who are on the mental health caseload are appropriately monitored and managed. Mental health staff should receive regular feedback on the inmate's mental health behaviors observed by medical and custody staff during routine segregation checks.

When a segregated inmate requests mental health care, arrangements are made for triage and, if appropriate, examination and treatment in a clinical setting. Segregation rounds are required in addition to whatever mechanism is in place for inmates to request mental health services (see MH-E-05 Nonemergency Mental Health Care Requests and Services).

Policies should address how vulnerable populations such as adolescent, elderly, pregnant, or mentally ill inmates are managed in segregation. Because segregation can exacerbate preexisting conditions, staff should be extra cautious when placing vulnerable inmates in segregation.

Mental health staff should provide medical and custody staff with clear guidelines regarding behaviors, verbal statements, medication refusals, and cell conditions that require a mental health referral.

Inmates who are seriously mentally ill should not be confined under conditions of extreme isolation; rather, alternative programs that address underlying mental health problems should be considered. Many correctional systems screen for the

presence of serious mental illness so that such inmates are not eligible for the supermax facility or program or long-term placement in segregation.

The mental health rounds on patients with serious mental illness in segregation should take place according to a plan that will decrease the likelihood of problems during the weekend.

88