EXHIBIT 8

National Commission on Correctional Health Care

**MH-G-02**  **MENTAL HEALTH PROGRAMS AND RESIDENTIAL UNITS**
*essential*

### Standard

When offered on-site, *mental health programs* or *residential units* meet the serious mental health needs of patients.

### Compliance Indicators

1. Mental health programs without a residential component, when provided on-site, are approved by the responsible mental health clinician and have, at a minimum:
   a. Defined goals
   b. Mental health staff of sufficient numbers and kind in keeping with program purposes
   c. Individual treatment plans
   d. Protocols for patient follow-up at least every 60 days

2. *Acute mental health residential units*, when provided on-site, are consistent with their defined scope of care to provide for patients who are psychotic, clinically unstable, acutely suicidal, or at imminent risk of self-harm, and have, at a minimum:
   a. Continuous (24 hours per day, 7 days per week) coverage by mental health staff assigned to the unit
   b. Orientation and training for correctional officers assigned to the unit
   c. Daily (7 days per week) patient evaluation by mental health staff
   d. Programming or appropriate therapies, if indicated
   e. Individual treatment plans
   f. Housing in a *safe and therapeutic environment* conducive to symptom stabilization and maintenance of good personal hygiene

3. Nonacute mental health residential units, when provided on-site, have, at a minimum:
   a. A defined scope of care
   b. Either programming or appropriate therapies (or both) to meet the mental health needs of patients on the units
   c. Mental health staff of sufficient numbers and kind in keeping with the purpose of the unit
   d. Individual treatment plans
   e. Orientation and training for correctional officers
   f. A clean, *safe, therapeutic environment and milieu*, including facilities for maintaining good personal hygiene with guidance in the *activities of daily living*, if needed

4. All aspects of the standard are addressed by written policy and defined procedures.

## Definitions

*Mental health programs* are organized outpatient interventions, time-limited or ongoing, that include individual or group interventions for inmates regardless of their housing assignment.

*Mental health residential units* provide varying levels of care to meet the needs of the seriously mentally ill. These units can be of two types:

1. *Acute care residential units* are located in dedicated housing areas and offer stabilization and programming as indicated for those who are psychotic, clinically unstable (including acutely suicidal or at imminent risk of self-harm), or waiting for placement into an inpatient psychiatric setting. The goal of an around-the-clock acute care residential unit is to control psychotic symptoms, stabilize the patient, keep the patient safe, and improve activities of daily living.

2. *Nonacute care units* are short-term or permanent housing areas that provide services for those who are chronically mentally ill or experiencing situational stresses. Patients housed in such units typically require a lesser degree of mental health programming and supervision than acute care residential units. Examples of nonacute care units include transitional care units and step-down units.

The terms *safe and therapeutic environment,* as used in the acute care residential unit, and *safe, therapeutic environment and milieu,* as used in the nonacute care residential unit, are used to differentiate the expected degree of accommodation required in the usual correctional protocols and procedures so that incarceration itself does not negatively affect the mental health and functioning of patients. Such accommodations may include environmental enhancements such as paint colors or murals and areas for group interaction. *Milieu* refers to the nonverbal atmosphere in which social interaction takes place. Accommodations in this area may include the manner in which staff and patients greet each other or the use of a daily community meeting.

*Activities of daily living* generally refers to ambulation, bathing, dressing, feeding, and toileting. In the mental health field, guidance in accomplishing these tasks, rather than direct assistance, is sometimes required. In addition, decision making, keeping appointments, and social interaction are common issues encompassed in this term when working with the seriously and persistently mentally ill.

## Discussion

The intent of this standard is to establish the principles and practices for mental health programs and residential units offered in correctional facilities. It does not refer to inpatient psychiatric hospitalization, which is described elsewhere (see MH-D-05 Inpatient Psychiatric Care and MH-E-06 Emergency Services).

Mental health programs such as drug education, assertiveness training, stress management, and anger management offer education and therapeutic strategies to address behavior problems. These programs follow guidelines developed by qualified mental health professionals and may be conducted by specially trained mental health staff. Educational videotapes and other supplemental therapeutic materials are often used.

Acute care residential units are for inmates who pose a serious risk to themselves or others, but who are not in immediate need of inpatient hospitalization. Management of an acute care residential unit should incorporate the following:

1. Mental health staffing should be sufficient to enable each resident to have daily contact with a qualified mental health professional who orders needed therapeutic interventions, coordinates patient care, and recommends discharge from the unit.
2. The staffing plan should address the number of patients, the severity of their illnesses, and the number of mental health staff to manage the level of care for each.
3. When clinically indicated, psychotropic medications should be made available.
4. Patients should have increased monitoring and attention, individual and group therapies, and psychosocial activities. Their environment should be clean, safe, and adequate for their needs.
5. Custody staff should receive specialized training that includes de-escalation skills and treatment team participation.

Nonacute care residential units are short-term or permanent housing areas that provide mental health services for chronically mentally ill patients or for inmates experiencing situational stress. Management of a nonacute care residential unit should incorporate the following:

1. Patients should receive mental health programming and supervision, but to a lesser degree than in an acute care residential unit.
2. Mental health treatment staff should have weekly case conferences to review patient progress, coordinate services, and propose modifications in treatment strategy where necessary. This does not require that every patient be discussed every week but rather that conferences are held every week and that specific patients are discussed as clinically indicated.
3. Treatment goals should be documented and focused on reducing or stabilizing symptoms, attaining appropriate functioning, preventing relapse, and supporting patients in developing and pursuing their personal recovery plans.
4. Custody staff should receive special training so that they can be active contributors to the therapeutic goals of the unit.

Placement in and discharge from residential units of care should be based on the responsible mental health clinician's judgment or on the recommendation of a mental health treatment team.