# EXHIBIT 10

| | |
|---|---|
| **Department of Corrections** WASHINGTON STATE | OFFENDER I.D. DATA: **TAPIA, Javier** (Name, DOC#, DOB) **342752    3/3/1982** ProviderOne ID: **101485307WA**    12-19-19  9(0) |
| **CONSULTATION REQUEST / REPORT** | FACILITY/UNIT **SCCC H4** | ERD/PRD **7/11/2023** | REQUEST DATE **1/31/2019** |

☐ Interpreter needed – Language: ▓▓▓    Consult ID: 89433
SCHEDULE TYPE: ☐ Emergent    ☐ Urgent    ☒ Routine within    1    Month(s)

Proposed Intervention:    CRC for Prosthetics for left BTK prosthesis and accessories including stump preparation
                                    NAME OF PROVIDER/SPECIALTY TO BE SEEN OR PROCEDURE TO BE DONE

Data to be sent with the patient:  ☐ Lab    ☐ X-ray    ☐ H&P    ☐ MAR    ☐ progress note/PER/physician order
☐ Other: _____    ☒ None

Transportation needs:  ☒ Car    ☐ Wheel chair van    ☐ Ambulance    ☐ None

Diagnosis and Reason for consultation, summary of present findings and date of onset (for CRC review, include subjective, co-morbidities, previous interventions, medications, examination and diagnostics, ability to perform ADLs, if working, any pain, if applicable):

36 year old who had complicated septic clot of LLE, and during treatment was diagnosed with elevated factor VIII with recommendation for life long anticoagulation. After attempts to salvage the limb he underwent left BTK amputation. On exam there is still some scab at the lateral anterior aspect of the surgical scar, but no fluctuance, drainage, erythema, or other signs of infection (CRP, and plain films pending).

Allergies: **NA**,

☐ Series of appointments needed – Number of appointments:
☐ L&I Work injury – Claim # and Description: -

| | SIGNATURE AND TITLE OF REQUESTING PRACTITIONER    DATE Light, Scott M. |
|---|---|
| Provider One patient #: 101485307WA | Provider One authorization #: ▓▓▓ |
| CRC TYPE:    ☒ Medical    ☐ Dental    ☐ Hep C    ☐ MH    ☐ Psychiatry | |
| ☒ Level I by CRC | ☐ Level I by authorizing practitioner/designee |
| ☐ Level III by CRC | ☐ Level III by authorizing practitioner/designee |
| ☐ Out of state approval: | SIGNATURE AND TITLE OF APPROVING AUTHORITY    DATE Herrington, Ryan D.    2/1/2019 |

**CONSULTANT: Please complete reverse**

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Distribution:    **Original**-Health Record upon completion    **Copies**-as needed

DOC 13-053 (12/06/2012) POL    DOC 610.040    DOC 610.600    DOC 610.650    CONSULTATION

DEF PC 103274