# EXHIBIT 13

# Deposition of Jesus Tono Perez

# Tapia v. Naphcare, Inc., et al.

# September 14, 2023



**206.287.9066 | 800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Case 2:22-cv-01141-KKE   Document 175-13   Filed 11/25/24   Page 3 of 6

Tapia v. Naphcare, Inc., et al.                                             Jesus Tono Perez

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
_____

JAVIER TAPIA,                )
                             )
    Plaintiff,               )
                             )
    v.           ) No. C22-1141-JCC
                             )
NAPHCARE, INC., et al,       )
                             )
    Defendants.              )
_____      )

VIDEOTAPED VIDEOCONFERENCE DEPOSITION
UPON ORAL EXAMINATION

OF

JESUS TONO PEREZ
_____
TAKEN REMOTELY VIA VIDEOCONFERENCE
SPANAWAY, WASHINGTON

DATE TAKEN:  September 14, 2023
REPORTED BY:  Evelyn M. Adrean, RPR, FPR, CCR 22009424

## Page 2

A P P E A R A N C E S:

FOR PLAINTIFF:
RYAN D. DREVESKRACHT, ESQUIRE
CORINNE SEBREN, ESQUIRE
Galanda Broadman, PLLC
8606 35th Avenue NE, Suite L1
Seattle, Washington  98115
206-557-7509
ryan@galandabroadman.com
corinne@balandabroadman.com

FOR DEFENDANT NAPHCARE:
JACOB DEAN, ESQUIRE
Perkins Coie, LLP
1888 Century Park East
Los Angeles, California 90067-1721
310-788-3289
jacobdean@perkinscoie.com

JULIANA L. BENNINGTON, ESQUIRE
Perkins Coie, LLP
1201 3rd Avenue, Suite 4900
Seattle, Washington 98101-3095
206-359-3268
jbennington@perkinscoie.com

FOR DEFENDANT PIERCE COUNTY:

KRISTAL M. COWGER, ESQUIRE
Pierce County Prosecutor's Office
930 Tacoma Avenue South, Room 946
Tacoma, Washington  98402-2171
253-798-4265
kristalcowger@piercecountywa.gov

          * * * * *

ALSO PRESENT:  Michael Takos, Videographer

## Page 3

DEPOSITION OF JESUS TONO PEREZ
EXAMINATION INDEX

| EXAMINATION BY | PAGE |
|---|---|
| Mr. Dreveskracht | 6 |
| Mr. Dean | 100 |
| Ms. Cowger | 110 |
| Mr. Dreveskracht | 115 |
| Mr. Dean | 118 |

## Page 4

EXHIBIT INDEX

| EXHIBITS FOR IDENTIFICATION | PAGE |
|---|---|
| 1  Sick call chart | 59 |
| 2  Medical records from NaphCare | 87 |
| 3  Contract between Pierce County and NaphCare | 20 |
| 4  Medical chart | 89 |
| 5  Behavior Log | 77 |
| 6  9/17/18 Observation report | 74 |
| 7  9/29/18 Observation report | 91 |
| 8  9/13/18 Kite | 57 |
| 9  Training records | 95 |
| 10 Pierce County Sheriff's Department Mental Health Services Polices and Procedures Manual | 28 |
| 11 Pierce County Sheriff's Department Mental Health Services General Guidelines | 39 |
| 12 Basic Mental Health Services, Sheriff's Department Mental Health Services Policy and Procedures Manual | 49 |
| 13 Continuity of Care Policy, Continuity of Mental Health Care During Incarceration | 51 |
| 14 Credential verification letter | 55 |
| 16 Hospital medical records | 94 |
| 17 Hospital medical records, part 2 | 106 |

Case 2:22-cv-01141-KKE   Document 175-13   Filed 11/25/24   Page 4 of 6

Tapia v. Naphcare, Inc., et al.                                         Jesus Tono Perez

Page 57

1   Q. That's okay. That'll give us something to
2   start with.
3   A. Yeah.
4   Q. And so Dr. Balderrama is a -- is an MD, and
5   Azusa is an ARNP; is that correct?
6   A. Right.
7   Q. And do you know if either one of these, either
8   Dr. Balderrama or Azusa ever evaluated Mr. Tapia?
9   A. I do not know.
10  Q. Do you know if a referral was ever made?
11  A. Not by me.
12  Q. All right. I'm showing you now what's been
13  premarked as Exhibit 8. Are you familiar with this
14  document?
15  A. Yes, yes.
16  Q. And can you describe for me what it is?
17  A. It -- oh, is this the kite system?
18  Q. You tell me, but it looks like --
19  A. Yeah, I know. Yeah, I was confusing this with
20  the NaphCare notes but it's looking like, yeah, it's the
21  kite system. It says -- oh, yeah, yeah. Yeah, this is
22  the kite system. So this is the way inmates can
23  communicate with the -- with the mental health staff,
24  with the medical staff, with anybody, really, that's
25  available to them, chaplain services, yeah.

Page 58

1   Q. How does that work? Is it like -- do they --
2   do they have, like, some sort of an electronic system
3   that they type into, or how does that work?
4   A. Yeah. On the unit, they have a little kiosk, a
5   computer system where they can type a message to mental
6   health staff, and it looks like that's what happened
7   here.
8   Q. Okay. And does that -- what they typed in,
9   does that go into NaphCare's EMR system as well, or does
10  it -- is it a separate system?
11  A. I believe it's -- no. Oh, I don't know. I
12  don't know how that's connected. But they have access
13  to this too because I send them -- they -- I send them
14  kites from this. So I could -- like, I could send this
15  directly to them, they could send this directly to me.
16  So I'm not sure.
17  Q. Okay. But it's not part of their -- the
18  patient's medical record; is that fair to say?
19  A. I wouldn't even know how to answer that. I
20  don't know.
21  Q. Okay. Yeah, and I don't know how the system
22  works, so I'm --
23  A. Yeah.
24  Q. -- blind leading the blind here. So -- okay.
25  It looks like -- at least on this kite here, it looks

Page 59

1   like Mr. Tapia put in a -- a kite to see medical on
2   September 13th at 9:07 a.m. for insomnia; correct?
3   A. Okay. Yeah, that.
4   Q. And then it looks like at 1:44 a.m. the next
5   morning, he was informed that he was scheduled to see
6   the sick call nurse; is that correct?
7   A. Yes.
8   Q. And then I'm looking at what's been premarked
9   Exhibit 1. Are you familiar with this?
10  A. Yes.
11  Q. And can you describe for me what it is?
12  A. Yes. It's a sick call -- how do I say this?
13  Sick call chart. Basically, the nurses would
14  communicate to us directly and let us know what's going
15  on with an inmate.
16  Q. Okay. And then it looks like -- again, so
17  there was a response to Mr. Tapia's September 13th kite,
18  and they said the next morning he was informed that he
19  was going to see a sick nurse -- a sick call nurse. And
20  then on the 14th, it looks like, later on that day,
21  you -- you canceled Mr. Tapia's medical kite; is that
22  correct?
23  A. Yeah, yeah. It looks like that's what I did.
24  Q. And so why were you responding to medical
25  kites?

Page 60

1   A. So I think -- so what happens is -- if I can
2   remember back in 2018 -- though it still happens now --
3   what we were doing at that time, we're trying to help --
4   so the system was getting bogged down. Like, there's so
5   many kites coming in throughout the time, that we wanted
6   everybody to be communicating directly. So this -- so
7   for example, Mr. Tapia had -- he needed to kite me
8   directly, he didn't need to kite medical about insomnia,
9   for example. So there's a way for him to communicate
10  that directly to me which is why I wanted them to say,
11  hey, he needs to communicate directly to me, you don't
12  need to go to the -- to the nursing staff and then --
13  and then to me, you know, like cut out middleman,
14  basically and --
15  Q. Okay.
16  A. And that's the way of training staff and the
17  inmates too, because the inmates catch on pretty quickly
18  that, oh, shoot, this is the way I got to do it, and
19  they'll talk and communicate to one another. So that
20  was basically an attempt to try and not bog down the
21  system where it's like, just communicate directly to me,
22  and then I'll address it through the kite system.
23  Because this way, I can talk to him directly through the
24  kite system. He'll -- he'll make a comment, I'll
25  respond to it, then he can respond to me again and then

Case 2:22-cv-01141-KKE   Document 175-13   Filed 11/25/24   Page 5 of 6

Tapia v. Naphcare, Inc., et al.                                    Jesus Tono Perez

Page 117

1  observe that or that you do not recall?
2        MS. COWGER: Object to the form of the
3  question.
4     A. Yeah, I -- yeah, I wouldn't recall. Yeah, it
5  wasn't something that was -- yeah, no, I don't know.
6     Q. Okay. And I believe you stated earlier that
7  you do not know whether Mr. Tapia's mental health
8  symptoms resolved as a -- as a result of any particular
9  diagnosis; correct?
10     A. Right.
11     Q. Let me ask you this: In your experience as a
12  mental health professional, do you understand that
13  mental health symptoms can sometimes present or resolve
14  as a result of underlying medical conditions?
15        MR. DEAN: Objection to form.
16        MS. COWGER: Same objection.
17        MR. DEAN: Speculation.
18     A. Yes, yes.
19        MR. DREVESKRACHT: Okay. I don't have any
20  other questions.
21        MR. DEAN: I have one follow-up question.
22  Can you put that exhibit back up, Ryan?
23        MR. DREVESKRACHT: Yeah.
24
25

Page 118

1           R E E X A M I N A T I O N
2  BY MR. DEAN:
3     Q. For the 9/28 entry that we're looking at right
4  there, it says that Mr. Tapia would not answer or did
5  not respond; correct?
6     A. Yes.
7     Q. Doesn't say he's incapable of answering or
8  incapable of responding; correct?
9     A. Correct.
10     Q. All you wrote is that he did not respond;
11  right?
12     A. Yes.
13     Q. You testified earlier it's not an ordinary --
14  or out of the ordinary to have an inmate refuse to talk
15  to mental health; correct?
16     A. Right.
17     Q. And we also talked about some of these other
18  entries. So just to make -- make sure that we're clear,
19  you weren't present for any of Mr. Nealis' assessments
20  of Mr. Tapia noted below; correct?
21     A. Correct.
22     Q. So your only personal knowledge is
23  September 28th, 2018 when you met with Mr. Tapia; right?
24     A. Yes.
25     Q. And again, you don't know if he was nonverbal,

Page 119

1  you just know that he didn't answer your questions --
2     A. Right.
3     Q. -- right? And that could be for many different
4  reasons; right?
5     A. Right, right.
6        MR. DEAN: That's it.
7        MR. DREVESKRACHT: Nothing else here.
8        MS. COWGER: Nothing here.
9        THE VIDEOGRAPHER: This marks the end of the
10  deposition of Jesus Perez. We are off the record at
11  11:48 a.m.
12        THE REPORTER: Ryan, are you ordering the
13  transcript?
14        MR. DREVESKRACHT: Yes, please. Just a PDF,
15  and I don't need the exhibits.
16        MS. COWGER: I'll order a copy.
17        MS. BENNINGTON: We will order a copy.
18     (Deposition concluded at 11:48 a.m.)
19     (Reading and signing was not requested
20        pursuant to FRCP Rule 30(e).
21
22
23
24
25

Page 120

1              C E R T I F I C A T E
2
3  STATE OF WASHINGTON
4  COUNTY OF WHATCOM
5
6
7    I, Evelyn M. Adrean, RPR, a Certified Shorthand
8  Reporter in and for the State of Washington, do hereby
9  certify that the foregoing transcript of the deposition
10  of JESUS TONO PEREZ, having been duly sworn on
11  SEPTEMBER 14, 2023, is true and accurate to the best of
12  my knowledge, skill, and ability. Reading and signing
13  was not requested pursuant to FRCP Rule 30(e).
14      IN WITNESS WHEREOF, I have hereunto set my hand
15  and seal this 20th day of September 2023.
16
17
18  _____
19  EVELYN M. ADREAN, CCR, RPR
20
21
22
23
24
25

7/27/2020 2:26:32 PM CDT

NaphCare, Inc.
910 Tacoma Ave. S
Suite 4000
Tacoma, WA 98402

# Sick Calls - TAPIA, JAVIER 2018167002

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Nurse | 1/10/2017 | c/o fever, HA, "head cold" | 1/15/2017 |
| Dental Annual | 7/31/2017 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Dental Annual | 9/19/2017 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Dental Annual | 4/17/2018 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Dental Annual | 5/25/2018 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Mental Health Professional | 9/14/2018 | c/o insomnia, Cancelled by jesus.perez on 9/14/2018 Reason: Please encourage I/M to kite MH office with current needs. | 9/14/2018 |
| Medical Provider | 9/29/2018 | Mental Health ask that a Provider evaluate inmate to R/O any Medical issues see note dated 9/29/18. | 10/1/2018 |
| Medical Provider | 10/30/2018 | monitor wound care as well as INR | 10/30/2018 |
| Medical Provider | 11/9/2018 | NEEDS COUMADIN RESTARTED AFTER INR CHECK | 11/12/2018 |
| Chronic Care | 11/22/2018 | Bleeding or Coagulation Disorders | |
| Dental Annual | 4/12/2019 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |

09.14.2023
Perez
**1**
Buell Realtime Reporting