# EXHIBIT 14



NaphCare, Inc.
910 Tacoma Ave. S
Suite 4000
Tacoma, WA 98402

10/27/2020 2:26:28 PM CDT

# ER REFERRAL - Completed by: Ashley Valencia Chalk RN on 10/1/2018 12:14:11 PM CDT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | TAPIA, JAVIER AMADO | **#:** | 1011290 (2018167002) | **Lang:** | | **PICTURE NOT AVAILABLE** |
| **DOB:** | ▇▇▇ (Age=38) | **Sex:** | M | **Race:** | A | |
| **Housing:** | MAIN-4S-4SB 1 | **SSN#:** | **HIDDEN** | **Type:** | | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 6/16/2018 2:00:00 AM CDT | **Release:** | 11/14/2018 12:09:27 PM | |

## Mode of Transportation:

- ☑ Squad Car
- ☐ Ambulance
- ☐ Other (please describe)

Other:

## Please mark the reason:

- ☐ Abdominal Pain
- ☐ AMS
- ☐ Anemia/Other Hematological
- ☐ Asthma/Other Respiratory
- ☐ Bleeding/Hemorrhage
- ☐ Chest Pain
- ☐ Diabetes/Hyper-Hypo-glycemia
- ☐ Fever/Infection
- ☐ Hepatic/Cirrhosis
- ☐ Hypertension/Cardiovascular
- ☐ Kidney Disease/ESRD
- ☐ Laceration
- ☐ OB/GYN
- ☐ Orthopedic Injury
- ☐ Pain
- ☐ PREA
- ☐ Seizure
- ☐ Stroke/Other Neurological
- ☐ Suicide Attempt
- ☐ Suspect Overdose
- ☐ Trauma/Injury
- ☑ Other

**Provide Details:**

Suspected gangrene

☐ Patient Refused

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) |
|---|---|---|---|---|---|---|---|
| 111 / 80 | 97.9 | 105 | 18 | 94 | na | na | 5 |
| **Height(in)** | **Weight** | **BMI** | **MAP** | | | | |
| 7 | na | 0.0 | 90.33 | | | | |

**Current Allergies**

No Known Drug Allergy

**CURRENT MEDICATIONS**

No Medications

## Referring Provider:

Balderrama, Miguel

## Destination ER/Hospital:

TACOMA GENERAL HOSPITAL

**JAIL CLINIC STAFF:**

Send a printed copy of this form and any relevant progress notes, labs, and studies with EMS or the transporting officer.

**EMERGENCY DEPARTMENT PROVIDER:**

For continuity of care, please give the officer a copy of your evaluation and treatment

recommendations to return with the patient to the jail facility.

Procedures and treatments other than those specified or required to diagnose and treat

the reason for referral, as listed above, may not be performed without prior approval by

NaphCare, Inc. by calling ▮▮▮▮▮▮▮▮▮▮ (during business hours) or calling the jail

DEF PC 800707
TAPIA, JAVIER AMADO 1011290 (2018167002)

NAPHCARE 000612

clinic (after business hours).

**A copy of Clinical Documentation Related to this visit must be faxed to** ▇▇▇▇

**Responsible Party:**

**NaphCare (Be advised, if the patient has Medicaid or private insurance, the payor may not be NaphCare)**

**Electronic:**

**EDI** ▇▇  **Format Payer ID** ▇▇

**Mail:**

**NaphCare, Inc.**

**Attn: Claims Department**

**2090 Columbiana Rd, Suite 4000**

**Birmingham, AL 35216**

**\*It is necessary that the patient is not made aware of any appointment scheduling information\***