# EXHIBIT 15

Tapia, Javier Amado (MRN 858586)

## ED Arrival Information

| Expected | Arrival | Acuity |
|----------|---------|--------|
| 10/1/2018 | 10/1/2018 11:20 | Emergent 2 |

| Means of arrival | Escorted by | Service | Admission type |
|------------------|-------------|---------|----------------|
| Law Enforcement | Police | Medical | Emergency |

Arrival complaint
gangrenous L foot

## Chief Complaint

| Complaint | Comment |
|-----------|---------|
| **Foot Problem** | left gangrenous foot, cool to touch, unable to palpate pedal pulses. Pt escorted by officers from jail. |

## ED Provider Notes

### ED Provider Notes by Lyndsey Deleon, MD at 10/01/18 1535                                                Version 1 of 1

| Author: Lyndsey Deleon, MD | Service: — | Author Type: Physician |
|----------------------------|------------|------------------------|
| Filed: 10/01/18 1536 | Date of Service: 10/01/18 1535 | Status: Signed |
| Editor: Lyndsey Deleon, MD (Physician) | | |

DATE: 10/1/2018 3:35 PM    PATIENT: Javier TAPIA    MRN#: 858586
Case was discussed with the following physician who has accepted the admission:
ADMITTING PHYSICIAN: Dr. Shah, MIS
ADMISSION BED TYPE: Med/surg
CONSULTANTS: Dr. Garcia, vascular surgery
IMPRESSION:
Left foot cellulitis and gangrene
Acute renal failure
Non-severe sepsis
Elevated CK

PLAN:
1. IV fluids, pain control, antibiotics, follow up cultures, follow up vascular surgery consult, continued monitoring, follow up vascular studies
2. Transition orders are entered. Note that analgesic and antiemetic orders, if entered, are scheduled to expire in 24hrs. Also. additional medications, including antibiotics, will be entered by the admitting physician.

Lyndsey Deleon, MD

### ED Provider Notes by Lyndsey Deleon, MD at 10/01/18 1147                                                Version 1 of 1

| Author: Lyndsey Deleon, MD | Service: — | Author Type: Physician |
|----------------------------|------------|------------------------|
| Filed: 10/04/18 1607 | Date of Service: 10/01/18 1147 | Status: Signed |
| Editor: Lyndsey Deleon, MD (Physician) | | |

---

TACOMA GENERAL                 Tapia, Javier Amado
HOSPITAL                       MRN: 858586, DOB          , Sex: M
315 MARTIN L KING JR WAY Adm: 10/1/2018, D/C: 10/22/2018
TACOMA WA 98405-4291
EMR H v13.0

Printed by 410815 at 1/26/22 2:18 PM

DEF PC 100631

Tapia, Javier Amado (MRN 858586)

ED Provider Notes (continued)

**ED Provider Notes by Lyndsey Deleon, MD at 10/01/18 1147 (continued)**          Version 1 of 1

ED ENCOUNTER NOTE

**PATIENT NAME**: Javier TAPIA
**MRN**: 858586
**AGE**: 36 year old
**DOB**:
**GENDER**: male
**PCP**: Selected No PCP

**CHIEF COMPLAINT:**
No chief complaint on file.

History provided by: **Patient and medical records**
HPI limited by the fact that the patient is a poor historian and is minimally cooperative and would not answer many of my questions
Javier TAPIA is a 36 year old male who presents to the emergency department for evaluation of left foot swelling, pain, and discoloration which began about 1-2 weeks ago and has been gradually worsening. The patient has reportedly been in jail since June and has been having foot pain for awhile but just told jail staff today about the pain. He is unsure if he has had a fever but has been unable to walk for awhile, although he cannot remember the exact time that he has been unable to walk due to the left foot symptoms. He is not on any anticoagulation. He denies any significant past medical history and say she takes no medications. Denies any trauma. Denies recreational drug use. Denies history of DVT/PE. He says his left foot pain is severe. He has tried no medications for pain. He denies a history of similar symptoms in the past. He denies fevers, chills, chest pain, shortness of breath. The patient is a very poor historian.

Review of Systems
Respiratory: Negative for shortness of breath.
Cardiovascular: Positive for leg swelling (**left**). Negative for chest pain.
Gastrointestinal: Negative for nausea and vomiting.
Musculoskeletal: Positive for gait problem.
    **Positive for left foot pain, swelling, discoloration**
Skin: Positive for color change (**left foot dark discoloration and redness**).
Hematological: Does not bruise/bleed easily.
ROS is limited by patient's lack of cooperation with answering my questions.

**PMH**: History reviewed. No pertinent past medical history.

**PSH**: No past surgical history on file.

Home Medications - Last Reviewed On: <Not Reviewed>

| Taking? | Medication | Sig |
|---|---|---|
| | gabapentin (NEURONTiN) 300 MG Caps | Take 1 Cap by mouth three times a day. |
| | lidocaine (LIDODERM) 5 % Patch | Place 3 Patches onto the skin once daily. |
| | ibuprofen (MOTRIN) 500 MG Tab | Take 1 Tab by mouth every 6 hours as needed for pain. |

TACOMA GENERAL          Tapia, Javier Amado
HOSPITAL                MRN: 858586, DOB: 3/3/1982, Sex: M
315 MARTIN L KING JR WAY Adm: 10/1/2018, D/C: 10/22/2018
TACOMA WA 98405-4291
EMR H v13.0

Tapia, Javier Amado (MRN 858586)

ED Provider Notes (continued)

ED Provider Notes by Lyndsey Deleon, MD at 10/01/18 1147 (continued)          Version 1 of 1

tramadol (ULTRAM) 50 MG Tab                      Take 1 Tab by mouth every 6 hours as needed.
hydrocodone-acetaminophen (NORCO) 5-325 mg   Take 1 Tab by mouth every 4 hours as needed for pain.
Tab

Patients documented allergies
No Known Allergies

Social History
Substance Use Topics
  · Smoking status:              Never Smoker
  · Smokeless tobacco:           Not on file
  · Alcohol use                  No

BP 119/92 | Pulse 92 | Temp (Src) 98.4 (Oral) | Resp 16 | Ht 5' 7" (1.702 m) | Wt 168 lb (76.204 kg) | SaO2
99% on room air, normal saturations

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No
distress.
**Awake, alert, non-toxic appearing. Anxious appearing. Minimally cooperative with my exam.**
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal.
Neck: Normal range of motion and full passive range of motion without pain. Neck supple.
Cardiovascular: Regular rhythm and intact distal pulses.
**Mildly tachycardic**
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He
has no rales.
Abdominal: Soft. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal:
**Left lower extremity: Left calf and foot swollen**
**Left forefoot and all toes are cold with bluish/black discoloration. There is erythema of the proximal**
**foot and lower leg. There is a very faint DP pulse palpable. The foot is diffusely tender. There is no**
**obvious fluctuance or crepitus. There is no drainage, sloughing of the skin, vesicles, blistering, or**
**open wounds. He is able to lift lower extremity against gravity at knee, unable to flex or move at ankle.**

**Right foot is normal.**
Neurological: He is alert and oriented to person, place, and time.
Skin: He is not diaphoretic.
Psychiatric:
**Anxious appearing.**

TACOMA GENERAL          Tapia, Javier Amado
HOSPITAL                MRN: 858586, DOB: ▬▬▬▬, Sex: M
315 MARTIN L KING JR WAY Adm: 10/1/2018, D/C: 10/22/2018
TACOMA WA 98405-4291
EMR H v13.0

Printed by 410815 at 1/26/22  2:18 PM

DEF PC 100633

Tapia, Javier Amado (MRN 858586)

**ED Provider Notes (continued)**

ED Provider Notes by Lyndsey Deleon, MD at 10/01/18 1147 (continued)                    Version 1 of 1
Nursing note and vitals reviewed.

**LABS**:
Recent Results (from the past 24 hour(s))
O CBC WITH DIFF
    Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 17.81 (H) | 4.00 - 12.00 K/uL |
| RBC | 5.35 | 4.50 - 6.00 mil/uL |
| Hgb | 15.8 | 14.0 - 18.0 g/dL |
| Hct | 45.6 | 40 - 54 % |
| MCV | 85.2 | 80 - 98 fL |
| MCH | 29.5 | 27 - 33 pg |
| MCHC | 34.6 | 32 - 37 g/dL |
| RDW | 12.7 | 11.5 - 15.0 % |
| Plt | 113 (L) | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 14.59 (H) | 1.80 - 7.80 K/uL |
| Abs immature grans | 0.31 (H) | 0.00 - 0.05 K/uL |
| Abs lymphs | 1.47 | 0.80 - 3.30 K/uL |
| Abs monos | 1.38 (H) | 0.10 - 1.00 K/uL |
| Abs eos | 0.02 | 0.00 - 0.40 K/uL |
| Abs basos | 0.04 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 82.0 | % |
| Immature grans | 1.7 (H) | 0.0 - 0.6 % |
| Lymphs | 8.3 | % |
| Monos | 7.7 | % |
| Eos | 0.1 | % |
| Basos | 0.2 | % |
| NRBC | 0.0 | 0.0 /100 WBC |

O LACTATE
    Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| Lactate | 2.1 (H) | 0.7 - 2.0 mmol/L |

O COMPREHENSIVE METABOLIC PANEL
    Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
|---|---|---|
| Na | 135 | 135 - 145 mmol/L |
| K | 4.4 | 3.6 - 5.3 mmol/L |
| Cl | 98 | 98 - 109 mmol/L |
| CO2 | 26 | 21 - 28 mmol/L |
| Anion gap w/o K | 11 | 7 - 15 |
| BUN | 110 (H) | 8 - 24 mg/dL |
| Creatinine | 1.65 (H) | 0.7 - 1.5 mg/dL |
| GFR non African Amer | 47 (L) | >59 mL/min |

TACOMA GENERAL          Tapia, Javier Amado
HOSPITAL                MRN: 858586, DOB: ▇▇▇▇, Sex: M
315 MARTIN L KING JR WAY Adm: 10/1/2018, D/C: 10/22/2018
TACOMA WA 98405-4291
EMR H v13.0

Printed by 410815 at 1/26/22  2:18 PM

DEF PC 100634

Tapia, Javier Amado (MRN 858586)

**ED Provider Notes (continued)**

**ED Provider Notes by Lyndsey Deleon, MD at 10/01/18 1147 (continued)**                    Version 1 of 1

| GFR African American | 57 (L) | >59 mL/min |
| Glucose | 133 (H) | 65 - 120 mg/dL |
| SGOT/AST | 48 (H) | 5 - 40 IU/L |
| Alk Phos | 87 | 38 - 126 IU/L |
| SGPT/ALT | 57 | 6 - 60 IU/L |
| Bilirubin total | 1.8 (H) | 0.2 - 1.4 mg/dL |
| Protein | 7.9 | 6.2 - 8.0 g/dL |
| Albumin | 4.0 | 3.2 - 5.0 g/dL |
| Globulin (calc) | 3.9 | 2.0 - 4.5 g/dL |
| A:G Ratio | 1.0 (L) | >1.0 |
| Calcium | 9.1 | 8.5 - 10.5 mg/dL |

O HOLD FOR ADDITIONAL ORDERS
Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
| --- | --- | --- |
| Tubes received | GL,B | |
| Hold for orders | Specimen(s) held | |

O CK
Collection Time: 10/01/18  1:00 PM

| Result | Value | Ref Range |
| --- | --- | --- |
| CK | 1,081 (H) | 0 - 200 IU/L |

**RADS**:
I have independently reviewed the radiology images on PACS. The official radiologist's interpretation is as follows:
1. Xr Foot 3+ View Complete Left
IMPRESSION: 1. Moderate diffuse soft tissue swelling of the forefoot and lesser degree the midfoot region. No radiopaque foreign bodies are detected. 2. No acute fracture or dislocation left foot identified.
Interpreted by Dr. Wurst, Radiology

Pending vas duplex venous lower left extremity, vas duplex arterial aorta/iliac, vas ankle brachial index only, CT lower extremity without contrast at time of admission

Procedures: none

**CONSULTANTS:**
1. Dr. Garcia, Vascular Surgery
2. Dr. Shah, MIS
3. Dr. Raffat, general surgery
4. Pharmacy

**ED COURSE**:
The patient was evaluated by me in the emergency department.  I have reviewed this patient's current vital signs. In addition I have examined the available pertinent past medical records and the notes by our nursing staff for this visit. IV access was obtained and blood was drawn and sent. He declined pain medication. He was given IV fluids and the following medications:

---

TACOMA GENERAL             Tapia, Javier Amado
HOSPITAL                         MRN: 858586, DOB: ██████, Sex: M
315 MARTIN L KING JR WAY Adm: 10/1/2018, D/C: 10/22/2018
TACOMA WA 98405-4291
EMR H v13.0

Printed by 410815 at 1/26/22  2:18 PM

DEF PC 100635

Tapia, Javier Amado (MRN 858586)

ED Provider Notes (continued)

ED Provider Notes by Lyndsey Deleon, MD at 10/01/18 1147 (continued)      Version 1 of 1

Medications
Medications
vancomycin vial (VANCOCIN) 1,000 mg in dextrose
5 % (D5W) 250 mL IV piggyback (not administered)
piperacillin-tazobactam in 100 mL NS (ZOSYN) IV
piggyback 3.375 g (not administered)
clindamycin in D5W (CLEOCIN) 50 mL piggyback
900 mg (not administered)
vancomycin therapy indicator 1 Each (not
administered)
Patient tolerated medications well

**Lab and Radiology Interpretations**
CBC shows leukocytosis (17.81) and thrombocytopenia (113) but otherwise does not show any evidence of anemia
CMP shows elevated BUN (110), elevated creatinine (1.65), elevated SGOT/AST (48), and elevated bilirubin (1.8) but otherwise does not show any electrolyte abnormalities
Lactate is mildly elevated (2.1)
CK is elevated at 1,081
XR left foot shows moderate diffuse soft tissue swelling but is otherwise unremarkable
Pending blood culture x2, vas duplex venous lower left extremity, vas duplex arterial aorta/iliac, vas ankle brachial index only, CT lower extremity without contrast at time of admission

**Course and Rechecks**

2:25 PM I discussed the case with Richard, Pharmacy, who recommends vancomycin, zosyn, and clindamycin.

2:45 PM I spoke with Dr. Garcia, Vascular Surgery, and discussed the patient's case. Dr. Garcia will consult with the patient and assess circulation but recommends considering podiatry consult for possible amputation of the toes.

2:52 PM I discussed the above case with Dr. Shah, MIS, who accepts the patient for admission to Med/Surg.

3:41 PM I spoke with Dr. Raafat, general surgery, and discussed the patient's case. She agrees to consult on the patient.

In consideration of the patient's illness, presentation, examination and objective data, I feel this patient would most benefit from hospitalization. I spoke with Dr. Shah, MIS, and discussed the patient's case at length. He has agreed to admit the patient to Med/Surg for further management. Dr. Shah agrees to consult podiatry later if needed after general surgery and vascular consults. I have written ED transition orders to secure a bed. The patient remained hemodynamically stable while in the ED. All test results, diagnosis, the plan for admission, and anticipated prognosis were discussed with the patient, as well as any accompanying family members, and all questions were answered. They are comfortable with the care plan established.

**IMPRESSION:**
Left foot cellulitis and gangrene, venous duplex US, arterial US and ABIs pending
Acute renal failure

TACOMA GENERAL    Tapia, Javier Amado
HOSPITAL    MRN: 858586, DOB: ▊▊▊, Sex: M
315 MARTIN L KING JR WAY Adm: 10/1/2018, D/C: 10/22/2018
TACOMA WA 98405-4291
EMR H v13.0

Page 541      Printed by 410815 at 1/26/22  2:18 PM

DEF PC 100636

Tapia, Javier Amado (MRN 858586)

**ED Provider Notes (continued)**

ED Provider Notes by Lyndsey Deleon, MD at 10/01/18 1147 (continued)                    Version 1 of 1

Non-severe sepsis
Elevated CK


**PLAN:** Admit the patient to Med/Surg. Condition- guarded.

This note has been produced by a Scribe, with final review and acceptance to be done by the ED provider Lyndsey Deleon, MD. ED Scribe: Emily M Prasil, ED Scribe. 10/1/2018 3:07 PM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Emergency Department Provider: Lyndsey Deleon, MD. 10/1/2018 3:07 PM

MDM




**ED Nursing Notes**

**ED Notes by Joy J McWade, RN at 10/01/18 1028**                                       Version 1 of 1

| Author: Joy J McWade, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 10/01/18 1029 | Date of Service: 10/01/18 1028 | Status: Signed |
| Editor: Joy J McWade, RN (Registered Nurse) | | |

Report received from Ashley RN at Pierce Co. Jail:
Pt arriving via law enforcement c/o gangrenous L foot. Pt is nonverbal and seeing mental health services at jail so no history known about wound on L foot. Per RN, pt's toes are black and foot is significantly swollen. Pt is not ambulating without assistance.


**ED Notes by Angela R Harris, RN at 10/01/18 1221**                                    Version 1 of 1

| Author: Angela R Harris, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 10/01/18 1221 | Date of Service: 10/01/18 1221 | Status: Signed |
| Editor: Angela R Harris, RN (Registered Nurse) | | |

Unsuccessful PIV start x 2 by this RN.


**ED Notes by Angela R Harris, RN at 10/01/18 1222**                                    Version 1 of 1

| Author: Angela R Harris, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 10/01/18 1222 | Date of Service: 10/01/18 1222 | Status: Signed |
| Editor: Angela R Harris, RN (Registered Nurse) | | |

Pt calm and cooperative with guards x 2 at bedside.


---

TACOMA GENERAL          Tapia, Javier Amado
HOSPITAL                MRN: 858586, DOB: ▮▮▮▮▮; Sex: M
315 MARTIN L KING JR WAY Adm: 10/1/2018, D/C: 10/22/2018
TACOMA WA 98405-4291
EMR H v13.0

Printed by 410815 at 1/26/22 2:18 PM

DEF PC 100637