# EXHIBIT 17

| | |
|---|---|
| From: | Gayle Pero [gayle.pero@piercecountywa.gov] |
| Sent: | 6/29/2020 11:53:14 AM |
| To: | Jacki Grundy [jacki.grundy@piercecountywa.gov]; Jessica Ann Williams [jawilliams@naphcare.com] |
| CC: | Jonathon Slothower [jonathon.slothower@naphcare.com]; Donna LaFerriere [donna.laferriere@piercecountywa.gov] |
| Subject: | [EXTERNAL]_RE: Multicare Bills - Tapia |

**NOTICE:** This email originated from **outside** of NaphCare's email system. **Use caution** with links and attachments.

Yes, please process them for payment.

**From:** Jacki Grundy <jacki.grundy@piercecountywa.gov>
**Sent:** Thursday, June 25, 2020 11:08 AM
**To:** Gayle Pero <gayle.pero@piercecountywa.gov>; Jessica Ann Williams <jawilliams@naphcare.com>
**Cc:** Jonathon Slothower <jonathon.slothower@naphcare.com>; Donna LaFerriere <donna.laferriere@piercecountywa.gov>
**Subject:** Multicare Bills - Tapia

Good morning,

I am trying to get though the last few things I have sitting here that have had issues/questions on. I attached above a document from Stephanie Beisley at Multicare, it has a record of the denial summary for Javier Tapia. There are also multiple bills for him all from October 2018, I didn't attach those but let me know if they are needed as well. I know he is one that we have been going back and forth with Multicare for quite some time. So I don't believe the bills being old is really the issue, I just wanted confirmation that these are ok to process.

Carmen had told me something about Jessica following up on these bills and the denials. Was that done? Did anything still need to be followed up on with Multicare for these bills? The whole stack was sent down to me to pay, I just wanted to confirm with everyone whether or not these should be paid or not.

Please let me know, I would like to get through these old outstanding issues. If they are OK to pay I will make sure they get to Emily so she can do her part of the process.

Thank you!

Jacki Grundy
Pierce County Sheriff Department
LE Payroll/Accounts Payables
253-798-7523