EXHIBIT 18

**Benjamin W. Starnes, MD, FACS**

**Professor of Vascular Surgery, Chief of the Division of Vascular Surgery and Vice Chair of the Department of Surgery at U.W. School of Medicine**

**March 15, 2024**

David Perez, Esq.
Perkins Coie, LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101

**Re: Javier Tapia v. NaphCare, Inc., et al. No. C22-1141-KKE**

Dear Mr. Perez,

This letter contains my opinions regarding the care provided to Javier Tapia by NaphCare, Inc. ("NaphCare") in advance of his hospitalization at Tacoma General Hospital in October of 2018. It is my opinion that NaphCare employees provided appropriate care to Mr. Tapia, and Mr. Tapia's condition of Phlegmasia Cerulea Dolens ("PCD") on-set within 12 to 24 hours of his arrival at Tacoma General Hospital. Further, had NaphCare's employees not acted with the urgency it did once Mr. Tapia's foot discoloration was reported, it is very likely Mr. Tapia would have died or had an above the knee amputation. My opinions are based on my extensive experience in managing patients with vascular disease, my education, and my review of the existing literature. During my career, I have evaluated thousands of patients with vascular disease and a have only treated three cases of PCD, which is notable given the rarity of the condition.

My name is Benjamin W. Starnes MD. I am currently a vascular surgeon at the University of Washington in Seattle. I am a Professor of Vascular Surgery, the Chief of the Division of Vascular Surgery, and the Vice Chair of the Department of Surgery at University of Washington School of Medicine. I am also the Alexander Whitehill Clowes Endowed Chair in Vascular Surgery. I have over 22 years of experience and am a nationally and internationally recognized vascular surgeon. I went to medical school on a military scholarship at Jefferson Medical College in Philadelphia and graduated in 1992. I then entered the U.S. Army Medical Corp and completed my 6 years of general surgery training at Walter Reed Army Medical Center in 1998. I became Board Certified in general surgery by the American Board of Surgery in 1999. I served as a general surgeon in Heidelberg, Germany for two years and then completed a two-year vascular surgery fellowship at Walter Reed and the Cleveland Clinic, finishing in 2002. I became Board Certified by the American Board of Surgery with special qualifications in Vascular Surgery in 2004 and re-certified in 2013. I was stationed at Madigan Army Medical Center from 2002 to 2007. During my time in the military, I served three combat tours, one in Kosovo in 1999 and two in Iraq in 2003 and 2004. After 15 years of service, I was honorably discharged as a Lieutenant Colonel and took the position as Chief of Vascular Surgery at the University of Washington in 2007. In 2015, I was named the Alexander Whitehill Clowes Endowed Professor of Vascular Surgery. In October 2023, I stepped down as Division Chief, after 17 years in this position. Those 17 years were spent as a clinically busy vascular surgeon at Harborview Medical Center, the busiest Level 1 Trauma Center

and Safety Net Hospital in the United States. Harborview is also the only hospital that has a mission to care for the underserved in the surrounding community including incarcerated prisoners. I am past President of the Western Vascular Society, a fellow of the American College of Surgeons, Distinguished Fellow of the Society for Vascular Surgery, and member of the world's most prestigious surgical society, the American Surgical Association. I have also authored over 150 peer-review journal articles, 16 book chapters and three books. I have served on the editorial review board of leading vascular journals to include The Journal of Vascular Surgery, Circulation, New England Journal of Medicine, and Lancet.

Attached as **Exhibits A to C** of this letter are my Curriculum Vitae, a list of all publications I have authored within the last 10 years, a list of all cases in which I have testified as an expert at trial or in a deposition during the past four years, and my fee schedule.

In reaching my opinion, I have reviewed the following records and academic articles:

**Materials Reviewed:**

1.    Documents:
   - DEF PC 000002
   - DEF PC 000041-000059
   - DEF PC 000060-000064
   - DEF PC 000690-001281
   - DEF PC 001282-001550
   - DEF PC 100000-100001
   - DEF PC 100002-100092
   - DEF PC 100093-100392
   - DEF PC 100393-100693
   - DEF PC 100694-100994
   - DEF PC 100995-101295
   - DEF PC 101296-101596
   - DEF PC 101597-101897
   - DEF PC 101898-102198
   - DEF PC 102199-102499
   - DEF PC 102500-102800
   - DEF PC 102801-103083
   - DEF PC 103084-103383
   - DEF PC 300000-300003
   - DEF PC 300004-300007
   - DEF PC 300008-300010
   - DEF PC 300011-300012
   - DEF PC 300013-300019
   - DEF PC 302631
   - DEF PC 400026
   - DEF PC 400027-400029
   - DEF PC 400030-400032
   - DEF PC 400033-400034

- DEF PC 400035-400039
- DEF PC 400040-400063
- DEF PC 400064-400066
- DEF PC 400067-400068
- DEF PC 400069
- DEF PC 402738-402741
- DEF PC 402742-402745
- DEF PC 402746-402749
- DEF PC 402750-402752
- DEF PC 402753-402822
- DEF PC 402823-402824
- DEF PC 402828-402831
- DEF PC 402832-402832
- DEF PC 600161–600193
- DEF PC 900000-900999
- HANGER_TACOMA_0001-0133
- Imaging Discs 1–4
- NAPHCARE 000001-000625
- NCI 000232-000246
- NCI 000247-000479
- PULSE_HEART_0001-0029
- PULSE_HEART_VASCULAR_0001-0017
- SJMC_IMAGING_0001-0003
- SJMC Imaging Files
- SJMC_0001-0319
- TAPIA002708-002867
- TAPIA002868-005709
- TAPIA005710-005978
- TAPIA006074-006090
- TAPIA006098-006158
- TAPIA006168-006416
- TAPIA006417-006420
- TAPIA006425-006427
- TAPIA006428-006429
- TAPIA006430-006436
- TAPIA006437-006440
- TAPIA006441-006443
- TAPIA006444-006447
- TAPIA006501-006503
- TAPIA006504-006505
- TAPIA006506-006506
- TAPIA006507-006509
- TAPIA006510-006524
- TAPIA042435-042506
- TAPIA046345-046346
- TAPIA046347-046348

- TAPIA046349-046350
- TAPIA046351-046352
- TAPIA046353-046355
- TAPIA046356-046358
- TAPIA046359-046360
- TAPIA046361-046362
- TAPIA047746-047759
- TAPIA055621-055650
- 2024-03-08 Declaration of Steven Delgado, **Exhibit D of this letter**

2.    Discovery:

- 2021-08-31 - Tapia 1st ROG & RFP to NaphCare
- 2021-09-15 - Tapia 1st ROG & RFP to Pierce County
- 2021-09-22 - Pierce County 1st ROG & RFP to Tapia
- 2021-09-30 - NaphCare Resp to Tapia 1st ROG & RFP
- 2021-10-25 - NaphCare 1st ROG & RFP to Tapia
- 2021-10-29 - Pierce County Resp to Tapia 1st ROG & RFP
- 2021-11-04 - Tapia Resp to Pierce County 1st ROG & RFP
- 2021-12-08 - Tapia Resp to NaphCare 1st ROG & RFP
- 2022-01-13 - NaphCare Supp Resp to Tapia 1st ROG & RFP
- 2022-01-25 - Tapia 1st Supp Resp to NaphCare 1st ROG & RFP
- 2023-07-05 - Tapia 1st ROG & RFP to Pierce County
- 2023-07-18 - NaphCare 1st RFA to Tapia
- 2023-07-18 - NaphCare 1st RFP to Tapia
- 2023-07-18 - NaphCare 1st ROG to Tapia
- 2024-03-08 Defendant Pierce County's Supplemental Initial Disclosures Pursuant to FRCP 26(a)(1)

3.    Pleadings:

- 2022-07-18 - First Amended Complaint
- 2022-10-07 - Second Amended Complaint

4.    Depositions:

- Jonah Bradley and Exhibits 1-2 thereto
- Cameron Carrillo and Exhibits 1-3 thereto
- Nicholas Garcia and Exhibits 115-117 thereto
- Jonathon Knight and Exhibits 1-2 thereto
- Lucas Labine and Exhibits 107-114 thereto
- Darren Nealis and Exhibits 1-3, 6-8, 12 thereto
- Jesus Perez and Exhibits 1-14, 16-17 thereto
- Duane Prather and Exhibits 1-3, 6-9 thereto
- Debra Ricci and Exhibits 1-7 thereto
- Johnathon Slothower and Exhibits 1-10 thereto
- Javier Tapia and Exhibits 118-134 thereto
- Jane Valley and Exhibits 100-106 thereto

- ▪ Elliott Wade and Exhibits 1-10 thereto
- ▪ Elizabeth Warren and Exhibits 1-10 thereto

**Academic Articles:**

Deepesh G. Aggarwal, et al., *Phlegmasia Cerulea Dolens Following Heparin-Induced Thrombocytopenia*, 22 Indian J. Crit. Care Med. 51 (2018)

Wahid Abdul, Ben Hickey, & Chris Wilson, *Lower Extremity Compartment Syndrome in the Setting of Iliofemoral Deed Vein Thrombosis, Phlegmasia Cerulea Dolens and Factor VII Deficiency*, BMJ Case Rep. doi: 10.1136/bcr-2016-215078 (Apr. 11, 2016)

Dusica Basaric, et al., *Factor VIII Activity in Relations to the Type of Thrombosis and Patient's Risk Factors for Thrombosis, Age, and Comorbidity*, Eurasian J. Med. 2023; 55(I):9-13 (Feb. 28, 2023)

Sid Bhende, *Phlegmasia Cerulea Dolens – A Limb Threatening Problem*, 2017 Mid-Atlantic Conference: 7th Ann. Current Concepts in Vascular Therapies (Apr. 21, 2017)

Cassius Iyad Ochoa Chaar, *Phlegmasia Alba and Cerulea Dolens*, Medscape (Mar. 8, 2022), https://emedicine.medscape.com/article/461809-print

Grace Chang and James J. Yeh, *Fulminant Phlegmasia Cerulea Dolens with Concurrent Cholangiocarcinoma and a Lupus Anticoagulant: A Case Report and Review of the Literature*, Blood Coagulation and Fibrinolysis 25:507-511 (2014)

Khamin Chinsakchai, et al., *Trends in Management of Phlegmasia Cerulea Dolens*, Vascular and Endovascular Surgery 45(I) 5-14 (2011)

Cing-Tang Chang and Ching-Di Chang, *Successful Treatment of Phlegmasia Cerulea Dolens with Percuatneous Thrombectomy and Catheter-Directed Thrombolysis*, Medicine 2022; 101:47(e31483) (Oct. 4, 2022)

Wongsakorn Chaochanklt & Osaree Akaraborworn, *Phlegmasia Cerulea Dolens with Compartment Syndrome*, 11 Annals of Vascular Disease 355 (Aug. 27, 2018)

A. DeDonno, et al., *Phlegmasia Cerulea Dolens: A Sudden Unexpected Death with Hypothesis of Medical Malpractice*, 172 Clin Ter 256 (2021)

Muhammad Durrani, et al., *Catheter Directed Thrombolysis of Phlegmasia Cerulea Dolens: A Case Report*, JEM Reports 2 (2023) 100010 (Jan. 19, 2023), https://doi.org/10.1016/j.jemrpt.2023.100010

Ayman S. ELsaid, et al., *The Ugly Face of Deep Vein Thrombosis: Phlegmasia Cerulea Dolens– Case Report*, 59 Int'l J. of Surgery Case Reps. 107 (2019)

Layne Gardella and JimBob Faulk, *Phlegmasia Abla and Cerulea Dolens*, NCBI Bookshelf NBK563137 (Oct. 3, 2022)

John Jensen, et al., *Successful Thrombectomy and Thrombolysis of Deep Vein Thrombosis in a Patient with Acute Phlegmasia Cerulea Dolens with May-Thurner Anatomy*, 16 Radiology Case Report 631 (2021)

Chung-ting J. Kou, et al., *Phlegmasia Cerulea Dolens: A Life-Threatening Manifestation of Deep Vein Thrombosis*, Cureus 12(6) (June 12, 2020)

Paul A. Kyrle, et al., *High Plasma Levels of Factor VIII and the Risk of Recurrent Venous Thromboembolism*, 343 New England J. Med. 7 457-62 (Aug. 17, 2000)

Demis N. Lipe & Darren Cuthbert, *Rare Case of Unilateral Phlegmasia Cerulea Dolens with Bilateral Deep Vein Thrombosis at a Community Military Hospital Emergency Department*, 182 Military Medicine 1823 (June 2017)

Juan Domingo Ly, Kevin Yang, & Shantanu Warhadpande, *Phlegmasia Cerulea Dolens in the Emergency Department: A Case Report*, Int'l J. of Med. Reviews and Case Reports DOI: 10.5455/IJMRCR.Phlegmasia-cerulea-dolens (Feb. 25, 2019)

Abhishek Maiti, Avash Das & Daniel T. Smith, *Images in Medicine: Phlegmasia Cerulea Dolens*, 92 Postgrad Med. J. 1093 (Nov. 2016)

Julian Melcho, Kenneth Leong, & Jeffrey B. Edwards, *Phlegmasia Cerulea Dolens of the Upper Extremity Treated with Anticoagulation and Leech Therapy*, Soc'y for Vascular Surgery (2023), https://doi.org/10.1016/j.jvscit.2023.101296

Mount Sinai, *Phlegmasia Cerulea Dolens*, https://www.mountsinai.org/health-library/diseases-conditions/phlegmasia-cerulea-dolens

Albeir Y. Mousa, *Phlegmasia and Venous Gangrene*, Up To Date (Jan. 2024), https://medilib.ir/uptodate/show/139136

Nicola Mumoli, et al., *Images in Cardiovascular Medicine: Phlegmasia Cerulea Dolens*, 125 Circulation 1056 (2012), http://circ.ahajournals.org

Levent Oguzkurt, et al. *Endovascular Treatment of Phlegmasia Cerulea Dolens with Impending Venous Gangrene: Manual Aspiration Thrombectomy as the First-Line Thromus Removal Method*, Cardiovascular and Interventional Radiological Society of Europe 34:1214-1221 (Nov. 20, 2010)

J. M. T. Perkins, T. R. Magee, & R. B. Galland, *Phlegmasia Cerulea Dolens and Venous Gangrene*, 83 British J. of Surgery 19 (1996)

Jared S. Preston, Steven Mennona, & Stephen Kayiaros, *Phlegmasia Cerulea Dolens and External Iliac Vein Disruption After Revision Total Hip Arthroplasty*, 4 Arthroplasty Today 401 (2018)

U. Sevuk, et al., *Successful Treatment of Phlegmasia Cerulea Dolens in a Nonagenarian Patient with Chronic Iliac Vein Occlusion Using a Cleaner Thrombectomy Device*, BMJ Case Rep. doi: 10.1136/bcr-2014-211411 (July 27, 2015)

WebMD, *What is Phlegmasia Cerulea Dolens?*, https://www.webmd.com/dvt/phlegmasia-cerulea-dolens-overview

Sin-Seok Yang and Woo-Sung Yun, *Surgical Thrombectomy for Phlegmasia Cerulea Dolens*, 32 Vascular Specialist Int'l 201 (Dec. 2016)

## Relevant Patient History

In September of 2018, Mr. Tapia was a 36-year-old inmate at Pierce County Jail. There are no reports in Mr. Tapia's behavior log or medical records indicating that he was limping or otherwise unable to walk from September 17, 2018 to October 1, 2018. Instead, the records and testimony confirm that Mr. Tapia was visually observed walking "perfectly fine" (Knight Tr. at 22:2-12; 22:21-23:2) and walked a "pretty big distance" without incident. Knight Tr. at 37:6-23. On September 19, 2018, Mr. Tapia went to a court hearing and there was no note indicating he needed assistance walking to the hearing. TAPI042494; Bradley Tr. at 31:21-19; Knight Tr. at 34:10-18. Also on September 19, 2018, Mr. Tapia was seen by a NaphCare LPN Cameron Carrillo and expressly stated that he did not have any medical concerns. NAPHCARE000224, Carrillo Tr. at 25:15-20, 27:22-28:23. On September 24, 2018, Mr. Tapia took his hour out of his cell. DEF PC 402749. On September 29, 2018, Mr. Tapia was seen by NaphCare RN Elizabeth Warren. NAPHCARE000223. He did not indicate that he was in distress and appeared healthy. NAPHCARE000224; Warren Tr. at 62:8-11, 64:24-65:2, 118:17-19. Mr. Tapia was also able to sit up under his own volition. NAPHCARE000224; Warren Tr. at 63:1-5, 72:6-16, 113:25-114:17, 130:8-21; Tapia Tr. at 179:22-25.

Mr. Tapia was seen at his cell window once in the evening of September 29, 2018. DEF PC 000042; Decl. of Office Delgado ¶ 4. Based on the declaration by Officer Delgado, who made the log entry, I understand that Mr. Tapia must have been standing in order to be seen at the window from the control room where the documenting officer was located. Decl. of Office Delgado ¶¶ 4-5. Office Delgado does not recall Mr. Tapia appearing in distress, being unsteady on his feet, Had Mr. Tapia appeared to be in distress, Officer Delgado would have noted that in the log and gone to check on Mr. Tapia. Decl. of Office Delgado ¶¶ 6, 8. Additionally, Mr. Tapia ate lunch and dinner on September 30, 2018 and breakfast on October 1, 2018, because those meals were not logged as refused on his behavioral log. DEF PC 000042; Bradley Tr. at 16:11-16. In the unit Mr. Tapia was housed, breakfast is served at approximately 4:15 a.m., lunch is served around 9:30 a.m., and dinner is served around 3:45 to 4:00 p.m. Bradley at 23:21-24:13. In order to have taken his food tray, Mr. Tapia would have had to walk to his cell door and take the tray and then walk back to the door to return the tray. Tapia Tr. at 168:5-12; Bradley Tr. at 17:12-19:3, 26:20-28:8. Therefore, Mr. Tapia was standing on September 29, 2018, and walking on September 30, 2018 and around 4:00 a.m. October 1, 2018.

On October 1, 2018, Mr. Tapia refused a vital signs check at 5:13 a.m. PDT. NAPHCARE000207, 610. To have refused the vitals check, he would have had to make an affirmative gesture telling the nurse that he did not want his vital signs taken. Ricci Tr. at 31:15-32:17.

On October 1, 2018, at approximately 9:51 a.m., a correctional officer saw that Mr. Tapia's foot was discolored. DEF PC 000042. The officer notified NaphCare clinical staff, who told him to bring Mr. Tapia to the clinic immediately. DEF PC 000042; NAPHCARE000223. In the clinic, Mr. Tapia first complained of left foot pain. NAPHCARE000223; Slothower Tr. at 47:2-14; DEF PC 100600. His vitals were taken twice, and he was prepared to be transferred to the Emergency Room at Tacoma General Hospital. NAPHCARE000217, 223, 611-13. At 10:28 a.m., NaphCare RN Ashley Chalk called ahead to the hospital to inform them that Mr. Tapia would be transported and informed them of the concerns related to his left foot. DEF PC 100637. Mr. Tapia was taken to Tacoma General Hospital in Tacoma where he was evaluated in the Emergency Department, arriving at 11:23 a.m., less than one hour later. DEF PC 100348. The time from when his foot was first noted as being discolored by NaphCare clinical staff to when he arrived at the Emergency Room was approximately 1.5 hours. DEF PC 000042; DEF PC 100348.

Mr. Tapia's initial vital signs at Tacoma General Hospital were blood pressure of 121/89, heart rate of 92, temperature of 98.4F, respirations at 16 per minute, and oxygen saturation of 99%. DEF PC 102697. Mr. Tapia remained "hemodynamically stable while in the ED." DEF PC 100636. On examination in the emergency room, Mr. Tapia was noted to have discoloration of his left forefoot and toes. DEF PC 100633; Labine Tr. at 16:21-15:5; NAPHCARE000029. "There [was] no drainage, sloughing of the skin, vesicles, blistering, or open wounds." DEF PC 100633. He had "no streaking of cellulitis up the leg though the calf [was] mildly erythematous." DEF PC 100599. Blood was drawn and laboratory evaluation revealed a white blood count of 17,810 with a left shift, Lactate of 2.1, normal chemistries with an elevated Creatinine to 1.6. DEF PC 101273-76. His blood cultures had no growth after 12 hours. DEF PC 100646. Mr. Tapia was prescribed antibiotics, but they were never administered. DEF PC 100635. He also declined any pain medications. DEF PC 100635.

A Vascular Surgery consultation was obtained, and Mr. Tapia was seen by Dr. Nicolas Garcia. DEF PC 100599-602. Mr. Tapia was diagnosed with Phlegmasia Cerulea Dolens (PCD) and venous gangrene of the left foot. DEF PC 100601-02. Dr. Garcia noted that the onset of the condition was unknown but noted that Mr. Tapia said he had pain in his left leg for "at least 2 weeks, possibly up to 1" month. DEF PC 100600. However, he also noted that Mr. Tapia had a "poor memory and [was] unable to provide [an] accurate time-line of issues with" his left foot. DEF PC 100600.

PCD is an extremely rare condition of advanced Deep Venous Thrombosis that is associated with a very high incidence of limb loss and even fatality. Because it is so rare, it's incidence is unknown in the general population. I work at Harborview Medical Center, the only Level 1 Trauma center covering five American States, Washington, Alaska, Wyoming, Montana and Idaho. Added together, this geography represents 27% of the land mass of the United States and covers roughly 15 million people. In my 32-year career as a surgeon, I have only seen three

cases of PCD. Two of the patients died after amputation and one survived with their lower extremity intact. The amputation rate of those presenting with PCD is reported in multiple sources as up to 50%. Mousa at 5; Yang et al. at 203; Lipe et al. at 1824.

The term PCD literally means in latin, "inflamed (phlegmasia), blue (cerulea) and painful (dolens) leg". PCD is a condition that is typically associated with extensive ileo-femoral deep vein thrombosis ("DVT") and complete venous outflow obstruction and affects the entire lower extremity. The affected extremity can be massively swollen, warm, and venous congestion is present.

In the Emergency Department at Tacoma General Hospital, A Venous Duplex and Arterial-Brachial Index (ABI) were performed. DEF PC 101266-68. The ABI's were normal (1.0 on the right and 0.93 on the left) suggesting normal arterial in-flow to the extremity. DEF PC 101266; DEF PC 100600. The duplex revealed extensive thrombus throughout the left lower extremity to include the common iliac and femoral veins. DEF PC 101267-68.

During his time at Tacoma General, the appearance of Mr. Tapia's foot worsened rapidly. On October 2, 2018, his foot was cool to the touch through his midfoot. DEF PC 100641. There were no open wounds through October 4, 2018. DEF PC 100615. The first image of the foot was from October 3, 2018, and Mr. Tapia's foot changed rapidly over the course of the next seven days. TAPIA055624-49.

Attempts were made to save Mr. Tapia's lower left leg, including two venograms with pharmaco-mechanical thrombectomy on October 3 and 4, 2018, which were successful in restoring some blood flow to his lower leg but were unsuccessful in making his lower limb salvageable. DEF PC 101013-16. These attempts were made because there was uncertainty regarding the timing of onset of the condition. Dr. Garcia initially noted that "catheter directed thrombolysis likely unreasonable at this point given information" because the procedure would only help if the clot existed for less than 14 days. DEF PC 100602. Dr. Garcia went forward with the procedures because of the uncertainty of when the clot formed. DEF PC 100654. The amputation occurred on October 10, 2018, with a follow-up procedure on October 16, 2018. DEF PC 101010-13.

## Opinion

It is my opinion that Mr. Tapia was correctly diagnosed with PCD when he presented to Tacoma General Hospital. It is my opinion, to a reasonable degree of medical certainty, that the timing of onset of symptoms alleged by Mr. Tapia's attorney is incorrect. Given that only Mr. Tapia's lower leg was eventually impacted, and he still had motor function at his knee, it is my opinion that the onset of symptoms of PCD or a clot was at most 24 hours prior to his arrival at Tacoma General because (a) Mr. Tapia saw Nurse Warren on September 29th and was not in distress; PCD is an extremely painful condition (dolens) and it is my opinion based on my experience with these cases, that he would have been rolling around in pain if he had symptoms on September 29th, (b) he was walking and standing on September 29th and 30th and very early on October 1st, and there are no records indicating he was in distress, which means that he was not having acute symptoms of PCD, and (c) the clot were responsive to treatment by Dr. Garcia at

Tacoma General Hospital, which means the clot was fresh. If the clot had been chronic as suggested by opposing counsel, no dissolution of clot could have occurred.

PCD is known for its rapid onset. Even "gradual" onset occurs over days, not weeks. Gardelle and Faulk. Mr. Tapia was found on examination to have a cold lower extremity, limited to the forefoot and toes. DEF PC 100633. He had no motor function at the left foot and ankle but could lift his lower extremity at the knee. DEF PC 100633; DEF PC 100601. His left calf and foot were swollen. DEF PC 100633. His venous flow was occluded at the ankle. DEF PC 100601; DEF PC 100653. He had venous gangrene of the skin on his left foot, a non-infectious process of tissue death typical of PCD, occurring in 40 to 60% of cases. Perkins et al. at 20. Mr. Tapia's laboratory values were consistent with ischemic tissue necrosis. This typically occurs when blood flow to an extremity is interrupted, and the onset of this condition typically presents over 6 to 24 hours. In PCD, the onset can be mere hours. Oguzkurt et al. at 1218; Mousa at 2.

Further, PCD is a very painful condition, frequently described as "agonizing." Perkins et al. at 20. In my experience and as documented in the literature, people with PCD are unable to bear weight on the affected extremity, let alone walk on it. This is particularly true after venous gangrene develops. Bhende at 39. Mr. Tapia was not in distress when he was seen by Nurse Warren on September 29, 2018, and he was able to move himself to sit-up on his own volition. NAPHCARE000224; Warren Tr. at 62:8-11, 63:1-5, 64:24-65:2, 72:6-16, 113:25-114:17, 118:17-19, 130:8-21; Tapia Tr. at 179:22-25. Had his symptoms of PCD been present at that point, he would have been in distress and unable to move his legs without expressing pain—intentionally or unintentionally. Mr. Tapia was standing and walking on September 29th and 30th and early in the morning on October 1, 2018. This suggests that the onset was sometime between the 30th and when he was seen at the clinic, with venous gangrene beginning between his breakfast and when the officer saw his foot. His presentation at the hospital is consistent with this timeframe.

The other fact that supports a diagnosis of an *acute* presentation of PCD is that the attempts at dissolving the clot in his leg were immediately successful. DEF PC 101016. Fresh clot that has formed within hours is like grape jelly, very soft and easy to dissolve with clot lysing medication. Clot that is older than two weeks is like a cork in a wine bottle, very hard and firm and difficult to dissolve with clot dissolving medications. The fact that Mr. Tapia's clot was responsive to clot busting medication (DEF PC 101016) further verifies that onset could not have been the two weeks suggested by Dr. Garcia.

It is my opinion, to a reasonable degree of medical certainty, that Mr. Tapia's PCD onset sometime between September 30th and October 1st. It is my opinion that his foot would not have been discolored prior to this timeframe nor would it have been visually abnormal. Further, it is my opinion that he exhibited no symptoms that would have alerted a prudent and reasonable healthcare provider or nurse of his condition prior to when the guard saw his foot on October 1st. In short, it is my opinion that Mr. Tapia received timely care and transfer to an appropriate facility as soon as shortly after he could possibly have had symptoms and as soon as his symptoms were known to any NaphCare employee.

It is my opinion, to a reasonable degree of medical certainty, Mr. Tapia was not septic on his presentation to the Emergency Department at Tacoma General Hospital, contrary to Plaintiff's

assertion in the Second Amended Complaint. Second Amended Complaint ¶ 9. This is evidenced by his normal vital signs and the fact that his physicians only briefly suspected a foot infection or sepsis, with antibiotics being ordered but not initiated. DEF PC 102697; DEF PC 100635-36. Further, he was not hypotensive (low blood pressure) nor tachycardic (high pulse) which, if he were found to be, would suggest sepsis. DEF PC 102697. It is my opinion that PCD would not impact Mr. Tapia's ability to speak or communicate. It would have no impact on his cognition or mental state. Further, PCD and venous gangrene are non-infectious processes, contrary to Plaintiff's insinuation. Second Amended Complaint ¶ 17. It is my opinion that, to a reasonable degree of medical certainty, Mr. Tapia did not have an infection until days into his hospitalization. If he had had infectious gangrene on September 19, 2018, when Nurse Carrillo saw him, he would have died of sepsis before October 1.

PCD and venous gangrene are not associated with mental status changes. It is my opinion that, to a reasonable degree of medical certainty, that any alleged change in Mr. Tapia's mental state was unrelated and would not be a "red flag" to indicate Mr. Tapia should have been checked for a clotting issue.

Any routine blood screening would not have shown Mr. Tapia was at risk of PCD. There are only two blood conditions that are associated with massive venous thrombosis, Heparin-Induced Thrombocytosis and Essential Thrombocythemia. Both of these conditions are associated with an over-activity of platelets, the cellular elements in human blood that aid in clotting. There is no reason to believe that Mr. Tapia had Heparin-Induced Thrombocytosis because he had no exposure to intravenous heparin while incarcerated in prison. If he were to have Essential Thrombocythemia, his platelet count would have been greater than 1 million. Mr. Tapia's platelet count was normal when he presented to the Emergency Department on the day in question.

Even a full body exam would not have revealed "warning" signs of PCD prior to its onset between September 30th and October 1st. Furthermore, the records I have reviewed indicate Mr. Tapia was able to verbally interact with clinical staff on October 1, both at the Jail clinic and at Tacoma General Hospital. NAPHCARE000223; Slothower Tr. at 47:2-14; DEF PC 100600; NAPHCARE000029; Labine Tr. at 22:12-15. It is my opinion that if Mr. Tapia had prior symptoms of this painful disorder, he could have, and would have even if involuntarily, communicated this.

It is my opinion that Mr. Tapia is extremely lucky to have survived this condition. Of the three patients I have seen with this in my career, two of them died within 24-48 hours. For one of them, onset occurred in the hospital and treatment was initiated immediately. This exceptionally high mortality rate is typical of PCD, with reported mortality rates of ranging from 20% to 66%, Mousa at 4, Lipe et al. at 1824. Further, of those who survive PCD, the amputation rates range from 12% to 50% and are typically high, above the knee, transfemoral amputations. Mousa at 5; Yang et al. at 203; Lipe et al. at 1824. Had NaphCare not recognized the emergent nature of Mr. Tapia's condition and arranged for him to be transported to Tacoma General Hospital as quickly as they did, his outcome could have been much worse. Even if there was any undue delay in Mr. Tapia receiving care, which the records and medical evidence refute to a reasonable degree of

medical certainty, his outcome of an amputation or worse was more likely than not.[1] Mr. Tapia is fortunate to have survived PCD with only a below knee amputation.

       The cause of PCD in Mr. Tapia can be related to a multitude of conditions. May Thurner Syndrome is a congenital condition where the left common iliac vein is compressed by the right common iliac artery. This predisposes the patient to left leg swelling and ileo-femoral DVT. Other potential contributing factors could include trauma to the lower extremity or an underlying predisposition to hypercoagulability or clot formation, such a Factor VIII elevation, Basaric et al. at 9, which Mr. Tapia has since been diagnosed with. DEF PC 103274. Factor VIII levels are not routinely screened for and is often asymptomatic until a clotting event, like DVT, occurs. It is my opinion that Mr. Tapia displayed no "warning signs" of PCD prior to his foot being noticed by a guard on October 1, 2018. There was nothing to put NaphCare employees on notice that Mr. Tapia was experiencing a clotting issue or was at risk for a DVT, let alone a rare and severe presentation such as PCD.

       I reserve the right to supplement this opinion in the event additional documentation is provided in this matter. My opinions are expressed within a reasonable degree of medical certainty.

Sincerely,

DocuSigned by:

*Dr. Benjamin Starnes*

CB0EB241B225415...

Benjamin W. Starnes, MD, FACS

---

[1] This is based on my experience and understanding of the condition as well as the medical literature. If the midpoint of the death and amputation ranges are taken, the likelihood of death or an amputation for PCD is 60.67%-43% average mortality rate with 31% of those who survive having an amputation.

# Exhibit A

# CURRICULUM VITAE

# Benjamin Ware Starnes MD, FACS, DFSVS

**PERSONAL DATA:**



Born: ███████
Birthplace: Wilmington, Delaware
Married: ███████

**PRESENT POSITION:**
Professor of Surgery
Division of Vascular Surgery,
University of Washington, School of Medicine

*The Alexander Whitehill Clowes, MD Endowed Chair in Vascular Surgery*

**PAST POSITIONS:**
Professor and Chief 2007-2024
Division of Vascular Surgery,
University of Washington, School of Medicine
Chief of Vascular Surgery
Harborview Medical Center

*The Alexander Whitehill Clowes, MD Endowed Chair in Vascular Surgery*

Vice Chair; Department of Surgery
University of Washington
Seattle, Washington

Associate Professor and Chief
Division of Vascular Surgery, UW School of Medicine
Chief of Vascular and Endovascular Surgery
Harborview Medical Center
University of Washington
Seattle, Washington

Associate Professor of Surgery
Department of Surgery
Uniformed Services University of the Health Sciences

Starnes, Benjamin Ware

Bethesda, Maryland

Assistant Professor of Surgery
Department of Surgery
Uniformed Services University of the Health Sciences
Bethesda, Maryland

Assistant Chief of Vascular Surgery
Chief of Endovascular Surgery
Madigan Army Medical Center
Tacoma, Washington

**ADDRESS:**

Box 359796
325 Ninth Avenue
Seattle, WA 98104
Phone: (206)-744-3033
FAX: (206)-744-6794
Email: starnes@uw.edu
Twitter: @benstarnesmd

**EDUCATION AND POST-GRADUATE TRAINING:**

| | |
|---|---|
| B.S. Albright College, Reading, PA | 1984-1988 |
| M.D. Jefferson Medical College, Philadelphia | 1988-1992 |
| Surgical Intern, Walter Reed, Washington, D.C. | 1992-1993 |
| Surgical Resident, Walter Reed, Washington, D.C. | 1993-1998 |
| Vascular Fellow, Walter Reed, Washington D.C., | |
| Cleveland Clinic Foundation, Cleveland | 2000-2002 |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| Teaching Fellow, | 1998-2000 |
| Uniformed Services University of the Health Sciences | |
| Assistant Professor of Surgery, | 2000-2006 |
| Uniformed Services University of the Health Sciences | |
| Associate Professor of Surgery, | 2006-2007 |
| Uniformed Services University of the Health Sciences | |
| Associate Professor of Surgery, | |
| University of Washington | 2007-2011 |
| Professor of Surgery, | |
| University of Washington | 2011-pres |
| Program Director; Vascular Surgery Fellowship | |
| University of Washington | 2007-2014 |
| Program Director; Vascular Surgery Residency | |
| University of Washington | 2010-2014 |
| Associate Examiner; American Board of Surgery | |
| Vascular Surgery Certifying Examination | 2012 |

Starnes, Benjamin Ware

|  | Examiner; American Board of Surgery | |
|--|--|--|
|  | Vascular Surgery Certifying Examination | 2014, 2017 |

**HOSPITAL**
**POSITIONS:**

| Chief of General Surgery, Heidelberg MEDDAC | |
|--|--|
| Heidelberg, Germany | 1998-2000 |
| Attending Surgeon, Heidelberg MEDDAC | |
| General Surgeon; Heidelberg, Germany | 1998-2000 |

| Attending Surgeon, Madigan Army Medical Center | |
|--|--|
| Tacoma, WA | 2002-2007 |
| Assistant Chief; Vascular Surgery | 2003-2007 |
| Director of Endovascular Surgery | 2002-2007 |

| Chief of Vascular Surgery, University of Washington | |
|--|--|
| Seattle, WA | 2007-pres |

**HONORS:**

| Eagle Scout | 1982 |
|--|--|
| Hobart Armory Hare Honor Medical Society | 1990-1992 |
| Alpha Omega Epsilon | 1987-1988 |
| Beta Beta Beta National Biologic Honor Society | 1985-1988 |
| Glenn A. Diebert Memorial Prize | 1988 |
| (Given to Top Anatomy student) | |
| Juan C. D'Avis Award | 1998 |
| (Most Outstanding Surgical Resident, Walter Reed) | |
| Bailey K. Ashford Research Competition; Finalist | 1998,2002 |
| Ben Eiseman Professorship Award | 1999 |
| (For Individual Efforts in Balkan Region.) | |
| Andrew C. Ruoff III  Award | 2000 |
| (For Support of Uniformed Services USUHS mission | |
| While Stationed in Germany.) | |
| Chesapeake Vascular Society Resident's Paper Competition- | |
| Winner | 2001 |
| Eastern Vascular Society – Winner | |
| "Best of the Regional's" Paper Competition | 2002 |
| Metropolitan Chapter; American College of Surgeons- | |
| Harry B. Zehner, Jr Memorial Traveling Fellowship | |
| Award  (Tim Chuter-UCSF) | 2002 |
| Major General Lewis A. Mologne Award | |
| (Most Outstanding Resident, Walter Reed) | 2002 |
| Keynote Speaker and Honored Guest, University of | |

|  | |  |
|---|---|---|
| | Washington, Veterans Day Celebration | 2003 |
| | Invited Speaker, Lewis County Medical Association – | |
| | Nov 16th, 2004 "Small Victory in Iraq" | 2004 |
| | Invited Speaker, Delaware American Legion Post #25 | |
| | "Small Victory in Iraq", January 19, 2005 | 2005 |
| | Leonard Heaton Oration- Invited Lecturer | |
| | Transformation in Vascular Surgery; | |
| | Ruptured Aneurysm Patients Survive. | 2009 |
| | Hong Kong Surgical Forum Medal | |
| | Awarded by Professor C.W. Lo | 2012 |
| | Alpha Omega Alpha - Faculty Honorary Induction | |
| | Awarded by UW Student Faculty | 2012 |
| | Keynote Speaker and Honored Guest, Evergreen Washelli | |
| | Cemetery, Veterans Day Celebration | 2012 |
| | Keynote Speaker- Outsell, Versailles, France | |
| | "Convergence" | 2014 |
| | Keynote Speaker- Sommer Lecture Series, Portland | |
| | Three One Hour Lectures | 2016 |
| | Keynote Speaker- 7th International Congress "How To Do It", | |
| | Milan, Italy "Alea Iacta Est" | 2016 |
| | International Guest Examiner- Adelaide, South Australia | |
| | Adelaide Vascular Trials | 2018 |
| | Keynote Speaker- 8th International Congress "How To Do It", | |
| | Milan, Italy "Ruptured aneurysm protocol. | |
| | Lessons from a busy aortic center | 2018 |
| | Seattle MET Top Doctor; Vascular Surgery | |
| | **2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,2022** | |
| | Seattle Magazine Top Doctor; Vascular Surgery | |
| | **2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,2022** | |
| | 2019 JVS Most Highly Cited Article Award (303 citations)* | |
| | 2020 JVS Reviewer of the Year | |
| | Keynote Speaker- New Mexico Society for Vascular Surgery | |
| | Albuquerque, NM | 2024 |
| | | |
| | | |
| **BOARD** | National Board of Medical Examiners | 1993 |
| **CERTIFICATION:** | American Board of Surgery (#44618) | 1999-2010 |
| | (Missed first opportunity-War in Kosovo) | |
| | Did not recertify for General Surgery | |
| | Special Qualifications Vascular Surgery (#101393) | 2004 |
| | (Missed first opportunity-War in Iraq) | |
| | Recertification; Vascular Surgery (#101393) | 2013 |

Starnes, Benjamin Ware

| **LICENSURE:** | Washington, # MD-00045849 | 2005-pres |
| | Pennsylvania, # MD-057394-L | 1995-2006 |

**ORGANIZATIONS:**

| **LOCAL:** | North Pacific Surgical Association | 2004- 2010 |
| | Pacific Northwest Vascular Society | 2004-present |
| |     Junior Councilor | 2005 |
| |     Councilor | 2006 |
| |     Senior Councilor | 2007 |
| |     Secretary-Treasurer | 2009-  2012 |
| |     President Elect | 2014 |
| |     President | 2015 |
| | Veterans of Foreign Wars- Post 5760 | |
| |     Mercer Island- Lifetime Member | 2014-present |

| **REGIONAL:** | Washington Chapter American College of Surgeons | 2004 |
| |     Councilor | 2006 |
| |     Program Committee Chair | 2007 |
| | Western Vascular Society | 2005-present |
| |     Program Committee Chair | 2012 |
| |     Recorder | 2014-2016 |
| |     President Elect | 2018-2019 |
| |     **34th President** | 2019-2020 |
| |     Constitution & Bylaws CMTE | 2024 |
| |     (ex-officio) | |
| | Pacific Coast Surgical Association | 2007-2013 |
| | Western Surgical Association | 2009-2016 |
| | Pacific Northwest Endovascular Conference | 2007-present |
| |     Program Chair | 2009-present |

| **NATIONAL:** | American Surgical Association | 2016-present |
| | Fellow, American College of Surgeons | 2005-present |
| |     Post Graduate Course Moderator | 2008-2012 |
| |     Fellow Member # 03031749 | |
| | Society for Vascular Surgery | 2005-present |
| |     Post Graduate Course Moderator | 2008-present |
| |     VESAP Question Editor | 2009 |
| |     Distinguished Fellow (DFSVS) | 2011-present |
| |     Vascular Chairs Committee | 2011-2012 |
| |     Program Committee | 2013-2016 |

Reporting Standards Committee
    FEVAR Writing Group      2013-present
Practice Guidelines Committee
    FEVAR Writing Group      2013-present
Clinical Practice Guidelines
    AAA Writing Group      2015-2017
Outcomes and Technology
    Assessment Committee      2015-2016
SVS Public and Professional
    Outreach Committee      2017-2021
SVS Post Graduate Education Committee
         2019-present
Audit Committee      2020-present

International Society of Endovascular Specialists
         2001-present
Society for Military Vascular Surgeons      2002-2007
    Secretary      2003
Critical Issues America- Organizing Committee
    Original Founding Member      2015-present

Aortic Trauma Foundation
    Original Founding Member and
    Vice-President      2016-2023
Frank J. Veith International Society      2018-present

## ADMINISTRATIVE RESPONSIBILITIES:

Medical Director; Vascular Laboratory, MAMC      2003-07
Director; Endovascular Surgery      2002-07
Assistant Chief; Vascular Surgery, MAMC      2003-07
Chairman; Renovascular Conference, MAMC      2003-07
Director; Vascular Surgical Research      2003-07
Chief; Vascular Surgery Division UW      2007-24
Chief Vascular Surgery UW (Harborview)      2007-24
Vice Chair; Department of Surgery UW      2012-23

## DEPARTMENT COMMITTEES:

UW Department of Surgery Leadership Council      2011-2024

Starnes, Benjamin Ware

| | |
|---|---|
| UW Department of Surgery Clinical Programs Workgroup | 2011-2014 |
| UW Department of Surgery Division Chiefs | 2007-2011 |
| Mentoring Committee | 2007-2008 |
| Surgical Council | |
|   Harborview Medical Center | 2007-2024 |
| Trauma Council | |
|   Harborview Medical Center | 2007-2013 |
| Quality Assurance Committee | 2003-07 |
|   Madigan Army Medical Center | |
| Chair; Division of Vascular Surgery | 2014-2024 |
|   Executive Council | |
| Co-Chair: UW Medicine Clinical Product and Smart Innovation Oversight Committee (CPSIOC) -PV/IR Core Group | 2018-2024 |
| Advancement and Promotions | 2015-2024 |

## RESEARCH PROTOCOLS:

**Principal Investigator: (UW) (As of 10/15/2018)**

1. Bolton Relay-A Phase II Clinical Study of the Safety and Efficacy of the Relay Thoracic Stent-graft in Patients with Thoracic Aortic Pathologies

   Role: PI     Start Date: 6/1/2008  Status: Closed    Amount: **$18.900.00**

2. Medtronic Endurant- Endurant Stent Graft System US Clinical Study

   Role: PI     Start Date: 12/5/2008  Status: Closed    Amount: **$20,444.00**

3. Zenith Low Profile AAA Endovascular Graft 08-013-02, COOK Inc.

   Role: PI     Start Date: 6/26/2009  Status: Closed    Amount: **$113,395.00**

4. W.L. Gore TAG 08-01- Evaluation of the Gore Conformable TAG Thoracic Endoprosthesis for the Treatment of Acute Complicated Type B Aortic Dissection

   Role: PI     Start Date: 4/19/2010  Status: Closed    Amount: **$6,250.00**

5. W.L. Gore TAG 08-02- Evaluation of the Gore Conformable TAG Thoracic Endoprosthesis for the Treatment of Traumatic Transection of the Descending Thoracic Aorta

   Role: PI     Start Date: 4/19/2010  Status: Closed    Amount: **$57,257.45**

6. Evaluation of the GORE™ Conformable TAG® Thoracic Endoprosthesis for the Primary Treatment of Aneurysm of the Descending Thoracic Aorta

   Role: PI     Start Date: 4/19/2010  Status: Closed    Amount: **$6,250.00**

Starnes, Benjamin Ware

7. Physician Modified Endovascular Grafts (PMEG) FDA IDE#G100336- Investigator Sponsored, Investigational Device Exemption (Up to 300 Subjects Eligible)

    Role: PI        Start Date: 1/26/2011  Status: Open       Amount: **Funded Locally**

8. Zenith® Fenestrated AAA Endovascular Graft Clinical Study

    Role: PI        Start Date: 2/10/2011  Status: Closed     Amount: **$26,437.45**

9. Clinical Study to Evaluate the Safety and Effectiveness of the Zenith® Branch Endovascular Graft-Iliac Bifurcation with the ConnectSX™

    Role: PI        Start Date: 4/5/2011    Status: Closed     Amount: **$7,125.00**

10. Zenith® TX2® TAA Endovascular Graft Post-approval Study

    Role: PI        Start Date: 5/10/2011  Status: Closed     Amount: **$31,647.00**

11. Prospective, Multicenter, Single Arm Safety and Effectiveness Trial of the Endologix Fenestrated Stent Graft System for the Endovascular Repair of Juxtarenal/Pararenal (JAA/PAA) Aneurysms

    Role: PI        Start Date: 3/27/2012  Status: Closed     Amount: **$240,124.57**

12. Use of the Zenith Dissection Endovascular System in the Treatment of Patients with Acute, Complicated Type B Aortic Dissection

    Role: PI        Start Date: 7/18/2012  Status: Closed     Amount: **$40,475.78**

13. Zenith® TX2® Low Profile Endovascular Graft for Blunt Thoracic Aortic Injury Clinical Study

    Role: National PI Start Date: 10/15/2012  Status: Closed  Amount: **$42,828.06**

14. ANCHOR: Aneurysm Treatment Using the HeliFX™ Aortic Securement System Global Registry

    Role: PI        Start Date: 10/15/2012  Status: Closed    Amount: **$13,085.92**

15. A Prospective, Multicenter, Non-Blinded, Non-Randomized Study of the RelayPro Thoracic Stent-Graft in Subjects with Traumatic Injury of the Descending Thoracic Aorta

    Role: Global PI Start Date: 6/19/2018  Status: Closed     Amount: **$139,222.67**

16. A Prospective, Multicenter, Non-Blinded, Non-Randomized Study of the RelayPro Thoracic Stent-Graft in Subjects with an Acute, Complicated Type B Aortic Dissection

    Role: PI        Start Date: 6/19/2018     Status: Open    Amount: **$67,157.60**

Total Funding from Industry Sponsored Clinical Trials: **$830,600.50**

**Associate Investigator: (Madigan)**

Starnes, Benjamin Ware

1. A Comparative Prospective, Randomized, Double-Masked, Parallel Group, Sham-Controlled Trial of MIST Therapy for the Reduction of Pain in Chronic Lower Extremity Ulcers. Andersen CA, Landowski MA, **Starnes BW**, Schweinberger MH, Schoneman LB, Degen GP, Driver VR, Roukis TS.

2. Linezolid In The Treatment Of Subjects With Complicated Skin And Soft Tissue Infections Proven To Be Due To Methicillin-Resistant Staphylococcus Aureus. Andersen CA, Degen GP, **Starnes BW**, Schweinberger MH, Driver VR

3. The Prevalence of Three Major Stroke Risk Factors in an Enrolled Medicare Population. Andersen CA, Mullenix PS, **Starnes BW**, Peterson RP, Herbert GS, Arthurs ZM, Wolcott KE, Cuadrado DG, Schoneman LB

4. Does Control of Inflammation Prior to Intervention for Carotid Artery Disease or Lower Extremity Peripheral Arterial Disease Affect Outcome? Herbert GS, Andersen CA, **Starnes BW**

5. A Randomized, Controlled, Multicenter Trial of Vacuum Assisted Closure Therapy™ in the Treatment and Blinded Evaluation of Pressure Ulcers, Protocol Number VAC2001-01. Andersen CA, **Starnes BW**, Landowski MA

6. Advanced/Combat Trauma Management Training Using Animal Models (Domestic Goat/Capra hircus, Pig/Sus scrofa). Beekley, AC, Sebesta JA, **Starnes BW**

7. Carotid Stenosis: Digital Subtraction Angiography, Magnetic Resonance Angiography, and the Evolution of Preoperative Evaluation. Statler JD, Ronsivalle JA, Johnson CS, Sohn VY, **Starnes BW**, Andersen CA, Tatum B, Schoneman LB

8. Phase 3, Multicenter, Multi-National, Randomized, Double-Blind, Placebo Controlled Study to Evaluate the Efficacy and Safety of Alfimeprase in Subjects with Acute Peripheral Artery Occlusion (NAPA-3). Andersen CA, **Starnes BW**, Schoneman LB, Statler JD, Ronsivalle JA

9. A Multi-Center, Double-Blind, Randomized, Parallel, Vehicle-and Standard Care-Controlled, Dose-Ranging Study Assessing the Safety and Efficacy of MRE0094 Gel When Applied Topically for 90 Days to Subjects with Diabetic, Neuropathic, Foot Ulcers. Andersen CA, Schweinberger MH, **Starnes BW**, Landowski MA

10. The Value of Resistive Index: A Longitudinal Study of Confounding Variables and Their Impact - A Pilot Study. Pugliese, JM, Andersen CA, **Starnes BW**

11. The Prevalence and Progression of Carotid Artery Stenosis in Patients Undergoing Radiation for Head and Neck Cancer. Andersen CA,  Herbert GS, **Starnes BW**, Sorensen DM, Halligan JB, Wilhelm MJ, Tatum B

12. The Association Of Elevated C-Reactive Protein With Presence And Degree Of Carotid Stenosis. Arthurs ZM, Mullenix PS, Andersen CA, Schoneman LB, Herbert GS, See CS, **Starnes BW,** Wolcott KE, Cuadrado DG

13. A Phase 3, Randomized, Double-Blind, Multinational Trial of Intravenous Telavancin Versus Vancomycin for Treatment of Complicated Gram Positive Skin and Skin Structure Infections with a Focus on Patients with Infections Due to Methicillin-resistant

Starnes, Benjamin Ware

Staphylococcus aureus 0018. Andersen CA, **Starnes BW**, Schweinberger MH, Degen GP, Schoneman LB, Landowski MA, Peterson CK

14. Renovascular Hypertension: A Retrospective Analysis of Renal Artery Stenting Outcomes. Arthurs ZM, Cuadrado DG, Sohn VY, Andersen CA, **Starnes BW**

15. Colonic Ischemia Following Abdominal Aortic Aneurysm Repair-- Open vs. Endovascular Approaches. Arthurs ZM, Steele SR, Martin MJ, Mullenix PS, **Starnes BW**, Andersen CA, Azarow KS

16. Does SDF-1 Production by Atherosclerotic Plaques Correlate with Severity of Carotid Artery Stenosis? Cronk, DR, Herbert GS, Andersen CA, **Starnes BW**, Perry JT

17. Venous Distensibility Index as a Predictor of Radiocephalic Arteriovenous Fistula Maturation. Perry JT, Andersen CA, **Starnes BW**, Cushner HM

18. A Double-Blind, Randomized, Parallel Group, Placebo-Controlled Study to Evaluate the Safety and Efficacy of NM-702 in Subjects with Intermittent Claudication, Protocol Number NCI-IC-0201. Andersen CA, Schoneman LB, Mullenix PS, **Starnes BW**

19. A Prospective, Randomized Study Comparing the Outcome of Carotid Endarterectomy Using New Generation Dacron or Expanded Polytetrafluoroethylene (e-PTFE) Carotid Patching. Andersen CA, **Starnes BW**, Tollefson DFJ, Olsen SB

20. Prospective Evaluation Of Intraoperative Duplex Ultrasound As An Adjunct To Technical Excellence During Carotid Endarterectomy. Mullenix PS, Andersen CA, Arthurs ZM, Herbert GS, See CS, **Starnes BW**, Wolcott KE, Cuadrado DG, Steele SR, Martin MJ, Hadro NC

21. Influence of post-bariatric surgery weight loss on endothelial progenitor cells, inflammation, and oxidative stress in the morbidly obese. Perry JT, Andersen CA, **Starnes BW**, Martin MJ, Singh N

22. Screening for Occult Vascular Injuries Utilizing a Portable Ultrasound Unit. Kjorstad RJ, Arthurs ZM, Herbert GS, Andersen CA, **Starnes BW**

**JOURNAL ARTICLES: (148) *Denotes First or Senior Authorship (97)**

**Peer-reviewed: (139)**

1. Bertalan MS, Ghaffarian A, Hemingway J, Quiroga E, Tran N, **Starnes B**, Singh N. Surgical release of anterior tibial artery entrapment with associated popliteal artery entrapment. J Vasc Surg Cases Innov Tech. 2023 Dec 19;10(2):101395.

2. Ghaffarian AA, Hemingway J, Quiroga E, Tran N, **Starnes BW**, Singh N; Dynamic Imaging is the Ideal Modality for the Diagnosis of Popliteal Artery Entrapment Syndrome.Ann Vasc Surg. 2023 Jun 23:S0890-5096

3. Dittman JM, Saldana-Ruiz N, Newhall K, Byers PH, **Starnes BW**, Shalhub S. Open repair of abdominal aortic aneurysms in patients with vascular Ehlers-Danlos syndrome. J Vasc Surg Cases Innov Tech. 2023 Apr 26;9(2)

4. Yadavalli SD, Romijn AC, Rastogi V, Summers SP, Marcaccio CL, Zettervall SL, Eslami MH, **Starnes BW**, Verhagen HJM, Schermerhorn ML.Outcomes Following Thoracic Endovascular Aortic Repair for Blunt Thoracic Aortic Injury Stratified by Society for Vascular Surgery Grade. J Vasc Surg. 2023 Mar 15:S0741-5214(23)00466-4. doi: 10.1016/j.jvs.2023.03.021.

5. Romagnoli AN, Paterson J, Dua A, Kauvar D, Saqib N, Miller C, **Starnes B**, Azizzadeh A, DuBose J. Cover with caution: Management of the Left Subclavian Artery in TEVAR for trauma. J Trauma Acute Care Surg. 2023 Mar 1;94(3):392-397.

6. *Tachida A, Stafforini N, Singh N, **Starnes B**, Zettervall SL.Reinterventions after physician-modified endovascular grafts for treatment of juxtarenal aortic aneurysms are non-detrimental to long-term survival.J Vasc Surg. 2023 Jan 7:S0741-5214(23)00002-2.

7. *Benyakorn T, Swatesutipun V, **Starnes BW**. Symptomatic isolated right common iliac artery aneurysm in the setting of renal ectopia. J Vasc Surg Cases Innov Tech. 2022 Aug 19;8(4):760-761.

8. *Zettervall SL, **Starnes BW**. Planning and sizing of fenestrated/branched stent grafts. Semin Vasc Surg. 2022 Sep;35(3):252-258.

9. Lombardi JV, Gleason TG, Panneton JM, **Starnes BW**, Dake MD, Haulon S, Mossop PJ, Segbefia E, Bharadwaj P; STABLE II investigators. Five-year results of the STABLE II study for the endovascular treatment of complicated, acute type B aortic dissection with a composite device design. J Vasc Surg. 2022 Jul 6:S0741-5214(22)01825-0

10. Ghaffarian AA, Nkansah R, Quiroga E, Tran N, **Starnes BW**, Singh N. Clinical Outcomes of a Diagnostic and Management Protocol for Popliteal Artery Entrapment Syndrome at a Large Referral Center. Ann Vasc Surg. 2022 Apr 20

11. Cao Z, Zhu R, Ghaffarian A, Wu W, Weng C, Chen X, Shalhub S, **Starnes BW**, Zhang WW. A systematic review and meta-analysis of the clinical effectiveness and safety of unilateral versus bilateral iliac branch devices for aortoiliac and iliac artery aneurysms. J Vasc Surg. 2022 Mar 18

12. Arbabi CN, DuBose J, **Starnes BW**, Saqib N, Quiroga E, Miller C, Azizzadeh A; Aortic Trauma Foundation Study Group, Los Angeles, CA; Baltimore, MD; Seattle, WA; and Houston, Tx. Outcomes of TEVAR in Patients with Concomitant Blunt Thoracic Aortic Injury and Traumatic Brain Injury from The Aortic Trauma Foundation Global Registry.J Vasc Surg. 2021 Oct 1:S0741-5214

13. Arbabi CN, DuBose J, Charlton-Ouw K, **Starnes BW**, Saqib N, Quiroga E, Miller C, Azizzadeh A; Aortic Trauma Foundation Study Group. Outcomes and Practice Patterns of Medical Management of Blunt Thoracic Aortic Injury from the Aortic Trauma Foundation Global Registry.J Vasc Surg. 2021 Sep 21: S0741-5214

14. Farber MA, Krishnasastry KV, Desai N, **Starnes BW**, Matsumura JS, Tohill BC; Five-Year Outcomes with Conformable GORE® TAG® endoprosthesis used in traumatic aortic transections.TAG 08-02 clinical trial investigators.Ann Thorac Surg. 2021 Jun 11:S0003-4975(21)

15. *Hemingway JF, Desikan S, Dasari M, Tran C, Hoffman R, Gobble A, Spurlock A, Singh N, Quiroga E, Tran N, **Starnes BW**. Intraoperative Consultation of Vascular Surgeons is Increasing at a Major American Trauma Center. J Vasc Surg. 2021 May 19:S0741-5214(21)00750-3.

16. *Hemingway JF, Ohlsson A, Hurd J, **Starnes BW**. Bilateral internal iliac branch device with ipsilateral deployment. J Vasc Surg Cases Innov Tech. 2021 Mar 13;7(2):197-202.

17. *Hemingway JF, French B, Caps M, Benyakorn T, Quiroga E, Tran N, Singh N, **Starnes BW**. Pre-operative Risk Score Accuracy is Confirmed in a Modern Ruptured Abdominal Aortic Aneurysm Experience. J Vasc Surg. 2021 May 3:S0741-5214(21)00684-4.

18. *Zettervall SL, Dansey K, Kline B, Singh N, **Starnes BW**. Significant Aortic Neck Dilation Occurs Following Repair of Juxtarenal Aneurysms with Fenestrated Endovascular Aneurysm Repair. J Vasc Surg. 2021 Apr 27

19. *Stafforini NA, Czerwonko ME, Singh N, Quiroga E, **Starnes BW**. Management of an Aortoenteric Fistula in a Patient with End Stage Renal and Liver Disease, Prior Endovascular Aortic Repair With Type II Endoleak. Vasc Endovascular Surg. 2021 Mar 29

20. **\*Starnes BW.** Zen and the art of bandsaw maintenance: An inquiry into values. J Vasc Surg. 2021 Apr;73(4):1117-1125.

21. *Hemingway JF, **Starnes BW**, Kline, BR, Singh N. Initial Experience With The Terumo Aortic "Treo" Device For Fenestrated EVAR. J Vasc Surg. 2021 Feb 13

22. Rokosh RS, **Starnes BW**, Chaikof EL. Society for Vascular Surgery Implementation of Clinical Practice Guidelines for Patients with an Abdominal Aortic Aneurysm: Repair of an Abdominal Aortic Aneurysm.J Vasc Surg. 2021 Feb 3

23. Hemingway J, Hoffman R, **Starnes B**, Quiroga E, Tran N, Singh N.

The Impact of a Limb Preservation Service on the Incidence of Major Amputations for All Indications at a Level I Trauma Center.Ann Vasc Surg. 2021 Jan;70:43-50.

24. Stafforini NA, Singh N, Hemingway J, **Starnes B**, Tran N, Quiroga E. Re-evaluating The Need For Routine Coverage Of The Left Subclavian Artery In Thoracic Blunt Aortic Injury. Ann Vasc Surg. 2020 Dec 31:S0890-5096(20)31110-9.

25. *Quiroga E, Levitt MR, Czerwonko ME, **Starnes BW**, Tran NT, Singh N. Management of Moderate Blunt Thoracic Aortic Injuries in Patients with Intracranial Hemorrhage. Ann Vasc Surg. 2020 Dec 23:S0890-5096(20)31047-5.

26. *Shalhub S, Rah JY, Campbell R, Sweet MP, Quiroga E, **Starnes BW**. Characterization of syndromic, non-syndromic familial, and sporadic Type B Aortic Dissection.J Vasc Surg. 2020 Nov 26: S0741-5214(20)32488-5.

27. DuBose JJ, Charlton-Ouw K, **Starnes B**, Saqib N, Quiroga E, Morrison J, Gewertz B, Azizzadeh A; AAST / Aortic Trauma Foundation Study Group. Do patients with minimal blunt thoracic aortic injury (BTAI) require TEVAR? J Trauma Acute Care Surg. 2020 Oct 16.

28. Oderich GS, Farber MA, Schneider D, Makaroun M, Sanchez LA, Schanzer A, Beck AW, **Starnes BW**, Fillinger M, Tenorio ER, Chen M, Zhou Q; Zenith Fenestrated Study Investigators. Final 5-Year Results of the United States Zenith Fenestrated Prospective Multicenter Study for Juxtarenal Abdominal Aortic Aneurysms. J Vasc Surg. 2020 Sep 3:S0741-5214(20)32014-0.

29. Guo Z, Liu C, Huang K, Yu N, Peng M, **Starnes BW**, Chow WB, Li Z, Zhang WW. Meta-analysis of re-do stenting versus endarterectomy for in-stent stenosis following carotid artery stenting. J Vasc Surg. 2020 Aug 27:S0741-5214(20)31903-0.

30. Magee GA, Plotkin A, Dake MD, **Starnes BW**, Han SM, Ding L, Weaver FA. Branch vessel patency after TEVAR for type B aortic dissection. Ann Vasc Surg. 2020 Jul 4:S0890-5096(20)30554-9.

31. *Quiroga E, Shalhub S, Tran NT, **Starnes BW**, Singh N. Outcomes of Femoral Artery Ligation for Treatment of Infected Femoral Pseudoaneurysms due to Drug Injection. J Vasc Surg. 2020 Jul 2:S0741-5214(20)31465-8.

32. Hysa L, Khor S, **Starnes BW**, Chow WB, Sweet MP, Nguyen J, Shalhub S. Cause-Specific Mortality of Type B Aortic Dissection and Assessment of Competing Risks of Mortality. J Vasc Surg. 2020 May 10

33. *Hemingway JF, Singh N, **Starnes BW**. Emerging Practice Patterns in Vascular Surgery During the COVID-19 Pandemic. J Vasc Surg. 2020 Apr 29.

34. Plotkin A, Ding L, Han SM, Oderich GS, **Starnes BW**, Lee JT, Malas MB, Weaver FA, Magee GA. Association of upper extremity and neck access with stroke in endovascular aortic repair. J Vasc Surg. 2020 Apr 6.

35. Hemingway J, Adjei E, Desikan S, Gross J, Tran N, Singh N, **Starnes B**, Quiroga E. Re-evaluating the safety and effectiveness of the 0.9 ankle-brachial index threshold in penetrating lower extremity trauma. J Vasc Surg. 2020 Mar 13.

36. **\*Starnes BW.** Three-dimensional printed templates to guide fenestrated endovascular aneurysm repair are not as straightforward as they appear. J Vasc Surg Cases Innov Tech. 2020 Feb 20;6(1):104-105.

37. **\*Starnes BW**, Dwivedi A, Giglia J, Woo K, Yeh C; TRANSFIX Study Investigators; Updated outcomes from the TRANSFIX study to evaluate endovascular repair of blunt thoracic aortic injuries with the Zenith Alpha thoracic device. J Vasc Surg. 2020 Jun;71(6):1851-1857

38. Hurd JR, Emanuels DF, Aarabi S, Dasari M, **Starnes BW**, Quiroga E, Tran NT, Singh N. Limb Salvage Does Not Predict Functional Limb Outcome After Revascularization for Traumatic Acute Limb Ischemia. Ann Vasc Surg. 2019 Oct 29.

39. \*Hurd JR, Chen X, Caps MT, Katsman D, Singh N, Zierler RE, Tatum B, **Starnes BW**. A reliable method for renal volume measurement and its application in fenestrated endovascular aneurysm repair. J Vasc Surg. 2020 May;71(5):1515-1520

40. Lombardi JV, Gleason TG, Panneton JM, **Starnes BW**, Dake MD, Haulon S, Mossop PJ, Seale MM, Zhou Q; STABLE II Investigators. STABLE II clinical trial on endovascular treatment of acute, complicated type B aortic dissection with a composite device design. J Vasc Surg. 2020 Apr;71(4):1077-1087

41. \*Chow WB, Leverentz DM, Tatum B, **Starnes BW**. Fenestrated endovascular aneurysm repair is financially viable at a high-volume medical center with positive hospital contribution margins and physician payment. J Vasc Surg. 2020 Jan;71(1):189-196.

42. \*Hurd JR, Tatum B, Grillo J, Arthurs Z, Singh N, Fong H, Sarikaya M, Allen-Kline B, **Starnes BW**. Long-term durability of a physician-modified endovascular graft. J Vasc Surg. 2019 Aug 7.

43. Hemingway J, Adjei E, Desikan S, Gross J, Tran N, Singh N, **Starnes B**, Quiroga E. Lowering the Ankle-Brachial Index Threshold in Blunt Lower Extremity Trauma May Prevent Unnecessary Imaging. Ann Vasc Surg. 2019 Aug 6.

44. \*Quiroga E, **Starnes BW**, Tran NT, Singh N. Implementation and results of a practical grading system for thoracic blunt aortic injury. J Vasc Surg. 2019 Mar 25.

45. Delafontaine JL, Hu B, Tan TW, Tang GL, **Starnes BW**, Virk C, Chow WB, Zhang WW. Outcome comparison of TEVAR with and without left subclavian artery revascularization from analysis of Nationwide Inpatient Sample database. Ann Vasc Surg. 2019 Mar 22.

46. Hemingway J, Emanuels D, Aarabi S, Quiroga E, Tran N, **Starnes B**, Singh N. Safety of transfer, type of procedure, and factors predictive of limb salvage in a modern series of acute limb ischemia. J Vasc Surg. 2019 Feb 15

47. *Hansen SK, Danaher PJ, **Starnes BW**, Hollis HW Jr, Garland BT. Accuracy evaluations of three ruptured abdominal aortic aneurysm mortality risk scores using an independent dataset. J Vasc Surg. 2018 Dec 28.

48. *Qaderi SM, Tran NT, Tatum B, Blankensteijn JD, Singh N, **Starnes BW**. Aortic neck dilation is not associated with adverse outcomes after fenestrated endovascular aneurysm repair: Midterm results from an investigational device exemption clinical trial. J Vasc Surg. 2018 Oct 6. pii: S0741-5214(18)31988-8.

49. *Worrall EB, Singh N, **Starnes BW**. Three-vessel fenestrated and bilateral iliac branched graft repair of a juxtarenal aortic aneurysm with bilateral common iliac aneurysms. J Vasc Surg Cases Innov Tech. 2018 Apr 30;4(2):166-169.

50. Shalhub S, Schäfer M, Hatsukami TS, Sweet MP, Reynolds JJ, Bolster FA, Shin SH, Reece TB, Singh N, **Starnes BW**, Jazaeri O. Association of variant arch anatomy with type B aortic dissection and hemodynamic mechanisms. J Vasc Surg. 2018 May 24. pii: S0741-5214

51. Esiobu P, **Starnes BW**, Tang GL. Extreme common iliac tortuosity in a patient with repeated unilateral distal embolization. J Vasc Surg. 2018 Jun;67(6):1921.

52. *Garland BT, Danaher PJ, Desikan S, Tran NT, Quiroga E, Singh N, **Starnes BW**. Preoperative risk score for the prediction of mortality after repair of ruptured abdominal aortic aneurysms. J Vasc Surg. 2018 May 9. pii: S0741-5214(18)30275-1.

53. ***Starnes BW**, Tatum B, Singh N. Procedural and perioperative results in patients treated with fenestrated endovascular aneurysm repair planned by automated software in a physician-sponsored investigational device exemption trial of physician-modified endografts. J Vasc Surg. 2018 Apr 26

54. Esiobu PC, Yoo MJ, Kirkham EM, Zierler RE, **Starnes BW**, Sweet MP. The role of vascular laboratory in the management of Eagle syndrome. J Vasc Surg Cases and Innovative Techniques 2018,4:41-4

55. *Chaikof EL, Dalman RL, Eskandari MK, Jackson BM, Lee WA, Mansour MA, Mastracci TM, Mell M, Murad MH, Nguyen LL, Oderich GS, Patel MS,

Schermerhorn ML, **Starnes BW**. The Society for Vascular Surgery practice guidelines on the care of patients with an abdominal aortic aneurysm. J Vasc Surg. 2018 Jan;67(1):2-77.e2.

56. *Desikan SK, Singh N, Steele SR, Tran N, Quiroga E, Danaher P, Garland BT, **Starnes BW**. The Incidence of Ischemic Colitis after Repair of Ruptured Abdominal Aortic Aneurysms is Decreasing in the Endovascular Era. Ann Vasc Surg. 2017 Sep 14.

57. *Garland BT, Boehm M, Grayson PC, Hilaire CS, Brofferio A, **Starnes BW**. Abnormal molecular response to Takayasu arteritis causing extensive large-vessel calcification. J Vasc Surg Cases Innov Tech. 2016 Dec;2(4):190-192.

58. *Shin SH, **Starnes BW**. Bifurcated-bifurcated aneurysm repair is a novel technique to repair infrarenal aortic aneurysms in the setting of iliac aneurysms. J Vasc Surg. 2017 May 11.

59. Lallemand MS, Moe DM, McClellan JM, Smith JP, Daab L, Marko S, Tran N, **Starnes B**, Martin MJ. Resuscitative endovascular balloon occlusion of the aorta for major abdominal venous injury in a porcine hemorrhagic shock model. J Trauma Acute Care Surg. 2017 Aug;83(2):230-236.

60. *Nevidomskyte D, Shalhub S, Aldea GS, Byers PH, Schwarze U, Murray ML, **Starnes B.** Endovascular Repair of Internal Mammary Artery Aneurysms in 2 Sisters withSMAD3 Mutation. Ann Vasc Surg. 2017 May,41:283.

61. Mell MW, **Starnes BW**, Kraiss LW, Schneider PA, Pevec WC. Western Vascular Society guidelines for transfer of patients with ruptured abdominal aortic aneurysms. J Vasc Surg. 2017 Mar;65(3):603-608.

**62. *Starnes BW,** Heneghan RE, Tatum B. Midterm results from a physician-sponsored investigational device exemption clinical trial evaluating physician-modified endovascular grafts for the treatment of juxtarenal aortic aneurysms. J Vasc Surg. 2017 Feb;65(2):294-302.

**63. *Starnes BW**, Caps MT, Arthurs ZM, Tatum B, Singh N. Evaluation of the learning curve for fenestrated endovascular aneurysm repair. J Vasc Surg. 2016 Aug 26.

64. Harris DG, Rabin J, **Starnes BW**, Khoynezhad A, Conway RG, Taylor BS, Toursavadkohi S, Crawford RS. Evolution of lesion-specific management of blunt thoracic aortic injury. J Vasc Surg. 2016 May 21.

65. *Heneghan RE, Aarabi S, Quiroga E, Gunn ML, Singh N, **Starnes BW**. Call for a new classification system and treatment strategy in blunt aortic injury. J Vasc Surg. 2016 Jul;64(1):171-6

Starnes, Benjamin Ware

66. **Starnes BW.** Invited commentary. J Vasc Surg. 2016 Apr;63(4):942-3.

67. Sokol KK, Black GE, Shawhan R, Eckert MJ, Tran NT, **Starnes BW**, Martin MJ. Efficacy of a novel fluoroscopy-free endovascular balloon device with pressure release capabilities in the setting of uncontrolled junctional hemorrhage. J Trauma Acute Care Surg. 2016 80;(6):907-914.

68. *Heneghan RE, **Starnes BW**, Nathan DP, Zierler RE. Renal duplex ultrasound findings in fenestrated endovascular aortic repair for juxtarenal aortic aneurysms. J Vasc Surg. 2016 Apr;63(4):915-21.

69. **Starnes BW**, Dwivedi AJ, Giglia JS, Woo K, Yeh C; Endovascular repair for blunt thoracic aortic injury using the Zenith Alpha low-profile device. TRANSFIX Study Investigators. J Vasc Surg. 2015 Sep 19.

70. *Sweet MP, **Starnes BW**, Tatum B. Initial experience with endovascular treatment of thoracoabdominal aortic aneurysm using physician modified endografts. J Vasc Surg. 2015 Jul 17. pii: S0741-5214(15)01218-5.

71. *Mell MW, Schneider PA, **Starnes BW**. Variability in transfer criteria for patients with ruptured abdominal aortic aneurysm in the western United States. J Vasc Surg. 2015 Aug;62(2):326-30.

72. *Leotta DF, **Starnes BW**. Custom fenestration templates for endovascular repair of juxtarenal aortic aneurysms. J Vasc Surg. 2015 Jun;61(6):1637-41.

73. *Nathan DP, Shalhub S, Tang GL, Sweet MP, Verrier ED, Tran NT, Aldea GS, **Starnes BW**. Outcomes after stent graft therapy for dissection-related aneurysmal degeneration in the descending thoracic aorta. J Vasc Surg. 2015 May;61(5):1200-6.

74. Jordan WD Jr, Ouriel K, Mehta M, Varnagy D, Moore WM Jr, Arko FR, Joye J, de Vries JP; Aneurysm Treatment using the Heli-FX Aortic Securement System Global Registry (ANCHOR); Outcome-based anatomic criteria for defining the hostile aortic neck. J Vasc Surg. 2015 Feb 28

    Collaborators: Jordan WD Jr, Paul de Vries J, Joye J, Eckstein HH, van Herwaarden J, Arko FR, Bove P, Bohannon W, Fioole B, Setacci C, Resch T, Riambau V, Scheinert D, Clair D, Moursi M, Farber M, Tessarek J, Torsello G, Fillinger M, Glickman M, Henretta J, Hodgson K, Jim J, Katzen B, Lipsitz E, Cox M, Naslund T, Ramaiah V, Schermerhorn M, Schneider P, **Starnes BW**, Donayre C, Mehta M, Zipfel B,Malhotra N, Varnagy D, Moore W Jr, Cheshire N, Bicknell C, Back M, Muhs B, Malas MB, Hussain S, Gupta N, Bockler D, Verhoeven E, Reijnen M.

75. *Heneghan RE, Singh N, **Starnes BW**. Successful Emergent Endovascular Repair of a Ruptured Mycotic Thoracic Aortic Aneurysm. Ann Vasc Surg. 2015 Feb 27

76. Wallace GA, **Starnes BW**, Hatsukami TS, Sobel M, Singh N, Tran NT. Intravascular ultrasound is a critical tool for accurate endograft sizing in the management of blunt thoracic aortic injury. J Vasc Surg. 2014 Dec 8.

77. de Vries JP, Ouriel K, Mehta M, Varnagy D, Moore WM Jr, Arko FR, Joye J, Jordan WD Jr; Aneurysm Treatment Using the Heli-FX Aortic Securement System Global Registry (ANCHOR) trial; Aneurysm Treatment Using the Heli-FX Aortic Securement System Global Registry ANCHOR trial. J Vasc Surg. 2014 Dec;60(6):1460-1467. Analysis of EndoAnchors for endovascular aneurysm repair by indications for use.

    Collaborators: Jordan WD Jr, Paul de Vries J, Joye J, Eckstein HH, van Herwaarden J, Arko FR, Bove P, Bohannon W, Fioole B, Setacci C, Resch T, Riambau V, Scheinert D, Clair D, Moursi M, Farber M, Tessarek J, Torsello G, Fillinger M, Glickman M, Henretta J, Hodgson K, Jim J, Katzen B, Lipsitz E, Cox M, Naslund T, Ramaiah V, Schermerhorn M, Schneider P, **Starnes BW**, Donayre C, Mehta M, Zipfel B,Malhotra N, Varnagy D, Moore W Jr, Cheshire N, Bicknell C, Back M, Muhs B, Malas MB, Hussain S, Gupta N, Bockler D, Verhoeven E, Reijnen M.

78. *Shalhub S, **Starnes BW**, Brenner ML, Biffl WL, Azizzadeh A, Inaba K, Skiada D, Zarzaur B, Nawaf C, Eriksson EA, Fakhry SM, Paul JS, Kaups KL, Ciesla DJ, Todd SR, Seamon MJ, Capano-Wehrle LM, Jurkovich GJ, Kozar RA. Blunt abdominal aortic injury: A Western Trauma Association multicenter study. J Trauma Acute Care Surg. 2014 Sep 22.

79. Catchpole K, Ley E, Wiegmann D, Blaha J, Shouhed D, Gangi A, Blocker R, Karl R, Karl C, Taggart B, **Starnes BW**, Gewertz B. A Human Factors Subsystems Approach to Trauma Care. JAMA Surg. 2014 Aug 6.

80. *Garland BT, Singh N, **Starnes BW**. Endovascular Repositioning of a Migrated Stent Graft Using "Endoanchor Capture". Ann Vasc Surg. 2014 Jun 11.

81. *Burke C, Shalhub S, **Starnes BW**. Endovascular repair of an internal mammary artery aneurysm in a patient with SMAD-3 mutation. J Vasc Surg. 2014 Mar 19. 741-52(14).

82. *Gunn M, Lehnert B, Lungren R, Narparla C, Mitsumori L, Gross J, **Starnes BW**. Minimal aortic injury of the thoracic aorta: imaging appearances and outcome. Emerg Radiol. 2014 Jan 11.

83. Shouhed D, Blocker R, Gangi A, Ley E, Blaha J, Margulies D, Wiegmann DA, **Starnes BW**, Karl C, Karl R, Gewertz BL, Catchpole KR. Flow Disruptions During

Trauma Care. World J Surg. 2013 Nov 1.

84. *Wallace GA, **Starnes BW**, Hatsukami TS, Quiroga E, Tang GL, Kohler TR, Tran NT. Favorable discharge disposition and survival after successful endovascular repair of ruptured abdominal aortic aneurysm. J Vasc Surg. 2013 Jun;57(6):1495-502.

85. Farber MA, Giglia JS, **Starnes BW**, Stevens SL, Holleman J, Chaer R, Matsumura JS; TAG 08-02 clinical trial investigators. Evaluation of the redesigned conformable GORE TAG thoracic endoprosthesis for traumatic aortic transection. J Vasc Surg. 2013 Sep;58(3):651-8.

86. **Starnes BW**, Tatum B. Early report from an investigator-initiated investigational device exemption clinical trial on physician-modified endovascular grafts. J Vasc Surg. 2013 Aug;58(2):311-7

87. **Starnes BW**. A surgeon's perspective regarding the regulatory, compliance, and legal issues involved with physician-modified devices. J Vasc Surg. 2013 Mar;57(3):829-31. Review.

88. Shalhub S, **Starnes BW**, Gunn M. Reply. J Vasc Surg. 2012 Nov;56(5):1484-5.

89. *Jayaraj A, **Starnes BW**, Tran NT, Hatsukami T. Thoracic Aorta to Popliteal Artery Bypass for Bilateral Lower-Extremity Critical Limb Ischemia. Ann Vasc Surg. 2012 Aug;26(6):858.e11-4.

90. *Causey MW, Jayaraj A, Leotta DF, Paun M, Beach KW, Kohler TR, Zierler ER, **Starnes BW**. Three-Dimensional Ultrasonography Measurements After Endovascular Aneurysm Repair. Ann Vasc Surg. 2012 Jun 30.

91. **Starnes BW**, Physician-modified endovascular grafts for the treatment of elective, symptomatic, or ruptured juxtarenal aortic aneurysms.  J Vasc Surg. 2012 Sep;56(3):601-7

92. *Shalhub S, **Starnes BW**, Tran NT, Hatsukami TS, Lundgren RS, Davis CW, Quade S, Gunn M. Blunt Abdominal Aortic Injury. J Vasc Surg. 2012 May;55(5):1277-85.

93. Ramanathan D, **Starnes BW**, Hatsukami T, Kim LJ, Di Maio S, Sekhar L. Tibial Artery Autografts: Alternative Conduits for High Flow Cerebral Revascularizations. World Neurosurg. 2012, Jan 25.

94. **Starnes BW**, Lundgren RS, Gunn M, Quade S, Hatsukami TS, Tran NT, Mokadam N, Aldea G. A new classification scheme for treating blunt aortic injury. J Vasc Surg. 2012 Jan;55(1):47-54.

95. **Starnes BW,** Kwolek CJ, Parodi JC, Veith FJ. Influence and Critique of the EVAR 1 Trial. Semin Vasc Surg. 2011 Sep;24(3):146-8.

96.  *Shalhub S, **Starnes BW**, Hatsukami TS, Karmy-Jones R, Tran NT. Repair of blunt thoracic outlet arterial injuries: an evolution from open to endovascular approach. J Trauma. 2011 Nov;71(5).

97.  *Jayaraj A, **Starnes BW**. Contemporary Management of Blunt Aortic Injury. Perspect Vasc Surg Endovasc Ther. 2011 Apr 17

98.  *Jayaraj A, Shalhub S, Deubner H, **Starnes BW**. Cystic adventitial disease of the common femoral vein. Ann Vasc Surg. 2011 May;25(4):558

99.  *Shalhub S, **Starnes BW**, Tran NT. Endovascular treatment of axillosubclavian arterial transection in patients with blunt traumatic injury. J Vasc Surg. 2011 Apr;53(4):1141-4

100.  **Starnes BW**, Quiroga E. Hybrid-fenestrated aortic aneurysm repair: a novel technique for treating patients with para-anastomotic juxtarenal aneurysms. Ann Vasc Surg. 2010 Nov;24(8):1150-3.

101.  **Starnes BW,** Treating blunt aortic injuries with endografts: pros and cons of a meta-analysis. Semin Vasc Surg. 2010 Sep;23(3):176-81.

102.  *Quiroga E, Tran NT, Hatsukami T, **Starnes BW**. Hypothermia is associated with increased mortality in patients undergoing repair of ruptured abdominal aortic aneurysm. J Endovasc Ther. 2010 Jun;17(3):434-8.

103.  *Wolf PS, Burman HE, **Starnes BW**, Endovascular Treatment of Massive Thoracic Aortic Thrombus and Associated Ruptured Atheroma: Case Report and Review of the Literature. Ann Vasc Surg 2010 Apr;24(3):416

104.  **Starnes BW,** Quiroga E, Hutter C, Tran NT, Hatsukami T, Meissner M, Tang, G, Kohler,T. Management of ruptured abdominal aortic aneurysm in the endovascular era. J Vasc Surg 2010 Jan; 51: 9-18.

105.  *Arthurs ZM, **Starnes BW,** Sohn VY, Singh N, Martin MJ, Andersen CA. Functional and Survival Outcomes in Traumatic Blunt Thoracic Aortic Injuries: An Analysis of the National Trauma Databank. J Vasc Surg 2009;49:988-94.

106.  *Arthurs ZM, **Starnes BW**. Blunt Carotid and Vertebral Artery Injuries. Injury, Int J Care Injured (2008) 39, 1232-1241.

107.  *Arthurs ZM, **Starnes BW,** Sohn VY, Singh N, Andersen CA. Ultrasound-Guided Access Improves Rate of Access-Related Complications for Totally Percutaneous Aneurysm Repair. Ann Vasc Surg. 2008 Jul 24.

108.    *Sohn V, Arthurs Z, Andersen C, **Starnes BW**. Aortic Thrombus due to Essential Thrombocytosis: Strategies for Medical and Surgical Management. Ann Vasc Surg. 2008 May 21.

109.    Lesperance K, Andersen C, Singh N, **Starnes BW**, Martin MJ. Expanding use of emergency endovascular repair for ruptured abdominal aortic aneurysms: Disparities in outcomes from a nationwide perspective. J Vasc Surg. 2008

110.    Singh N, Bluman E, **Starnes BW**, Andersen C. Dynamic wound closure for decompressive leg fasciotomy wounds. Am Surg. 2008 Mar;74(3):217-20.

111.    Arthurs ZM, Andersen C, **Starnes BW**, Sohn VY, Mullenix PS, Perry J. A prospective evaluation of C-reactive protein in the progression of carotid artery stenosis. J Vasc Surg. 2008 Apr;47(4):744-51.

112.    Mullenix PS, Steele SR, Martin MJ, **Starnes BW**, Andersen CA. C-reactive protein level and traditional vascular risk factors in the prediction of carotid stenosis. Arch Surg. 2007 Nov;142(11):1066-71.

113.    *Singh N, **Starnes BW**, Andersen C. Successful Angioaccess. Surg Clin North Am. 2007 Oct;87(5):1213-28, xi. Review.

114.    *Fox CJ, **Starnes BW**. Vascular surgery on the modern battlefield. Surg Clin North Am. 2007 Oct;87(5):1193-211, xi. Review.

115.    *Arthurs ZM, Sohn VY, **Starnes BW**. Vascular trauma: endovascular management and techniques. Surg Clin North Am. 2007 Oct;87(5):1179-92, x-xi. Review.

116.    ***Starnes BW**, Tran NT, McDonald JM. Hybrid approaches to repair of complex aortic aneurysmal disease. Surg Clin North Am. 2007 Oct;87(5):1087-98, ix. Review.

117.    *Arthurs ZM, Sohn VY, **Starnes BW**. Ruptured abdominal aortic aneurysms: remote aortic occlusion for the general surgeon. Surg Clin North Am. 2007 Oct;87(5):1035-45, viii.

118.    *Rush RM, Kjorstad R, **Starnes BW**, Arrington E, Devine JD, Andersen CA. Application of the Mangled Extremity Severity Score in a Combat Setting. Mil Med.172,7:777,2007

119.    *Woebkenberg BJ, Devine JG, Rush R, **Starnes BW**, Stinger H. Nonconventional uses of the rocket-propelled grenade and its consequences. Mil Med. 2007 Jun;172(6):622-4.

120.    *Arthurs Z, **Starnes BW**, Cuadrado D, Sohn V, Cushner H, Andersen C. Renal artery stenting slows the rate of renal function decline. J Vasc Surg. 2007 Apr;45(4):726-32.

121.    Mullenix PS, Steele SR, Andersen CA, **Starnes BW**, Salim A, Martin MJ. Limb salvage and outcomes among patients with traumatic popliteal vascular injury: An analysis of the National Trauma Data Bank. J Vasc Surg. 2006 Jul;44(1):94-100.

122.    Mullenix PS, Martin MJ, Steele SR, Lavenson GS Jr, **Starnes BW**, Hadro NC, Peterson RP, Andersen CA. Rapid high-volume population screening for three major risk factors of future stroke: phase I results.Vasc Endovascular Surg. 2006 May-Jun;40(3):177-87.

123.    *Arthurs Z, **Starnes BW**, See C, Andersen C. Clamp before you cut: proximal control of ruptured abdominal aortic aneurysms using endovascular balloon occlusion-case reports. Vasc Endovascular Surg. 2006 Mar-Apr;40(2):149-55.

124.    ***Starnes BW**, Andersen CA, Ronsivalle, JA, Stockmaster NR, Mullenix PS, Statler JD. Totally Percutaneous Aneurysm Repair: Experience and Prudence. J Vasc Surg. 2006 Feb;43(2):270-6

125.    ***Starnes BW**, Beekley AC, Sebesta JA, Andersen CA, Rush RM Jr. Extremity Vascular Injuries on the Battlefield: Tips for Surgeons Deploying to War. J Trauma. 2006 Feb;60(2):432-42

126.    Rush RM Jr, Stockmaster NR, Stinger HK, Arrington ED, DeVine JG, Atteberry L, **Starnes BW**, Place RJ. Supporting the global war on terror: a tale of two campaigns featuring the 250th forward surgical team (airborne). Am J Surg. 2005 May;189(5):564-70

127.    *Mullenix PS, **Starnes BW**, Ronsivalle JA, Andersen CA. The impact of an interventional vascular specialty team on institutional endovascular repair outcomes. Am J Surg. 2005 May;189(5): 577-80

128.    *Mullenix PS, Andersen CA, **Starnes BW**.  Atherosclerosis as Inflammation. Ann Vasc Surg.2005 Jan; 19(1):1-7. Review

129.    *Rosa P, O'Donnell SD, Goff JM, Gillespie DL, **Starnes BW**. Endovascular management of a peroneal artery injury due to a military fragment wound. Ann Vasc Surg. 2003 Nov;17(6):678-81.

130.    O'Donnell SD, Gillespie DL, **Starnes BW**, Parker MV, Johnson CA, Rasmussen TE, Goff JM, Rich NM. Endovascular assisted in situ bypass grafting: a simplified technique for saphenous vein side branch occlusion. J Vasc Surg. 2003 Oct;38(4):856-8.

131.    ***Starnes BW**, O'Donnell SD, Gillespie DL, Goff JM, Rosa P, Parker MV, Chang A. Percutaneous arterial closure in peripheral vascular disease: a prospective randomized evaluation of the Perclose device. J Vasc Surg. 2003 Aug;38(2):263-71.

132.    *Rosa P, Gillespie DL, Goff JM, O'donnell SD, **Starnes BW**. Aberrant right subclavian artery syndrome: a case of chronic cough. J Vasc Surg. 2003 Jun;37(6):1318-21.

133.    Fleming SD, **Starnes BW**, Kiang JG, Stojadinovic A, Tsokos GC, Shea-Donohue T. Heat stress protection against mesenteric I/R-induced alterations in intestinal mucosa in rats. J Appl Physiol. 2002 Jun;92(6):2600-7.

134.    ***Starnes BW**, O'Donnell SD, Gillespie DL, Goff JM, Rosa P, Rich NM. Endovascular management of renal ischemia in a patient with acute aortic dissection and renovascular hypertension. Ann Vasc Surg. 2002 May;16(3):368-74.

135.    ***Starnes BW**, Bruce JM. Popliteal artery trauma in a forward deployed Mobile Army Surgical Hospital:lessons learned from the war in Kosovo. J Trauma. 2000 Jun;48(6):1144-7.

136.    Hwang I, Kulas PM, **Starnes BW**, Balingit AG, Shriver CD. Incidental detection of carcinoid with Tc-99m-labeled carcinoembryonic antigen monoclonal antibody scintigraphy during evaluation of metastatic colon cancer. Clin Nucl Med. 1999 Dec;24(12):978-9.

137.    Bejjani GK, Monsein LH, Laird JR, Satler LF, **Starnes BW**, Aulisi EF. Treatment of symptomatic cervical carotid dissections with endovascular stents. Neurosurgery. 1999 Apr;44(4):755-60; discussion 760-1.

138.    Eror AT, Stojadinovic A, **Starnes BW**, Makrides SC, Tsokos GC, Shea-Donohue T. Antiinflammatory effects of soluble complement receptor type 1 promote rapid recovery of ischemia/reperfusion injury in rat small intestine. Clin Immunol. 1999 Feb;90(2):266-75.

139.    Tavaf-Motamen H, Miner TJ, **Starnes BW**, Shea-Donohue T. Nitric oxide mediates acute lung injury by modulation of inflammation. J Surg Res. 1998 Aug;78(2):137-42.


**Non-peer reviewed: (9)**

140.    *Singh N**, Starnes BW-** Arterial Emergencies During COVID-19: Ensuring Safety in Emergent Repair, Lessons learned from one Seattle center's experience. Endovascular Today. August 2020 Volume 19, No. 8

141.    **Starnes BW**, Singh N- A Letter from Seattle
https://vascularspecialistonline.com/letter-from-seattle-amid-covid-19-pandemic-time-to-act-is-long-past-due/ Vascular Specialist Article during the COVID-19 Crisis- As of 3.23.2020 (3 days)- over 50,000 shares

142.    **Starnes BW.** Chasing the Progressive Aortic Dissection. Endovascular Today. May-2014

143.    **Starnes BW,** Aldea G. Endovascular Repair of Blunt Aortic Injury; Do we have the right devices yet? Endovascular Today. October-2009

144.    **Starnes BW.** Treating Ruptured Abdominal Aortic Aneurysms. Endovascular Today. February-2008,

145.    Hung L, **Starnes BW**, Arko F, Starr J. Vascular Access Site Management. Endovascular Today. March-2008, p40-44

146.    *Beekley AC, **Starnes BW,** Sebesta JA. Lessons learned from modern military surgery. Surg Clin North Am. 2007 Feb;87(1):157-84.

147.    **Starnes BW**, Arthurs Z. Endovascular Management of Vascular Trauma. Perspectives in Vascular Surgery and Endovascular Therapy. Vol 18, No 2, 1-16, June,2006.

148.    **Starnes BW**. Peacekeeping and Stability Operations: A Military Surgeon's Perspective. Surg Clin North Am. 2006 Jun;86(3):753-63.


## PODCASTS: (9)

Benjamin Starnes, - MD- National Archives Live Panel; American Phoenix- Heroes of the Pentagon on 9/11

https://www.youtube.com/watch?v=HY70Zouzm2A

Benjamin Starnes, - MD; Antegrade Flow Podcast; "From Heroes of 9/11 to FEVAR to the Future" Part 2 July 21st, 2021 - 47 min

https://www.buzzsprout.com/1799373/8898211-dr-ben-starnes-md-facs-from-heroes-of-9-11-to-fevar-to-the-future-part-2

Benjamin Starnes, - MD; Antegrade Flow Podcast; "From Heroes of 9/11 to FEVAR to the Future" Part 1 July 14th, 2021 - 53 min

Starnes, Benjamin Ware

https://www.buzzsprout.com/1799373/8861939-dr-ben-starnes-md-facs-from-heroes-of-9-11-to-fevar-to-the-future-part-1

Benjamin Starnes, - MD ; Rex Andrew Show- "Interesting People"
May 4th , 2021- 53 min

https://rexandrewshow.com/2021/05/04/ben-starnes/

Benjamin Starnes, - MD - DEBATE: Who Should Manage Vascular Trauma? Audible Bleeding
Nov 16th , 2020-  41 min

https://podcasts.apple.com/us/podcast/audible-bleeding/id1440614377?i=1000498752010

Benjamin Starnes, - MD "A Letter From Seattle" and Lessons from Katrina- Audible Bleeding
Mar 21st , 2020 · 50 min

https://drive.google.com/file/d/1hIig7LzjZR4-WztTYrZFGMu2EqhlQord/view?ts=5e76b7c5

Benjamin Starnes, MD - Military experience, entrepreneurship in surgery, and IDE for treating aortic aneurysms- Audible Bleeding
Mar 3rd , 2019 · 47 min

https://podcasts.google.com/?feed=aHR0cHM6Ly9hdWRpYmxlYmxlZWRpbmcubGlic3luLmNvbS9yc3M&episode=NDQwMmNkOTZlYWQ3NGQxM2JlZWRlNDYwMzUyODJhZDM&hl=en&ved=2ahUKEwjGhdLM7qzoAhVJgp4KHQQ6CKsQjrkEegQIChAE&ep=6

Benjamin Starnes, MD - Military Surgery, Future of Vascular Surgery Training and Blunt Vascular Injury- Behind The Knife: The Surgery Podcast
Mar 31st , 2015 · 56 min

https://podcasts.google.com/?feed=aHR0cHM6Ly9iZWhpbmR0aGVrbmlmZS5saWJzeW4uY29tL3Jzcw&episode=Y2ZjZGYyZDVhMWNhMWFkNDBjYWQzMjAxMGExMzI0Mzg&hl=en&ved=2ahUKEwjGhdLM7qzoAhVJgp4KHQQ6CKsQjrkEegQIChAG&ep=6

Benjamin Starnes, - MD Compartmental Syndromes: Are they still a problem?- UWTV Health and Medicine
Jun 20th , 2012 · 56 min

https://podcasts.google.com/?feed=aHR0cDovL2ZlZWQudGhlcGxhdGZvcm0uY29tL2YvVTgtRURL2oyZXZZMalNnQ0ZpeA&episode=M2Q1NjgyRXNqbGFUa0tWYkJNWXdZNDhUekhfWlBjYkQ&hl=en&ved=2ahUKEwjGhdLM7qzoAhVJgp4KHQQ6CKsQjrkEegQIChAI&ep=6

**EDITORIAL SERVICES:**

| | | |
|---|---|---|
| 1. | The Lancet- Reviewer- | 2005-present |
| 2. | Journal of Surgical Research- Reviewer | 2004-present |
| 3. | Guest Editor- Surgical Clinics of North America | Dec 2007. |
| 4. | Journal of Vascular Surgery- Reviewer- | 2007-present |
| 5. | **Journal of Vascular Surgery- Editorial Board-** | 2010-2017 |
| | | 2020-present |
| | **2020 "Best Reviewer Award"** | 2021 |
| 6. | JVS Cases and Innovative Techniques- Reviewer | 2021-present |
| 7. | Rutherford's Textbook of Vascular Surgery | |
| | Eighth Edition- Associate Editor | 2014 |
| 8. | Journal of Vascular Surgery- Key Reviewer | 2017-present |
| 9. | Vascular Surgery- Reviewer- | 2007-present |
| 10. | Annals of Vascular Surgery-Reviewer- | 2008-2020 |
| 11. | Annals of Vascular Surgery- Editorial Board- | 2009-2020 |
| 12. | Journal of Trauma- Reviewer- | 2009-present |
| 13. | Injury- Reviewer- | 2010-present |
| 14. | Yearbook of Vascular Surgery- Associate Editor | 2009-2016 |
| | _50 Commentaries per year_ | |
| 15. | VESAP Editor- Aortic Diseases | 2012-2016 |
| 16. | Circulation-Reviewer | 2018-present |
| 17. | Journal of Endovascular Therapy (JVET) | 2019-present |

**PUBLISHED COMMENTARIES:**

"A Letter From Seattle: Amid COVID-19 pandemic, time to act is long past due"- Benjamin W. Starnes and Niten Singh, March 20, 2020- Vascular Specialist-

https://vascularspecialistonline.com/letter-from-seattle-amid-covid-19-pandemic-time-to-act-is-long-past-due/

**Yearbook of Vascular Surgery 2009-2016 (202 Invited Commentaries)**

Year Book of Vascular Surgery 2009:

Starnes, Benjamin Ware

1. **Endovascular treatment of thoracoabdominal aortic aneurysms** Chuter TAM, Rapp JH, Hiramoto JS, et al (Univ of California, San Francisco) *J Vasc Surg* 47:6-16, 2008

2. **Comparison of the effects of open and endovascular aortic aneurysm repair on long-term renal function using chronic kidney disease staging based on glomerular filtration rate** Mills JL Sr, Duong ST, Leon LR Jr, et al (The Univ of Arizona Health Sciences Ctr, Tucson; Southern Arizona Veterans Affairs Health Care System) *J Vasc Surg* 47:1141-1149

3. **Branched devices for thoracoabdominal aneurysm repair: Early experience** Ferreia M, Lanziotti L, Monteiro M (Serviço Integrado de Técnicas Endovasculares (SITE, Endovascular Techniques Integrated Service, Rio de Janeiro-RJ, Brazil) *J Vasc Surg* 48:30S-36S, 2008

4. **Aortic remodeling after endografting of thoracoabdominal aortic dissection** Rodriguez JA, Olsen DM, Lucas L, et al (Arizona Heart Inst and Hosp, Phoenix) *J Vasc Surg* 47:1188-1194, 2008

5. **Endovascular treatment of carotid artery stenosis after neck irradiation** Fave J-P, Nourissat A, Duprey A, et al (Hôpital Nord, Saint-Etienne, Paris; Institut de Cancérologie de la Loire, Saint Priest en Jarez, Paris; et al) *J Vasc Surg* 48:852-858, 2008

6. **Endovascular repair of traumatic thoracic aortic disruptions with "stacked" abdominal endograft extension cuffs** Rosenthal D, Wellons ED, Burkett AB, et al (Atlanta Med Ctr, GA) *J Vasc Surg* 48:841-844, 2008

7. **EVAR of Aortoiliac Aneurysms with Branched Stent-grafts** Dias NV, Resch TA, Sonesson B, et al (Malmö Univ Hosp, Sweden) *Eur J Vasc Endovasc Surg* 35:677-684, 2008

Year Book of Vascular Surgery 2010:

8. **Asymptomatic Low Ankle-Brachial Index in Vascular Surgery Patients: A Predictor of Perioperative Myocardial Damage** Flu W-J, van Kuijk J-P, Voûte MT, et al (Erasmus Med Ctr, Rotterdam, The Netherlands) *Eur J Vasc Endovasc Surg* 39:62-69, 2010

9. **Should Asian Men be Included in Abdominal Aortic Aneurysm Screening Programmes?** Salmen MK, Rayt HS, Hussey G, et al (Univ Hosps of Leicester NHS Trust, UK) *Eur J Vasc Endovasc Surg* 38:748-749, 2009

Starnes, Benjamin Ware

10. **Patient Preference for Surgical Method of Abdominal Aortic Aneurysm Repair: Postal Survey** Reise JA, Sheldon H, Earnshaw J, et al (Imperial College London, UK; Picker Inst Europe, Oxford, UK; Gloucestershire Royal Hosp, UK; et al) *Eur J Vasc Endovasc Surg* 39:55-61, 2010

11. **Re-interventions, Readmissions and Discharge Destination: Modern Metrics for the Assessment of the Quality of Care** Holt PJE, Poloniecki JD, Hofman D, et al (St George's Vascular Inst, London, UK; Univ of London, UK) *Eur J Vasc Endovasc Surg* 39:49-54, 2010

12. **A Comparison of the Mid-term Results Following the use of Bifurcated and Aorto-uni-iliac Devices in the Treatment of Abdominal Aortic Aneurysms** Jean-Baptiste E, Batt M, Azzaoui R, et al (Université de Nice Sophia –Antipolis. Nice, France; Université de Lille II, France) *Eur J Vasc Endovasc Surg* 38:298-304, 2009

13. **Intra-aneurysm Sac Pressure in Patients with Unchanged AAA Diameter after EVAR** Dias NV, Ivancev K, et al (Malmö Univ Hosp, Sweden) *Eur J Vasc Endovasc Surg* 39:35-41, 2010

14. **Conservative Management of Type 2 Endoleaks is not Associated with Increased Risk of Aneurysm Rupture** Rayt HS, Sandford RM, Salem M, et al (Univ of Leicester, UK) *Eur J Vasc Endovasc Surg* 38:718-723, 2009

15. **The Influence of Different Types of Stent Grafts on Aneurysm Neck Dynamics after Endovascular Aneurysm Repair** van Keulen JW, Vincken KL, van Prehn J, et al (Univ Med Ctr Utrecht, The Netherlands) *Eur J Vasc Endovasc Surg* 39:193-199, 2010

16. **The Significance of Endograft Geometry on the Incidence of Intraprosthetic Thrombus Deposits after Abdominal Endovascular Grafting** Wu IH, Liang PC, Huang SC, et al (Natl Taiwan Univ Hosp, Taipei; et al) *Eur J Vasc Endovasc Surg* 38:741-747, 2009

17. **Three-Dimensional Imaging Core Laboratory of the Endovascular Aneurysm Repair Trials: Validation of Methodology** Wyss TR, Dick F, England A, et al (Charing Cross Hosp, London, UK) *Eur J Vasc Endovasc Surg* 38:724-731, 2009

18. **Endovascular Repair of Thoracoabdominal Aortic Aneurysms** Haulon S, D'Elia P, O'Brian N, et al (Université Lille 2, France) *Eur J Vasc Endovasc Surg* 39:171-178, 2010

19. **Spinal Cord Injury is Not Negligible after TEVAR for Lower Descending Aorta** Matsuda H, Fukuda T, Iritani O, (Natl Cardiovascular Ctr, Suita/Osaka, Japan) *Eur J Vasc Endovasc Surg* 39:179-186, 2010

20. **The Visceral Hybrid Repair of Thoraco-abdominal Aortic Aneurysms – A Collaborative Approach** Drinkwater SL, Böckler D, Eckstein H, et al (St Mary's Hosp, London, UK; Univ of Heidelberg, Germany; Technical Univ of Munich, Germany) *Eur J Vasc Endovasc Surg* 38:578-585, 2009

21. **Conversion During Laparoscopic Aortobifemoral Bypass: A Failure?** Fourneau I, Mariën I, Remy Ph, et al (Univ Hosp Leuven, Belgium; Hôpital St Joseph, Charleroi, Belgium) *Eur J Vasc Endovasc Surg* 39:239-245, 2010

22. **Bypass Surgery for the Treatment of Upper Limb Chronic Ischaemia** Spinelli F, Benedetto F, Passari G, et al (Univ of Messina, Italy) *Eur J Vasc Endovasc Surg* 39:165-170, 2010

23. **Repair of Arterial Injury after Blunt Trauma in the Upper Extremity – Immediate and Long-term Outcome** Klocker J, Falkensammer J, Pellegrini L, et al (Med Univ of Innsbruck, Austria) *Eur J Vasc Endovasc Surg* 39:160-164, 2010

24. **An Analysis of 50 Surgically Managed Penetrating Subclavian Artery Injuries** Sobnach S, Nicol AJ, Nathire H, et al (Groote Schuur Hosp and the Univ of Cape Town, South Africa *Eur J Vasc Endovasc Surg* 39:155-159, 2010

25. **Management of Inadvertent Arterial Catheterisation Associated with Central Venous Access Procedures** Pikwer A, Acosta S, Kölbel T, et al (Lund Univ, Malmö, Sweden) *Eur J Vasc Endovasc Surg* 38:707-714, 2009

26. **Two-End Intimal Flap Suturing Method for Establishing Stanford B Type Aortic Dissection in Canine Model** Cui JS, Zhuang SJ, Zhang J, et al (The Fudan Univ, Shanghai, China; Second Military Med Univ, Shanghai, China) *Eur J Vasc Endovasc Surg* 38:603-607, 2009

Year Book of Vascular Surgery 2011:

27. **Open Repair for Ruptured Abdominal Aortic Aneurysm and the Risk of Spinal Cord Ischemia: Review of the Literature and Risk-factor Analysis** Peppelenbosch AG, Windsant ICV, Jacobs MJ, et al (Maastricht Univ Med Centre, The Netherlands) *Eur J Vasc Endovasc Surg* 40:589-595, 2010

28. **Rupture Rates of Small Abdominal Aortic Aneurysms: A Systematic Review of the Literature** Powell JT, Gotensparre SM, Sweeting MJ, et al (Imperial College London, UK; Inst of Public Health, Cambridge; et al) *Eur J Vasc Endovasc Surg* 41:2-10, 2011

29. **The Incidence of Spinal Cord Ischaemia Following Thoracic and Thoracoabdominal Aortic Endovascular Intervention** Drinkwater SL, On behalf of the Regional Vascular Unit, St Mary's Hospital, Imperial College NHS Trust (St Mary's Hosp, London, UK; et al) *Eur J Vasc Endovasc Surg* 40:729-735, 2010

30. **Urgent Endovascular Treatment of Thoraco-abdominal Aneurysms Using a Sandwich Technique and Chimney Grafts – A Technical Description** Kolvenbach RR, Yoshida R, Pinter L, et al (Vascular Ctr Augusta Hosp and Catholic Clinics

Dusseldorf, Germany; São Paulo State Univ, Botucatu, Brazil; et al) *Eur J Vasc Endovasc Surg* 41:54-60, 2011

Year Book of Vascular Surgery 2012:

31. **Is the Incidence of Abdominal Aortic Aneurysm Declining in the 21st Century? Mortality and Hospital Admissions for England & Wales and Scotland** Anjum A, Powell JT (Imperial College, London, UK) *Eur J Vasc Endovasc Surg* 43:161-166, 2012

32. **Assessment of the Accuracy of AortaScan for Detection of Abdominal Aortic Aneurysm (AAA)** Abbas A, Smith A, Cecelja M, et al (King's College London British Heart Foundation Centre of Res Excellence, London, UK) *Eur J Vasc Endovasc Surg* 43:167-170, 2012

33. **Evaluation of an Electromagnetic 3D Navigation System to Facilitate Endovascular Tasks: A Feasibility Study** Sidhu R, Weir-McCall J, Cochennec F, et al (Imperial College London, UK; Guy's and St Thomas' NHS Trust, London, UK) *Eur J Vasc Endovasc Surg* 43:22-29, 2012

34. **A Strange Relationship between Diabetes and Abdominal Aortic Aneurysm** Lederle FA (Veterans Affairs Med Ctr, Minneapolis, MN) *Eur J Vasc Endovasc Surg* 43:254-256, 2012

35. **Preoperative Spirometry Results as a Determinant for Long-term Mortality after EVAR for AAA** Ohrlander T, Dencker M, Acosta S (Eksjö County Hosp, Sweden; Skåne Univ Hosp, Malmö, Sweden) *Eur J Vasc Endovasc Surg* 43:43-47, 2012

36. **Part One: All Major Arterial Interventions Should Now be Performed in High Volume Centres – Abdominal Aortic Aneurysms** Thompson M, Holt P, Loftus I (St George's Hosp NHS Trust, London, UK) *Eur J Vasc Endovasc Surg* 42:411-418, 2011

37. **Part Two: The Case Against Centralisation of Abdominal Aortic Aneurysm Surgery in Higher Volume Centers** Forbes TL (London Health Sciences Ctr and The University of Western Ontario, Ontario, Canada) *Eur J Vasc Endovasc Surg* 42:414-417, 2011

38. **A Meta-Analysis and Metaregression Analysis of Factors Influencing Mortality after Endovascular Repair of Ruptured Abdominal Aortic Aneurysms** Karkos CD, Sutton AJ, Bown MJ, et al (Aristotle Univ of Thessaloniki, Greece; Univ of Leicester, UK) *Eur J Vasc Endovasc Surg* 42:775-786, 2011

39. **Mid-term Outcomes following Emergency Endovascular Aortic Aneurysm Repair for Ruptured Abdominal Aortic Aneurysm** Noorani A, Page A, Walsh SR, et al (Cambridge Univ Hosps, UK) *Eur J Vasc Endovasc Surg* 43:382-385, 2012

40. **Repair of Ruptured Abdominal Aortic Aneurysm in Octogenarians** Opfermann P, von Allmen R, Diehm N, et al (Univ Hosp Berne, Switzerland) *Eur J Vasc Endovasc Surg* 42:475-483, 2011

41. **Elective Endovascular vs. Open Repair for Abdominal Aortic Aneurysm in Patients Aged 80 Years and Older: Systematic Review and Meta-Analysis** Biancari F, Catania A, D'Andrea V, (Oulu Univ Hosp, Finland; La Sapienza Univ, Rome, Italy) *Eur J Vasc Endovasc Surg* 42:571-576, 2011

42. **Long-term Results of Iliac Aneurysm Repair with Iliac Branched Endograft: A 5-Year Experience on 100 Consecutive Cases** Parlani G, Verzini F, De Rango P, et al (Hosp S. Maria della Misericordia, Perugia, Italy; et al) *Eur J Vasc Endovasc Surg* 43:287-292, 2012

43. **Endovascular Stent-graft Treatment for Stanford Type A Aortic Dissection** Ye C, Chang G, Li S, et al (Sun Yat-Sen Univ, Guangzhou, People's Republic of China) *Eur J Vasc Endovasc Surg* 42:787-794, 2011

44. **Analysis of Stroke after TEVAR Involving the Aortic Arch** Melissano G, Tshomba Y, Bertoglio L, et al (Università Vita-Salute, Milano, Italy) *Eur J Vasc Endovasc Surg* 43:269-275, 2012

45. **A Systematic Review of Mid-term Outcomes of Thoracic Endovascular Repair (TEVAR) of Chronic Type B Aortic Dissection** Thrumurthy SG, Karthikesalingam A, Patterson BO, et al (St Geroge's Vascular Inst, London, UK) *Eur J Vasc Endovasc Surg* 42:632-647, 2011

46. **Endovascular Repair of Complicated Acute Type-B Aortic Dissection with Stentgraft: Early and Mid-term Results** Shu C, He H, Li Q-M, et al (The Second Xiangya Hosp of Central South Univ, Changsha, Hunan, China) *Eur J Vasc Endovasc Surg* 42:448-453, 2011

47. **Predictors of Outcome after Endovascular Repair for Chronic Type B Dissection** Mani K, Clough RE, Lyons OTA, et al (Guy's and St Thomas NHS Foundation Trust, London, UK) *Eur J Vasc Endovasc Surg* 43:386-391, 2012

48. **Computational Study of Haemodynamic Effects of Entry- and Exit-Tear Coverage in a DeBakey Type III Aortic Dissection: Technical Report** Karmonik C, Bismuth J, Shah DJ, et al (The Methodist Hosp, Houston, TX; et al) *Eur J Vasc Endovasc Surg* 42:172-177, 2011

49. **Embolisation for Vascular Injuries Complicating Elective Orthopaedic Surgery** Mavrogenis AF, Rossi G, Rimondi E, et al (Univ of Bologna, Italy; Istituto Ortopedico Rizzoli, Italy) *Eur J Vasc Endovasc Surg* 42:676-683, 2011

50. **Functional Popliteal Entrapment Syndrome in the Sportsperson** Lane R, Nguyen T, Cuzzilla M, et al (Dalcross Adventist Hosp, Sydney, New South Wales, Australia; Royal North Shore Hosp, Sydney, New South Wales, Australia; et al) *Eur J Vasc Endovasc Surg* 43:81-87, 2012

51. **Endofibrosis and Kinking of the Iliac Arteries in Athletes: A Systematic Review** Peach G, Schep G, Palfreeman R, et al (St George's Vascular Inst, London, UK; Maxima Med Centre, Veldhoven, The Netherlands; Claremont Sports Medicine and Performance Centre, Sheffield, UK; et al) *Eur J Vasc Endovasc Surg* 43:208-217, 2012

52. **A Case of Pseudo-xanthoma Elasticum Presenting with Ischaemic Claudication** Lamb CM, Johns RA, Gallagher PJ, et al (Southampton Univ Hosps NHS Trust, UK) *Eur J Vasc Endovasc Surg* 43:478-479, 2012


Year Book of Vascular Surgery 2013:


53. **Regional Disparities in Incidence, Handling and Outcomes of Patients with Symptomatic and Ruptured Abdominal Aortic Aneurysms in Norway** Brattheim BJ, Eikemo TA, Altreuther M, et al (Sør-Trøndelag Univ College (HiST), Trondheim, Norway; Norwegian Univ of Science and Technology (NTNU), Trondheim, Norway; Univ Hosp of Trondheim, Norway) *Eur J Vasc Endovasc Surg* 44:267-272, 2012

54. **No increased mortality with early aneurysm disease** Mell M, on behalf of the Stanford Abdominal Aortic Aneurysm Specialized Center of Clinically Oriented Research (SCCOR) Investigators (Stanford Univ, CA) *J Vasc Surg* 56:1246-1251, 2012

55. **Effect of endovascular and open abdominal aortic aneurysm repair on thrombin generation and fibrinolysis** Abdelhamid MF, Davies RSM, Vohra RK, et al (Solihull Hosp, Birmingham, UK; Univ Hosp, Birmingham NHS Foundation Trust, UK) *J Vasc Surg* 57:103-107, 2013

56. **Remodeling of Vascular (Surgical) Services in the UK** Earnshaw JJ, Mitchell DC, Wyatt MG, et al (Gloucestershire Royal Hosp, UK; North Bristol Hosp, UK; Freeman Hosp, Newcastle upon Tyne, UK; et al) *Eur J Vasc Endovasc Surg* 44:465-467, 2012

57. **Low Density Lipoprotein Receptor Related Protein 1 and Abdominal Aortic Aneurysms** Wild JB, Stather PW, Sylvius N, et al (Univ of Leicester, UK) *Euro J Vasc Endovasc Surg* 44:127-132, 2012

58. **A Multicentre Observational Study of the Outcomes of Screening Detected Sub-aneurysmal Aortic Dilatation** Wild JB, Stather PW, Biancari F, et al (Univ of Leicester, UK; Oulu Univ Hosp, Finland; et al) *Eur J Vasc Endovasc Surg* 45:128-134, 2013

59. **Endovascular repair of ruptured infrarenal aortic aneurysm is associated with lower 30-day mortality and better 5-year survival rates than open surgical repair** Mehta M, Byrne J, Darling RC III, et al (Albany Med College, NY) *J Vasc Surg* 57:368-375, 2013

60. **A modern experience with saccular aortic aneurysms** Shang EK, Nathan DP, Boon WW, et al (Univ of Pennsylvania, Philadelphia) *J Vasc Surg* 57:84-88, 2013

61. **Differences in readmissions after open repair versus endovascular aneurysm repair** Casey K, Hernandez-Boussard T, Mell MW, et al (Naval Med Ctr San Diego, CA; Stanford Univ Med Ctr, CA) *J Vasc Surg* 57:89-95, 2013

62. **Palliation of Abdominal Aortic Aneurysms in the Endovascular Era** Western CE, Carlisle J, McCarthy RJ, et al (Torbay Hosp, Torquay, UK) *Eur J Vasc Endovasc Surg* 45:37-43, 2013

63. **Technique of supraceliac balloon control of the aorta during endovascular repair of ruptured abdominal aortic aneurysms** Berland TL, Veith FJ, Cayne NS, et al (New York Univ Langone Med Ctr; et al) *J Vasc Surg* 57:272-275, 2013

64. **Intraluminal abdominal aortic aneurysm thrombus is associated with disruption of wall integrity** Koole D, Zandvoort HJA, Schoneveld A, et al (Univ Med Ctr Utrecht, The Netherlands; et al) *J Vasc Surg* 57:77-83, 2013

65. **Asymmetric expansion of aortic aneurysms on computed tomography imaging** Cronin P, Upchurch GR Jr, Patel HJ, et al (Univ of Michigan Med Ctr, Ann Arbor; Univ of Virginia Health System, Charlottesville) *J Vasc Surg* 57:390-398.e3, 2013

66. **Impact of chronic kidney disease on outcomes after abdominal aortic aneurysm repair** Patel VI, Lancaster RT, Mukhopadhyay S, et al (Massachusetts General Hosp, Boston) *J Vasc Surg* 56:1206-1213, 2012

67. **An Association between Chronic Obstructive Pulmonary Disease and Abdominal Aortic Aneurysm beyond Smoking: Results from a Case-control Study** Meijer CA, Kokje VBC, van Tongeren RBM, et al (Leiden Univ Med Ctr, The Netherlands; Deventer Hosp, The Netherlands; et al) *Eur J Vasc Endovasc Surg* 44:153-157, 2012

68. **Endovascular Treatment of Infected Aortic Aneurysms** Sedivy P, Spacek M, El Samman K, et al (Na Homolce Hosp, Prague, Czech Republic; General Univ Hosp, Prague, Czech Republic) *Eur J Vasc Endovasc Surg* 44:385-394, 2012

69. **Effects of Statin Therapy on Abdominal Aneurysm Growth: A Meta-analysis and Meta-regression of Observational Comparative Studies** Takagi H, Yamamoto H, Iwata K, et al (Shizuoka Med Ctr, Japan) *Eur J Vasc Endovasc Surg* 44:287-292, 2012

70. **Derivation and validation of practical risk score for prediction of mortality after open repair of ruptured abdominal aortic aneurysms in a U.S. regional cohort**

**and comparison to existing scoring system** Robinson WP, Schanzer A, Li Y, et al (Univ of Massachusetts Med School and UMass Memorial Med Ctr, Worcester; et al) *J Vasc Surg* 57:354-361, 2013

71. **Fractured superior mesenteric artery stents after fenestrated endovascular aneurysm repair** Canavati R, How TV, Brennan JA, et al (Royal Liverpool Univ Hosp, UK; Univ of Liverpool, UK) *J Vasc Surg* 57:511-514, 2013

72. **A meta-analysis of outcomes of endovascular abdominal aortic aneurysm repair in patients with hostile and friendly neck anatomy** Antoniou GA, Georgiadis GS, Antoniou SA, et al (Central Manchester Univ Hosps, UK; Democritus Univ of Thrace, Alexandroupolis , Greece; Philipps Univ Marburg, Germany) *J Vasc Surg* 57:527-538, 2013

73. **Transcatheter Embolisation of Type 1 Endoleaks after Endovascular Aortic Aneurysm Repair with Onyx: When No Other Treatment Option is Feasible** Chun J-Y, Morgan R (St George's Hosp, London, UK) *Eur J Vasc Endovasc Surg* 45:141-144, 2013

74. **Outcomes after endovascular abdominal aortic aneurysm repair are equivalent between genders despite atomic differences in women** Dubois L, Novick TV, Harris JR, et al (London Health Sciences Centre and Western Univ, Ontario, Canada) *J Vasc Surg* 57:382-389.e1, 2013

75. **Early Results from the ENGAGE Registry: Real-world Performance of the Endurant Sent Graft for Endovascular AAA Repair in 1262 Patients** Stokmans RA, Teijink JAW, Forbes TL, et al (Catharina Hosp, Eindhoven, The Netherlands; Univ of Western Ontario, London, Canada; et al) *Eur J Vasc Endovasc Surg* 44:369-375, 2012

76. **Comparison of fenestrated endovascular and open repair of abdominal aortic aneurysms not suitable for standard endovascular repair** Canavati R, Millen A, Brennan J, et al (Royal Liverpool Univ Hosp, UK) *J Vasc Surg* 57:362-367, 2013

77. **Temporary axillobifemoral bypass during fenestrated aortic aneurysm repair** Constantinou J, Giannopoulos A, Cross J, et al (Univ College, London, UK) *J Vasc Surg* 56:1544-1548, 2012

78. **Cost-Effectiveness at Two Years in the VA Open versus Endovascular Repair Trial** Lederle FA, for the Open Versus Endovascular Repair (OVER) Veterans Affairs Cooperative Study Group (Veterans Affairs Med Ctr, Minneapolis, MN; et al) *Eur J Vasc Endovasc Surg* 44:543-548, 2012

79. **Duplex ultrasound factors predicting persistent type II endoleak and increasing AAA sac diameter after EVAR** Beeman BR, Murtha K, Doerr K, et al (Pennsylvania Hosp, Philadelphia) *J Vasc Surg* 52:1147-1152, 2010

80. **Endovascular aneurysm repair in nonagenarians is safe and effective** Goldstein LJ, Halpern JA, Rezayat C, et al (Univ of Miami Jackson Memorial Med Ctr, FL; Weill Med College of Cornell Univ, NY) *J Vasc Surg* 52:1140-1146

81. **Predicting the learning curve and failures of total percutaneous endovascular aortic aneurysm repair** Bechara CF, Barshes NR, Pisimisis G, et al (Baylor College of Medicine, Houston, TX; et al) *J Vasc Surg* 57:72-76, 2013

82. **Remodeling of proximal neck angulation after endovascular aneurysm repair** Ishibashi H, Ishiguchi T, Ohta T, et al (Aichi Med Univ Hosp, Nagakute, Japan) *J Vasc Surg* 56:1201-1205, 2012

83. **Late neurological recovery of paraplegia after endovascular repair of an infected thoracic aortic aneurysm** Mees BME, Bastos Gonçalves F, Koudstaal PJ, et al (Erasmus Univ Med Ctr, Rotterdam, The Netherlands) *J Vasc Surg* 57:521-524, 2013

84. **Incidence of Descending Aortic Pathology and Evaluation of the Impact of Thoracic Endovascular Aortic Repair: A Population-based Study in England and Wales from 1999 to 2010** von Allmen RS, Anjum A, Powell JT, et al (Imperial College, London, UK) *Eur J Vasc Endovasc Surg* 45:154-159, 2013

85. **Reintervention for distal stent graft-induced new entry after endovascular repair with a stainless steel-based device in aortic dissection** Weng S-H, Weng C-F, Chen W-Y, et al (Taipei Veterans General Hosp, Taiwan; Natl Yang-Ming Univ School of Medicine, Taipei, Taiwan) *J Vasc Surg* 57:64-71, 2013

86. **Left subclavian artery coverage during thoracic endovascular aortic aneurysm repair does not mandate revascularization** Maldonado TS, Dexter D, Rockman CB, et al (NYU Langone Med Ctr; et al) *J Vasc Surg* 57:116-124, 2013

87. **Triple-barrel Graft as a Novel Strategy to Preserve Supra-aortic Branches in Arch-TEVAR Procedures: Clinical Study and Systematic Review** Shahverdyan R, Gawenda M, Brunkwall J (Univ Hosp of Cologne, Germany) *Eur J Vasc Endovasc Surg* 45:28-35, 2013

88. **Ex-vivo Haemodynamic Models for the Study of Stanford Type B Aortic Dissection in Isolated Porcine Aorta** Qing K-X, Chan YC, Lau SF, et al (The Univ of Hong Kong, Pokfulam Road) *Eur J Vasc Endovasc Surg* 44:399-405, 2012

89. **Progress in Endovascular Management of Type A Dissection** Nordon IM, Hinchliffe RJ, Morgan R, et al (St George's Hosp, London, UK) *Eur J Vasc Endovasc Surg* 44:406-410, 2012

90. **An in vitro phantom study on the influence of tear size configuration on the hemodynamics of the lumina in chronic type B aortic dissections** Rudenick PA, Bijnens BH, García –Dorado D, et al (Univ Hosp and Res Inst Vall d'Hebron, Barcelona, Spain; ICREA-Universitat Pompeu Fabra, Barcelona, Spain) *J Vasc Surg* 57:464-474.e5, 2013

Starnes, Benjamin Ware

91. **The results of stent graft versus medication therapy for chronic type B dissection** Jia X, Guo W, Li T-X, et al (Chinese PLA General Hosp, Beiing, China; Henan Provincial People's Hosp, Zhengzhou, China; The First Affiliated Hosp of Zhengzhou Univ, Zhengzhou, China; et al) *J Vasc Surg* 57:406-414, 2013

92. **Midterm Outcomes of Embolisation of Internal Iliac Artery Aneurysms** Millon A, Paquet Y, Ben Ahmed S, et al (Univ Hosp of Lyon, France; Univ Hosp of Clermont Ferrand, France; et al) *Eur J Vasc Endovasc Surg* 45:22-27, 2013

93. **An outcome analysis of endovascular versus open repair of blunt traumatic aortic injuries** Azizzadeh A, Charlton-Ouw KM, Chen Z, et al (Univ Of Texas Health Science Ctr and Memorial Hermann Heart and Vascular Inst, Houston) *J Vasc Surg* 57:108-115, 2013

94. **Epidemiology and Outcome of Vascular Trauma at a British Major Trauma Centre** Perkins ZB, De'Ath HD, Aylwin C, et al (The Royal London Hosp, UK) *Eur J Vasc Endovasc Surg* 44:203-209, 2012

95. **A Ten Year Review of Civilian Iliac Vessel Injuries from a Single Trauma Centre** Oliver JC, Bekker W, Edu S, et al (Univ of Cape Town, South Africa) *Eur J Vasc Endovasc Surg* 44:199-202, 2012

96. **A New Unibody Branched Stent-graft for Reconstruction of the Canine Aortic Arch** Li W, Xu K, Zhong H, et al ( The First Affiliated Hosp of China Med Univ, Shenyang, Liaoning PR China) *Eur J Vasc Endovasc Surg* 44:139-144, 2012

97. **How can good randomized controlled trials in leading journals be so misinterpreted?** Veith FJ (New York Univ Med Ctr) *J Vasc Surg* 57:3S-7S, 2013

98. **Operator-controlled Imaging Significantly Reduces Radiation Exposure during EVAR** Peach G, Sinha S, Black SA, et al (St George's Healthcare NHS Trust, London, UK) *Eur J Vasc Endovasc Surg* 44:395-398, 2012

99. **A comparison of 0+5 versus 5+2 applicants to vascular surgery training programs** Zayed MA, Dalman RL, Lee JT (Stanford Univ Med Ctr, CA) *J Vasc Surg* 56:1448-1452, 2012


Year Book of Vascular Surgery 2014:


100. **A Review of Current Reporting of Abdominal Aortic Aneurysm Mortality and Prevalence in the Literature** Stather PW, Sidloff DA, Rhema IA, et al (Univ of Leicester, UK) *Eur J Vasc Endovasc Surg* 47:240-242, 2014

101. **Editor's Choice: Five-year Outcomes in Men Screened for Abdominal Aortic Aneurysm at 65 Years of Age: A Population-based cohort Study** Svensjö

S, Björck M, Wanhainen A (Uppsala Univ, Sweden) *Eur J Vasc Endovasc Surg* 47:37-44, 2014

102.    **A 14-year Experience with Aortic Endograft Infection: Management and Results** Lyons OTA, Patel AS, Saha P, et al (Guy's and St Thomas' NHS Foundation Trust, London, UK) *Eur J Vasc Endovasc Surg* 46:306-313, 2013

103.    **Conservative management of persistent aortocaval fistula after endovascular aortic repair** van de Luijtgaarden KM, Bastos Gonçalves F, Rouwet EV, et al (Erasmus Univ Med Ctr, Rotterdam, The Netherlands) *J Vasc Surg* 58:1080-1083, 2013

104.    **Debate: Whether young, good-risk patients should be treated with endovascular abdominal aortic aneurysm repair** Vallabhaneni R, Farber MA, Schneider F, et al (Univ of North Carolina, Chapel Hill; Univ of Poitiers, France) *J Vasc Surg* 58:1709-1715, 2013

105.    **The Shortfall in Long-term Survival of Patients with Repaired Thoracic or Abdominal Aortic Aneurysms: Retrospective Case-Control Analysis of Hospital Episode Statistics** Karthikesalingham A, Bahia SS, Patterson BO, et al (St George's Hosp, London, UK) *Eur J Vasc Endovasc Surg* 46:533-541, 2013

106.    **Outcomes After Open Repair for Ruptured Abdominal Aortic Aneurysms in Patients with Friendly Versus Hostile Aortoiliac Anatomy** van Beek SC, On behalf of the Amsterdam Acute Aneurysm Trial Collaborators (Univ of Amsterdam, The Netherlands; Onze Lieve Vrouwe Gasthuis, Amsterdam, The Netherlands; et al) *Eur J Vasc Endovasc Surg* 47:380-387, 2014

107.    **Survival Following Ruptured Abdominal Aortic Aneurysm Before and During the IMPROVE Trial: A Single-Centre Series** Ambler GK, Twine CP, Shak J, et al (Cambridge Univ Hosp NHS Foundation Trust, UK) *Eur J Vasc Endovasc Surg* 47:388-393, 2014

108.    **Statin therapy is associated with improved survival after endovascular and open aneurysm repair** De Bruin JL, for the DREAM Study Group (Vrije Universiteit Medical Center, Amsterdam, The Netherlands) *J Vasc Surg* 59:39-44.e1. 2014

109.    **Fenestrated endograft for recurrent paravisceral aortic pseudoaneurysm after thoracoabdominal aortic aneurysm open repair** Gargiulo M, Gallitto E, Freyrie A, et al (Univ of Bologna, Italy) *J Vasc Surg* 58:790-793, 2013

110.    **A systematic review and meta-analysis of the association between markers of hemostasis and abdominal aortic aneurysm presence and size** Sidloff DA, Stather PW, Choke E, et al (Univ of Leicester, UK) *J Vasc Surg* 59:528-535. e4, 2014

111.    **Endovascular repair for ruptured abdominal aortic aneurysm confers an early survival benefit over open repair** Antoniou GA, Georgiadis GS, Antoniou

SA, et al (Hellenic Red Cross Hosp, Athens, Greece; Democritus Univ of Thrace, Alexandroupolis, Greece; Univ of Crete, Greece; et al) *J Vasc Surg* 58:1091-1105, 2013

112. **What is the Best Option for Elective Repair of an Abdominal Aortic Aneurysm in a Young Fit Patient?** Sandford RM, Choke E, Bown MJ, et al (Univ of Leicester, UK) *Eur J Vasc Endovasc Surg* 47:13-18, 2014

113. **Development of index for predction of morality after open aortic aneurysm repair** Ramanan B, Gupta PK, Sundaram A, et al (Creighton Univ, Omaha, NE; Univ of Wisconsin Hosp & Clinics, Madison; et al) *J Vasc Surg* 58:871-878, 2013

114. **Family history of aortic disease predicts disease patterns and progression and is a significant influence on management strategies for patients and their relatives** Brown CR, Greenberg RK, Wong S, et al (Cleveland Clinic, OH) *J Vasc Surg* 58:573-581, 2013

115. **Calcification as a Risk Factor for Rupture of Abdominal Aortic Aneurysm** Buijs RVC, Willems TP, Tio RA, et al (Univ of Groningen, The Netherlands) *Eur J Vasc Endovasc Surg* 46:542-548, 2013

116. **A Novel Strategy to Translate the Biomechanical Rupture Risk of Abdominal Aortic Aneurysms to their Equivalent Diameter Risk: Method and Retrospective Validation** Gasser TC, Nchimi A, Swedenborg J, et al (Royal Inst of Technology (KTH), Stockholm Sweden; Univ Hosp of Liége, Belgium; Karolinska Univ Hosp and Inst, Stockholm, Sweden; et al) *Eur J Vasc Endovasc Surg* 47:288-295, 2014

117. **Comparison of outcomes following endovascular repair of abdominal aortic aneurysm based on size threshold** Keith CJ Jr, Passman Ma, Gaffud MJ, et al (Univ of Alabama at Birmingham) *J Vasc Surg* 58:1458-1466, 2013

118. **Comparative effectiveness of endovascular versus open repair of ruptured abdominal aortic aneurysm in the Medicare population** Edwards ST, Schermerhorn ML, O'Malley AJ, et al (Beth Israel Deaconess Med Ctr, Boston, MA; Harvard Med School, Boston, MA; et al) *J Vasc Surg* 59:575-582.e6, 2014

119. **Familial abdominal aortic aneurysm is associated with more complications after endovascular aneurysm repair** van de Luijtgaarden KM, Bastos Gonçlaves F, Hoeks SE, et al (Erasmus Univ Med Ctr, The Netherlands; et al) *J Vasc Surg* 59:275-282, 2014

120. **Endovascular repair of bilateral common iliac artery aneurysms following open abdominal aortic aneurysm repair with preservation of both hypogastric arteries using commercially available stent grafts** Cuff R, Banegas S, Mansour A, et al (Spectrum Health Med Group, Grand Rapids, MI) *J Vasc Surg* 59:516-519, 2014

121.    **Editor's Choice – A Shaggy Aorta is Associated with Mesenteric Embolisation in Patients Undergoing Fenestrated Endografts to Treat Paravisceral Aortic Aneurysms** Patel SD, Constantinou J, Hamilton H, et al (Royal Free Hosp NHS Foundation Trust, London, UK) *Eur J Vasc Endovasc Surg* 47:374-379, 2014

122.    **Inter-observer Variability in Sizing Fenestrated and/or Branched Aortic Stent-Grafts** Banno H, Kobeiter H, Brossier J, et al (Univ Paris XII, Creteil ,France; et al) *Eur J Vasc Endovasc Surg* 47:45-52, 2014

123.    **Displacement Forces in Iliac Landing Zones and Stent Graft Interconnections in Endovascular Aortic Repair: An Experimental Study** Roos H, Ghaffari M, Falkenberg M, et al (Sahlgrenska Univ Hosp, Gothenburg, Sweden; et al) *Eur J Vasc Endovasc Surg* 47:262-267, 2014

124.    **Endovascular management of pararenal aortic aneurysms with multiple overlapping uncovered stents** Zhang Y-X, Lu Q-S, Feng J-X, et al (Changhai Hosp, Shanghai, China) *J Vasc Surg* 58:616-623, 2013

125.    **A new staged hybrid total arch repair procedure using a branched proximal elephant trunk technique with implantation of stent grafts to this ascending aorta** Watanabe Y, Shimamura K, Shirakawa Y, et al (Osaka Univ Graduate School of Medicine, Japan) *J Vasc Surg* 58:1700-1704, 2013

126.    **Ambulatory percutaneous endovascular abdominal aortic aneurysm repair** Dosluoglu HH, Lall P, Blochle R, et al (Veterans Affairs Western New York, Healthcare System Buffaloa; State Univ of New York at Buffalo) *J Vasc Surg* 59:58-64, 2014

127.    **A case-control study of intentional occlusion of accessory renal arteries during endovascular aortic aneurysm repair** Malgor RD, Oderich GS, Vrtiska TJ, et al (Mayo Clinic, Rochester, MN) *J Vasc Surg* 58:1467-1475, 2013

**128.**    **Visceral stent patency in fenestrated stent grafting for abdominal aortic aneurysm repair** Grimme FAB, Zeebregts CJ, Verhoeven ELG, et al (Univ of Groningen, The Netherlands; Univ Hosp Leuven, Belgium) *J Vasc Surg* 59:298-306, 2014

129.    **The Morphological Applicability of Novel Endovascular Aneurysm Sealing (EVAS) System (Nellix) in Patients with Abdominal Aortic Aneurysms** Karthikesalingham A, Cobb RJ, Khoury A, et al (St George's Vascular Inst, London, UK; et al) *Eur J Vasc Endovasc Surg* 46:440-445, 2013

130.    **Endovascular repair of aortoiliac aneurysmal disease with the helical iliac bifurcation device and the bifurcated-bifurcated iliac device** Wong S, Greenberg RK, Brown CR, et al (Cleveland Clinic, OH) *J Vasc Surg* 58:861-869, 2013

131.    **The fate of untreated concomitant suprarenal aortic aneurysms after endovascular aneurysm repair of infrarenal aortic aneurysms** Herdrich BJ,

Murphy EH, Wang GJ, el at (The Perelman School of Medicine the Univ of Pennsylvania, Philadelphia) *J Vasc Surg* 58:1201-1207, 2013

132.     **Association of race and socioeconomic status with the use of endovascular repair to treat thoracic aortic diseases** Johnston WF, Lapar DJ, Newhook TE, et al (Univ of Virginia, Charlottesville) *J Vasc Surg* 58:1476-1482, 2013

133.     **The differences and similarities between intramural hematoma of the descending aorta and acute type B dissection** Tolenaar JL, Harris KM, Upchurch GR Jr, et al (Thoracic Aortic Res Ctr, Milan, Italy; Abbott Northwestern Hosp, Minneapolis, MN; Univ of Virginia, Charlottesville; et al) *J Vasc Surg* 58:1498-1504, 2013

134.     **Percutaneous Closure of Large Femoral Artery Access with Prostar XL in Thoracic Endovascular Aortic Repair** Skagius E, Bosnjak M, Björck M, et al (Uppsalsa Univ, Sweden; et al) *Eur J Vasc Endovasc Surg* 44:558-563, 2013

135.     **Debate: Whether level I evidence comparing thoracic endovascular repair and medical management is necessary for uncomplicated type B aortic dissections** Brunkwall J, Lübke T, Power AH, et al (Univ of Cologne, Germany; London Health Sciences Centre and Western Univ, Ontario, Canada) *J Vasc Surg* 58:836-841, 2013

136.     **Thoracic endovascular aortic repair in management of aortoesophageal fistulas** Canaud L, Ozdemir BA, Bee WW, et al (St George's Vascular Inst, London, UK) *J Vasc Surg* 59:248-254, 2014

137.     **Natural history of grade I-II blunt traumatic aortic injury** Osgood MJ, Heck JM, Rellinger EJ, et al (Vanderbilt Univ Med Ctr, Nashville, TN; et al) *J Vasc Surg* 59:334-342, 2014

138.     **Fate of patients with spinal cord ischemia complicating thoracic endovascular aortic repair** Desart K, Scali ST, Feezor RJ, et al (Univ of Florida College of Medicine, Gainesville) *J Vasc Surg* 58:635-642.e2, 2013

139.     **Aortic arch debranching and thoracic endovascular repair**De Rango P, Cao P, Ferrer C, et al (Univ of Perugia, Italy; Hosp S, Camillo –Forlanini, Rome, Italy) *J Vasc Surg* 59:107-114, 2014

140.     **Fenestrated and branched endovascular aortic repair for chronic type B aortic dissection with thoracoabdominal aneurysms** Kitagawa A, Greenberg RK, Eagleton MJ, et al (Cleveland Clinic Foundation, OH) *J Vasc Surg* 58:625-634, 2013

141.     **The use of cryopreserved aortoiliac allograft for aortic reconstruction in the United States** Harlander-Locke MP, Harmon LK, Lawrence PF, et al (Univ of California Los Angeles; et al) *J Vasc Surg* 59:669-674. e1, 2014

142.    **Endovascular treatment for isolated acute abdominal aortic dissection** Kouvelos GN, Vourliotakis G, Arnaoutoglou E, et al (Univ of Ioannina, Greece; 401 General Military Hosp of Athens, Greece) *J Vasc Surg* 58:1505-1511, 2013

143.    **A new technique for reconstruction of the aortic bifurcation with saphenous vein panel graft** Mallios A, Boura B, Alomran F, et al (Institut Mutualiste Montsouris, Paris, France) *J Vasc Surg* 59:511-515, 2014

144.    **Patient-based outcomes and quality of life after salvageable wartime extremity vascular injury** Scott DJ, Arthurs ZM, Stannard A, et al (Lackland Air Force Base, San Antonio, TX; U.S. Army Inst of Surgical Res, Fort Sam Houston, TX; et al) *J Vasc Surg* 59:173-179. e1, 2014

145.    **Early management of pediatric vascular injuries through humanitarian surgical care during U.S. military operations** Dua A, Via KC, Kreishman P, et al (Univ of Texas Med Ctr, Houston; Walter Reed Army Med Ctr, Bethesda, MD; et al) *J Vasc Surg* 58:695-700, 2013

146.    **Diagnostic Performance of Computed Tomography Angiography in Peripheral Arterial Injury due to Trauma: A Systematic Review and Meta-analysis** Jens S, Kerstens MK, Legemate DA, et al (Academic Med Ctr, Amsterdam, The Netherlands) *Eur J Vasc Endovasc Surg* 46:329-337, 2013

147.    **Transealing: A Novel and Simple Technique for Embolization of Type 2 Endoleaks Through Direct Sac Access From the Distal Stent-Graft Landing Zone** Coppi G, Saitta G, Coppi G, et al (Baggiovara - Univ of Modena and Reggio Emilia, Italy) *Eur J Vasc Endovasc Surg* 47:394-401, 2014

148.    **Direct sonographic-guided superior gluteal artery access for treatment of a previously treated expanding internal iliac artery aneurysm** Herskowitz MM, Walsh J, Jacobs DT (State Univ of New York Downstate Hosp, Brooklyn) *J Vasc Surg* 59:235-237, 2014

149.    **Vascular surgery, self-awareness, and the University of South Carolina School of Medicine Greenville** Taylor SM (Greenville Hosp System, SC) *J Vasc Surg* 58:1106-1114, 2013

Year Book of Vascular Surgery 2015:

150.    **Shifting abdominal aortic aneurysm mortality trends in The Netherlands** Nelissen BGL, Herwaarden JA, Pasterkamp G, et al (Univ Med Ctr Utrecht, The Netherlands) *J Vasc Surg* 61:642-647, 2015

151.    **A comparison of open surgery versus endovascular repair of unstable ruptured abdominal aortic aneurysms** Gupta PK, Ramanan B, Engelbert TL, et al

(Univ of Tennessee Health Science Ctr, Memphis; Univ of California, San Francisco; Univ of Wisconsin Hosp and Clinics, Madison) *J Vasc Surg* 60:1439-1445, 2014

152.    **A novel endovascular debranching technique using physicians-assembled endografts for repair of thoracoabdominal aneurysms** Anderson J, Nykamp M, Danielson L, et al (Univ of South Dakota, Sioux Falls, Stanford Res, Sioux Falls, SD; et al) *J Vasc Surg* 60:1177-1185, 2014

153.    **Abdominal compartment syndrome associated with endovascular and open renal repair of ruptured abdominal aortic aneurysms** Rubenstein C, Bietz G, Davenport DL, et al (Hadassah Hebrew Univ, Jerusalem, Israel; Peripheral Vascular Associates, San Antonio, TX; Univ of Kentucky College of Medicine, Lexington) *J Vasc Surg* 61:648-654, 2015

154.    **Acute bilateral renal artery chimney stent thrombosis after endovascular repair of a juxtarenal abdominal aortic aneurysm** Scali ST, Feezor RJ, Huber TS, et al (Univ of Florida College of Medicine, Gainesville) *J Vasc Surg* 61:1058-1061, 2015

155.    **Acute kidney injury defined according to the 'Risk', 'Injury', 'Failure', 'Loss', and 'End-stage' (RIFLE) criteria after repair for a ruptured abdominal aortic aneurysm** van Beek SC, Legemate DA, Vahl A, et al (Univ of Amsterdam, The Netherlands, Onze Lieve Vrouwe Gasthuis, Amsterdam, The Netherlands) *J Vasc Surg* 60:1159-1167, 2014

156.    **Ambulatory percutaneous endovascular abdominal aortic aneurysm repair** Dosluoglu HH, Lall P, Blochle R, et al (Veterans Affairs Western New York Healthcare System, Buffalo; State Univ of New York at Buffalo; et al) *J Vasc Surg* 59:58-64, 2014

157.    **Biomechanics and gene expression in abdominal aortic aneurysm** Reeps C, Kehl S, Tanios F, et al (Technische Universität, Munich, Germany) *J Vasc Surg* 60:1640-1647, 2014

158.    **Castration of male mice prevents the progression of established angiotensin II-induced abdominal aortic aneurysms** Zhang X, Thatcher S, Wu C, et al (Univ of Kentucky, Lexington) *J Vasc Surg* 61:767-776, 2015

159.    **Comparative safety of endovascular and open surgical repair of abdominal aortic aneurysms in low-risk make patients** Siracuse JJ, Gill HL, Graham AR, et al (Weill Cornell Med College, NY) *J Vasc Surg* 60:1154-1158, 2014

160.    **Custom fenestration templates for endovascular repair of juxtarenal aortic aneurysms** Leotta DF, Starnes BW (Univ of Washington, Seattle) *J Vasc Surg* 61:1637-1641, 2015

161.    **Debate: Whether evidence supports reducing the threshold diameter to 5 cm for elective interventions in women with abdominal aortic aneurysms** Vavra

AK, Kibbe MR, Bown MJ, et al (Northwestern Univ, Chicago, IL; Univ of Leicester, UK; Imperial College London, UK) *J Vasc Surg* 60:1695-1701, 2014

162.    **Durability and survival are similar after elective endovascular and open repair of abdominal aortic aneurysms in younger patients** Lee K, Tang E, Dubois L, et al (Univ of Western Ontario, London, Canada) *J Vasc Surg* 61:636-641, 2015

163.    **Early and delayed rupture after endovascular abdominal aortic aneurysm repair in a 10-year multicenter registry** Candell L, Tucker L-Y, Goodney P, et al (Univ of California, San Francisco, Oakland; Kaiser Permanente, Oakland, CA; Dartmouth-Hitchcock Med Ctr, Lebanon, NH; et al) *J Vasc Surg* 60:1146-1153, 2014

164.    **Early versus late experience in fenestrated endovascular repair for abdominal aortic aneurysm** Sveinsson M, Sobocinski J, Resch T, Resch T, et al (Univ Hosp, Malmö, Sweden; Hôspital Cardiologique, CHRU Lilli, France) *J Vasc Surg* 61:895-901, 2015

165.    **Endovascular Repair with Chimney Technique for Juxtarenal Aortic Aneurysm: A Single Center Experience** XiaoHui M, Wei G, ZhongZhou H, et al (General Hosp of People's Liberation Army, Beijing, China; Med Ctr Tsinghua Univ Beijing, China) *Eur J Vasc Endovasc Surg* 49:271-276, 2015

166.    **Failure to rescue trends in elective abdominal aortic aneurysm repair between 1995 and 2011** Ilonzo N, Egorova NN, McKinsey JF, et al (Icahn School of Medicine at Mount Sinai, NY) *J Vasc Surg* 60:1473-1480, 2014

167.    **Fate of Patients Unwilling or Unsuitable To Undergo Surgical Intervention for a Ruptured Abdominal Aortic Aneurysm** van Beek SC, on behalf of the Amsterdam Acute Aneurysm Trial Collaborators (Academic Med Ctr, Amsterdam, The Netherlands; et al) *Eur J Vasc Endovasc Surg* 49:163-165, 2015

168.    **Fenestrated endovascular repair of abdominal aortic aneurysms is associated with increased morbidity but comparable mortality with infrarenal endovascular aneurysm repair** Glebova NO, Selvarajah S, Orion KC, et al (The Johns Hopkins Hosp, Baltimore, MD; et al) *J Vasc Surg* 61:604-610, 2015

169.    **Finite Element Analysis in Asymptomatic, Symptomatic, and Ruptured Abdominal Aortic Aneurysms: In Search of New Rupture Risk Predictors** Erhart P, Hyhlik-Dürr A, Geisbüsch P, et al (Ruprecht-Karls Univ Heidelberg, Germany; et al) *Eur J Vasc Endo Surg* 49:239-245, 2015

170.    **Geometry and respiratory-induced deformation of abdominal branch vessels and stents after complex endovascular aneurysm repair** Ullery BW, Suh G-Y, Lee JT, et al (Stanford Univ, CA) *J Vasc Surg* 61:875-885, 2015

171.    **In patients stratified by preoperative risk, endovascular repair of ruptured abdominal aortic aneurysms has a lower in-hospital mortality and**

**morbidity than open repair** Ali MM, Flahive J, Schanzer A, et al (Univ of Massachusetts Med School, Worcester) *J Vasc Surg* 61:1399-1407, 2015

172.     **Intra-operative Cone Beam Computed Tomography can Help Avoid Reinterventions and Reduce CT Follow up after Infrarenal EVAR** Törnqvist P, Dias N, Sonesson B, et al (Skåne Univ Hosp Malmö, Sweden) *Eur J Vasc Endovasc Surg* 49:390-395, 2015

173.     **Outcomes of endovascular abdominal aortic aneurysm repair in high-risk patients** Lim S, Halandras PM, Park T, et al (Loyola Univ Chicago, Maywood, IL; Yonsei Univ, Seoul, Korea) *J Vasc Surg* 61:862-868, 2015

174.     **Outcomes of fenestrated endovascular repair of juxtarenal aortic aneurysm** Kristmundsson T, Sonesson B, Dias N, et al (Skåne Univ Hosp, Malmö, Sweden) *J Vasc Surg* 59:115-120, 2014

175.     **Part One: For the Motion. EVAR Offers No Survival Benefit over Open Repair for the Treatment of Ruptured Abdominal Aortic Aneurysms** Dubois L (Western Univ, London, Ontario, Canada) *Eur J Vasc Endovasc Surg* 49:116-119, 2015

176.     **Part Two: Against the Motion. EVAR Offers No Survival Benefit over Open Repair for the Treatment of Ruptured Abdominal Aortic Aneurysms** Mayer D, Rancic Z, Veith FJ, et al (Univ Hosp of Zurich, Switzerland) *Eur J Vasc Endovasc Surg* 49:119-127, 2015

177.     **Prospective Evaluation of Post-implantation Inflammatory Response After EVAR for AAA: Influence on Patients' 30 Day Outcome** Arnaoutoglou E, Kouvelos G, Papa N, et al (Univ of Ioannina, Greece) *Eur J Vasc Endovasc Surg* 49:175-183, 2015

178.     **Readmissions after complex aneurysm repair are frequent, costly, and primarily at nonindex hospitals** Glebova NO, Hicks CW, Taylor R, et al (Univ of Colorado Denver, Aurora; John Hopkins Hosp, Baltimore, MD; Johns Hopkins Health System, Baltimore, MD) *J Vasc Surg* 60:1429-1437, 2014

179.     **Results of the United States multicenter prospective study evaluating the Zenith fenestrated endovascular graft for treatment of juxtarenal abdominal aortic aneurysms** Oderich GS, on behalf of the Zenith Fenestrated Study Investigators (Mayo Clinic, Rochester, MN; et al) *J Vasc Surg* 60:1420-1428, 2014

180.     **Role of type II endoleak in sac regression after endovascular repair of infrarenal abdominal aortic aneurysms** Kray J, Kirk S, Franko J, et al (Mercy Med Ctr and Iowa Heart Ctr, Des Moines) *J Vasc Surg* 61:869-874, 2015

181.     **Rupture rates of untreated large abdominal aortic aneurysms in patients unfit for elective repair** Parkinson F, Ferguson S, Lewis P, et al (Royal Gwent Hosp, Newport, UK; et al) *J Vasc Surg* 61:1606-1612, 2015

Starnes, Benjamin Ware

182.    **The compatibility of p-branch "off-the-shelf" fenestrated endovascular graft in Asian patients with juxtarenal aortic aneurysm** Ou J, Cheng SWK, Chan YC, et al (The Univ of Hong Kong) *J Vasc Surg* 61:1417-1423, 2015

183.    **Type la endoleaks after fenestrated and branched endografts may lead to component instability and increased aortic mortality** O'Callaghan A, Greenberg RK, Eagleton MJ, et al (Cleveland Clinic Foundation, OH) *J Vasc Surg* 61:908-914, 2015

184.    **Aortic arch debranching and thoracic endovascular repair** De Rango P, Cao P, Ferrer C, et al (Univ of Perugia, Italy; Hosp S. Camillo – Forlanini, Rome) *J Vasc Surg* 59:107-114, 2014

185.    **Aortic arch and rupture after multiple multilayer stent treatment of a thoracoabdominal aneurysm** Ferrero E, Gibello L, Ferri M, et al (Mauriziano Umberto I Hosp, Turin, Italy) *J Vasc Surg* 60:1348-1352, 2014

186.    **Assessment of abdominal branch vessel patency after bare-metal stenting of the thoracoabdominal aorta in a human ex vivo model of acute type B aortic dissection** Faure EM, Canaud L, Cathala P, et al (Arnaud de Villeneuve Hosp, Montpellier, France; Lapeyronie Hosp, Montpellier, France; et al) *J Vasc Surg* 61:1299-1305, 2015

187.    **Contemporary management of symptomatic primary aortic mural thrombus** Verma H, Meda N, Vora S, et al (Narayana Inst of Vascular Sciences, Bangalore, India) *J Vasc Surg* 60:1524-1534, 2014

188.    **Emergency endovascular stent grafting in acute complicated type B dissection** Wiedemann D, Ehrlich M, Amabile P, et al (Med Univ of Vienna Austria, Hôpital de la Timone, Marseille, France; et al) *J Vasc Surg* 60:1204-1208, 2014

189.    **Endovascular longitudinal fenestration and stent graft placement for treatment of aneurysms developing after chronic type B aortic dissection** Barshes NR, Gravereaux EC, Semel M, et al (Baylor College of Medicine, Houston, TX; Brigham and Women's Hosp, Boston, MA) *J Vasc Surg* 61:1366-1369, 2015

190.    **Hybrid endovascular repair of a dissecting thoracoabdominal aortic aneurysm with stent graft implantation through the false lumen** Watanabe Y, Kuratani T, Shirakawa Y, et al (Osaka Univ Graduate School of Medicine, Japan) *J Vasc Surg* 59:264-267, 2014

191.    **Mid-term Outcomes and Aortic Remodelling After Thoracic Endovascular Repair for Acute, Subacute, and Chronic Aortic Dissection: The VIRTUE Registry** The VIRTUE Registry Investigators (St Antonius Ziekenhuis, Nieuwegein, Netherlands; Ospedale Sant'Orsola Malpighi, Bologna, Italy; St George's Vascular Inst, London, UK; et al ) *Eur J Vasc Endovasc Surg* 48:363-371, 2014

192.     **Outcomes after false lumen embolization with covered stent devices in chronic dissection** Idrees J, Roselli EE, Shafii S, et al (Cleveland Clinic, OH) *J Vasc Surg* 60:1507-1513, 2014

193.     **Short-term Outcome of Spinal Cord Ischemia after Endovascular Repair of Thoracoabdominal Aortic Aneurysms** Dias NV, Sonesson B, Kristmundsson T, et al (Skåne Univ Hosp, Malmö, Sweden) *Eur J Vasc Endovasc Surg* 49:403-409, 2015

194.     **Thoracic endovascular aortic repair in management of aortoesophageal fistulas** Canaud L, Ozdemir BA, Bee WW, et al (St George's Vascular Inst, London, UK) *J Vasc Surg* 59:248-254, 2014

195.     **Characteristics and clinical outcome in patients after popliteal artery injury** Lang NW, Joestl, JB, Platzer P (Med Univ of Vienna, Austria) *J Vasc Surg* 61:1495-1500, 2015

196.     **Outcomes after endovascular repair of arterial trauma** Desai SS, DuBose JJ, Parham CS, et al (Univ of Texas Med School at Houston) *J Vasc Surg* 60:1309-1314, 2014

197.     **Trends and outcomes of endovascular therapy in the management of civilian vascular injuries** Branco BC, DuBose JJ, Zhan LX, et al (Univ of Arizona, Tucson; Univ of Texas Health Sciences Ctr at Houston) *J Vasc Surg* 60:1297-1307, 2014

Year Book of Vascular Surgery 2016:

198.     **A new metric for centralization of ruptured abdominal aortic aneurysm repair in large territories** Nault P, Brisson-Tessier C, Hamel D, et al (McGill Univ, Montreal, Canada; Institut national de Santé publique du Québec (INSPQ), Canada; et al) *J Vasc Surg* 62:862-867, 2015

199.     **Endovascular Versus Open Repair as Primary Strategy for Ruptured Abdominal Aortic Aneurysm: A National Population-based Study** Gunnarsson K, Wanhainen A, Djavani Gidlund K, et al (Uppsala Univ, Sweden) *Eur J Vasc Endovasc Surg* 51:22-28, 2016

200.     **Renal Outcomes Following Fenestrated and Branched Endografting** Martin-Gonzalez T, Pinçon C, Maurel B, et al (CHRU Lille, France; Université Lille Nord de France; et al) *Eur J Vasc Endovasc Surg* 50:420-430, 2015

201.     **F-EVAR does not Impair Renal Function more than Open Surgery for Juxtarenal Aortic Aneurysms: Single Centre Results** Shahverdyan R, Majd MP, Thul R, et al (Univ Hosp of Cologne, Germany) *Eur J Vasc Endovasc Surg* 50:432-441, 2015

202.    **The shirt off his back** Pories WJ (East Carolina Univ, Greenville, NC) *J Vasc Surg* 62:1366-1367, 2015

**BOOK CHAPTERS: (16)**

1. Aarabi S, **Starnes BW**. Management of ruptured abdominal aortic aneurysms. In: Valentine RJ, Eidt JF, editors. Scientific American vascular and endovascular surgery [online]. Hamilton (Canada): Decker Intellectual Properties, March 2015. DOI: 10.2310/7800.3020.

2. Rutherford's 7th Ed Vascular Surgery. 2008. Chapter 152 Head and Neck. Arthurs Z, **Starnes BW**. p2318- 2329

3. Textbook on Endovascular Interventions. 2008. Ed. Lin P. Endovascular Management of Vascular Trauma. Arthurs Z, **Starnes BW**.

4. Frontline Surgery-A Practical Approach. Martin M, Beekley A (Eds) 1st Edition. 2011. **Starnes BW**- Chapter 16- Thoracic Vascular Injuries: Operative Management in "Enemy" Territory. p213-228.

5. Rutherford's 8th Ed Vascular Surgery. 2014. Chapter 156 Head and Neck. Arthurs Z, **Starnes BW**. p2438- 2450

6. Rich's Vascular Trauma 3rd Ed. 2016 Chapter 19- Endovascular Management of Acute Vascular Injury. Sherene Shalhub and **Benjamin W. Starnes**.*Elsevier*

7. Ruptured Abdominal Aortic Aneurysm; The Definitive Manual. Springer. Ed: **Starnes** / Veith / Mehta- 2017

8. 3D Printing to Create Templates for Patient-Specific Fenestrated Stent Grafts, **Benjamin W. Starnes** and Daniel F. Leotta: Endovascular Aortic Repair Current Techniques with Fenestrated, Branched and Parallel Stent-Grafts Editors: Oderich, Gustavo S. *Springer* 2017

9. Developing Physician-Sponsored Investigational Device Exemption Protocols, **Benjamin W. Starnes** Endovascular Aortic Repair Current Techniques with Fenestrated, Branched and Parallel Stent-Grafts  Editors: Oderich, Gustavo S. *Springer* 2017

10. Historical Development and Current Perspectives in IVUS for the Treatment of Aortic Pathology, Wayne Causey and **Benjamin W. Starnes**; The Core Topics of Aortic Disease; Clinical Diagnosis and Management Editors: Shaofeng Zhou, MD and Anthony Estrera, MD *Liaoning Science and Technology Publishing House*, Shenyang China 2018

11. Rutherford's 9th Ed <u>Vascular Surgery</u>. 2018. Chapter 152 Head and Neck. Arthurs Z, **Starnes BW**. p2318- 2329

12. Critical Decision Making in Vascular Surgery. Ed: Cronenwett- Decision Tree For Ruptured AAA- **Benjamin W. Starnes** *In Press 2021*

13. Cirurgia Vascular, Endovascular e Angiologia 4th Edition: Ruptured Abdominal Aortic Aneurysms- **Benjamin W. Starnes** : In Portuguese 2020

14. Rutherford's 10th Ed <u>Vascular Surgery</u>. 2022. Chapter 180 Head and Neck. Arthurs Z, **Starnes BW**. p2383- 2396

15. Vascular and Endovascular Surgery: A Comprehensive Review. 9th Edition Sherene Shalhub and **Benjamin Starnes**- Chapter 40 Acute and Chronic Aortic Dissection: Medical Management, Surgical Management, Endovascular Management and Results. 2022

16. Colonic ischemia and abdominal compartment syndrome after EVAR and F/BEVAR for intact or ruptured aneurysms. **Benjamin W. Starnes** and C.J. Hildebrand; Edizioni Minerva Medica; 2022.

**BOOKS: (3)**

1. *Mark of the Kite*; The Life and Legacy of Ronald W. Starnes Master Cabinetmaker 1933-2002. Lincoln M. Starnes, **Starnes BW**, Starnes DB. 2008. Xlibris ISBN 978-1-43631-596-8

2. Ruptured Abdominal Aortic Aneurysm; The Definitive Manual. Editors **Starnes BW**, Veith FJ and Mehta M. Elsevier- 2017

**3.** *American Phoenix*; Heroes of the Pentagon on 9-11. Lincoln Starnes and **Benjamin Starnes**. Girl Friday Productions- Little Martha Press 2021

**PUBLISHED MOVIES:**

1: Totally Percutaneous Aneurysm Repair; October 19th; American College of Surgeons Movie Section-Clinical Congress, San Francisco, 2005

2: "Preparing for a Ruptured AAA"; YouTube  2015
https://www.youtube.com/watch?v=FBtAbMQslzs

Starnes, Benjamin Ware

**MILITARY ASSIGNMENT HISTORY:**

**Fifteen Years Active Duty, U.S. Army Medical Corps; Distinguished Service Lieutenant Colonel**
**Honorable Discharge June 30, 2007**

**Job Title:** 61J, General Surgeon assigned to 212th MASH, Weisbaden, Germany
**Duty Location:** Heidelberg MEDDAC, Heidelberg Germany
**Dates of Assignment:** July, 1998 to July, 2000

**Note:** *Deployed in support of Operation Noble Anvil, Task Force Hawk and Operation Joint Guardian, Task Force Falcon, (Tirana, Albania; Skopje, Macedonia; and Camp Bondsteel, Kosovo) April-August, 1999.*

**Job Title:** 61J, Vascular Surgery Fellow
**Duty Location:** Walter Reed Army Medical Center, Washington, D.C.
**Dates of Assignment:** July, 2000 – July 2002

**Note: *Led Surgical Team to scene of 9/11 attack on Pentagon, September 11th, 2001. Recognized by First Lady, Laura Bush on National Television September 12th, 2001.***

**Job Title:** 61W, Vascular Surgeon assigned to Madigan Army Medical Center, Ft. Lewis, WA
**Dates of Assignment:** July 2002- 2007
**Duties and Responsibilities:** Director, Endovascular Surgery; Assistant Chief, Vascular and Endovascular Surgery; Chairman, Renovascular Conference; Chairman, Endovascular Correlation Conference; Director, Vascular Surgery Research

**Note:** *Deployed to Kirkuk, Iraq with the 250th Forward Surgical Team in support of the 173rd Airborne Brigade, Operation Iraqi Freedom, March 2003. Conducted Combat Air-Land Assault on Airfield in Bashur, Iraq.*

**Note:** *Deployed to Kirkuk, Iraq with the 250th Forward Surgical Team in support of the 4th Infantry Division, Operation Iraqi Freedom, January 2004.*

**MILITARY TRAINING COURSES:**

Officer's Basic Course:
      Ft. Sam Houston, San Antonio, Texas             1991

Starnes, Benjamin Ware

|                                        |           |
|----------------------------------------|-----------|
| Combat Casualty Care Course:           | 1993      |
| Medical Effects of Ionizing Radiation: | 1999      |
| Officer's Advanced Course              | 2001      |
| War Extremity Course: Faculty          | 2004-2007 |
| Combat Medic Training Course: Faculty  | 2005-2007 |

## MILITARY AWARDS:

### Individual Awards:

Combat Medical Badge- ***One of only two combat badges-only given to those who render medical aid while under direct hostile enemy fire on the battlefield***
Meritorious Service Medal
Army Commendation Medal *x 6*
Army Achievement Medal
National Service Defense Ribbon with ***Bronze Star Device***
Kosovo Campaign Medal with ***Bronze Star Device*** (Two Tours)
Iraq Campaign Medal
Global War on Terrorism Expeditionary Medal with ***Arrowhead device***
     (Combat Air-Land Assault)
Global War on Terrorism Service Medal
Army Reserve Component Ribbon
Army Service Ribbon
Army Overseas Service Ribbon
NATO (Kosovo) Medal *x 2*

### Unit Awards:

Meritorious Unit Commendation *x 2*
Army Superior Unit Award *x 2*

## CONSULTANT:

Abbott Vascular Devices, Redwood City, California: Invited lecturer, proctor and consultant to device team for Prostar suture-mediated closure device. 2005 –2010

Starnes, Benjamin Ware

Physician champion and liaison for FDA review of expanded indication for Prostar 10Fr XL. (Totally Percutaneous Aneurysm Repair) 2012

COOK Incorporated, Bloomington, Indiana: Proctor and Consultant (Various… ended 2017)

Terumo Aortic, Sunrise, Florida- Expert Consultant on new TREO Fenestrated Platform- 2020-Present

**INVENTIONS / PATENTS:**

"Coda-Stat" Aortic Occlusion Balloon.  US Provisional Patent No. 61/666,548 filed 6/29/2012

Patent Application 61/641,183 filed 5/1/2012 Entitled: "A Fenestration Template for Endovascular Repair of Aortic Aneurysms"

Inventors: Daniel Leotta, Benjamin Starnes
UW Reference: 45651.01US1

Converted Patent: A Fenestration Template for Endovascular Repair of Aortic Aneurysms

US Patent No: US 9,305,123 B2
Date: April 5, 2016

Converted Patent: Catheters for Emergency Endovascular Surgery and Associated Devices, Systems and Methods

US Patent No: US 10,653,423 B2
Date: May 19, 2020

**MEDICAL ADVISORY BOARDS:**

Abbott Vascular Devices- 2009-2012
Endologix Ventana Steering Committee- 2013-2016
Syntactx- 2016-2022

**SCIENTIFIC ADVISORY BOARDS:**

Starnes, Benjamin Ware

Aortic Trauma Foundation- 2014-present

Endologix-LEOPARD Trial- Chair- 2014-2016

Center for Dialysis Innovation (CDI) 2019-present

ViTAA RAAA Predictive Software 2022-present

## DATA SAFETY MONITORING BOARDS:

Tri-Vascular Incorporated- A Pivotal Clinical Study to Evaluate the Safety and effectiveness of the TriVascular AAA Stent Graft System 2010- 2013

Terumo Corporation- Expert Consulting Agreement 2021- present

## START UP COMPANIES:

*__AORTICA__ Corporation*: Medical Founder- September 2014- Initial valuation: $15M, $7.2M Series A funding

Automated Software Development, Dedicated Branch Stent Development

AQUIRED by Terumo Corporation, November 20, 2019.

## REGULATORY INTERACTION:

**Expert Panelist**- Circulatory System Devices Panel for the Medical Devices Advisory Committee. *General Issues Panel*: Real World Surveillance of AAA Endovascular Stent Grafts. November 3rd, 2021

**Consultant**, (Special Government Expert) FDA-CDRH Circulatory Systems Device Panel May 2021-present

**Chair and Host** for "*Experiential Learning Project*" for the U.S. Food and Drug Administration, October 21-22, 2015 for 12 members of the CRDH Section.

Starnes, Benjamin Ware

**CONTRIBUTIONS TO DIVERSITY:**

As a clinician, educator, and administrator I have made efforts to improve diversity, equity and inclusion. Vascular diseases disproportionately affect minorities, the aged, and those with socio-economic stressors. As a surgeon this includes a significant proportion of patients in my practice. I foster inclusivity in the learning environment- be it in the clinic, operating room, or vascular laboratory.

**PRESENTATIONS:**

**Vascular Surgery Faculty (349)**

February 14th, 2024- Honolulu, HI- 2024 Strandness Meeting; "Technical Challenges with Routine EVAR"

February 14th, 2024- Honolulu, HI- 2024 Strandness Meeting; "Contemporary Management of Median Arcuate Ligament Syndrome"

February 14th, 2024- Honolulu, HI- 2024 Strandness Meeting; "The Right Fit for the Future of EVAR"

February 9th, 2024- Albuquerque, NM- New Mexico Vascular Surgery Symposium; "Alea Iacta Est- Crossing the Rubicon from Battlefield to Bedside in Managing Vascular Trauma"

February 9th, 2024- Albuquerque, NM- New Mexico Vascular Surgery Symposium; "American Phoenix; Lessons Learned from a 61 Whiskey"

February 3rd, 2024- Coral Gables, FL- Critical Issues America *Breakfast Symposium*; "A New Era: Standardizing through Software – TREO Fit"

February 2nd, 2024- Coral Gables, FL- Critical Issues America "Endograft explantation: Is semi-conversion an option?"

November 30th, 2023- **Hamburg, Germany**- Mind the Aorta "The Potential of Software in Creating Physician Modified Grafts"

October 30th, 2023- Las Vegas, NV- VIVA 2023; Medical Management of Type B Aortic Dissection

October 30th, 2023- Las Vegas, NV- VIVA 2023; The Future of Custom-Made Devices (CMD).

Starnes, Benjamin Ware

October 30th, 2023- Las Vegas, NV- VIVA 2023; Novel Therapies to Stop AAA's From Growing: What is the Status?

October 20th, 2023- **Palm Beach, Aruba**, International Aortic Summit; Physician Modified Endografts Are Here To Stay; My Philosophy And Approach.

August 25th, 2023- Los Angeles, CA "Moore Course"- Management of Ruptured Abdominal Aortic Aneurysm

May 31st, 2023- Los Angeles, CA- Harbor UCLA Grand Rounds- "American Phoenix- Lessons in Leadership from a 61 Whiskey"

May 26th, 2023- Seattle, WA- Pacific Northwest Endovascular Conference (PNEC 2023)- "Technical Tips on MALS Treatment and How to be Successful with this Entity"

March 23rd, 2023- **Bangkok, Thailand**, Thammasat University "Developing a Ruptured Aortic Aneurysm Program"

March 23rd, 2023- **Bangkok, Thailand**, Thammasat University "University of Washington Ruptured AAA Protocol"

March 23rd, 2023- **Bangkok, Thailand**, Thammasat University "Feasibility of Physician Modified Endograft (PMEG) in Ruptured AAA"

March 23rd, 2023- **Bangkok, Thailand**, Thammasat University "B/FEVAR Planning; How I Made it Easy"

March 23rd, 2023- **Bangkok, Thailand**, Thammasat University "Best Practice for Complex Endovascular Procedure, Story from the PMEG Trailblazer"

March 23rd, 2023- **Bangkok, Thailand**, Thammasat University "Innovation and a Glimpse at the Future of Endovascular Innovation"

January 12th, 2023- Beverley Hills, CA- Cedars Sinai Medical Center- Herson Family Lecture in Cardiovascular Disease: "American Phoenix; Lesson in Leadership from a 61 Whiskey"

December 16th, 2022- **Milano, Italy**- How I Do It Aortic Symposium- Keynote Lecture VII- "Long-term Durability of Physician Modified Endografts."

December 16th, 2022- **Milano, Italy**- How I Do It Aortic Symposium- "Predictors of Mortality for Ruptured AAA."

November 16th, 2022- New York City- VEITH Symposium 2022: Do AAA Necks And Sacs Dilate After F/EVAR For Juxtarenal AAAs At 1 And 5 Years: What Are The Good Or Bad Consequences Of Neck And Sac Enlargement: What Can Be Done To Improve Results?

Starnes, Benjamin Ware

November 2nd, 2022- Las Vegas, Nevada- VIVA 2022- Live Case Demonstration- Physician Modified Endograft.

October 31st, 2022- Las Vegas, Nevada- VIVA 2022- "FEVAR: Surveillance of Branches and When to Intervene"

October 22nd, 2022- **Tasmania, Australia**- ANZSVS Meeting-BAI- "What do we know and how urgent is it?"

October 23rd, 2022- **Tasmania, Australia**- The ANZSVS President's Lecture 2022: "You are not special- mentoring and being mentored-Life Lessons in Leadership from a 61 Whiskey."

October 24th, 2022- **Adelaide, Australia**- Royal Adelaide Hospital SAHMRI- "Leading the Modern Surgical Unit- Lesson from Combat and Collaboration"

October 25th, 2022- **Adelaide, Australia**- Royal Adelaide Hospital; CALHN Medical Grand Rounds- "Understanding Human Factors Subsystems Approach to Modern Healthcare-Improving Flows in Trauma and Emergency Care"

October 26th, 2022- **Adelaide, Australia**- Royal Adelaide Hospital; Lecture "Management of Thoracic Vascular Trauma"

October 26th, 2022- **Adelaide, Australia**- Queen Elizabeth Hospital; Lecture "American Phoenix- Reflections and Learnings as a First Responder at the Pentagon 9/11/2001"

August 27th, 2022- Los Angeles, CA- SVS Moore Course "Better Results Managing Ruptured Abdominal Aortic Aneurysms."

May 27th, 2022- Seattle, WA- Urgent AAA With Short Necks: Open, PMEG, In Situ Laser Fenestration or F/BEVAR. What Are the Options and What Is Realistic?

May 2nd, 2022- Bangkok, Thailand- Virtual Visiting Professor "Modern Management of Ruptured Abdominal Aortic Aneurysms"

April 29th, 2022- San Diego, California, Kaiser Endovascular Symposium "Modern Management of Type B Aortic Dissections"

March 28th, 2022- Bangkok, Thailand- Virtual Visiting Professor "15 Years of Doing PMEGs; What Have I Learned?

March 22nd, 2022- Maui, HI- 17th Annual Strandness Symposium "Complex Aortic Aneurysm Repairs"

March 22nd, 2022- Maui, HI- 17th Annual Strandness Symposium "Better Results Managing Ruptured Abdominal Aortic Aneurysms"

March 22nd, 2022- Maui, HI- 17th Annual Strandness Symposium "Part 1: Deaths From Aortic Aneurysm Are Too Common – We Need To Do More!" Debate with Michael Caps

March 3rd, 2022- Atlanta, GA- Emory Department of Surgery Grand Rounds "Innovation in Surgery"

November 19th, 2021- Orlando, FL- VEITH Meeting Fellows Symposium: "Balancing your practice with industry relationships"

November 18th, 2021- Orlando, FL- VEITH Meeting: "Fenestrated EVAR: Outcomes with Physician Modification and Their Impact on a New IDE Pivotal Study"

November 17th, 2021- Orlando, FL- VEITH Meeting: "Do AAA Necks Dilate after FEVAR for Juxtarenal AAA's: What are the Good or Bad Consequences for Procedural Outcomes?"

November 16th, 2021- Orlando, FL- VEITH Meeting: "The SVS Executive Committee: What is It's Function and How has it NOT promoted Vascular Surgery and Thereby Failed to Serve It's Memberships Interests"

November 9th, 2021- Birmingham, Alabama- The 21st Morton Family Endowed Lectureship- "Alea Iacta Est; Crossing the Rubicon in Vascular Trauma from Battlefield to Bedside"

October 7th, 2021- VIVA Las Vegas, Nevada- "How I Perform EVAR for Ruptured AAA"

October 5th, 2021- VIVA Las Vegas, Nevada- "Negotiating Your First Contract"

October 4th, 2021- VIVA Las Vegas, Nevada- "Failure of Sac Regression and Implications on Mortality"

October 4th, 2021- VIVA Las Vegas, Nevada- "FEVAR Planning Made Easy: How I Do It"

September 8th, 2021- **Adelaide, Australia** (Virtual)- *"Alea Iacta Est; Crossing the Rubicon in Vascular Surgery from Battlefield to Bedside"*

August 18th, 2021- SVS Vascular Annual Meeting, San Diego, CA- - VQI session: "Best Practices for Complex Endovascular Procedures"

June 28th 2021- **Milano, Italy** San Raffaele - Vascular Surgery - Grand Rounds – Broadcast to Milano, Italy via ZOOM: Vascular Trauma in Wartime and Peacetime.

June 24th, 2021- Miami, Florida- South Florida Vascular Society- Terumo TREO Fenestrated Stent Graft for Juxtarenal Aortic Aneurysms- IDE Results.

May 28th, 2021- Pacific Northwest Endovascular Conference- Seattle, WA; "Innovation and a Glimpse at the Future of Aortic Interventions"

April 16, 2021- Critical Issues America-Coral Gables, FL; Developing a Ruptured Aortic Aneurysm Program; What Does it Involve?

October 24th, 2020- 38th Southern California Vascular Society Annual Meeting, San Diego, CA (*Virtual*) – Keynote Address: "*Alea Iacta Est, Crossing the Rubicon in Vascular Surgery from Battlefield to Bedside*"

September 28th, 2020- Western Vascular Society 35th Annual Meeting (*Virtual*)- Presidential Address: "Zen and the Art of Bandsaw Maintenance; An Inquiry into Values"

April 30th, 2020- Tulsa, Oklahoma- University of Oklahoma- COVID-19 Update and A FEVAR Device Automatically Computer Generated From CTA Images With Compensation For Device Induced Anatomic Changes And A Specialized Stent-Graft (BoulEVARd) For FEVAR Branches *Virtual Grand Rounds- Visiting Professor*

March 19th, 2020- Milwaukee Wisconsin- Milwaukee Aortic Symposium- Keynote Address: Endovascular repair of complex juxtarenal and thoracoabdominal aneurysms: the future is now! *Cancelled Due to COVID-19*

March 10th, 2020- Bethesda, MD (Walter Reed National Medical Center)- 37th Michael E. DeBakey Distinguished Surgical Lecture; The Arc of Device Innovation in Cardiovascular Surgery and its Relevance to Future Casualty Care *Cancelled Due to COVID-19*

February 7th, 2020- Coral Gables, FL- Critical Issues America; Impact of Neck Dilatation after FEVAR.

January 25th, 2020- Hollywood, FL- International Symposium on Endovascular Therapy; Developing a Ruptured Aortic Aneurysm Program: What does it Involve?

January 24th, 2020- Hollywood, FL- International Symposium on Endovascular Therapy; Fenestrated Stent Grafts: How Long a Seal Zone Do You Need?

January 24th, 2020- Hollywood, FL- International Symposium on Endovascular Therapy; Choosing between Fenestrated Endografting and Standard EVAR with Adjuncts

December 18th, 2019- Durham, N.C.- Duke University Surgery Grand Rounds: *Alea Iacta Est*; Crossing the Rubicon in Vascular Trauma from Battlefield to Bedside.

November 21st , 2019- New York, New York; VEITH Symposium- Why The Endologix Ovation Alto Device Has Advantages For EVAR Treatment Of RAAAs: It Eliminates The Need For Supraceliac Aortic Balloon Control: How So?

Starnes, Benjamin Ware

November 21st , 2019- New York, New York; VEITH Symposium- Value Of The Relay Pro Low Profile Device For TEVAR In Blunt Thoracic Aortic Injuries: Why It Is Advantageous?

November 21st , 2019- New York, New York; VEITH Symposium- A FEVAR Device Automatically Computer Generated From CTA Images With Compensation For Device Induced Anatomic Changes And A Specialized Stent-Graft (BoulEVARd) For FEVAR Branches

November 20th, 2019- New York, New York; VEITH Symposium-When With F/EVAR Should A Renal Or Mesenteric Branch Not Be Stented?

November 13th, 2019- Seattle, WA- Airlift Northwest Quarterly Education- Cardiac / Vascular Day: "Blunt Aortic Injury"

November 7th, 2019- Las Vegas, NV VIVA 2020- Managing Iatrogenic Vascular Trauma Bailouts

November 6th, 2019- Las Vegas, NV VIVA 2020- Complex Aortoiliac Intervention

November 6th, 2019- Las Vegas, NV VIVA 2020- Treatment of the False Lumen Continued Perfusion Behind My Device

November 5th, 2019- Las Vegas, NV VIVA 2020- Endovascular is the BEST Treatment for Ruptured AAA Is it settled or Not

November 4th, 2019- Las Vegas, NV VIVA 2020- Negotiating Your First Contract

November 4th, 2019- Las Vegas, NV VIVA 2020- Physician Sponsored IDE How I Got One and Challenges in Start Up Maintenance and Funding

November 4th, 2019- Las Vegas, NV VIVA 2020-Traumatic Aortic Disruption; Defining When and How to Treat

September 30th, 2019- Maui, HI 34th Western Vascular Society- Bilateral Iliac Branch Endoprosthesis with Ipsilateral Internal Iliac Deployment.

May 24th, 2019- Seattle, WA; Pacific Northwest Endovascular Conference- How I Fix a Juxtarenal Aneurysm: FEVAR

May 24th, 2019- Seattle, WA; Pacific Northwest Endovascular Conference- We Had to Learn How to Plan for EVAR and Planning for FEVAR is Not That Hard: Tips for Success

March 8, 2019- Houston, Texas; Houston Aortic Symposium: Use of Automated Software to Simplify FEVAR.

Starnes, Benjamin Ware

February 8th, 2019- Coral Gables, Florida; Critical Issues America: When Should We NOT Stent a Renal/Mesenteric Branch?

January 30th, 2019- Miami, Florida; International Symposium on Endovascular Therapy: Branched and Fenestrated Devices for Complex Aortic Pathology

January 29th, 2019- Miami, Florida; International Symposium on Endovascular Therapy: Reducing Spinal Cord injury after Dissection and Complex Aneurysm Repair

January 29th, 2019- Miami, Florida; International Symposium on Endovascular Therapy: Type A Aortic Dissection: Are there Endovascular solutions?

December 14th, 2018- **Milano, Italy**; How To Do It Aortic Symposium: EVAR for RAAA: how I do it and what are the results?

December 13th, 2018- **Milano, Italy**; How To Do It Aortic Symposium: *Keynote Lecture* Ruptured aneurysm protocol. Lessons from a busy aortic center

November 17th, 2018- New York, New York; VEITH meeting- Healionics: A New Dialysis Access Graft That Resists Infection And Remains Patent

November 15th, 2018- New York, New York; VEITH meeting- Job Fair - Long-Term Career Planning: What Are Your Long-Term Goals?

November 15th, 2018- New York, New York; VEITH meeting- There Are Criteria Which Allow Preoperative Prediction Of Certain Non-Survival After EVAR Or OR In RAAA Patients: Invasive Treatment Should Be Denied For Such Patients

November 15th, 2018- New York, New York; VEITH meeting- EVAR For RAAAs Is The Best Treatment: All Patients Should Be Treated By Some Endovascular Procedure: The Benefits Are Clear

November 15th, 2018- New York, New York; VEITH meeting-How To Make Endografts Fit And Align With Branch Orifices Perfectly Using Automated 3D Software From Aortica: It Will Improve Results And Increase F/EVAR Utilization

August 27th, 2018- Boston, MA; Greenberg Stent Summit XIII- "Preclinical Testing-Physician Perspective: Modified Devices/Off-label use –using a device without having bench testing."

June 14th, 2018- Seattle, WA; Pacific Northwest Endovascular Conference- "Update on automated software to simplify FEVAR; Have we finally found the "Easy" button for planning?"

Starnes, Benjamin Ware

June 14th, 2018- Seattle, WA; Pacific Northwest Endovascular Conference- "Not So Fast!-FEVAR is still the answer to the issue with short necks and liberalizing the use of current infrarenal grafts for this issue will lead to more problems"

June 14th, 2018- Seattle, WA; Pacific Northwest Endovascular Conference- Fellows Summit- "How I Do It- Step by Step FEVAR"

June 14th, 2018- Seattle, WA; Pacific Northwest Endovascular Conference- Fellows Summit- "Endovascular Management of Chronic Aortic Dissection- When to Intervene"

June 5th, 2018- Philadelphia, Pennsylvania- Main Line Health System, Lankenau Hospital Grand Rounds- "Innovative AAA Repair"

May 16th, 2018- Milwaukee, Wisconsin- The 11th Annual Jonathan Towne Lecture: "Personalized Vascular Therapy; Are We Closer Thank We Think?"

May 15th, 2018- Milwaukee, Wisconsin- The 11th Annual Jonathan Towne Lecture: "A Link in the Chain of Freedom"

May 10th, 2018- **Yamagata, Japan**- Japanese Society for Vascular Society- Ruptured AAA: Experience with Over 300 Cases

May 10th, 2018- **Yamagata, Japan**- Japanese Society for Vascular Society- FEVAR- What it takes to be a MASTER

May 9th, 2018- **Yamagata, Japan**- Japanese Society for Vascular Society- 3-D Printing to Simplify Fenestrated EVAR

April 29th , 2018- Orlando, Florida- Florida Vascular Society 2018 Annual Meeting-Ruptured AAA: Experience with Over 300 Cases

April 28th , 2018- Orlando, Florida- Florida Vascular Society 2018 Annual Meeting- Alea Iacta Est, Crossing the Rubicon in Vascular Surgery from Battlefield to Bedside

April 26th , 2018- Orlando, Florida- Florida Vascular Society 2018 Annual Meeting- Blunt Aortic Injury

April 24th , 2018- **London, United Kingdom**- CX 2018 Global Stars and Rising Stars-Automated planning software simplifies FEVAR and provides a definitive and far superior solution for short neck abdominal aortic aneurysms than currently exists.

March 22nd , 2018- **Adelaide, South Australia**- 2018 Adelaide Vascular Trials- Surgical Innovation

March 21st , 2018- **Adelaide, South Australia**- 2018 Adelaide Vascular Trials- Modern Management of Vascular Trauma

Starnes, Benjamin Ware

March 2nd , 2018- University of Toronto, **Toronto, Canada**- Harland Smith Lecture- Personalized Vascular Therapy; Are We Closer Thank We Think?

February 9th , 2018- Critical Issues America, Coral Gables, Florida- 3-D Printers to Facilitate Simplified FEVAR

February 9th , 2018- Critical Issues America, Coral Gables, Florida- Ruptured Aneurysm Protocol- Lessons from a Busy Aortic Center

February 2nd , 2018- Dartmouth Hitchcock Department of Surgery Grand Rounds, Hanover, New Hampshire- *Alea Iacta Est*- Crossing the Rubicon in Vascular Trauma from Battlefield to Bedside

February 1st , 2018- Dartmouth Hitchcock Heart and Vascular Center Grand Rounds, Hanover, New Hampshire- 3-D Printing to Facilitate FEVAR

December 9th, 2017- VERVE Symposium, **Sydney, Australia**- Experience with Over 300 Ruptured AAA – Lessons Learned

December 8th, 2017- VERVE Symposium, **Sydney, Australia**- Type 1 Endoleaks Do Not Exist with Properly Planned FEVAR- "The Concept of Effective Seal Zone"

December 7th, 2017- VERVE Symposium, **Sydney, Australia**- 3D-Printed Templates to Facilitate Simplified FEVAR

November 16th, 2017- VEITH 2017, New York City, NY- DEBATE: Of Course EVAR Is Better Than Open Repair For RAAAs: More Patients Can Be Treated And Procedural Mortality And Turn-Down Rates Are Lower (vs Janet Powell)

November 16th, 2017- VEITH 2017, New York City, NY- How Has Progress In Large Sheath Technology Improved TEVAR, F/B/EVAR And Other Complex Endo Procedures?

November 16th, 2017- VEITH 2017, New York City, NY- Game Changing Simplification Of F/EVAR By Automated Planning Software And 3D Printed Patient Specific Templates (AORTICA): How Do They Work; How Do They Improve Outcomes; And How Will They Make F/EVAR More Widely Available

November 14th, 2017- VEITH 2017, New York City, NY- When Is Aortic Neck Dilatation Harmless And When Is It Not: How Can It Be Treated If Necessary?

November 3rd, 2017- CEC (China Endovascular Course) 2017- **Beijing, China**- Alea Iacta Est- Crossing the Rubicon in Vascular Trauma from Battlefield to Bedside

November 3rd, 2017- CEC (China Endovascular Course) 2017- **Beijing, China**- Use of 3D Printed Templates to Simplify Fenestrated EVAR

Starnes, Benjamin Ware

September 28th, 2017- 5th Annual Jerry Goldstone Lectureship (Honored Speaker)- Cleveland,OH "Modern Management of Ruptured Abdominal Aortic Aneurysms in the Endovascular Era- What Have We Learned?"

September 24th, 2017- Western Vascular Society Annual Meeting, Blaine, WA- First Report of Procedural and Perioperative Results in Patients Treated with Fenestrated EVAR Planned by Automated Software in a Physician Sponsored IDE Clinical Trial

September 7, 2017- Greenberg Stent Summit, Cleveland, OH- Clinical Perspective: It's the patient's fault!

June 3rd , 2017- Society for Vascular Surgery, San Diego, CA- Plenary Session 7: Triple Bifurcated, Triple Fenestrated Endovascular Repair

June 2nd , 2017- SVS Resident Luncheon, San Diego, CA - VAM; How to Find a Job

June 1st , 2017- Society for Vascular Surgery, San Diego, CA - Plenary Session 2: Giant Carotid Body Tumors

May 31st , 2017- Society for Vascular Surgery, San Diego, CA - (VESS Paper Session 2)- Secondary Interventions After Fenestrated Endovascular Aneurysm Repair

May 31st , 2017- Society for Vascular Surgery, San Diego, CA (VESS Paper Session 1)- Appropriate Graft Selection Based on Aortic Anatomy and Graft Mal-deployment

May 25th , 2017- Pacific Northwest Endovascular Conference, Seattle, WA- PMEG- How I Do It

May 25th , 2017- Pacific Northwest Endovascular Conference, Seattle, WA- Debate (Versus David Deaton) 4 cm Should be the New Standard for Aortic Neck Length!

May 24th , 2017- Pacific Northwest Endovascular Conference, Seattle, WA- How I Do FEVAR

May 24th , 2017- Pacific Northwest Endovascular Conference, Seattle, WA- Endovascular Management for Chronic Aortic Dissection

May 12th , 2017, Barcelona Aortic Summit, **Barcelona, Spain**- Video Presentation; 3V Physician Modified Endograft Using the Bolton TREO Device

April 6th , 2017, UCSF Vascular Surgery Symposium 2017, San Francisco, CA-"EVAR for Ruptured Abdominal Aortic Aneurysm: How I Do It and What are the Results?"

Starnes, Benjamin Ware

April 6th , 2017, UCSF Vascular Surgery Symposium 2017, San Francisco, CA-"Debate: The Standard of Care for Chronic Type B Aortic Dissection Is: Open Repair (Michael Conte) Endovascular Repair (Benjamin Starnes)"

February 10th, 2017, Critical Issues America, Coral Gables, Florida: " Do Type 1a Endoleaks Occur with FEVAR?

February 3rd, 2017, EndoVascular hybrid Trauma and bleeding Management (EVTM) Symposium, **Örebro, Sweden,** Debate: "PRO- Vascular access already on arriving during primary survey."

February 2nd, 2017, EndoVascular hybrid Trauma and bleeding Management (EVTM) Symposium, **Örebro, Sweden,** "Experience with REBOA / ABO in rAAA and lessons"

December 16th , 2016 7th International Congress "How To Do It", **Milan, Italy** "3D-Printed Templates to Facilitate FEVAR; First In Man Results"

December 16th , 2016 7th International Congress "How To Do It", **Milan, Italy** "Alea Iacta Est; Crossing the Rubicon in Vascular Surgery, From Battlefield to Bedside" (KEYNOTE)

December 16th , 2016 7th International Congress "How To Do It", **Milan, Italy** "Physician Modified Endografts; Midterm Results"

December 16th , 2016 7th International Congress "How To Do It", **Milan, Italy** "Lessons Learned from Over 300 Ruptured AAA's"

December 16th , 2016 7th International Congress "How To Do It", **Milan, Italy** "New Classification for Blunt Aortic Injury"

November 19th, 2016- VEITH Symposium 2016- How To Treat Type 1A Endoleaks After EVAR When Fenestrated Cuffs Are Not Feasible: What Are The Circumstances And The Solutions?, New York City, NY

November 17th, 2016- VEITH Symposium 2016- 3D Printed AAA Templates With The AortaFit System From Aortica: How Do They Simplify And Improve F/EVAR Procedures: How Do They Work And Improve Fenestration/Branch Alignment, New York City, NY

November 17th, 2016- VEITH Symposium 2016- Lower Profile Deployment Systems And Small Diameter Endografts Facilitate TEVAR Treatment Of Blunt Aortic Injuries In Young People: Is The Zenith Alpha System A Game Changer: Are There Other Systems As Good? New York City, NY

November 17th, 2016- VEITH Symposium 2016- DEBATE: Sometimes Repair Of A Ruptured AAA Is Not Worthwhile: Patients Who Have Had A Cardiac Arrest Is One Such Instance And Age >80 And BP <70 Are Other Indications Of 100% Mortality, New York City, NY

November 5th, 2016- UCLA Vascular Symposium- FEVAR: What it takes to be a MASTER, Los Angeles, CA

November 5th, 2016- UCLA Vascular Symposium- Blunt Aortic Injury- A Call for a New Classifications System, Los Angeles, CA

October 21st, 2016- University of Upsala, "Alea Iacta Est", Crossing the Rubicon in Vascular Surgery from Battlefield to Bedside, **Upsala, Sweden**

September 27th, 2016- Western Vascular Society, Endovascular Repair of Blunt Thoracic Aortic Injuries with the Zenith Alpha Thoracic Device: Updated Outcomes of the Transfix Study Colorado Springs, CO.

September 8, 2016- International Society for Applied Cardiovascular Biology (ISACB) Keynote Speaker: The Alexander Clowes Memorial Lecture: "Innovative Device and Design Solutions for Aortic Pathology and Vascular Trauma"  **Banf-Alberta, Canada**.

August 31, 2016- Greenberg Stent Summit, Cleveland Clinic- Cleveland, Ohio; Debate with Jason Lee, "Complicated Necks are a Harbinger of Future Failure- Standard EVAR Should be Avoided"

August 5, 2016- VAST[3] , Saratoga, New York- Stroke, Endoleaks, and Thoracic Stentgraft Landing Zones – What do we know?

June 16, 2016- VIP 2016 Congress, **Padova, Italy-**Ruptured Aortic Aneurysms; what have we learned with over 300 cases?

June 10-11, 2016- SVS Vascular Annual Meeting, National Harbor, Maryland-  Moderator for the following Sessions: Thoracic Aortic Disease, Plenary Session 7 ("Late-Breaking") and How I Do It Video Session.

June 8, 2016- SVS Vascular Annual Meeting, National Harbor, Maryland- "When is FEVAR not Ideal? Relative and Absolute Contraindications"

May 25, 2016- Pacific Northwest Endovascular Conference, Seattle, WA- Update on Current Trials for Type B Aortic Dissections

May 6, 2016- 75th Ernst Sommer Lecture Series, Portland Oregon- "Convergence"- the Art and Craft of Modern Vascular Surgery - From Battlefield to Bench Top to Bedside

May 5, 2016- 75th Ernst Sommer Lecture Series, Portland Oregon- Vascular Trauma - A New Paradigm?

May 5, 2016- 75th Ernst Sommer Lecture Series, Portland Oregon- Modern Management of Ruptured Abdominal Aortic Aneurysms in the Endovascular Era: What Have We Learned?

Starnes, Benjamin Ware

April 28th, 2016- Charing Cross; London **UK**- Accurate placement of thoracic low-profile stent graft system for aortic transection

April 27, 2016- Charing Cross; London **UK**- Protocol approach before and after rupture improves outcome.

April 27, 2016- Charing Cross; London **UK**- 3D-printed aortic models for FEVAR.

April 9, 2016- Sharp Healthcare Vascular Symposium; San Diego, CA- Convergence: From Battlefield to Bench-Top to Bedside- Invited Keynote Speaker for Regional Symposium.

February 13, 2016- Critical Issues America; Miami, FL- FEVAR Learning Curve- What it takes to be a MASTER.

November 19, 2015- VEITH 2015; New York City- Session Moderator:  NEW DEVELOPMENTS IN THE MANAGEMENT OF RUPTURED AAAS (RAAAS): IT'S STILL CONTROVERSIAL

November 19, 2015- VEITH 2015; New York City- Value Of 3D Printing To Create A Vascular Phantom To Facilitate And Improve Complex AAA Repairs

November 19, 2015- VEITH 2015; New York City- Update On The Zenith TX2-LP Endograft System For Treatment Of Blunt Thoracic Aortic Injuries: Advantages, Limitations And Results

November 20, 2015- VEITH 2015; New York City- Session Moderator: NEW CONCEPTS AND UPDATES IN AORTIC DISEASE AND ITS TREATMENT

November 20, 2015- VEITH 2015; New York City- Update On A Simplified Aortic Occlusion Balloon System For RAAAs, Major Vascular Or Other Hemorrhagic Trauma: Does It Require Fluoro And Who Can Use It

November 21, 2015- VEITH 2015; New York City- DEBATE: Intramural Hematomas After Trauma Are A Myth – Rarely If Ever Seen

October 24, 2015- Tucson Medical Center Annual Cardiovascular Symposium, Tucson, AZ- Keynote Speaker: "Experience with over 300 ruptured abdominal aortic aneurysms: What have we learned?"

October 16, 2015- Harkins Symposium, Seattle, WA- "Physician Modified Endografts"

October 5, 2015-  Association of Academic Surgical Administrators, Chicago, Illinois- "The Silver Tsunami"

Starnes, Benjamin Ware

September 20, 2015- Western Vascular Society, Maui, Hawaii- "3D Printed Patient-Specific Aortic Templates to Guide On-Table Fenestration of a Z-Fen Device: A True off-The Shelf Solution to Manage Juxtarenal Aneurysms"

September 20, 2015- Western Vascular Society, Maui, Hawaii- "Physician Modified Endovascular Grafts for Treatment of Juxtarenal Aortic Aneurysms: Midterm Results from an Investigator-initiated Investigational Device Exemption (IDE) Clinical Trial"

September 3, 2015- Greenberg Stent Summit X, Cleveland, OH- " Lessons Learned from an Early Experience with Sponsor-Investigator Studies."

July 3, 2015- British Society of Endovascular Therapy, **Stratford Upon Avon, England**- "Quick Fire EVAR Debate: Your IMPROVE Results are Because You Brits Can't Do Ruptured EVAR Cases Properly" FOR the Motion against Matt Thompson

July 2, 2015- British Society of Endovascular Therapy, **Stratford Upon Avon, England**-" Aortic Balloon Occlusion for Traumatic Hemorrhage Control"

July 2, 2015- British Society of Endovascular Therapy, **Stratford Upon Avon, England**- " The Paper That Changed My Practice"

June 19, 2015- Society for Vascular Surgery, Chicago- "How to Find a Job"

June 17, 2015- Society for Vascular Surgery, Chicago- "Learning Curve for Fenestrated EVAR (FEVAR)"

May 20, 2015- Pacific Northwest Endovascular Conference, Seattle- "Bailout Strategies for Type I Endoleaks When Fenestration is Not An Option"

May 20, 2015- Pacific Northwest Endovascular Conference, Seattle- "Coming Soon to an OR Near You: FEVAR Made Easy With Use of a 3-D Template"
May 20, 2015- Pacific Northwest Endovascular Conference, Seattle- "How to Do a REVAR in One Hour"

April 16, 2015- UCSF Vascular Symposium, San Francisco: Three Way Debate- "After 150 FEVAR and Counting, I want my Juxtarenal Aneurysm fixed with a Fenestrated Approach!" (Debating Jason Lee and Michael Conte)

April 16, 2015- UCSF Vascular Symposium, San Francisco:  New and Emerging Devices to treat AAA

April 10, 2015- Kaiser Permanente 11th Annual National Surgical Symposium, Coronado, CA- "A Rational Approach to Endovascular Management of Acute and Chronic Dissection Since FDA Approval"

Starnes, Benjamin Ware

March 14, 2015- Critical Issues America, New Orleans, LA- "How Can we do FEVAR in Under One Hour?"

March 14, 2015- Critical Issues America, New Orleans, LA- " Best Approach for the Re-Do (Scarred) Access Site"

March 14, 2015- Critical Issues America, New Orleans, LA- " REBOA- Can we safely implement this strategy and hand it over to the Trauma Surgeons?"

March 14, 2015- Critical Issues America, New Orleans, LA- Convergence- the role of high end imaging technologies and 3-D printers in Aortic Disease"

March 5, 2015- Houston Aortic Symposium- "Blunt Aortic Injury; The Harborview Experience"

February 3, 2015- Jefferson Medical College Annual Alumni Meeting- Invited Speaker, " The Art and Craft of Modern Vascular Surgery- from Battlefield to Bench-top to Bedside"

November 21, 2014- VEITH 2014; New York City- Ischemic Colitis After EVAR: What Is The Pathogenesis And Why Is The Incidence Decreasing.

November 20, 2014- VEITH 2014; New York City- A Phantom Aorta: Use Of 3D Printer Technology To Facilitate Fenestrated EVAR.

November 20, 2014- VEITH 2014; New York City- A New Low Profile Endovascular Device From Cook To Treat Traumatic Aortic Injuries In Young Patients: Advantages And Limitations.

November 19, 2014- VEITH 2014; New York City- Update With New Simplified Aortic Occlusion Balloon For Ruptured AAAs And Other Hemorrhagic Emergencies: Advantages, Limitations And Clinical Experience: Scoring System To Help Tell Us Which Ruptured AAAs Should Not Be Treated.

November 19, 2014- VEITH 2014; New York City- Everest Symposium; "How I do PEVAR"

September 30, 2014- Outsell Annual Event- gathering of IT CEO's from around the world, **Versailles, France**: "Convergence"

September 21, 2014- Western Vascular Society- San Diego, CA. Physician Modified Endografts; Graft Construction- Video

September 16, 2014- Cleveland Clinic Stent Summit-Cleveland, OH Incorporating alternate technology into the graft development process (ie 3D-Printing).

Starnes, Benjamin Ware

September 16, 2014- Cleveland Clinic Stent Summit-Cleveland, OH "Physician-modified aortic devices will adequately treat more patients than "off-the-shelf" industry made devices.

September 12, 2014- IMAD- 4th International Meeting of Aortic Disease- Liege, **Belgium**: Blunt Thoracic and Abdominal Aortic Injury

September 12, 2014- IMAD- 4th International Meeting of Aortic Disease- Liege, **Belgium**: Ruptured AAA. Streamlined Protocols Affect Outcome

September 12, 2014- IMAD- 4th International Meeting of Aortic Disease- Liege, **Belgium**: Challenging Necks can only be treated if the Proximal Landing Zone has been Optimized.

June 7th, 2014- SVS Late Breaking Clinical Trials-Boston, MA-  Endovascular Repair for Blunt Thoracic Aortic Injury using the Zenith TX2 Low Profile Device

June 7th, 2014- SVS Breakfast Session-Boston, MA-TEVAR for Type B Dissection-What Next When Deployment Doesn't Correct Malperfusion?

June 4th, 2014- SVS/VESS- Boston, MA-EVAR Candidacy impacts 30-day mortality for REVAR but NOT for Open Repair of Ruptured Abdominal Aortic Aneurysms.

May 22nd, 2014- Pacific Northwest Endovascular Conference:Seattle, WA- How my Technique has Evolved After 150 Fenestrated EVAR Cases

May 22nd, 2014- Pacific Northwest Endovascular Conference: Seattle, WA-What Have We Learned from Over 300 Ruptured AAA's?

April 28th, 2014- Seattle Surgical: PMEG- Seattle, WA-The True Art and Craft of Vascular Surgery

April 7th, 2014- Thoracic Consensus Update: Deployment and use of Intravascular Ultrasound: Mini-Symposium- Acute Aortic Transection. 36th Charing Cross International Symposium, London **UK**.

April 7th, 2014- Moderator- Type B acute and chronic dissecting aneurysm consensus update. 36th Charing Cross International Symposium, London **UK**.

April 5th, 2014- Physician-modified endografts- Charing Cross- CX Vascular and Advanced Imaging Course. 36th Charing Cross International Symposium, London **UK**.

March 7th, 2014- Physician Modified Fenestrated Endografts- The Harborview Experience. The Houston Aortic Symposium, Houston TX.

February 24th, 2014- Modern Management of Ruptured Aortic Aneurysms. University of South Florida, Tampa General Hospital, Tampa Bay, Florida.

Starnes, Benjamin Ware

February 11th, 2014- Physician Modified Endografts; International Congress of ISIS (iCON) Phoenix, Arizona

November 23rd, 2013- How OR Nurses and Technicians Should Set Up the Back Table for EVAR Treatment of Ruptured AAAs (Video): It Makes a Difference- VEITH 2013; New York City

November 22nd, 2013- EVEREST Simulation Symposium- How to accurately size stent grafts to manage blunt aortic injury- VEITH 2013; New York City

November 21st, 2013- Clinical Experience with a One Shot Occlusion Balloon for Emergency Aortic Control for Ruptured AAAs and Other Large Vessel Bleeding- VEITH 2013; New York City

November 21st, 2013- Novel Fenestration Template for Physician Modified Stent-Grafts for Pararenal AAA- VEITH 2013; New York City

November 1st, 2013- Master Class: Implementing a Successful Protocol for Ruptured AAAs: III Curso Internacional de Cirurgia Vascular e Endovascular – INOVACOES 2013 RIO DE JANERO, Copacabana, **Brazil**

October 31st, 2013- Best Strategies and Results of Physician Modified Fenestrated Endografts. III Curso Internacional de Cirurgia Vascular e Endovascular – INOVACOES 2013 RIO DE JANERO, Copacabana, **Brazil**

October 31st, 2013- Designing Hybrid ORs to Fit the Needs of a Vascular Surgeon. III Curso Internacional de Cirurgia Vascular e Endovascular – INOVACOES 2013 RIO DE JANERO, Copacabana**, Brazil**

October 18th,2013- Four-Minute Video Improves Surgical Technologist Performance in Preparing for rAAA. Couer d'Alene, ID- Pacific Northwest Vascular Surgery Society

October 2nd, 2013- Visiting Professor, University of Pittsburgh Medical Center, Pittsburgh, PA; "Re-defining Mortality Risk with Common Aortic Catastrophes."

September 18th, 2013- Surgery Grand Rounds- University of South Carolina / Greenville Health System, Greenville, South Carolina. "Modern Management of Ruptured Abdominal Aortic Aneurysms in the Endovascular Era."

September 17th, 2013- University of South Carolina – Greenville. Invited Lecture: Vascular Surgery on the Modern Battlefield: Perspectives from a Military Surgeon.

May 31st, 2013- The 40th Annual Meeting of the Japanese Society for Vascular Surgery. Osaka, **Japan**. International Keynote Guest Speaker, "Physician-Modified Endovascular Grafts"

Starnes, Benjamin Ware

May 23rd, 2013- Pacific Northwest Endovascular Conference, Seattle, WA. "Should ANY Patient be Treated with Open Aortic Surgery Anymore"

March 21st, 2013- Houston Aortic Symposium, Houston, Texas. "Endovascular Repair of Ruptured Abdominal Aortic Aneurysms"

February 27th, 2013- iCON2013, Phoenix, Arizona. "Off-Label Devices; Justified or Dangerous?"

January 23, 2013- Strandness Symposium, Maui, Hawaii; Current Status of Branched and Fenestrated Endografts

January 23, 2013- Strandness Symposium, Maui, Hawaii; Use of IVUS in Aortic Dissection

January 23, 2013- Strandness Symposium, Maui, Hawaii; Endovascular Management of Complex Aortic Problems

January 21, 2013- Strandness Symposium, Maui, Hawaii; Endovascular Management of the Great Vessels

November 17th, 2012- VEITH Symposium- New York, NY; How to Get A Physician Sponsored IDE: Tips and Tricks

November 16th, 2012- VEITH Symposium- New York, NY; Satellite Symposium on Vascular Simulation; Creation of a Seamless Endovascular rAAA Program.

November 16th, 2012- VEITH Symposium- New York, NY; A New One-Shot Aortic Occlusion Balloon.

November 15th, 2012- VEITH Symposium- New York, NY; New Classification for Blunt Aortic Injury to Guide in Conservative OR Endograft Treatment.

November 12, 2012- Honorary Veterans Day Speech, Evergreen Washelli Cemetery, Seattle, WA- Keynote Address, "A Link in The Chain of Freedom". U.S. Senator Patty Murray in Attendance.

October 26-28, 2012- Endovascular Therapies- Pinehurst, N.C.; "Extremity Vascular Trauma; Experience from a Military Surgeon" and "Open Repair is the Preferred Treatment for Necks < 15mm."

October 23rd, 2012- Air Medical Transport Conference- Seattle, WA; Modern Management of Ruptured Aortic Aneurysms

October 19, 2012- Pacific Northwest Vascular Society Annual Meeting- Vancouver, **British Columbia**; Early Report from an Investigator-Initiated Investigational Device Exemption (IDE) Clinical Trial on Physician Modified Endovascular Grafts.

Starnes, Benjamin Ware

October 9th, 2012- VIVA Las Vegas- Why I Do What I Do: A Decision Support Analysis for Chronic Type B Dissection with Aneurysm Formation.

October 4th, 2012- International Meeting on Aortic Diseases- 3rd Annual Meeting, Liege, **Belgium**; Management of Blunt Aortic Injury.

October 3rd, 2012- American College of Surgeons, Chicago, Ill; Review Course in the Essentials of Vascular Surgery for General and Vascular Surgeons-Ruptured Aneurysms Open and Endo Management

October 2nd, 2012-American College of Surgeons, Chicago, Ill; Moderator for "Endovascular management of acute vascular trauma".

October 2nd, 2012- American College of Surgeons, Chicago, Ill; Meet the Experts Luncheon-Endovascular management of vascular trauma.

September 23rd, 2012- Western Vascular Society, Plenary Session- Park City, Utah; Early Report from an Investigator-Initiated Investigational Device Exemption (IDE) Clinical Trial on Physician Modified Endovascular Grafts.

September 17th, 2012- Seattle EMS Symposium, Museum of Flight; Management of Complex Vascular Trauma.

August 31st , 2012- Stent Summit VIII-Cleveland Clinic- "Aortic Dissection"

June 29th, 2012- La chirurgia vascolare oggi: Tecniche ed opinioni a confronto –Grosetto, **Italy**; Medical, Logistic and Economic issues with EVAR for Ruptured Aortic Aneurysms: State of the Art in the USA

June 8th, 2012- Society for Vascular Surgery Annual Meeting, Washington, D.C.; International Forum, Clinical Debates: Physician Modified Grafts Should be the Standard for Management of Juxtarenal Aortic Aneurysms.

June 6th, 2012- Society for Vascular Surgery Annual Meeting, Washington, D.C.; Post Graduate Course: Physician Modified Endovascular Grafts

May 24th, 2012- Pacific Northwest Endovascular Conference- Seattle, WA: Physician Modified Endovascular Grafts.

May 19th, 2012- Resuscitation and Critical Interventions Conference- Anchorage, Alaska: Review of Aortic Pathology and Outcomes Associated with Ruptured Aneurysms, Dissections and Trauma.

May 4th, 2012- Hawaii Vascular Symposium: Physician Modified Endovascular Grafts.

Starnes, Benjamin Ware

April 27, 2012- SEREMS Conference- Ketchikan, Alaska: Critical Issues for Managing Aortic Catastrophes.

April 18th, 2012- Japanese Society for Cardiovascular Surgery; Akita, **Japan**- Invited Lecture: Physician Modified Endovascular Grafts.

March 16th, 2012- Society for Clinical Vascular Surgery- Las Vegas, NV- Invited Presentation; Pushing the Limits of Vascular Technology; Aorta and Aortic Aneurysm.

February 7th, 8th, 2012- UC Davis Vascular Care 2012, Lake Tahoe, CA: Two Talks-1) New Devices and Physician Modified Grafts for Complex Aortic Disease, 2) Preparing your Team and Facility for Vascular Emergencies.

January 13, 2012- Hong Kong Surgical Forum- Queen Mary Hospital- Hong Kong, **China**- Three Talks- 1) Modern Management of Ruptured AAA, 2) Modern Management of Aortic Dissection, 3) Modern Management of Blunt Aortic Injury.

January 10, 2012- Zhongshan Hospital- Shanghai**, China**- "Physician Modified Endovascular Grafts." Invited Guest of Professor Weiguo Fu.

January 10, 2012- Shanghai Peoples 9th Hospital- Shanghai**, China**- "Modern Management of Ruptured Abdominal Aortic Aneurysms."

November 18, 2011- VEITH Symposium, New York City- "How To Get An Investigator Sponsored IDE For Physician Modified (Fenestrated) Endografts: Experience To Date With Elective, Urgent And Ruptured Juxtarenal AAAs

November 11, 2011- Pacific Northwest Vascular Surgery Society- "Physician Modified Endovascular Grafts".

October 22, 2011- Florida Society for Vascular Surgery- Islamadora, FL- "Modern Management of Ruptured Abdominal Aortic Aneurysms."

October 22, 2011- Florida Society for Vascular Surgery- Islamadora, FL- "Designing Hybrid OR's to Fit the Needs of a Vascular Surgeon."

October 12, 2011- Northern California Vascular Surgery Society- San Francisco, CA- Management of Ruptured AAA in the Endovascular Era."

October 11, 2011- Stanford University Surgery Grand Rounds- Palo Alto, CA- "Endovascular Management of Vascular Trauma."

September 24, 2011- St. John's, **Newfoundland**: 33rd Annual Canadian Society for Vascular Surgery Invited Guest Lecture- "Modern Management of Traumatic Rupture of the Aorta".

Starnes, Benjamin Ware

September 23, 2011- St. John's, **Newfoundland**: 33rd Annual Canadian Society for Vascular Surgery Invited Guest Lecture- "Modern Management of Ruptured Aortic Aneurysms".

September 19, 2011- Kaua'i, HI: Western Vascular Society- Thoracic Symposium- "Off Label and Physician Modified Devices".

June 18, 2011- Chicago, Il- 2011 Society for Vascular Surgery Annual Meeting: Debate vs Mark Farber. Is it appropriate for clinicians to modify devices to treat patients with complex asymptomatic aneurysms outside of a clinical trial? CON

June 17, 2011- Chicago, Il- 2011 Society for Vascular Surgery Annual Meeting: Physician Modified Endovascular Grafts for the Treatment of Asymptomatic, Symptomatic and Juxtarenal Aortic Aneurysms.

June 17, 2011- Chicago, Il- 2011 Society for Vascular Surgery Annual Meeting: Debate vs Marshall Benjamin- OR Hybrid Designs: Are They Necessary? Against the Motion.

March 30, 2011- Los Angeles, CA- Good Samaritan Hospital Medical Staff Grand Rounds, "Modern Management of Ruptured Abdominal Aortic Aneurysms."

March 7, 2011, Buffalo, New York- Western New York Vascular Society; "Modern Management of Ruptured Abdominal Aortic Aneurysms."

March 2, 2011, Seattle, WA: University of Washington Department of Orthopedic Surgery Grand Rounds; "Posterior Knee Dislocation Symposium- Management of Popliteal Vascular Injury."

February 11, 2011, University of Texas, Houston; Memorial Hermann Cardiovascular Institute, Department of Surgery Grand Rounds, "Modern Management of Ruptured Abdominal Aortic Aneurysms."

January 19, 2011- D. Eugene Strandness, Jr. Symposium DIAGNOSTIC AND THERAPEUTIC APPROACHES TO VASCULAR DISEASE, Maui, Hawaii, "Current Status of Branched and Fenestrated Aortic Endografts"

January 19, 2011- D. Eugene Strandness, Jr. Symposium DIAGNOSTIC AND THERAPEUTIC APPROACHES TO VASCULAR DISEASE, Maui, Hawaii, "Use of IVUS in the Management of Aortic Dissection with Malperfusion"

January 19, 2011- D. Eugene Strandness, Jr. Symposium DIAGNOSTIC AND THERAPEUTIC APPROACHES TO VASCULAR DISEASE, Maui, Hawaii, "Endografts for Elective and Ruptured Abdominal Aortic Aneurysms"

December 1, 2010- UMASS Department of Surgery Grand Rounds, Worcester, MA. "Modern Management of Ruptured Abdominal Aortic Aneurysms."

Starnes, Benjamin Ware

November 21, 2010- VEITH meeting, New York, NY. "Minimal Aortic Injury After Chest Trauma: Not All Patients Need Repair: A New Classification System"

November 18, 2010- VEITH meeting, New York, NY. "Do Endoleaks After EVAR For RAAA Matter: How Should They Be Dealt With?"

October 19, 2010-  VIVA, Las Vegas. DEBATE: Infrainguinal Bypass - Position 1: "Why Surgical Bypass Should Be the First Choice"

October 6, 2010- American College of Surgeons Annual Meeting, Washington, D.C. Review Course in the Essentials of Vascular Surgery for General and Vascular Surgeons, "EVAR: Comparative Analysis of Advantages/Disadvantages of Currently Available Devices"

October 6, 2010- American College of Surgeons Annual Meeting, Washington, D.C. Catheter-Based Management of Common Vascular Injuries, "Management of Abdominal Vascular Injuries"

September 10, 2010- Societies for Vascular Surgery for **Germany, Austria and Switzerland**, Annual Meeting. C01.3.2 Aorta: International Session on Aortic Diseases Moderators: Debus ES, Veith F. "Management of rAAA"

August 24, 2010- Stent Summit VI, Cleveland Clinic, Cleveland, Ohio. "Open Surgical Repair, Natural History"

June 12, 2010- Society for Vascular Surgery Annual Meeting, Boston, Mass. SVS Best Paper Session, " EVAR-1 and DREAM Trial, Long Term Outcome Review".

June 12, 2010- Society for Vascular Surgery Annual Meeting, Boston, Mass. Young Surgeons Session: "Which Vascular Surgery Job Is Best for You? How to Decide Between Competing Job Opportunities"

May 21, 2010- 38th Annual Japanese Society for Vascular Surgery - Tokyo, **Japan**. Modern Management of Ruptured Abdominal Aortic Aneurysms and Current Trends in the Management of Aortic Dissection.

May 13, 2010- 18th Annual Weber Memorial Lecture- **Canada**, University of Toronto, Department of Anesthesiology, Sunnybrook Health Science Centre (first surgeon to ever give this lecture) Modern Management of Ruptured Abdominal Aortic Aneurysms and Other Models of Uncontrolled Catastrophic Hemorrhage

April 13-15, 2010- Michael E. DeBakey Department of Surgery Grand Rounds, Baylor College of Medicine, Houston TX- Modern Management of Ruptured Abdominal Aortic Aneurysms

March 25, 2010- Pacific Northwest Endovascular Symposium; Current Trends in the Management of Aortic Dissection

Starnes, Benjamin Ware

November 18-23,2009. VEITH Symposium- , New York City. Moderator- Aortic Session.

November 15-18, 2009. University of Western Ontario Department of Surgery Grand Rounds- Toronto, **Canada** "Modern Management of Ruptured Aortic Aneurysms"

November 12, 2009-Pacific Northwest Vascular Surgery Society Annual meeting. Portland OR, Custom Fenestrated Endografting for Complex Aortic Pathologies.

November 11, 2009- Western Surgical Association. Invited Discussant Blunt Aortic Injuries. San Antonio, TX

October 30, 2009- 9th Harkins Surgical Symposium- Update on Endovascular Therapies. Seattle, WA

October 20-23,2009 VIVA Symposium- Large Bore Vessel Closure, Invited Faculty. Las Vegas, NV

October 16, 2009- Fistula First Initiative- "Surgical perspectives on vascular access", Billings, MT

October 14, 2009- 95th Annual Clinical Congress of the American College of Surgeons. Blunt Carotid Injuries, Chicago, IL

October 2, 2009- American Association for the Surgery of Trauma (AAST)- Invited Guest Speaker lunch symposium- Blunt Thoracic Aortic Injuries. Pittsburgh, PA

September 19-22, 2009- Western Vascular Society- Blunt Aortic Injury, The Harborview Experience- presented by fellow Rachel Lundgren. Tucson, AZ

September 16, 2009- Moore Course- "Life After Fellowship", Los Angeles, CA

June 9-13, 2009- Society for Vascular Surgery Annual Meeting. Ruptured Abdominal Aortic Aneurysm, The Harborview Experience: Part 2. Presented at the Plenary Session, June 17, 2009. Denver, CO

May 20-30, 2009- Australia tour with invited lectures in Auckland, **New Zealand**, Melbourne, Adelaide, Perth, Brisbane and Sydney, **Australia**. Audience to over __ Vascular Surgeons. Ruptured Abdominal Aortic Aneurysms / Management of Acute Transection of the Thoracic Aorta.

May, 2009- Leonard D. Heaton Oration- presented at the 31st Annual Gary P. Wratten Symposium- Transformation in Vascular Surgery, Patients with Ruptured Aneurysms Survive! Tacoma, WA

Starnes, Benjamin Ware

April 3, 2009: Society for Black Academic Surgeons; 19th Annual Meeting, Seattle, WA. Current Trends in Aortic Surgery

March 26, 2009: Pacific Northwest Endovascular Conference, Tacoma, WA. Faculty Speaker: 1) Ruptured Aortic Aneurysms, "How I Do It". 2) Thoracic Aortic Transection, New Devices and the Future. 3) Debate: Screening for AAA vs Training and Treating.

March 25, 2009: University of **British Columbia**, Department of Surgery Grand Rounds Vancouver B.C.: Vascular Trauma: Perspectives of a Military Surgeon.

March 17,2009: University of California, Davis, Department of Surgery Grand Rounds Sacramento, CA: Ruptured Aortic Aneurysms: Improving Outcomes with a Modified Approach.

October 1st, 2008: University of Utah, Salt Lake City, UT. Morbidity and Mortality in Patients with Ruptured Abdominal Aortic Aneurysms; Improving Outcomes with a Modified Approach

June 6, 2008: Society for Vascular Surgery Annual Meeting, San Diego, CA. Satellite Symposium. Morbidity and Mortality in Patients with Ruptured Abdominal Aortic Aneurysms; Improving Outcomes with a Modified Approach.

April 25-26, 2008: 8th Hawaii Vascular Symposium. Latest in Outcomes of EVAR for Ruptured AAA.

April 25-26, 2008: 8th Hawaii Vascular Symposium . Complex Hybrid Procedures for Thoracic and Abdominal Aortic Aneurysms.

April 25-26, 2008: 8th Hawaii Vascular Symposium .Closure Devices for Vascular Access with Angioseal, Perclose etc: Does it Matter?

March 20, 2008: Pacific Northwest Endovascular Conference; Debate- EVAR is the Treatment of Choice for Moderate Risk Patients with AAA, Tacoma, WA

March 20, 2008: Pacific Northwest Endovascular Conference; Endovascular Management of Vascular Trauma, Tacoma, WA

November 9, 2007: Pacific Northwest Vascular Society; Morbidity and Mortality in Patients with Ruptured Abdominal Aortic Aneurysms; Improving Outcomes with a Modified Approach.

October 22, 2007: Transcatheter Cardiovascular Therapeutics 2007; Breakfast Symposium-Vessel Closure- Washington D.C. Convention Center.

October 12, 2007: Forward to the Future: Symposium on Vascular Access, Spokane, WA. Principles of Vascular Access Surgery.

Starnes, Benjamin Ware

September 28, 2007: Harkins Surgical Symposium, Seattle, WA- New Perspectives on Traditional Approaches to Surgical Disease- Abdominal Aortic Aneurysm, Endovascular Repair.

September 25, 2007: Vessel Closure- The Foundation Club, Las Vegas, Nevada.

September 9th, 2007: Western Vascular Society 22nd Annual Meeting, Kona, Hawaii. Discussant for paper entitled: Computational analysis of fluid dynamics in patients with thoracic aortic dissections.

December  1, 2006: 34th Annual Vascular Surgery Seminar; Society for Military Vascular Surgery; Washington, D.C.; Hybrid Repair of Complex Aortic Aneurysms.

September 21, 2006: Western Angio Society, Kona, Hawaii- Hybrid Repair of Complex Aortic Aneurysms and Totally Percutaneous Aneurysm Repair.

July 21, 2006: Summer in Seattle, 6th Annual Meeting, Seattle, WA; Hybrid Repair of Complex Aortic Aneurysms

April 5, 2006: Swedish Medical Center Grand Rounds; Providence Campus- "Totally percutaneous aneurysm repair; experience and prudence."

March 30, 2006: Course Director- MAMC Endovascular Workshop. A course dedicated to General Surgery and Radiology Residents with specific mission of increasing utility of remote aortic occlusion for ruptured aneurysms. CME credit administered.

February 16, 2006: International Congress on Endovascular Interventions, Phoenix, AZ; "Totally percutaneous aneurysm repair; experience and prudence."

November 10, 2005: Pacific Northwest Vascular Society; Vancouver, BC; "Totally percutaneous aneurysm repair; experience and prudence."

October 19, 2005: ACS Clinical Congress; San Francisco, CA; "Totally Percutaneous Aneurysm Repair" movie presented in the Vascular Surgery Video Session.

September 24, 2005: Western Vascular Society Meeting, Park City, Utah: Main Program- "Totally percutaneous aneurysm repair; experience and prudence."

February 16, 2005: International Congress XVIII Endovascular Interventions; "The Diethrich Meeting" Phoenix, Arizona- Live Case Demonstration of "The Pre-Close" technique for totally percutaneous aneurysm repair.

December 6, 2004: Society for Military Vascular Surgeons; Totally percutaneous aneurysm repair using a suture-mediated closure device; technical tips.

Starnes, Benjamin Ware

November, 2004: Pacific Northwest Vascular Surgery Society; Totally percutaneous aneurysm repair.

August, 2004: BAMC Trauma Symposium, San Antonio, TX. "Small victory in Iraq", presented at the pediatric session

August, 2004: Guest Faculty Lecturer for 1st annual War Extremity Course. " Extremity Vascular Injuries".

**Vascular Surgery Fellow (4)**

June, 2002: Society of Vascular Surgery, Boston MA.
    Percutaneous arterial closure in patients with peripheral vascular disease; A prospective randomized evaluation of the Perclose device.

May 2002: Eastern Vascular Society, Boston MA.
    Percutaneous arterial closure in patients with peripheral vascular disease; A rospective randomized evaluation of the Perclose device. "Best of the Regional's" Award.

December 2001: 29th Annual Vascular Surgery Seminar Society for Military Vascular Surgery;
    Washington, D.C.
    Percutaneous arterial closure in patients with peripheral vascular disease; A prospective randomized evaluation of the Perclose device. Winner of Chesapeake Vascular Society Resident's Paper Competition

December 2000: 28th Annual Vascular Surgery Seminar Society for Military Vascular Surgery;
    Washington, D.C.
    Arterial Closure Devices.

**General Surgery Staff (3)**

December 1999: 27th Annual Vascular Surgery Seminar Society for Military Vascular Surgery;
    Washington, D.C.
    Popliteal Artery Trauma in a Forward Deployed Mobile Army Surgical Hospital; Lessons Learned During the War in Kosovo.

April 2000: Emerging Technologies Conference for Military Surgeons
    **Versailles, France**

Starnes, Benjamin Ware

Popliteal Artery Trauma in a Forward Deployed Mobile Army Surgical Hospital; Lessons Learned During the War in Kosovo

May 2000: Gary P. Wratten Surgical Symposium, Washington, D.C.
Popliteal Artery Trauma in a Forward Deployed Mobile Army Surgical Hospital; Lessons Learned During the War in Kosovo


**Resident (9)**

April 1998: Gary P. Wratten Surgical Symposium, Washington D.C.
Radioiodine Uptake and Ablation after Thyroidectomy for Differentiated Thyroid Cancer.

PX-52, A Secretory Phospholipase A2 Inhibitor, Protects Against Ischemia-Reperfusion Induced Mucosal Injury In Rat Small Intestine.

December 1997: 25th Annual Vascular Surgery Seminar Society For Military Vascular Surgery, Washington D.C.
Carotid Artery Stenting / Traumatic Dissection

October 1997: American College of Surgeons, Clinical Congress, Chicago
Glutamine improves function, but does not prevent mucosal injury, following ischemia reperfusion of rat small intestine

September 1997: Metropolitan Chapter, American College of Surgeons, Washington, D.C.
All-city grand rounds; Case Presentation : Utility of CEA Scintigraphy

October 1996: American College of Surgeons, Clinical Congress, San Francisco
Outcome / Quality of Life in those Patients receiving Surgical ICU care for Greater than 30 days. Presented at the "Surgical Forum".

May 1996: American Gastroenterological Association, San Francisco
PX-52, A Secretory Phospholipase A2 Inhibitor, Protects Against Ischemia-Reperfusion Induced Mucosal Injury In Rat Small Intestine.

Thermal (Heat) and Non-thermal (Glutamine) Induction of Heat Shock Protein-70 Alters Secretomotor Activity in Rat Small Intestine.

April 1994: Gary P. Wratten Surgical Symposium, Cloudcroft NM
Evaluation of Breast Masses Using Technetium 99-m Sestamibi Scintigraphy

Starnes, Benjamin Ware

**INVITED SEMINARS:**

August 2005: Combat Surgery Extremity Course- organized two day course on management of extremity war wounds for surgeons deploying into a combat theater. Course consisted of one day of lectures and a dry vascular and sawbones lab followed by a full day of operative vascular exposures, fasciotomies and application of external fixators on fresh cadaveric upper and lower extremities.

March 2000: Combat Surgery Course – team leader for3 day course conducted in Kaunas, Lithuania for Lithuanian Military Surgeons as they attempt to become members of NATO. This proved to be essential in making Lithuania a voting member of NATO.

**POST-GRADUATE COURSES:**

June 2008: Society for Vascular Surgery- Vascular Emergencies/ Acute Aortic Syndromes- Organizer and Moderator.

June 2009: Society for Vascular Surgery- "TEVAR Boot Camp"- invited faculty

**INVITED LECTURES:**

Regulators of Ischemia and Reperfusion, Washington Hospital Center August 1996

*Received Special Invitation and gave invited lectures on five continents in the following countries outside the United States: (16)*

Aruba (Palm Beach)
Australia (Sydney, Melbourne, Adelaide, Perth, Brisbane, Hobart, Tasmania)
Belgium (Liege)
Brazil (Rio de Janero)
Canada (Vancouver, St. John's, Toronto, London, Victoria, Edmonton, Banf)
China (Shanghai, Guangzhou, Hong Kong, Beijing)
Denmark (Copenhagen)
France (Strausburg, Paris, Versailles)
Germany (Berlin, Heidelberg, Hamburg)
Italy (Grosetto, Padova, Milano)
Japan (Tokyo, Akita, Osaka, Kyoto, Yamagata)

Starnes, Benjamin Ware

Lithuania (Vilnius)
New Zealand (Auckland, Christchurch)
Sweden (Upsala, Örebro)
Thailand (Bangkok)
United Kingdom (London, Stratford Upon Avon)

## INVITED VISITING PROFESSORSHIPS: (31)

***(A visiting professor is a scholar from an institution who visits a host university to teach, lecture, or perform research on a topic for which the visitor is valued.)***

Harbor UCLA, Los Angeles, CA- May 31st, 2023- Los Angeles, CA- Harbor UCLA Grand Rounds- "American Phoenix- Lessons in Leadership from a 61 Whiskey"

Thammasat University, Bangkok, Thailand March 22nd-24th, 2023- Visiting Professor, Department of Surgery Seminar Series "Trailblazer in Critical Aortic Issues"

Cedars Sinai Medical Center, Beverley Hills, CA January 11-13, 2023- American Phoenix; Lessons in Leadership from a 61 Whiskey (Herson Family Lecture in Cardiovascular Diseases)

Royal Adelaide Hospital, Adelaide, Australia October 24-26, 2022- Various Topics of Lecture:

Leading the Modern Surgical Unit- Lesson from Combat and Collaboration
Understanding Human Factors Subsystems Approach to Modern Healthcare
Improving Flows in Trauma and Emergency Care
Management of Thoracic Vascular Trauma
American Phoenix- Reflections and Learnings as a First Responder at the Pentagon 9/11/2001

Thammasat University, Bangkok, Thailand May 2nd, 2022- Modern Management of Ruptured Abdominal Aortic Aneurysms ***Virtual Grand Rounds- WebEx***

Thammasat University, Bangkok, Thailand March 28th, 2022- 15 Years of Doing PMEGs; What Have I Learned? ***Virtual Grand Rounds- WebEx***

Emory University, Atlanta, Georgia March 3rd, 2022- The 2022 Robert B. Smith III Visiting Professor, Department of Surgery Grand Rounds, "Innovation in Surgery".

Starnes, Benjamin Ware

<u>University of Alabama,</u> Birmingham, Alabama November 9th, 2021- The 2021 Morton Family Endowed Lectureship- "Alea Iacta Est; Crossing the Rubicon in Vascular Trauma from Battlefield to Bedside"

<u>University of Oklahoma,</u> Tulsa, Oklahoma April 30, 2020- University of Oklahoma Department of Surgery Grand Rounds: COVID-19 Update and A FEVAR Device Automatically Computer Generated From CTA Images With Compensation For Device Induced Anatomic Changes ***Virtual Grand Rounds- ZOOM***

<u>Duke University Hospital,</u> Durham, North Carolina December 18th, 2019- Duke University Department of Surgery Grand Rounds: *Alea Iacta Est*; Crossing the Rubicon in Vascular Trauma from Battlefield to Bedside.

<u>Medical College of Wisconsin,</u> Milwaukee, Wisconsin- May 15-16, 2018; The 11th Annual Jonathan Towne Lecture: "A Link In The Chain Of Freedom; This Is An American Story"

<u>University of Toronto,</u> Toronto, Canada- March 1-2, 2018, Harland Smith Lecture in Anatomy- Personalized Vascular Therapy; Are we closer than we think?

<u>Dartmouth Hitchcock Medical Center,</u> Hanover, New Hampshire- February 1-2, 2018, Department of Surgery Grand Rounds- *Alea Iacta Est* Crossing the Rubicon in Vascular Trauma from Battlefield to Bedside

<u>Case Western University Hospital,</u> Cleveland, OH- September 28th, 2017- 5th Annual *Jerry Goldstone Lectureship* (Honored Speaker)- "Modern Management of Ruptured Abdominal Aortic Aneurysms in the Endovascular Era- What Have We Learned?"

<u>University of California, Los Angeles,</u> Los Angeles- January 25th, 2017, *Wesley Moore Visiting Professorship*- Fenestrated EVAR: A Cure for the Disease!

<u>University of Upsala,</u> Upsala, Sweden- October 21st, 2016- "Alea Iacta Est", Crossing the Rubicon in Vascular Surgery from Battlefield to Bedside (Served as Opponent for PhD Doctoral Student)

<u>University of South Florida,</u> Tampa Bay, Florida- February 24th, 2014- "Modern Management of Ruptured Aortic Aneurysms"- Tampa General Hospital

<u>University of Pittsburgh,</u> Pittsburgh, PA; October 2nd, 2013-  University of Pittsburgh Medical Center, "Re-defining Mortality Risk with Common Aortic Catastrophes."

<u>University of South Carolina,</u> Greenville, SC; September 18th, 2013- Department of Surgery Grand Rounds- "Modern Management of Ruptured Abdominal Aortic Aneurysms in the Endovascular Era."

Stanford University, Palo Alto, CA; Department of Surgery Grand Rounds, October 11.2011. Endovascular Management of Vascular Trauma and Other Models of Catastrophic Hemorrhage."

University of Texas, Houston; Memorial Hermann Cardiovascular Institute, Department of Surgery Grand Rounds, February 11, 2011. "Modern Management of Ruptured Abdominal Aortic Aneurysms."

University of Massachusetts, Worcester, MA. Department of Surgery Grand Rounds, December 1, 2010. Modern Management of Ruptured Abdominal Aortic Aneurysms.

University of Toronto, Toronto, Canada.  Department of Anesthesiology, Sunnybrook Health Science Centre, May 13, 2010. Modern Management of Ruptured Abdominal Aortic Aneurysms and Other Models of Uncontrolled Catastrophic Hemorrhage

Baylor College of Medicine, Houston. The Michael E. DeBakey Department of Surgery Grand Rounds. April 13-15, 2010. Modern management of ruptured abdominal aortic aneurysms.

University of Western Ontario, London, Department of Surgery Grand Rounds. November 17,2009. Modern management of ruptured aortic aneurysms.

University of Washington, Department of Anesthesiology Grand Rounds. September 30, 2009. Modern management of ruptured aortic aneurysms.

University of British Columbia, Department of Surgery Grand Rounds March 25, 2009. Vancouver B.C.: Vascular Trauma: Perspectives of a Military Surgeon.

University of California, Davis; Department of Surgery Grand Rounds March 16, 2009. Sacramento, CA: Ruptured Abdominal Aortic Aneurysms.

Washington Hospital Center, Washington D.C. May 19-20, 2008. Department of Surgery Grand Rounds. Morbidity and Mortality in Patients with Ruptured Abdominal Aortic Aneurysms; Improving Outcomes with a Modified Approach.

University of Utah Medical Center, Salt Lake City, UT. October 1st ,2008. Department of Surgery Grand Rounds . Morbidity and Mortality in Patients with Ruptured Abdominal Aortic Aneurysms; Improving Outcomes with a Modified Approach.

Cedars Sinai Medical Center, Beverley Hills CA.2008. Morbidity and Mortality in Patients with Ruptured Abdominal Aortic Aneurysms; Improving Outcomes with a Modified Approach.

**RESEARCH INTERESTS:**

      Automated Software to Facilitate FEVAR
      3-D Printed Templates to Facilitate FEVAR
      Endovascular Aortic Aneurysm Repair
      Acute Aortic Syndromes
      Management of Ruptured Aortic Aneurysms
      Fenestrated and Multi-branched Aortic Stent Grafts
      Vascular Trauma
      Endovascular Management of Aortic Dissection
      Hybrid Approaches to Aortic Pathology
      Totally Percutaneous Aortic Aneurysm Repair
      Renovascular Hypertension
      Lower Extremity Compartment Syndrome
      Median Arcuate Ligament Syndrome

**GENERAL SURGERY RESIDENTS TRAINED:**

**Madigan Army Medical Center (Bold** denotes eventual Vascular Surgery**)**

      Scott R. Steele 02
      Matthew J. Martin 02
      Imad Haque 02
      Criag See 03
      James Nunley 03
      Philip S. Mullenix 04
      Rebecca McGuigan 04
      Katrina Goings 04
      Troy Houseworth 05
      Neal Stockmaster 05
      Farah Hussein 06
      Katherine Wolcott 06
      Daniel Cronk 06
      **Zachary Arthurs 07**
      Daniel Cuadrado 07
      Randy Kjorstadt 07

**University of Washington (Bold** denotes eventual Vascular Surgery**)**

      Matt Agnew 08
      Ilan Avin 08

Patrick Combs 08
**Rachael Lundgren 08**
Kimberly Reihle 08
Eric Van Eaton 08
Matthew Crouthamel 09
**Christian Hamlat 09**
Katherine Mandell 09
Juan Para 09
**Elina Quiroga 09**
Dan Suver 09
Ellen Cooper 10
Farhood Farjah 10
Erin Gilbert 10
Christine Jensen 10
Yong Kwon 10
**Sherene Shalhub 10**
Patrick Wolf 10
Jonathan Friedstat 11
Darren Hess 11
Aaron Jenson 11
John Keech 11
Oliver Lao 11
Abhi Shaligram 11
Elizabeth Fitzsullivan 12
Sam Mandell 12
Nader Masserwah 12
Anton McCourtie 12
Martin Montenovo 12
Heather Wheeler 12
**Sharam Aarabi 13**
**Arjun Jayaraj 13**
Jonathan Kohler 13
Samantha Quade 13
Darren Bowe 14
David Brown 14
Damien Carter 14
Steven Kwon 14
Joshua Mourot 14
Daniel Mulloy 14
**Patrick Phelan 14**


**VASCULAR SURGERY FELLOWS TRAINED:**

**Ellen Farrokhi 08**

Starnes, Benjamin Ware

**Matthew Whitten 09**
**Rachel Lundgren 10**
**Elina Quiroga 11**
**Sherene Shalhub 12**
**Christian Hamlat  13**
**Scott Brakenridge 14**
**Derek Nathan 15**
**Shahram Aarabi 17**
**Prince Esiobu 18**
**Jason Hurd 19**
**Rebecca Ur 20**
**Karina Newhall 21**
**Osarumen Okunbor 22**
**Bryce French 22**
**CJ Hillenbrand 23**
**Nallely Saldana-Ruiz 23**

**VASCULAR SURGERY RESIDENTS TRAINED:**
**(Founder of UW Integrated VS Residency 2010)**

**Ty Garland  15**
**Daiva Nevidomskyte  16**
**April Rodriguez 17**
**Sarasi Desikan 18**
**Jamil Matthews 19**
**Anna Ohlsson 20**
**Jake Hemingway 22**
**Amir Ghaffarian 23**
**Reginald Nkansah 25**
**Amit Pujari 25**
**Blake Murphy 26**
**Nicolas Stafforini 26**
**Sam Schwarz 27**
**James Dittman 27**

**POST-DOCS MENTORED:**

Pong Benyakorn, MD (Thailand) 2018-2020

Starnes, Benjamin Ware

**ENDOVASCULAR EXPERIENCE:**

**First** Live Case Demonstration of a TBE (Thoracic Branched Endograft), VIVA 2023, Seattle to Las Vegas, Nevada- November 1st , 2023

**First** Live Case Demonstration of a Physician Modified Endograft, **Bangkok, Thailand**, March 23rd, 2023

**First** Live Case Demonstration of a Physician Modified Endograft, VIVA 2022, Seattle to Las Vegas, Nevada- November 2nd, 2022

**First** Report of FEVAR Performed Using Automated Software in 30 Patients- September 2017

**First in Man** PMEG with Terumo TREO Device November 3rd, 2016

**First** Experience with Automated Software for Planning FEVAR- November 2016

**First** Physician Modified Fenestrated Aortic Stent Graft, US- April 5th 2007

**First** American IDE for Physician Modified Endografts- Approved by FDA January 26th, 2011

**First** Successful Endovascular Treatment of Completely Transected Subclavian Artery- Seattle, October 2007

**First** Medtronic Talent Infrarenal Stent Graft in Seattle- May, 2008

**First** Helifix (Endoanchor) for Fenestrated EVAR in U.S.A. November, 2012

**First** use of 3-D Printing to facilitate precise FEVAR measurement, Seattle, WA, May 2012

**First** use of a 3D-Printed Template to facilitate FEVAR in man- Seattle, WA, February, 2016

Starnes, Benjamin Ware

**First** Medtronic Endurant 3v Fenestrated Graft in man, February 2016

**First** Bolton 3v Relay and TREO Fenestrated Graft in man, October, 2016

**First** Stewardship as third Division Chief of UW Vascular Division to greater than 100 publication in a single academic year. 2021 (N=101)

Coined the term **"PMEG" (Physician Modified Endograft)** April 5th, 2007

Company certified for Aortic Stent Graft placement using: Medtronic-Aneuryx, GORE Excluder, GORE TAG, COOK-Zenith and Endologix-Powerlink

Company certified for Carotid Angioplasty and Stenting using: Guidant-Accunet and ABBOTT-Emboshield

Thoracic Masters Course VI, London, England. September, 2006

Live Case Demonstration- 2005 ISES meeting, Phoenix, AZ- "Totally Percutaneous Aneurysm Repair"

Founder and Organizer for the Madigan Endovascular Workshop, initiated in 2004 and now well-regarded and attended in the Pacific Northwest as "Pacific Northwest Endovascular Conference".

Over 5,000 Endovascular procedures performed since July, 2000


**2024 SHORT BIOGRAPHY:**

Benjamin W. Starnes, M.D., F.A.C.S., is a board certified vascular surgeon at Harborview Medical Center. Dr. Starnes is a Professor of Vascular Surgery and former Chief of the Division of Vascular Surgery for UW Medicine in Seattle, Washington from 2006 until 2023. He also holds the Alexander Whitehill Clowes Endowed Chair in Vascular Surgery.


Starnes is recognized nationally and internationally for his work in complex aortic pathology and vascular trauma, most notably the management of ruptured abdominal aortic aneurysms and acute aortic syndromes. Prior to accepting his position at the University of Washington, Dr. Starnes spent a total of 15 years in the United States Army serving three combat tours, one in Kosovo and two in Iraq. He is the principal investigator for one of only a handful of physician-sponsored IDE's in the United States involving physician modified fenestrated endografts. Dr. Starnes' extensive research involvement combined with his clinical and

Starnes, Benjamin Ware

technical abilities provides him with opportunities to speak regularly at medical conferences around the world.  He has accepted thirty-one national visiting professorships and lectured internationally on five continents and in sixteen different countries including France, Belgium, Australia, the United Kingdom, Brazil, Japan, Thailand and China. He has been author or co-author of over 140 peer-reviewed publications with over half as first or senior author.  He created and edited the only textbook solely dedicated to the management of ruptured abdominal aortic aneurysms. On 9/11/2001 Dr. Starnes was a first responder to the Pentagon and is featured in the book, *American Phoenix; Heroes of the Pentagon on 9/11*. Dr. Starnes' editorial review responsibilities with the leading vascular journals include The Journal of Vascular Surgery, Circulation, New England Journal of Medicine and Lancet and he won 2020 Reviewer of the Year for the Journal of Vascular Surgery.  He was President of the Western Vascular Society in 2020.

**PERSONAL INTERESTS:**

      Golf, Woodworking, Alpine Mountaineering, Harley Davidson Motorcycles, Playing Guitar, Fitness, Expert Holiday Card Judge, Professional Spider Killer

**Updated February 16th , 2024**

Starnes, Benjamin Ware

# Exhibit B

**Benjamin W. Starnes, MD**                                                1/1/2024

List of Prior Testimony (11 over 4 years, 1 at Trial)

July 15, 2020- Deposition- Lopez v Presbyterian (Acute Mesenteric Ischemia) Defense

October 21,2020-Deposition- Krienke v Providence (Chronic Mesenteric Ischemia) Defense

March 24th, 2021- Deposition- Snyder v VMMC (Hickman Catheter Complication) Defense

December 8, 2021- Deposition Wallace v Skagit (Acute RLE 2B Limb Ischemia / Amp) Defense

June 1st, 2022- Deposition Thomas v Kaiser (RLE Diabetic Charcot Foot and Amp during COVID) Defense

June 20th, 2022-Deposition Kovalik v The Joint- ICA Dissection after Chiro- Uncontrolled HTN Defense

October 12th, 2022- **Trial** (Perpetuation Deposition) Testimony- Thomas v Kaiser- Amp after Charcot Foot Defense

November 22,2022- Deposition Bill Maxey- Bloom v Scott- Compartment Syndrome after TKA- Defense

April 18, 2023- Deposition- Griffith v Washington University- Paraplegia after TEVAR for complicated AD- Defense

August 11, 2023- Deposition- Dubert v Clark (Amputation after TAA) Defense

September 20, 2023- Deposition- Edens v O'Brien (4.8 cm AAA)- Defense

# Exhibit C

# BWS Consulting LLC

BWS Consulting LLC                                                      January 1st, 2024
6200 SE 27th St
Mercer Island, WA
98040

**Fee Schedule for Legal Services of:**

Benjamin W. Starnes, MD
Professor and Chief, Vascular Surgery
University of Washington

**Rate for Legal Services:**

Expert Case Review, Reports, Discussion: $800/hr

Deposition Testimony / Trial Testimony: $1,600/hr (not to exceed $6,400 /day, travel time not charged)

**Cancellation Policy:**

If deposition or trial cancellation within 2 weeks (14 calendar days) of scheduled deposition or trial date, 75% of full anticipated fee will be charged to include preparation.

By signing this document, I agree to abide by the fee schedule above.

_____ Signature

_____ Printed Name

_____ Date

# Exhibit D

1

2

3

4

5                                                          U.S. District Judge Kymberly K. Evanson

6

7                              UNITED STATES DISTRICT COURT
                          FOR THE WESTERN DISTRICT OF WASHINGTON
                                         AT SEATTLE
8

JAVIER TAPIA,
9                                                          NO.  2:22-cv-01141-KKE
                                   Plaintiff,
10
          vs.
11                                                         DECLARATION OF STEVEN DELGADO

12   NAPHCARE, INC., an Alabama Corporation;
     PIERCE COUNTY, a political subdivision of
13   the State of Washington,

14                                 Defendants.

15          I, Steven Delgado, declare and state as follows:

16          1.      The information contained in this declaration is true and correct to the best of my

17   knowledge, and I am of majority age and competent to testify about the matters set forth herein.

18          2.      I am a corrections deputy and have been employed at Pierce County Jail since

19   October 2015. In this role, I oversee inmates at the Pierce County Jail and ensure their safety.

20          3.      As part of my duties, I monitor the inmates in 3SC. This includes making twice

     hourly rounds of the unit and visually monitoring the cells from the control booth between rounds.
21
            4.      On the night of September 29, 2018, I specifically recall seeing Mr. Tapia at the
22
     window of his cell, 3SC16, from the control booth.
23
            5.      In order for me to have seen Mr. Tapia from the control booth, he would have had
24
     to have been standing because his cell was a half floor above the control booth.

Pierce County Prosecuting Attorney/Civil Division
                                                               930 Tacoma Avenue South, Suite 946
                                                               Tacoma, Washington 98402-2102
                                                               Main:  (253) 798-6732 / Fax:  (253) 798-6713

DocuSign Envelope ID: F4AD039C-A77A-457C-9B66-A23D01812BEA

6.     I do not recall Mr. Tapia appearing in distress. I do not recall Mr. Tapia indicating to me in any way that he needed help. I do not recall Mr. Tapia being unsteady or wobbling.

7.     I recorded in Mr. Tapia's behavioral log that I saw Mr. Tapia "he was seen moving around while appearing asleep and was seen at his cell window once tonight."

8.     Had Mr. Tapia appeared distressed, made any gesture at me, or have been unsteady or wobbling, I would have recorded that in my behavioral log.

9.     Further, Mr. Tapia did not push the emergency button located next to his cell door. Had he pushed the button, I would have gone to check on him and recorded it in his behavioral log.

10.     In 3SC, the door of the cell is approximately five feet from the beds. Therefore, Mr. Tapia had to have moved himself from his bed where I saw him appearing to be asleep to his cell door where I saw him standing.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct.

DATED _____ 3/8/2024 _____, at Tacoma, Washington.

DocuSigned by:

*Steven Delgado*

0E90370541BF434...

STEVEN DELGADO

DECLARATION OF STEVEN DELGADO - 2
TAPIA Decl of Steven Delgado.docx
Cause No. 2:22-cv-01141-KKE

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713