# EXHIBIT 19



April 21, 2017

VIA ELECTRONIC MAIL

Marilyn Poole (mpoole@co.pierce.wa.us)
Admin/Business Services Unit
Pierce County Sheriff

    Re:   Amendment to Personal Services Agreement between NaphCare, Inc. and Pierce County

Dear Ms. Poole:

Pursuant to your email correspondence of April 19, 2017, please find enclosed a revised amendment to help clarify the amendment specifics. We have inserted the start date of May 1, 2017, and indicated the hourly rate of pay for 2017 at $120.00 per hour. We chose to instead charge $120.00 per hour rather than the $125.00 you are currently paying. Additionally, the amendment has been signed by NaphCare.

Should you need additional information from NaphCare, please do not hesitate to contact me at (205) 536-8534.

                                              Sincerely,

                                              Bradley J. Cain
                                              General Counsel

BJC/cc

Enclosure

CONTRACT NO. **SC-104012**

**THIRD AMENDMENT TO PERSONAL SERVICES AGREEMENT**

NaphCare, Inc., hereinafter called **Contractor**, and Pierce County, hereinafter called **County,** agree as follows:

I. Paragraph 2 of Contractors responsibilities in Exhibit A (Scope of Work) is hereby amended as follows:

Staffing shall be modified by Contractor providing one (1.00) FTE Psychiatric Nurse Practitioner position.

| Pierce County, WA NaphCare Staffing | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Hours | FTE |
| **Position Title** | Day Shift | | | | | | | | |
| NP/PA | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | 4.000 | 4.000 | 48 | 1.200 |
| Health Services Administrator | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | | | 40 | 1.000 |
| Director of Nursing | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | | | 40 | 1.000 |
| RN - Chronic Care/Infection Control | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | | | 40 | 1.000 |
| Medical Records Clerk | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | | | 40 | 1.000 |
| Administrative Assistant | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | | | 40 | 1.000 |
| Registered Nurse - Booking | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 84 | 2.100 |
| Registered Nurse - Clinic | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 84 | 2.100 |
| Registered Nurse - Triage, Old Jail | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | | 12.000 | 72 | 1.800 |
| Registered Nurse - Triage, New Jail | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 84 | 2.100 |
| LPN - Clinic | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | | | 40 | 1.000 |
| LPN - Medication | 48.000 | 48.000 | 48.000 | 48.000 | 36.000 | 48.000 | 48.000 | 324 | 8.100 |
| LPN - Float | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 84 | 2.100 |
| Pharmacy Tech | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | | | 40 | 1.000 |
| Psych NP | 8.000 | 8.000 | 8.000 | 8.000 | 8.000 | | | 40 | 1.000 |
| Dentist | | 8.000 | | 8.000 | | | | 16 | 0.400 |
| Dental Assistant | | 8.000 | | 8.000 | | | | 16 | 0.400 |
| **Night Shift** | | | | | | | | | |
| Registered Nurse - Booking | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 84 | 2.100 |
| Registered Nurse - Float | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 12.000 | 84 | 2.100 |
| LPN - Medication | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 168 | 4.200 |

**Total FTEs   36.700**

II. Beginning May 1, 2017, Contractor shall be paid additional compensation in the amount of $120 per hour by County for this one (1.000) FTE Psychiatric Nurse Practitioner position. Therefore, paragraph 6 of Exhibit B (Compensation) is hereby amended as follows:

| Contractor Pricing | Annual Base | Total Base Monthly | Annual Max. Pharm. Dispensing Fee | Monthly Max. Pharm Dispensing Fee |
|---|---|---|---|---|
| Initial Term (10 Months) | $3,623,557.00 | $362,355.70 | $51,000.00 | $5,100.00 |
| Renewal Year 1 (Jan. - April) | $1,478,411.26 | $369,602.81 | | |
| Renewal Year 1 (May - Dec.) | $3,123,222.51 | $390,402.81 | $61,200.00 | $5,100.00 |
| Renewal Year 2 | $4,778,530.44 | $398,210.87 | $61,200.00 | $5,100.00 |
| Renewal Year 3 | $4,874,101.05 | $406,175.09 | $61,200.00 | $5,100.00 |
| Renewal Year 4 | $4,971,583.07 | $414,298.59 | $61,200.00 | $5,100.00 |
| Renewal Year 5 | $5,071,014.73 | $422,584.56 | $61,200.00 | $5,100.00 |
| Renewal Year 6 | $5,172,435.03 | $431,036.25 | $61,200.00 | $5,100.00 |
| Renewal Year 7 | $5,275,883.73 | $439,656.98 | $61,200.00 | $5,100.00 |

1

CONTRACT NO. **SC-104012**

III. County's responsibilities set forth in Paragraph D within Exhibit A (Scope of Work) is amended by addition of the following provision:

> Ensure all mental health personnel utilize Contractor's TechCare software system to ensure continuity of care, to include documentation of sentinel events, utilization of suicide watch features/functions, and completion of all mental health evaluation and screening forms.

Except as modified herein, all other terms and conditions set forth within the Personal Services Agreement between the parties shall remain in full force and effect.

**IN WITNESS WHEREOF**, the parties have executed this Amendment this _____ day of _____, 2017.

| CONTRACTOR: | PIERCE COUNTY: |
|---|---|
| NaphCare, Inc. | Approved as to legal form only: |
| _____ Signature | _____ 4/21/2017 Deputy Prosecuting Attorney   Date |
| C.E.O. | |
| Title of Signatory Authorized by Firm Bylaws | Recommended: |
| Address:<br>2090 Columbiana Road, STE 4000<br>Birmingham, Alabama 35216 | |
| | _____<br>Budget and Finance   Date |
| Mailing Address:<br>Same as above | Approved: |
| UBI No.: 601984357 _____ | Paul Paston 4.21.17<br>Department Director   Date |
| Contact Name: James S. McLane _____ | |
| Contact Phone: (205) 536-8400 _____ | |
| Contact FAX: (205) 536-8404 _____ | |
| | _____<br>Pierce County Executive ($250,000 or more)   Date |

CONTRACTOR:

Complete the tax status information for **one** of the following business entity types. Individual or Corporate name must exactly match that which is registered with either Social Security Administration or Internal Revenue Service.

| SOLE PROPRIETOR: | _____<br>Business Owner's Name | _____<br>Business Owner's Social Security Number |
|---|---|---|
| | _____<br>DBA/Business or Trade Name (if applicable) | |
| PARTNERSHIP: | _____<br>Name of Partnership | _____<br>Partnership's Employer Identification Number |
| CORPORATION: | NaphCare, Inc. _____<br>Name of Corporation | 58-1823464 _____<br>Corporation's Employer Identification Number |

2