EXHIBIT 20



## Pierce County Monthly Hours Summary
### Octoberber 2018
*Period Covered:  9/16/18 - 10/13/18*

| Job Title | Contract FTE | Monthly Hours | Provided Hours | Difference |
|---|---|---|---|---|
| HSA | 1.00 | 160.00 | 160.50 | 0.50 |
| DON | 1.00 | 160.00 | 183.83 | 23.83 |
| Admin Asst | 1.00 | 160.00 | 168.42 | 8.42 |
| NP | 1.20 | 192.00 | 201.46 | 9.46 |
| Psych NP | 1.00 | 160.00 | 170.08 | 10.08 |
| Dentist | 0.40 | 64.00 | 74.28 | 10.28 |
| Dental Asst | 0.40 | 64.00 | 66.82 | 2.82 |
| Pharm Tech | 1.00 | 160.00 | 156.05 | (3.95) |
| MRC | 1.00 | 160.00 | 160.25 | 0.25 |
| LPN | 15.40 | 2464.00 | 2541.31 | 77.31 |
| RN/Charge RN | 13.30 | 2128.00 | 2580.03 | 452.03 |
| **Total:** | **36.70** | **5872.00** | **6463.03** | **591.03** |