THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAVIER TAPIA,

        Plaintiff,

        v.

NAPHCARE, INC., and PIERCE COUNTY,

        Defendants.

No. 2:22-cv-01141-KKE

DECLARATION OF DAVID A. PEREZ IN SUPPORT OF NAPHCARE, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS

NOTE ON MOTION CALENDAR: DECEMBER 9, 2024

I, David A. Perez, declare and state as follows:

1.    The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.    I am a Partner at Perkins Coie, LLP, and I serve as counsel for Defendant NaphCare, Inc. in this action. I submit this declaration in support of NaphCare's Opposition to Plaintiff's Motion for Contempt Sanctions.

3.    At a hearing on July 18, 2024, *see* Dkt. 149, this Court discussed issues stemming from the discovery dispute that is the subject of Plaintiff's Motion for Contempt Sanctions Against Defendant NaphCare, Inc. During the hearing, the Court explained that providing three years of shareholder and corporate officer

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  compensation data would be sufficient to satisfy NaphCare's obligations under

2  Tapia's Interrogatory No 19.

3

4      I declare under penalty of perjury and the laws of the State of Washington that

5  the foregoing is true and correct.

6

7      DATED this 3rd day of December, 2024, at Seattle, Washington.

8

9                              s/ David A. Perez
                               David A. Perez, WSBA No. 43959
10                             Juliana Bennington, WSBA No. 60357
                               **Perkins Coie LLP**
11                             1201 Third Avenue, Suite 4900
                               Seattle, WA 98101-3099
12                             Telephone: 206.359.8000
                               Facsimile: 206.359.9000
13                             E-mail: Dperez@perkinscoie.com
                                       JBennington@perkinscoie.com
14
                               Jacob Dean *(Admitted Pro Hac Vice)*
15                             **Perkins Coie LLP**
                               700 Thirteenth Street, N.W. Suite 800
16                             Washington, DC 20005-3960
                               Telephone: 1.202.654.3396
17                             E-mail: JacobDean@perkinscoie.com

18                                 *Attorneys for Defendant NaphCare,
                                   Inc.*

19

20

21

22

23

24

25

26

DECLARATION OF DAVID A. PEREZ IN SUPPORT OF
NAPHCARE, INC.'S OPPOSITION TO PLAINTIFF'S MOTION
FOR CONTEMPT SANCTIONS – 2
(No. 2:22-cv-01141-KKE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on December 3, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: December 3, 2024

*s/ David A. Perez*
David A. Perez

CERTIFICATE OF SERVICE
(No. 2:22-cv-01141-KKE) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000