THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAVIER TAPIA,<br><br>Plaintiff,<br><br>v.<br><br>NAPHCARE, INC., and PIERCE COUNTY,<br><br>Defendants. | NO. 2:22-cv-01141-KKE<br><br>DECLARATION OF RYAN D. DREVESKRACHT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT |

I, RYAN D. DREVESKRACHT, state and declare as follows:

1. I am counsel for the Plaintiff in the above-captioned action. I am over the age of eighteen and make this declaration on personal knowledge.

2. Attached to this Declaration, as **Exhibit 1**, is a true and correct copy of the sick call log prepared by NaphCare and marked with bates number NAPHCARE 000214.

3. Attached to this Declaration, as **Exhibit 2**, is a true and correct copy of excerpts from the September 14, 2023 deposition transcript of Jesus Tono Perez.

4. Attached to this Declaration, as **Exhibit 3**, is a true and correct copy of excerpts from the September 15, 2023 deposition transcript of Darren Nealis.

5. Attached to this Declaration, as **Exhibit 4**, is a true and correct copy of excerpts from the October 13, 2023 deposition transcript of Duane Prather.

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION
TO PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT- 1
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

6. Attached to this Declaration, as **Exhibit 5**, is a true and correct copy of excerpts from the September 29, 2023 deposition transcript of Debra Ricci.

7. Attached to this Declaration, as **Exhibit 6,** is a true and correct copy of the Treatment Administration log prepared by NaphCare and marked with Bates number DEF PC 000896.

8. Attached to this Declaration, as **Exhibit 7,** is a true and correct copy of the Medication Refusal Log dated October 1, 2018 prepared by NaphCare and marked with Bates number DEF PC 001183.

9. Attached to this Declaration, as **Exhibit 8,** is a true and correct copy of the September 13, 2018 KITE Request and response prepared by Pierce County and marked with Bates number DEF PC 000061.

10. Attached to this Declaration, as **Exhibit 9,** is a true and correct copy of the November 1, 2018 Mental Health Housing Policy marked with Bates number DEF PC 300000.

11. Attached to this Declaration, as **Exhibit 10,** is a true and correct copy of the November 1, 2018 Continuity of Mental Health Care During Incarceration Policy marked with Bates number DEF PC 400086.

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 16th day of December, 2024 at Seattle, Washington.

*s/ Ryan D. Dreveskracht*
Ryan D. Dreveskracht, WSBA #42593

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION
TO PIERCE COUNTY'S MOTION FOR SUMMARY JUDGMENT- 2
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509