# EXHIBIT 1

NaphCare, Inc.
910 Tacoma Ave. S
Suite 4000
Tacoma, WA 98402

# Sick Calls - TAPIA, JAVIER 2018167002

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Nurse | 1/10/2017 | c/o fever, HA, "head cold" | 1/15/2017 |
| Dental Annual | 7/31/2017 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Dental Annual | 9/19/2017 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Dental Annual | 4/17/2018 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Dental Annual | 5/25/2018 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Mental Health Professional | 9/14/2018 | c/o insomnia, Cancelled by jesus.perez on 9/14/2018 Reason: Please encourage I/M to kite MH office with current needs. | 9/14/2018 |
| Medical Provider | 9/29/2018 | Mental Health ask that a Provider evaluate inmate to R/O any Medical issues see note dated 9/29/18. | 10/1/2018 |
| Medical Provider | 10/30/2018 | monitor wound care as well as INR | 10/30/2018 |
| Medical Provider | 11/9/2018 | NEEDS COUMADIN RESTARTED AFTER INR CHECK | 11/12/2018 |
| Chronic Care | 11/22/2018 | Bleeding or Coagulation Disorders | |
| Dental Annual | 4/12/2019 | Dental Annual Exam scheduled from Receiving Screening. **** APPOINTMENT CANCELLED ON RELEASE **** | |