# EXHIBIT 6

NaphCare, Inc.
910 Tacoma Ave. S
Suite 4000
Tacoma, WA 98402

# Treatment Administration - TAPIA, JAVIER 2018167002

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| OTHER | mary.mapiny | 11/14/2018 1:03:26 AM | Administered | |
| WOUND CARE | mary.mapiny | 11/14/2018 1:03:22 AM | Administered | |
| WOUND CARE | elizabeth.warren | 11/10/2018 11:43:01 PM | Administered | |
| OTHER | elizabeth.warren | 11/10/2018 9:27:37 PM | Administered | |
| WOUND CARE | dimita.smith | 11/9/2018 7:34:13 PM | Administered | |
| OTHER | dimita.smith | 11/9/2018 7:29:29 PM | Administered | |
| WOUND CARE | kristin.braun | 11/8/2018 9:48:54 PM | Administered | |
| OTHER | dimita.smith | 11/8/2018 4:40:21 PM | Administered | inr=3.6 |
| WOUND CARE | diana.blowers | 11/6/2018 10:08:33 PM | Administered | |
| OTHER | diana.blowers | 11/5/2018 10:42:48 PM | Administered | |
| WOUND CARE | diana.blowers | 11/5/2018 10:42:38 PM | Administered | |
| OTHER | angela.valencia | 11/5/2018 1:20:50 PM | Administered | 2.5 |
| WOUND CARE | karen.lipscomb | 11/4/2018 9:06:00 PM | Administered | |
| WOUND CARE | diana.blowers | 11/3/2018 10:04:31 PM | Administered | |

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| OTHER | diana.blowers | 11/3/2018 10:01:09 PM | Administered | |
| WOUND CARE | kristin.braun | 11/2/2018 9:31:15 PM | Administered | |
| WOUND CARE | dimita.smith | 11/2/2018 6:57:11 PM | Administered | |
| WOUND CARE | kristin.braun | 11/1/2018 9:23:44 PM | Administered | |
| OTHER | dimita.smith | 11/1/2018 3:43:21 PM | Administered | inr=2.5 |
| WOUND CARE | dimita.smith | 10/31/2018 12:50:17 PM | Administered | |
| OTHER | brenda.cammer | 10/30/2018 10:15:05 PM | Administered | |
| OTHER | danielle.seymour | 10/30/2018 10:04:25 PM | Administered | |
| WOUND CARE | danielle.seymour | 10/30/2018 10:04:13 PM | Administered | |
| OTHER | angela.valencia | 10/29/2018 11:05:43 AM | Administered | |
| OTHER | karen.lipscomb | 10/28/2018 9:47:29 PM | Administered | |
| OTHER | marina.martin | 10/28/2018 2:57:26 PM | Administered | |
| WOUND CARE | elizabeth.warren | 10/27/2018 11:43:48 AM | Refused | |
| WOUND CARE | elizabeth.warren | 10/27/2018 11:42:19 AM | Administration Cancelled | / Cancelation Note: reported having dressing yesterday,scheduled QOD |
| OTHER | elizabeth.warren | 10/27/2018 11:37:23 AM | Administered | |

TAPIA, JAVIER AMADO 1011290 (2018167002)          DEF PC 000897

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| OTHER | kristin.braun | 10/26/2018 11:00:12 PM | Administered | |
| OTHER | brenda.cammer | 10/26/2018 9:43:59 PM | Administered | |
| OTHER | dimita.smith | 10/26/2018 11:44:27 AM | Administered | inr=3.2 |
| WOUND CARE | dimita.smith | 10/25/2018 6:05:24 PM | Administered | |
| OTHER | dimita.smith | 10/25/2018 1:22:32 PM | Administered | inr=8.0 Irina Hughes DNP notified. |
| OTHER | brenda.cammer | 10/24/2018 9:51:15 PM | Administered | |
| OTHER | brenda.cammer | 10/24/2018 9:51:15 PM | Administered | |
| OTHER | mary.mapiny | 10/24/2018 9:45:59 PM | Administered | |
| OTHER | mary.mapiny | 10/24/2018 9:45:59 PM | Administered | |
| OTHER | dimita.smith | 10/24/2018 11:27:20 AM | Administered | |
| OTHER | ella.murphy | 10/24/2018 10:34:34 AM | Administered | |
| OTHER | mary.mapiny | 10/23/2018 9:21:30 PM | Administered | |
| OTHER | ella.murphy | 10/23/2018 4:23:54 PM | Administration Cancelled | / Cancelation Note: done in clinic |
| OTHER | ashley.valencia | 10/23/2018 4:09:11 PM | Administered | |
| OTHER | ashley.valencia | 10/23/2018 11:21:11 AM | Administered | |
| VITAL SIGNS | debra.ricci | 10/1/2018 7:13:13 AM | Refused | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | veronica.reed | 6/20/2018 2:41:54 PM | Administered | |

TAPIA, JAVIER AMADO 1011290 (2018167002)　　　　　　　DEF PC 000898

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | veronica.reed | 6/20/2018 10:05:16 AM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | franklin.park | 6/18/2018 9:45:23 PM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | juddy.marling | 6/18/2018 2:50:51 AM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | jeff.kendig | 6/17/2018 4:05:44 PM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | jeff.kendig | 6/16/2018 1:25:36 PM | No Show for Medication Pass | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | veronica.reed | 8/2/2017 9:58:56 AM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | moses.leon | 8/1/2017 9:01:51 PM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | constance.burden | 8/1/2017 2:16:18 PM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | franklin.park | 8/1/2017 2:59:05 AM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | debra.ricci | 7/31/2017 3:36:16 PM | Not Administered Out of Facility | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | constance.burden | 7/30/2017 2:48:51 PM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | raylene.young | 7/29/2017 2:55:18 PM | Administered | |
| GIVE COOL FLUIDS OR ELECTROLYTE SOLUTION (E.G., GATORADE) PO IF ALERT | raylene.young | 7/29/2017 10:08:35 AM | Administered | |