# EXHIBIT 7

NaphCare, Inc.
910 Tacoma Ave. S
Suite 4000
Tacoma, WA 98402

6/14/2019 9:39:29 AM Central Daylight Time

# MEDICATION REFUSAL - Completed by: Debra Ricci LPN on 10/1/2018 7:13:20 AM Central Daylight Time

| | | | |
|---|---|---|---|
| **Patient:** | TAPIA, JAVIER AMADO | **#:** 1011290 (2018167002) | **Lang:** |
| **DOB:** | 3/3/1982 (Age=37) | **Sex:** M | **Race:** A |
| **Housing:** | MAIN-4S-4SB 1 | **SSN#:** **HIDDEN** | **Type:** |
| **Status:** | NOT ACTIVE | **Booking Date:** 6/16/2018 2:00:00 AM Central Daylight Time | **Release:** 11/14/2018 12:09:27 PM |

PICTURE NOT AVAILABLE

The following condition(s) are to be treated:

The following medications are being prescribed:

I have hereby clearly expressed or indicated a decision to refuse to accept the medical treatment/recommendations listed above. The above medication or medications and the risks and benefits involved have been satisfactorily explained to me. In addition, I have had the opportunity to ask questions about the proposed recommendation and have had these answered to my satisfaction. I have decided NOT to take the medication or medications listed above and understand that my failure to follow the advised medical treatment may seriously affect my health. By signing, I understand that I am refusing recommended medical treatment offered to me. I assume responsibility for all of the risks and consequences of my refusal and hereby release and agree to hold harmless, NaphCare, Inc. and its employees and agents from all responsibility and ill effect which may occur as a result of my refusal to accept/permit the proposed medication or medications recommendation(s).

☑ PATIENT REFUSAL

☑ Patient denied to sign acknowledging medication refusal

Witness Signature