# EXHIBIT 8

| Request Type: | DUTY SERGEANT - SWINGS | Request Subtype: | GENERAL KITE |
|---|---|---|---|
| Assigned Group: | DUTY SERGEANT - SWINGS | Assigned User: | |
| Request Number: | 333218   Status: CLOSED | Inmate Name: | TAPIA, JAVIER AMADO |
| Initial Location: | NEWJ 3B 3B82 MED | Current Location: | MAIN 4SB 4SB 1 MED |
| Inmate Number: | 1011290 | Inmate Secondary Number: | 2018167002 |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 07/11/2018 07:35 pm | ORIGINAL REQUEST: | |
| | PLEASE CANCLE VISIT FOR 7.12.18 ... 5PM TO 6PM. VISITORS NAMES ARE TOM KOECKE AND ELLIANA TAPIA. THANK YOU | |
| 07/11/2018 07:44 pm | | PSMITH1 |
| | CLOSED: | |
| | It is done | |

| Request Type: | DUTY SERGEANT - DAYS | Request Subtype: | GENERAL KITE |
|---|---|---|---|
| Assigned Group: | DUTY SERGEANT - DAYS | Assigned User: | |
| Request Number: | 345210   Status: CLOSED | Inmate Name: | TAPIA, JAVIER AMADO |
| Initial Location: | NEWJ 3B 3B82 MED | Current Location: | MAIN 4SB 4SB 1 MED |
| Inmate Number: | 1011290 | Inmate Secondary Number: | 2018167002 |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 08/18/2018 01:00 pm | ORIGINAL REQUEST: | |
| | PLEASE CANCLE 5PM TO 6PM VISITING 8.18.18 VISITOR TOM KOECKE | |
| 08/18/2018 02:01 pm | | DALEXAN |
| | CLOSED: | |
| | Per your request the visit has been cancelled. We also talked about ensuring you cancel your visits within 24 hours of the visit. Due to the Sergeants may need time to process it and the day of the visit may not give enough time to cancel it for you. | |

| Request Type: | MEDICAL | Request Subtype: | MEDICATIONS |
|---|---|---|---|
| Assigned Group: | MEDICAL | Assigned User: | |
| Request Number: | 353732   Status: CLOSED | Inmate Name: | TAPIA, JAVIER AMADO |
| Initial Location: | NEWJ 3B 3B82 MED | Current Location: | MAIN 4SB 4SB 1 MED |
| Inmate Number: | 1011290 | Inmate Secondary Number: | 2018167002 |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 09/13/2018 09:07 am | ORIGINAL REQUEST: | |
| | NEED SLEEP MEDICATION CANT SLEEP . HAVEING SLEEP ISUSSES | |
| 09/14/2018 01:44 am | | DBLOWER |
| | CLOSED: | |
| | Youre scheduled to see the sick call nurse, please go when called | |