# EXHIBIT 9

| PIERCE COUNTY SHERIFF'S DEPARTMENT | Page: 1 of 3 |
|---|---|
| **PCDCC Mental Health Services Policy and Procedures Manual** | |
| Chapter: 13.0 | Effective Date: 1992 |
| Subject: **MENTAL HEALTH HOUSING** | |
| Authorizing Signature: | Date Revised: 11/01/18; 1/1/15; 3/10; 6/08 |

POLICY    Pierce County Detention and Correction Center (PCDCC) mental health services provide for housing needs of inmates with serious mental health concerns during their incarceration, and provides for the appropriate level of care based on the clinical need of the inmate. Those individuals with developmental disabilities will also be assessed for appropriate care and housing based on their mental status with special emphasis on vulnerability in a jail setting.

PURPOSE    The goal of mental health intervention is directed at stabilizing the inmate's psychiatric condition to the extent that they may be housed within the least restrictive environment while at PCDCC. This assures that mentally ill inmates have access to areas of programming and recreation afforded to non-mentally ill individuals. This policy provides for the safety and appropriate level of mental health assessment, intervention, and treatment for inmates. The mental health housing units provide for varying levels of care to meet the needs of the seriously mentally ill. Mental health staff strive to reduce or negate the negative impact on the seriously mentally ill that may occur as the result of incarceration. The above applies as well as to those with developmental disabilities.

PROCEDURE

Housing recommendations are made by mental health staff to the Classification Unit after assessment as to the inmate's mental health history, mental health presentation, risk assessment and appropriate level of housing. Dependent on the needs and risk assessment, mental health staff may recommend that the inmate be housed per classifications if there are no mental health concerns or developmental disability. Recommendations are made verbally to the Classification Unit, by phone or in person, and an electronic entry as to the appropriate level of housing with restrictions if any, in the Behavioral Log in Legal Information Network Exchange (LINX). This allows for custody staff to be aware of housing or care issues of the inmate. The following are mental health housing options that are considered by the mental health staff following assessment:

1. PCDCC operates an Objective Jail Classification (OJC) system which determines each inmate's security level based on an objective review of their current charges, institutional adjustment, and past convictions. PCDCC mental health staff, per OJC guidelines, may request review of the inmate's classification based on mental

health needs.  Operating in conjunction with OJC is the Differential Inmate Management (DIM) system, which is designed to reward inmate's positive adjustment/behavior by allowing more privileges on lower security classifications.  All PCDCC mental health staff are to be familiar with OJC and DIM systems to assure most appropriate housing for the mentally ill inmate.

| **PIERCE COUNTY SHERIFF'S DEPARTMENT** | Page: 2 of 3 |
|---|---|
| **PCDCC Mental Health Services Policy and Procedures Manual** | |
| Chapter:       13.0 **Mental Health Housing** | |

1. It may be recommended by mental health staff that inmates with mental health symptoms that are well stabilized and presenting as able to function in general population, to be assigned by the Classification Unit with no mental health restrictions; that is, housed per classification.  A stabilization plan (indicated by "SP" in the Plan section of the electronic medical record) is generated that identifies the mental health needs of the inmate and measures taken by the mental health staff to meet those needs, such as referral to a psychiatric prescriber.  The stabilization plan also indicates when a follow-up assessment by mental health staff should occur.  The follow-up request should then be placed on the follow-up board with date of next requested follow-up.

2. Inmates may be assigned to a mental health unit, currently 3 North A Unit, designed to facilitate a milieu that is conducive to the mentally ill inmate who may be more vulnerable if placed in the general population.  This would also apply to those with developmental disabilities. These inmates generally present with a significant mental health history, developmental disability, or mental health symptoms that are not serious enough to warrant a crisis cell placement.  A stabilization plan is generated in the electronic medical record (EMR) as well as appropriate follow-up.  The Classification Unit is notified of the recommendation and an electronic entry is made as to the recommendation in the Behavioral Log in LINX. All inmates in 3NA are classified as Level 3 mental health and are rounded on twice a month.

3.  Inmates presenting in poor behavioral control due to a mental disorder, and presenting as a threat to themselves or others due to a mental disorder, may be assigned to a crisis cell in 3NB, 3SA, 3WA, 3SF for males, and 3SB and 3SD for females. This is one of the most restrictive housing options for those inmates with mental health concerns and recommendations for this housing by mental health staff is for safety concerns only and not for disciplinary purposes.  This recommendation is made to the Classification Unit followed by an electronic entry into the Behavioral Log by the mental health staff.  All clinical contacts require an entry into the EMR.  Inmates placed in crisis cells are seen at least three times weekly, and the behavior required to be sustained to warrant less restrictive housing is documented in the EMS.   These inmates are classified as Level 1 mental health by Classifications.

DEF PC 300001

4. A step down from Level 1 mental health is level 2 mental health inmates that are slightly more stable and can be in less restrictive housing.  They are housed in designated cells  in 3NC and 3WA.  They are rounded on once a week.  This recommendation is made to the Classification Unit followed by an electronic entry into the Behavioral Log by the mental health staff.  All clinical contacts require an entry into the EMR.  The behavior required to be sustained to warrant less restrictive housing is documented in the EMS.

5. For male inmates, Suicide Watch Cells are located in 3NB unit, cells 5, 6, 15 and16; 3WA unit, cells 25, 26, and 27;  3SA unit, cells 5 and10; and 3SF as needed.  For female inmates, Suicide Watch Cells are located in 3SB unit, cells 1 and 6; 3SD 5 and 10; and Booking Cells as needed.  Inmates presenting as suicidal are housed in Suicide Watch Cells (see Policy 7.0).  When custody staff initiate suicide watch/precautions, the inmate is given a suicide smock, blanket, but no other items, and is placed on fifteen (15) minute checks until assessed by mental health staff.  Mental health staff may continue, modify, or discontinue suicide precautions following assessment.