# EXHIBIT 10

| PIERCE COUNTY SHERIFF'S DEPARTMENT | Page: 1 of 2 |
|---|---|
| **PCDCC Mental Health Services Policy and Procedures Manual** | |
| Chapter: 22.0 | Effective Date: 1992 |
| Subject: **CONTINUITY OF MENTAL HEALTH CARE DURING INCARCERATION** | |
| Authorizing Signature: | Date Revised: 11/01/18; 1/1/15; 3/10; 6/08 |

POLICY   Pierce County Detention and Correction Center (PCDCC) Mental Health Services provides for continuity of mental health care from the community to the PCDCC, for temporary transfers to other facilities during incarceration and return to the PCDCC, and upon release to the community.

PURPOSE   The intent of this policy is to provide for continuity of care and to reduce incidences of deterioration in mental health functioning during incarceration. At times, treatment noncompliance in the community leads to behavior that may result in an arrest and incarceration, and the focus of mental health services is on attempting to intervene to prevent recidivism. Further, incarceration is typically experienced as a major stressor leading to de-compensation and continuity of care is essential to ameliorate the effects of incarceration on the mentally ill inmate.

PROCEDURE

Throughout their incarceration, inmates receive clinically indicated mental health services. The following are procedures in place to identify the booking, transfer, return to the facility and release of the mentally ill inmate.

1. At booking, reports may be generated by booking officers trained in the identification of mental disorders and risk factors and are accessed daily by the mental health staff member assigned to triage officer's report. The inmate is seen in a timely manner consistent with the level of need as determined by the triage mental health staff. Prior bookings and the mental health records are also reviewed to assist with triaging.

2. After initial contact with an inmate, a stabilization plan (SP) is generated in the Plan Section of the electronic medical record (EMR). The SP will include:

   a. the identified mental health intervention clinically indicated to provide for a return to baseline mental health functioning or to maintain current level of functioning;

   b. community treatment plan of the community provider if known and indicated;

   c. stabilization plan which may include, hunger strike log, suicide precautions, communication issues, treatment approach, safety concerns to mental health staff, etc.; and

Case 2:22-cv-01141-KKE  Document 183-10  Filed 12/16/24  Page 3 of 3

| PIERCE COUNTY SHERIFF'S DEPARTMENT | Page: | 2 of 2 |
|---|---|---|
| PCDCC Mental Health Services Policy and Procedures Manual | | |
| Chapter: 22.0 Continuity of Mental Health Care During Incarceration | | |

    d. the follow-up plan with frequency of contact and the time of next follow-up.

2. Mental health staff facilitates the transfer of all inmates to Western State Hospital (WSH) for competency evaluations and restoration, and completes an interagency transfer summary (see <u>Appendix D</u>). The inmate or others not directly responsible for the care and security of the inmate are never advised of the time and date of transport. Upon return from WSH, the inmate remains in booking until the transfer summary is reviewed by mental health staff and the returning inmate is assessed for appropriate housing.

3. Mental health staff facilitates the temporary transfer of inmates for psychiatric inpatient care, completing the interagency transfer form and assuring the inmate is transferred in a safe manner. Upon return from the temporary release, mental health staff reviews the transfer summary and assesses the inmate in booking to determine appropriate level of care and housing.

4. Release planning is provided at the initial contact with the inmate by mental health staff and continues with each contact. When there is a mental health hold in the Legal Information Network Exchange (LINX) for a release plan, the mental health staff initiates the release plan and completes notifications to providers and others as indicated in the release plan. At times, a medication prescription or a supply of medications is provided to the inmate to support continuity of care.

 *Table of Contents*