UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>            Plaintiff,<br><br>   v.<br><br>NAPHCARE INC., et al.,<br><br>            Defendant. | CASE NO. C22-1141-KKE<br><br>ORDER EXTENDING DEADLINE FOR MOTIONS IN LIMINE |

       On September 10, 2024, the Court issued a scheduling order extending case deadlines (Dkt. No. 152).  The Court hereby AMENDS the September 10, 2024 order and directs the parties to file their joint brief on motions in limine by **March 3, 2025**.  The motions in limine must comply with the Chambers Procedures, as provided on the Court's website.[1]  All other dates in the September 10, 2024 order remain unchanged.

       Dated this 29th day of January, 2025.

                                                   Kymberly K. Evanson
                                                 United States District Judge

---

[1] https://www.wawd.uscourts.gov/sites/wawd/files/KKEChambersProceduresforCivilCases.pdf

ORDER EXTENDING DEADLINE FOR MOTIONS IN LIMINE - 1