UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>    Plaintiff,<br><br> v.<br><br>NAPHCARE INC., et al.,<br><br>    Defendant. | CASE NO. C22-1141-KKE<br><br>ORDER |

On February 24, 2025, Defendant NaphCare Inc. requested leave to amend its Answer to Plaintiff's Second Amended Complaint. Dkt. No. 195. In light of the impending trial date and the need for the parties and the Court to resolve this issue sufficiently in advance of trial, the Court *sua sponte* RENOTES Defendant's motion for **March 10, 2025** and shortens the response and reply deadlines accordingly. Plaintiff's response is due **March 6, 2025 by 12:00pm**. Defendant's reply, if any, is due **March 10, 2025 by 12:00pm.**

Dated this 26th day of February, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 1