THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAVIER TAPIA,<br><br>Plaintiff,<br><br>v.<br><br>NAPHCARE, INC., and PIERCE COUNTY,<br><br>Defendants. | NO.  2:22-cv-01141-KKE<br><br>DECLARATION OF RYAN D. DREVESKRACHT IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE |

I, RYAN D. DREVESKRACHT, state and declare as follows:

1.  I am counsel for the Plaintiff in the above-captioned action.  I am over the age of eighteen and make this declaration on personal knowledge.

2.  Attached to this Declaration, as **Exhibit 1**, is a true and correct copy of highlighted excerpts from the deposition of Javier Tapia.

3.  Attached to this Declaration, as **Exhibit 2**, is a true and correct copy of Plaintiff's Disclosure of Possible Primary Witnesses in this case, exchanged on October 25, 2021.

4.  Attached to this Declaration, as **Exhibit 3**, is a true and correct copy of Plaintiff's Disclosure of Possible Primary Additional Witnesses in this case, exchanged on December 2, 2021.

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE- 1
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

5. Attached to this Declaration, as **Exhibit 4**, is a true and correct copy of Plaintiff's Initial Disclosures in this case, exchanged on October 5, 2022.

6. Attached to this Declaration, as **Exhibit 5**, is a true and correct copy of NaphCare's RFP Response to the Pierce County Jail, dated December 22, 2015.

7. Attached to this Declaration, as **Exhibit 6,** is a true and correct copy of Defendant NaphCare's Initial Disclosures in this case, exchanged on October 6, 2022.

8. Attached to this Declaration, as **Exhibit 7,** is a true and correct copy of an article titled "Executive Profile: CEO of NaphCare talks growth, significant contracts" published on Defendant NaphCare's website.

9. Attached to this Declaration, as **Exhibit 8,** is a true and correct copy of highlighted excerpts from the deposition of Jane M. Valley, R.D.

10. Attached to this Declaration, as **Exhibit 9,** is a true and correct copy of highlighted excerpts from the deposition of Pierce County Sheriff Gary Simpson.

11. Attached to this Declaration, as **Exhibit 10,** is a true and correct copy of NaphCare's Response to Clark County's RFP, dated September 13, 2019.

12. Attached to this Declaration, as **Exhibit 11,** is a true and correct copy of NaphCare's corporate organization chart.

13. Attached to this Declaration, as **Exhibit 12,** is a true and correct copy of Defendant Pierce County's First Supplemental Responses to Plaintiff's First Interrogatories and Requests for Production to Defendant Pierce County, dated March 8, 2024.

14. Attached to this Declaration, as **Exhibit 13** is a true and correct copy of Plaintiff's Second Amended Supplemental Initial Disclosures, dated February 23, 2024.

15. Attached to this Declaration, as **Exhibit 14** is a true and correct copy of Plaintiff's Expert Witness Disclosure, dated March 15, 2024.

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE- 2
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 3rd day of March, 2025, at Seattle, Washington.

<u>s/ Ryan D. Dreveskracht</u><br>
Ryan D. Dreveskracht, WSBA #42593

DECLARATION OF RYAN D. DREVESKRACHT
IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE- 3
Case No. 2:22-cv-01141-KKE

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509