UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>                     Plaintiff,<br><br>     v.<br><br>NAPHCARE INC., et al.,<br><br>                     Defendant. | CASE NO. C22-1141-KKE<br><br>DISMISSAL ORDER |

Plaintiff Javier Tapia and Defendant Pierce County filed a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court being fully advised, now hereby

ORDERS, ADJUDGES, AND DECREES that the Plaintiff's complaint against Defendant Pierce County, is dismissed with prejudice, with the parties to bear their own costs and attorney fees.  This civil action remains pending against Defendant NaphCare, Inc.

Dated this 7th day of March, 2025.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1