Honorable Kymberly K. Evanson

# COURT'S RULINGS ON OBJECTIONS TO DESIGNATIONS OF DEPOSITION EXCERPTS (DKT. NO. 214)

**Depositions of Elizabeth Warren (dated November 2, 2023) and Dr. Lucas Labine (dated January 9, 2024)**

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| Elizabeth Warren: 11:15–13:24, 14:9–20:5 | Relevance | Her background and training are relevant as they go to her experience as a RN. | Overruled |
| Elizabeth Warren: 106:6–14 | Speculation | The question poses a hypothetical and is not speculating. | Overruled |
| Elizabeth Warren: 107:10–17 | Speculation; Mischaracterizes Evidence | The question is not speculative and does not mischaracterize the evidence. | Overruled |
| Elizabeth Warren: 107:18–22 | Speculation; Mischaracterizes Evidence | The question and answer are not speculative and do not mischaracterize the evidence. | Overruled |
| Elizabeth Warren: 111:7–13 | Speculation; Mischaracterizes Evidence | The question and answer are not speculative and do not mischaracterize the evidence. RN Warren was looking at a document describing the event.i l | Overruled |
| Elizabeth Warren: 120:13–19 | Speculation | The question and answer are not speculative. RN Warren was looking at a log with the times of the encounters. | Overruled |
| Elizabeth Warren: 120:25–121:4 | Speculation; Mischaracterizes Evidence | The question and answer are not speculative and do not mischaracterize the evidence. RN Warren was looking at a log with the times of the encounters. | Overruled |
| Elizabeth Warren: 124:13–17 | Mischaracterizes Evidence | The question and answer do not mischaracterize the evidence. RN Warren was looking at a log of relevant events. | Overruled |
| Elizabeth Warren: 125:11–14 | Lack of Personal Knowledge | She answered based on the log she was reviewing. | Overruled |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| Elizabeth Warren: 126:18–19 | Lack of Personal Knowledge | She answered based on her personal knowledge. | Overruled |
| Elizabeth Warren: 126:21–24 | Lack of Personal Knowledge | She answered based on the medical record she was reviewing. | Overruled |
| Elizabeth Warren: 126:25–127:16 | Lack of Personal Knowledge | She answered based on the medical record she was reviewing. | Overruled |
| Lucas Labine: 42:23-43:8 | Asked and Answered | The question differed from the prior questions. | Overruled |