UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>                Plaintiff(s),<br>    v.<br><br>NAPHCARE INC., et al.,<br><br>               Defendant(s). | CASE NO. C22-1141-KKE<br><br>**VERDICT FORM** |

### SECTION 1983 CLAIM AGAINST NAPHCARE, INC.

**QUESTION 1:** Did Javier Tapia prove by a preponderance of the evidence that the acts of one or more NaphCare employees deprived Javier Tapia of his right to adequate medical care under the Fourteenth Amendment?

    Answer: (**"yes"** or "no")

*If you answered "no" to Question 1, skip to the last page, sign and date this Verdict Form. If you answered "yes" to Question 1, proceed to the next question.*

**QUESTION 2:** Did Javier Tapia prove by a preponderance of the evidence that one or more NaphCare employees acted pursuant to a widespread or longstanding custom of NaphCare?

    Answer: (**"yes"** or "no")

VERDICT FORM - 1

*If you answered "no" to Question 2, skip to the last page, sign and date this Verdict Form. If you answered "yes" to Question 2, proceed to the next question.*

**QUESTION 3:** Did Javier Tapia prove by a preponderance of the evidence that NaphCare's widespread or longstanding custom caused the deprivation of Javier Tapia's rights by its employee? In other words, NaphCare's widespread or longstanding practice or custom is so closely related to the deprivation of Javier Tapia's rights as to be the moving force that caused his injury.

Answer: ("yes" or "no") — **yes** (circled)

*If you answered "no" to Question 3, skip to the last page, sign and date this Verdict Form. If you answered "yes" to Question 3, proceed to the next question.*

### DAMAGES

**QUESTION 4:** If you answered "yes" to Questions 1, 2, and 3, what is the amount of compensatory damages owed to Javier Tapia by NaphCare? If you answered "no" to Questions 1, 2, or 3, please skip to the last page, sign, and date this Verdict Form.

Compensatory Damages: $ 5 million

**If you found NaphCare liable under § 1983 by answering "yes" to Questions 1, 2, and 3, you must also decide if NaphCare should be required to pay punitive damages by answering Questions 5 and 6 below:**

VERDICT FORM - 2

**QUESTION 5**: Do you find by a preponderance of the evidence that NaphCare's conduct was in reckless disregard of Tapia's rights (*i.e.*, the conduct reflected a complete indifference to the person's safety or rights)?

Answer: ("yes" or "no") — **yes** (circled)

**QUESTION 6**: If you answered "no" to Question 5, skip this section and leave it blank. If you answered "yes" to Question 5, how much money do you award in punitive damages against NaphCare?

Answer: $ 20 million

Once you have completed this verdict form, the Presiding Juror should sign below and notify the Courtroom Deputy. Thank you.

Dated this 4 day of April.

Presiding Juror
Signed on behalf of the Jury,

[REDACTED]

Dated this 4 day of April.

Kymberly K. Evanson
United States District Judge

VERDICT FORM - 3