## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>                    Plaintiff(s),<br>     v.<br><br>NAPHCARE INC., et al.,<br><br>                    Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C22-1141-KKE |

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of Plaintiff Javier Tapia and against Defendant NaphCare, Inc. for $5 million in compensatory damages and $20 million in punitive damages. *See* Dkt. Nos. 292 (sealed Jury Verdict Form), 293 (redacted Jury Verdict Form).

Dated April 9, 2025.

Ravi Subramanian
Clerk of Court

*/s/ Kathleen Albert*
Deputy Clerk