THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>        Plaintiff,<br><br>v.<br><br>NAPHCARE, INC., an Alabama Corporation; PIERCE COUNTY, a political subdivision of the State of Washington,<br><br>        Defendants. | No. 2:22-cv-01141-KKE<br><br>**STIPULATION AND ORDER REGARDING SUPERSEDEAS BOND AMOUNT** |

## STIPULATION

Plaintiff Javier Tapia and Defendant NaphCare, Inc., through their undersigned counsel, hereby agree and stipulate as follows.

1. On April 4, 2025, the jury returned a verdict for $25,000,000 in favor of Plaintiff against Defendant NaphCare (Dkt. No. 293).

2. On April 9, 2025, judgment in favor of Plaintiff and against Defendant NaphCare was entered for $25,000,000 (Dkt. No. 295).

---

STIPULATION AND ORDER REGARDING
SUPERSEDEAS BOND AMOUNT – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

3. Pursuant to Fed. R. Civ. P. 62(a), execution on the judgment and proceedings to enforce it are stayed.

4. Fed. R. Civ. P. 62(b) provides for a stay of execution of a judgment by bond: "At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security."

5. The parties agree that NaphCare will post a supersedeas bond of $28,500,000.

6. The $28,500,000 is inclusive of the damages awarded, anticipated trial court fees for Plaintiff's counsel, interest for eighteen months, and the anticipated fees of Plaintiff's counsel on appeal.[1]

7. Posting of the supersedeas bond will secure satisfaction of the judgment and stay any proceedings to execute on the judgment until all post-trial motions and appellate proceedings have been completed.

ACCORDINGLY, the parties hereby agree and stipulate that the stay of execution on the judgment and proceedings to enforce it should extend until the completion of all post-trial motions and appellate proceedings. The parties request that the Court enter the order below.

DATED: April 17, 2022

*s/ David A. Perez*
David A. Perez, WSBA No. 43959
Juliana Bennington, WSBA No. 60357
Shae McPhee, WSBA No. 62438
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
DPerez@perkinscoie.com
JBennington@perkinscoie.com
SMcPhee@perkinscoie.com

---

[1] By posting a bond in this amount NaphCare does not concede that Plaintiff is entitled to attorney fees either at trial or on appeal. The issue of attorney fees remains undecided.

STIPULATION AND ORDER REGARDING
SUPERSEDEAS BOND AMOUNT – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | |
| 2 | Jacob Dean (Admitted Pro Hac Vice) |
| | **Perkins Coie LLP** |
| 3 | 700 13th St NW #600, |
| | Washington, DC 20005 |
| 4 | Telephone: 202.654.3396 |
| | Facsimile: 310.843.1283 |
| 5 | JacobDean@perkinscoie.com |
| 6 | |
| | *Attorneys for Defendants NaphCare, Inc.* |
| 7 | |
| | *s/ Corinne Sebren*_____ |
| 8 | Corinne Sebren, WSBA#58777 |
| | Ryan D. Dreveskracht, WSBA #42593 |
| 9 | Galanda Broadman, PLLC |
| 10 | 8606 35th Avenue NE, Suite L1 |
| | P.O. Box 15146 |
| 11 | Seattle, WA 98115 |
| | Telephone: (206) 557-7509 |
| 12 | Fax: (206) 299-7690 |
| | Email: ryan@galandabroadman.com |
| 13 | corinne@galandabroadman.com |
| 14 | |
| | *Attorneys for Plaintiff* |
| 15 | |
| | *s/ Edwin S. Budge*_____ |
| 16 | Edwin S. Budge, WSBA #24182 |
| | Budge & Heipt, PLLC |
| 17 | 808 East Roy Street |
| | Seattle, WA 98102 |
| 18 | Telephone: (206) 624-3060 |
| | Email: ed@budgeandheipt.com |
| 19 | |
| 20 | *Attorneys for Plaintiff* |

STIPULATION AND ORDER REGARDING
SUPERSEDEAS BOND AMOUNT – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**ORDER**

2

3   THIS MATTER came before the Court on the foregoing stipulation of the parties. Having

4   considered the parties' Motion, the Court hereby GRANTS the motion. NaphCare is ordered to

5   enter a $28,500,000 supersedeas bond within 30 days of entry of this order to stay the execution

    of judgment. The posting of the supersedeas bond stays execution of the judgment until all post-
6
    trial motions and appellate proceedings are completed.
7

8

9   **IT IS SO ORDERED**

10

11  Dated this 18th day of April, 2025

12                                              HONORABLE KYMBERLY K. EVANSON
                                                UNITED STATES DISTRICT JUDGE
13

14

    *s/ David A. Perez*
15  David A. Perez, WSBA No. 43959
    Juliana Bennington, WSBA No. 60357
16  Shae McPhee, WSBA No. 62438
    **Perkins Coie LLP**
17  1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
18  Telephone:  206.359.8000
    Facsimile:  206.359.9000
19  DPerez@perkinscoie.com
    JBennington@perkinscoie.com
20
    SMcPhee@perkinscoie.com
21

22  Jacob Dean (Admitted Pro Hac Vice)
    **Perkins Coie LLP**
23  700 13th St NW #600,
    Washington, DC 20005
24  Telephone: 202.654.3396
    Facsimile: 310.843.1283
25  JacobDean@perkinscoie.com

26

STIPULATION AND ORDER REGARDING
SUPERSEDEAS BOND AMOUNT – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

*Attorneys for Defendants NaphCare, Inc.*

*s/ Corinne Sebren*____________
Corinne Sebren, WSBA#58777
Ryan D. Dreveskracht, WSBA #42593
Galanda Broadman, PLLC
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Telephone: (206) 557-7509
Fax: (206) 299-7690
Email: ryan@galandabroadman.com
corinne@galandabroadman.com

*Attorneys for Plaintiff*

*s/ Edwin S. Budge*____________
Edwin S. Budge, WSBA #24182
Budge & Heipt, PLLC
808 East Roy Street
Seattle, WA 98102
Telephone: (206) 624-3060
Email: ed@budgeandheipt.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER REGARDING
SUPERSEDEAS BOND AMOUNT – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000