UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>               Plaintiff(s),<br><br>  v.<br><br>NAPHCARE INC., et al.,<br><br>               Defendant(s). | CASE NO. C22-1141-KKE<br><br>ORDER |

Defendant NaphCare Inc. ("NaphCare") requests leave to file a combined Rule 50(b) and Rule 59 motion. Dkt. No. 307. The Court GRANTS NaphCare's motion. *Id.* NaphCare's combined motion and any brief in opposition shall not exceed 8,400 words. *See* Local Civil Rule W.D. Wash. LCR 7(e)(4). Reply briefs shall not exceed 4,200 words. *See id.*

Dated this 21st day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 1