UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA, | CASE NO. C22-1141-KKE |
| Plaintiff(s), | ORDER |
| v. | |
| NAPHCARE INC., et al., | |
| Defendant(s). | |

Defendant NaphCare, Inc. requests the Court postpone further briefing on Plaintiff's attorneys' fees motion (Dkt. No. 315) until disposition of NaphCare's prospective post-trial motions. Dkt. No. 321. Plaintiff does not oppose. Dkt. No. 323.

As such, the Court GRANTS NaphCare's motion (Dkt. No. 321) as unopposed and stays further briefing on Plaintiff's motion for attorneys' fees (Dkt. No. 315). The Court DENIES as moot NaphCare's motion to expedite (Dkt. No. 322).

Dated this 25th day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 1