UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAVIER TAPIA,

               Plaintiff(s),

    v.

NAPHCARE INC., et al.,

               Defendant(s).

CASE NO. C22-1141-KKE

ORDER GRANTING PARTIES'
STIPULATED MOTION FOR
SUPPLEMENTAL JUDGMENT

This matter is before the Court on the parties' stipulated motion for supplemental judgment. Dkt. No. 365. The Court GRANTS the motion, and directs the Clerk to enter a supplemental judgment in favor of Plaintiff Javier Tapia and against Defendant NaphCare, Inc. for $2,271,906.70 in attorney's fees and costs. The judgment shall be postdated to November 26, 2025, the date of the Court's order awarding attorney's fees and costs. *See* Dkt. No. 362. This supplemental judgment shall be in addition to the principal underlying judgment based upon the jury's verdict and entered on April 9, 2025, in the amount of $25 million. Dkt. No. 295. Statutory interest on the supplemental judgment shall be deemed to accrue beginning on November 26, 2025.

Dated this 10th day of February, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION FOR SUPPLEMENTAL JUDGMENT - 1