# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JAVIER TAPIA,<br><br>Plaintiff(s),<br>v.<br><br>NAPHCARE INC., et al.,<br><br>Defendant(s). | **SUPPLEMENTAL JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C22-1141-KKE |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

On November 26, 2025, the Court granted Plaintiff's motion for attorney's fees and costs. In that order, the Court awarded Plaintiff its reasonable attorney's fees in the amount of $2,271,906.70. The judgment in this case is hereby supplemented to reflect this additional award of attorney's fees and costs.

As such, judgment is entered in favor of Plaintiff Javier Tapia and against Defendant NaphCare, Inc., for $2,271,906.70 in attorney's fees and costs, and backdated to November 26, 2025.

Statutory interest on this supplemental judgment shall be deemed to accrue beginning on November 26, 2025.

Dated February 10, 2026.

Joshua C. Lewis
Clerk of Court


*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk